IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MyCard, Inc. d/b/a Knot,

     *Plaintiff*,

v.

ATOMIC FI, INC.,

     *Defendant*.

Civil Action No. _____

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff MyCard, Inc. d/b/a Knot ("Knot") respectfully moves this Court to issue an order temporarily enjoining Defendant Atomic FI, Inc. ("Atomic") from the use, sale, distribution, or disclosure of any version of Atomic software (in any form, whether source code or compiled production code) that was copied or derived from Knot's software, including any such software that includes or derives from the honeypot code (the "Infringing Software"). Without the requested relief, Knot will suffer immediate and irreparable harm. Knot respectfully requests that the Court's order shall remain in effect until the Court rules on Knot's motion for preliminary injunction. The grounds for this motion are set forth in Knot's Verified Complaint, Opening Brief in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, and in the Declaration of Rory O'Reilly—all of which are submitted contemporaneously herewith, along with a form of proposed order.

1

Dated: March 17, 2026

OF COUNSEL:

Justin K. Victor
Jacob R. Dean
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
678.553.2100
victorj@gtlaw.com
deanj@gtlaw.com

Gregory S. Bombard
Greenberg Traurig, LLP
One International Place
Suite 2000
Boston, MA  02110
617.310.6000
Gregory.Bombard@gtlaw.com

Justin A. MacLean
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY  10017
212.801.9200
Justin.MacLean@gtlaw.com

GREENBERG TRAURIG, LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Greenberg Traurig, LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801
302.661.7000
schladweilerb@gtlaw.com

*Attorneys for Plaintiff MyCard, Inc. d/b/a/
Knot*

2