**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
D  302.984.6147

March 27, 2026

**VIA ELECTRONIC FILING**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

>     Re:   *Mycard, Inc. d/b/a Knot v. Atomic FI, Inc.*,
>            C.A. No. 26-290-CFC

Dear Chief Judge Connolly:

I write on behalf of Atomic FI, Inc. ("Atomic") regarding this Court's March 25, 2026 Oral Order scheduling oral argument on Knot's Motion for a Temporary Restraining Order And Preliminary Injunction [D.I. 1].

On March 26, 2026, Knot's Counsel wrote to Atomic's Counsel indicating that it intended to request permission from the Court to have live witness testimony at the TRO hearing.  On March 27, 2026, Atomic responded to Knot's Counsel and stated that its position that no oral testimony is necessary for the Court's evaluation of the parties' positions and issues to be decided by the Court given the parties' respective submissions, which include detailed declarations from personnel with

The Honorable Colm F. Connolly
March 27, 2026
Page 2

knowledge regarding the claims alleged in Knot's Complaint [D.I. 2] and Motion for Temporary Restraining Order [D.I. 1].

Should the Court find oral testimony useful, however, Atomic intends to provide witness testimony on the topics discussed in Atomic's submitted declarations. [D.I. 23 & 24]. Atomic respectfully requests Court clarification on the issue of live testimony, and further requests that live testimony, if permitted at all, be limited to the subject matter of the declarations filed with the Court to date in order to avoid undue surprise or prejudice of either party at the April 2, 2026 hearing.

Counsel are available if the Court has any questions.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:rms/12853090/20516.00001

cc:   Counsel of Record (via electronic mail)