# EXHIBIT A

## Contact

www.linkedin.com/in/jj-berrett
(LinkedIn)

## Top Skills

Node.js

AngularJS

JavaScript

## Languages

Spanish

English

## Certifications

CompTIA Project+ Certification

CompTIA A+

# JJ Berrett

Senior Software Engineering Manager at Atomic

Lehi, Utah, United States

## Summary

Aspiring software engineer leading the revolution in web
technologies

---

## Experience

**Atomic**

4 years 11 months

Senior Software Engineering Manager

August 2025 - Present (8 months)

Software Engineering Manager

January 2022 - August 2025 (3 years 8 months)

Senior Software Engineer

May 2021 - January 2022 (9 months)

Lehi, Utah, United States

**WGU Labs**

Full Stack Engineer

July 2019 - May 2021 (1 year 11 months)

Salt Lake, UT, United States

**Vivint Solar**

4 years 7 months

Software Engineer

August 2015 - June 2019 (3 years 11 months)

Lehi Utah

· Created a pipeline that sends data from an Iot device via Amazon's Iot
Gateway engine to Elasticsearch indexes and various lambdas. The data is
represented in dashboards for analytics and used for billing.
· Built python and node scripts to automate triage and provisioning of IoT
devices.
· Helped build a Debian package to install metric reporting software on IoT
fleet.

· Implemented feature requests and bug fixes for data collection software that was SOX compliant.
· Integrated with third party provider's API's to collect production data for billing.
· Won a company hackathon with my team building an Amazon Alexa app.

## Software Engineer Intern
March 2015 - August 2015 (6 months)
Lehi Utah

· Cleaned up billing data integrity issues for 24,000+ customer accounts
· Worked on special project to improve data integrity for various investors
· Developed business flow to improve loss of data and data integrity issues that affect billing of accounts
· Investigated bugs and worked with third party hardware and software partners to find a solution
· Bug Triage for billing software

## It Data Specialist Intern
December 2014 - March 2015 (4 months)
Lehi Utah

Investigated data integrity issues and severity. Helped implement process improvements

––––––––

# Education

## Western Governors University
Bachelor's Degree, Computer Software Engineering