# EXHIBIT B

Contact

www.linkedin.com/in/mgrice28
(LinkedIn)

## Top Skills

Patrol

Public Safety

Snowboarding

## Certifications

Apache PySpark by Example

Analyze Data with SQL Skill Path

Change Management Foundations

Data Analytics for Students

# Mike Grice

Building a payroll powered experience through technical research
and data analytics at Atomic Financial

Salt Lake City, Utah, United States

## Experience

Atomic

5 years 2 months

Research & Data Analytics

October 2021 - Present (4 years 6 months)

Salt Lake City, Utah, United States

Data Specialist

February 2021 - Present (5 years 2 months)

Sandy, Utah, United States

Powder Mountain

Ski Patrol

November 2019 - Present (6 years 5 months)

Eden, Utah, United States

Part time ski patrol

Amazon

Warehouse Associate

April 2020 - February 2021 (11 months)

Salt Lake City, Utah, United States

Life Time Inc.

6 years 8 months

Facility Technician

July 2019 - February 2021 (1 year 8 months)

South Jordan, Utah

Repair and maintain all fitness equipment

Facility Technician

May 2018 - June 2019 (1 year 2 months)

Florham Park, New Jersey

Repair and maintain all fitness equipment

Rockwall climbing instructor

July 2014 - May 2018 (3 years 11 months)

Florham Park, New Jersey

Inspecting all climbing equipment used daily.  Fitting members with a safe and secured harness.  Explaining climbing and belaying techniques to ensure and enjoyable time on the wall.  Presenting the members with oppurtunities to attend any of the classes we provide.

Everyday I provide an educational, entertaining, friendly and inviting, functional and innovative experience of uncompromising quality that meets the health and fitness needs of the entire family.

Route Setter

Belleayre
Ski Patrol
June 2014 - June 2019 (5 years 1 month)
highmount, new york

Ski patrol on weekends

Speedwell Auto and Body
Autobody Technican, Paint prep and Collision Refinisher
September 2012 - June 2017 (4 years 10 months)
Morristown NJ

Assisting with the breakdown of damaged vehicles in accidents.  Prepping vehicles and parts for paint and refinishing.  Working with DuPont paint systems, and other DuPont and 3M products.

Northeast Mountain Guiding
Lead Backpacking Guide and Assistant Rock Climbing Guide
April 2012 - December 2015 (3 years 9 months)
Northern New Jersey

Assisting lead guides with client forms, waivers and gear organization on top rope climbing courses. Helping clients with proper gear fitting and use. Offering instruction and knowledge towards clients who have little to no experience, making sure all clients have an enjoyable time on our trips.

Leading clients on backpacking trips throughout the Delaware water gap national park.  Assisting clients with proper fitting gear and proper packing of gear in overnight backpacks.   Providing breakfast, dinner and treated water for clients.  Answering questions about proper tent setup, food safety, bear

safety, treating water and other various overnight camping precautions and trip itinerary.

### Reliance Autobody
Autobody Technican and Collison Refinisher
November 2011 - September 2012 (11 months)
Dover NJ

Repaired automobiles back to pre-accident status, that were part of accidents and collisions.  Worked with fiberglass and gelcoat on boats, jetskis and other marine vessels.  Painted with dupont paint systems and worked with various Crest, KENT, Dupont, 3M and professional marine products.

### KC Seafood Shack
Food Server and Cooker
July 2011 - September 2011 (3 months)
Manasquan NJ

Seasonal summer job, along the manasquan beach in Manasquan NJ. Organized food orders from customers.  Operated the fryers, grills, and kitchen appliances.  Kept a clean and sanitary work area.

### Ashleys Autobody
Repair Technician and Painter
November 2004 - December 2010 (6 years 2 months)

Work on vehicles that have been in a collision or accident with another vehicle. Replacing outer panels (doors, fenders, bumpers, hood, lift gates, trunk lids, sliding doors and quarter panels).  Also replacing any other part that was damaged in the accident: headlamps, mirrors, brackets, retainers. horns, radiators, ac condensers, fans and fan shrouds, etc.  I also work with DuPont paint products to prep and paint the cars outer panels as well as wet sand compound with buffer and polish the final finish.  Other odd and ends are dealt with day in and day out, its hard to explain but ask and I shall answer.

### Abercrombie & Fitch
Stock Worker, Loss Prevention, Inventory Organizer
2002 - 2003 (1 year)

Worked in the stockroom handling new shipments of products, tagging the products with security tags, folding and organizing the clothing.  In charge of numerous Inventory counts with Regis Inventory teams.  Labeled sections, organized, and counted items to be included in all inventories.

# Education

A.A.S, Computer Tech Support · (2001 - 2005)

Western Governors University
Data Analytics · (2021 - 2024)