IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MYCARD, INC., d.b.a. KNOT,        )
                                  )
            Plaintiff,            )
                                  )
      v.                          )   C.A. No. 26-290-CFC
                                  )
ATOMIC FI, INC.,                  )
                                  )
            Defendant.            )

**ORDER SETTING RULE 16(b) CONFERENCE FOR PATENT CASE**

1.   An in-person scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, May 5, 2026 at 2:00 p.m.**

2.   The parties shall confer about scheduling and discovery limitations and attempt to reach agreement.  The parties shall use as a basis for discussion the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Infringement is Alleged" or the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Only Invalidity and Not Infringement is Alleged," **(revised on April 18, 2022),** available on the Court's website.  No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using one of the forms listed above.

3.   **A trial of no more than five days will begin on Monday, February 8, 2027.**

4.   **The parties shall include in the proposed scheduling order a provision that requires Atomic to make available to MyCard no later than May 12, 2026 either the computer Mr. Weinert testified he used to access MyCard's honeypot in November 2025 or a copy of the contents of that computer sufficient for MyCard to be able to test the accuracy of Mr. Weinert's testimony generally and specifically his testimony that he accessed the honeypot from a public URL.**

5.    If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

6.    **The parties are reminded that Exhibit A must be filed with the Proposed Scheduling Order.  The Parties are further ordered to list in Exhibit A the due dates for any reply briefs.**

7.    The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

4/6/26
_____
Date

_____
Chief Judge

2