IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MYCARD, INC. D/B/A KNOT,        )
                               )
          Plaintiff,           )
                               )  C.A. No.  26-290-CFC
   v.                          )
                               )
ATOMIC FI, INC.,               )
                               )
          Defendant.           )
                               )


                    Thursday, April 6, 2026
                         2:00 p.m.
                       Oral Argument



                       844 King Street
                    Wilmington, Delaware


   BEFORE: THE HONORABLE COLM F. CONNOLLY
   United States District Court Judge



   APPEARANCES:

              GREENBERG TRAURIG, P.A
              BY:  BENJAMIN J. SCHLADWEILER, ESQ.
              BY:  JACOB R. DEAN, ESQ.
              BY:  GREGORY S. BOMBARD, ESQ.
              BY:  JUSTIN K. VICTOR, ESQ.


                       Counsel for the Plaintiff

APPEARANCES CONTINUED:

POTTER ANDERSON & CORROON
BY:   DAVID ELLIS MOORE, ESQ.

-and-

MAYER BROWN
BY:   MICHAEL L. LINDINGER, ESQ.
BY:   CATHERINE E. MEDVENE, ESQ.
BY:   JENNIFER L. WEINBERG, ESQ.
            Counsel for the Defendant

- - - - - - - - - -

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 2:00 p.m.)

**THE COURT:**  Good afternoon.  Please be seated.

**MR. SCHLADWEILER:**  Good afternoon, Your Honor.  Ben Schladweiler from Greenberg Traurig of behalf of plaintiff, MyCard or Knot.

I'm joined today by Justin Victor from our Atlanta office, by Greg Bombard from our Boston office, and Jacob Dean from our Atlanta office, as well as Kieran O'Reilly, who is the chief technology officer at Knot.

**THE COURT:**  All right.  Thank you.

**MR. MOORE:**  Good afternoon, Your Honor.

THE COURT:  Good afternoon.

MR. MOORE:  David Moore from Potter Anderson on behalf of the defendant Atomic.  I'm joined by cocounsel from Mayer Brown, Michael Lindinger, Catherine Medvene, Jennifer Weinberg, and we are also joined by two people from Atomic, and that is Scott Weinert and Andrea Martone.

THE COURT:  Great.  Thank you.

All right.  I read the papers.  As my oral order indicated, I was inclined to grant the TRO.  That's not a definitive decision, but that's where I am, so I think it's better to have the defendant go first.

All right?

MR. LINDINGER:  May I approach, Your Honor?

THE COURT:  Please.

MR. LINDINGER:  Good afternoon, Your Honor. Michael Lindinger on behalf of Atomic.

Given the Court's indication this morning, I'm happy to answer any questions, but as to the core issues --

Can you hit the slides, please?

THE COURT:  Well, why don't you answer this question.

MR. LINDINGER:  Yes.

THE COURT:  Did you take the code?

MR. LINDINGER:  I don't believe we stole or took any public --

THE COURT:  I didn't ask if you stole.  I said, did you take it?  In other words, did you download the code?

MR. LINDINGER:  The only -- Mr. Weinert will testify, the only piece of anything related to Atomic that is presently in the code is that 37-digit.

Mr. Weinert can testify in detail with firsthand knowledge how he encountered it, how it came to be, all of the facts surrounding that.

And it's inoperable, it's inactive, but it is -- as he will testify, it was a curiosity; they plugged it in.  It didn't work.  They moved on quickly to a different solution that, up until last month or so, or a couple months ago --

THE COURT:  So wait.  They have a picture of you in possession of the code?

MR. LINDINGER:  Picture in possession of the code?

THE COURT:  There's a -- what do I call it -- pictorial representation of the code with the 37-digit honeypot, right?

MR. LINDINGER:  That is in our public available SDK.  Yes, Your Honor.

**THE COURT:** That's in your public, right. All right.

So you're saying that 37-digit honeypot, you don't dispute, came from them?

**MR. LINDINGER:** From my understanding, and then from Mr. Weinert -- he will testify to this with firsthand knowledge, he saw the 37-digit, thought it was curious because from Apple's requirements that it has to be 37 digits, it's not 15 one time and 12 the next, or what have you. And he thought it was odd that it was hard-coded and it wasn't changing.

So he thought that's kind of odd. So they plugged it in. It didn't work, and so they just moved on. And, again, as he'll testify -- I don't want to steal his thunder, Your Honor, but --

**THE COURT:** Yeah. And it may be probably, because I'm just not that bright and I don't have the background, but I kind of feel like the way when I read your declarant's affidavit --

**MR. LINDINGER:** Yeah.

**THE COURT:** -- it's like you're dancing around but not giving me just a direct, what I think should be a direct answer.

**MR. LINDINGER:** Again, Your Honor --

**THE COURT:** It might be, again, my fault, but

maybe it's better to just put him on the stand.  But, to me, it's just like, it seems that it is undisputed, but you just don't want to say it, that you all have used code that includes their code and specifically includes, from their code, the 37-digit honeypot.  But you don't want to say yes or no to that.  It seems like that would be just a, yeah, that's right.

**MR. LINDINGER:**  Your Honor, I -- I guess not to quibble with the term "code," but that 37-digit variable, that's the only thing in there.  There isn't other codes surrounding it.  There's not other pieces that --

**THE COURT:**  How did you get the 37 digits?  Where did you get it from?

**MR. LINDINGER:**  From a publicly available website that Mr. Weinert will testify --

**THE COURT:**  What was the website?

**MR. LINDINGER:**  It was publicly available SDK from Knot, and Mr. Weinert will testify --

**THE COURT:**  That's an example, so you got it from their website, the 37-digit honeypot?

**MR. LINDINGER:**  Yes, Your Honor.

**THE COURT:**  Okay.  That's helpful.  When did you get it?

**MR. LINDINGER:**  It was early November.

**THE COURT:** Who got it?

**MR. LINDINGER:** Mr. Weinert observed it.

**THE COURT:** All right. Why don't you...

Then that's helpful to me. Now I get it. So you got this honeypot. He downloaded it in November.

**MR. LINDINGER:** Yes, Your Honor.

**THE COURT:** Okay. Now, it's a publicly available website. Can I just go on the web right now and get that website?

**MR. LINDINGER:** Not that specific one because from our understanding, we tried to do that, again, and they've taken retroactive or post-hoc measures to hide this said honeypot.

But Mr. Weinert will testify, under penalty of perjury, under oath, that he is 100 percent sure that he has personal knowledge he went and -- this is part of the slides, Your Honor. He can walk you through how he got there.

**THE COURT:** Why don't you just put him on the stand. Let's just go with that.

**MR. LINDINGER:** Yes. We'd like to call Scott Weinert, Atomic's chief technical officer, to the stand, Your Honor.

**THE CLERK:** Raise your hand. Please state and spell your name for the record.

**THE WITNESS:**  Scott Nielsen Weinert, S-C-O-T-T N. W-E-I-N-E-R-T.

SCOTT N. WEINERT, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

**THE CLERK:**  Thank you.  Please be seated.

DIRECT EXAMINATION

**BY MR. LINDINGER:**

**Q.**  Good afternoon, Mr. Weinert.  Can you please state your name for us?

**A.**  Yeah, my name is Scott Weinert.

**Q.**  Where do you work today, Mr. Weinert?

**A.**  I work at Atomic Financial.

**Q.**  What is Atomic Financial?

**A.**  Atomic Financial is a technology provider to banks and financial technology companies.  We provide a service that allows users to automate things, such as moving their card to a new bank or moving their direct deposit to a new bank account that they create.

**Q.**  When was Atomic founded?

**A.**  It was founded in 2020.

**Q.**  What's your title and role at Atomic?

**A.**  I'm the cofounder, and I am the chief technology officer.

**Q.**  And as chief technology officer, what are some of

your roles and responsibilities?

**A.**   I oversee all of the engineering teams, code production, releases.  I work with customers.  It's a lot, but, definitely, all the technology.  Buck stops with me.

**Q.**   How long have you been coding in your life?

**A.**   I started coding when I was 12 years old, and I've been in it, professional capacity coding, for 22 years.

**Q.**   Can you give a brief example of any coding experience you had before Atomic?

**A.**   Sure.  Before college, I coded for companies such as Target, Fox, NBC.

Later, I started a number of technology companies, one of them being Unbill, and Unbill was a card switching product.  We built it, integrated with thousands of merchants out there.  We later sold that company to Q2, a publicly traded financial services company in January of 2017.

**Q.**   What is TrueAuth?

**A.**   TrueAuth is an authentication mechanism we developed in-house.  We started building it in 2021, and we launched it to the public in 2022.  And it just basically allows users to connect to systems, like merchants, Netflix, and Amazon, ADP, their payroll systems without sharing their credentials.  So it's a secure approach, and it's adopted by nine of the top ten financial institutions in the

United States.

**Q.** And the TrueAuth, that's Atomic's technology, correct?

**A.** Yes, it is Atomic's technology.

**Q.** Are you familiar with Atomic's Face ID technology that's at issue in this case?

**A.** Yes. I have personal firsthand experience with the development of such technology.

**Q.** Okay. Please describe how you were involved in the development of that technology?

**A.** Yeah. So the project was assigned to a -- our architect, his name is Michael Contreras. He -- we did a Zoom call, which is a video conference call, together when developing said technology. He is in the top 1 percent of the engineers I've ever worked with.

He went ahead and outlined and figured out how this was going to work, and he basically created a blueprint of the steps for this technology to function in production, and later passed it on to the rest of our engineering team to actually get out and release.

**Q.** Okay. And then when did his work on the Atomic Face ID start?

**A.** Yeah. So it started in November of 2025, around November 6.

**Q.** And as he was working on the blueprint and the

coding, and you were -- what were you doing while he was hands on the keyboard?

**A.**   Good question.  So I was -- it's called pair programming.  It's where one engineer has hands-on keyboard.  They are building, and the other engineer -- and this was -- this was me.  He was hands-on keyboard.  I was basically talking to him through the process, helping remove blockers, you know just collaborating with him.

**Q.**   As he was developing this, was Mr. Contreras, for lack of a better word, doing this from scratch?

**A.**   Yes.

**Q.**   So he was developing his -- a unique, proprietary Atomic Face ID technology under himself?

**A.**   Yes.  At one point he even -- he doesn't have an iPhone, which made it difficult.  He uses an android device.  And so he found that he can actually trigger the flow on his laptop.  He uses Safari, which is Apple's browser.  He was able to trigger the touch ID flow on his computer, which is actually, in the background, very identical to the Face ID flow in a lot of its mechanics, and he was able to use a lot of that, and then later test it on my phone to see if it actually worked after he built it.

**Q.**   So as you guys were working on this in that early, say, November 6 timeframe, when, if at all, did the Knot

honeypot code come onto the scene?

**A.**   Yeah.  So it came onto the scene after he had developed the initial prototype.  He was very confident in his solution.

At that point in the call, me being the observer and doing research, I -- I looked at, you know, Knot's implementation in that -- in their source code that was publicly available -- so this is publicly available code -- and I noticed a very unusual string, and that would be the 37-character string, and I asked him, I said, "Michael, put this in because it's very curious.  I wonder if it has any bearing on the functionality of the Face ID."

He put in the code.  We found it had -- it did nothing.  It was nonfunctional.  He later took that blueprint that contained the 37-character honeypot ID, he passed it off to our engineering team with a note that said, hey, randomize this value.

And the engineering team, they did that, they randomized the value, but they kept the 37-character in there as a fallback.  So it's an inactive fallback, so if the randomization fails, use this, is essentially what the code said.

It was an oversight for sure to push that out to production, because it was an artifact of us simply

testing that 37 characters to see if it was meaningless or not.

**Q.**   And what did you end up concluding about the meaningfulness or meaninglessness of it?

**A.**   Yeah, it did nothing.  It matched Apple's schema of auth and 37 characters, but it was nonfunctional, and it doesn't have any bearing on our code.

         **THE COURT:**  Can you stop for a second, please.

         **MR. LINDINGER:**  Yes, Your Honor.

         **THE COURT:**  You just testified that Knot's implementation in their source code that was publicly available, so this is publicly available code, and I noticed a very unusual string.  That would be the 37-character string.  And I asked him, I said, "Michael, put this in."

         What is the "this"?

         **THE WITNESS:**  "This" is the 37-character honeypot code.

         **THE COURT:**  So it's nothing else but 37 characters.  It's not anything before it or not anything after it?  You said to Michael, "put this 37 string of characters into your code."  Is that right?

         **THE WITNESS:**  Yes, Your Honor.  I would clarify, to put it into the code he was working on as a

prototype.

THE COURT:  Okay.

And then he put in the 37 characters, and no more, the 37 characters from Knot's code into his prototype code, and determined that the 37 characters were nonfunctioning; is that right?

THE WITNESS:  Yes, Your Honor.  And I remember this exactly how it happened because I told him to put it in there.  He also saw that there was code surrounding it, of course.  And he is very suspicious of anybody else's code.  I can't even get him to use AI generation.  And he said, I'm confident in my approach, I think it's superior.  Pointed out a couple of issues, and he continued on with his approach.

THE COURT:  We'll get to that in a second.

THE WITNESS:  Okay.

THE COURT:  When you input a string of 37 characters...

I haven't done computer coding since 11th grade.  I thought it was the most basic, it was basic.  I don't remember anything from it.

But I would think that if you input 37 characters of code from Knot's software into whatever you're working on, how does it function, except if it's either the same language...

First of all, is it the same language?  Were you all using the same language?  And if so, what was the language?

**THE WITNESS:**  I can't speak to all of the languages Knot uses, but in this case, yes, we were both using a JavaScript as the language.

**THE COURT:**  So it's JavaScript.

**THE WITNESS:**  Which is common for publicly available code.  A lot of it is in JavaScript, Your Honor.

**THE COURT:**  And then the 37 characters, do you remember what the first and the last character were?

**THE WITNESS:**  I don't remember -- I don't remember the last one.  I remember the first one.  It started with auth, which means authentication.  And this 37 character is the same length and structure of strings generated by Apple, themselves, when you're doing a Face ID.  And so it looked exactly like -- it looked exactly like what we were seeing when we were building our code, and we were curious, why is Knot using the specific 37-character versus a randomly generated one.  Because -- sorry if that's too much detail.

**THE COURT:**  No, it's not too many detail, but it's too many new concepts and too fast.

**THE WITNESS:**  Okay.  Thank you.

THE COURT:  And it's not your fault, it's my fault.  Because now you've referred to Apple's code, right?  Now, what are you referring to by Apple's code?  Is that publicly available?

THE WITNESS:  Yes.  Apple, just like us, just like Knot and everybody, we all have publicly available code because some code lives on your device.

If you access a webpage, which we are going to show, to clarify this -- we have some slides to clarify it.  But if you go to, like, ESPN.com, you can view the code that ESPN just sent to your device, and you can browse it on your machine.  It's publicly available.  Apple has it.  We have it.  Knot has it.  Everybody does.

THE COURT:  Okay.  And so the code that you viewed of Apple's on which you saw, it sounds like, a pattern of 37-character strings being used; is that right?

THE WITNESS:  Absolutely, yes.

THE COURT:  What is that Apple code?  What is it used for?  I mean, Apple probably has tons of code.  So it's Apple sending the code to what that you viewed it on?

THE WITNESS:  Yeah, I can describe that.  It's a little bit technical, but that's okay.

So, essentially, it's called a frame ID.  And

in a URL, which is like what you put in your browser address, they stick a generated frame ID into said URL as part of the process for doing Face ID authentication. And so they generate a new one every time.

And so it was very odd to see a static one in Knot's public code that wasn't, you know -- in our implementation, we said randomize it because you couldn't use the same one every time.

**THE COURT:**  You have to help me.  I have to go slower.  Go back to Apple.

So when you view Apple's code related to face authentication, you are saying you see patterns of 37-character strings; is that right?

**THE WITNESS:**  Yes.

**THE COURT:**  Do they all begin with auth?

**THE WITNESS:**  Yes.

**THE COURT:**  And you're saying those 37 characters on Apple's public code perform no function; is that right?

**THE WITNESS:**  Yes.  The -- so the way Apple -- basically, it's in a URL, this 37-character code, and it's frame ID because there's something called a frame.

**THE COURT:**  Stop.  When they send a URL, I thought they were sending a URL with lots of code.  But

within that code, there are these patterns of 37-character strings.

THE WITNESS:  Yes.

THE COURT:  Okay.  So when they send the URL, they're not just sending 37 characters.  They're sending lots of code within which are embedded patterns of 37-character strings; is that right?  Or is it just one 37-character string in that entire code that the URL sends?

THE WITNESS:  It is -- when Apple creates this URL, it has one part of it that is a 37-character string.

THE COURT:  Okay.  So it only appears once. It's not a pattern.

THE WITNESS:  It is random-generated string that will appear once during any single Face ID authentication.

THE COURT:  Is Apple one instance of a 37-character string, does it always begin with auth?

THE WITNESS:  Yes.

THE COURT:  Are auth, are those four characters or is that the beginning of 37-character string?

THE WITNESS:  That's the beginning.  And it's not a pattern that Knot or us created.  It is Apple's

pattern.  They dictate what that pattern should look like.

Apple said, hey, for this part of the authentication, there needs to be this string that is 37 characters that starts with auth.  So it's not a coding decision by us or Knot.  That is Apple that dictates that.

**THE COURT:**  All right.  Did you observe Apple URLs that contained the 37-character string prefaced by auth prior to November 6, 2025?

**THE WITNESS:**  Yes, absolutely.

**THE COURT:**  You were familiar with it?

**THE WITNESS:**  I saw the engineer do it.  I saw it.  I saw the string.  And I said, you know, why is Knot in their code using the same one every time.  It makes no sense.

**THE COURT:**  I am on the Apple URL.

**THE WITNESS:**  I'm sorry.

**THE COURT:**  I'm on the Apple.

**THE WITNESS:**  Yeah.

**THE COURT:**  When did you know that Apple's URL used a 37-character string that you say was nonfunctional that was prefaced by auth?  When did you first observe that?

**THE WITNESS:**  That was in my call with our

architect building this with Michael.  When he was going through the process of building it, we observed Apple was using a URL that has a 37-character string beginning with auth.

**THE COURT:**  Did you observe that before or after he observed Knot's source code having an auth prefaced 37-character string?

**THE WITNESS:**  Before, Your Honor.

**THE COURT:**  And then is it your testimony that when Apple sends out this URL, that that 37-character string, which you say is prefaced by auth, changes every time a new URL goes out; is that right?

**THE WITNESS:**  That's right.  It just needs to be a randomly generated string.

**THE COURT:**  What does it do?  What purpose does it serve for Apple having that?

**THE WITNESS:**  Yeah.  So on a webpage, there's something called a frame.  Think of it as just like this room is the webpage, and there's a frame right there on that wall.  The identifier basically tells the code how to interact with that particular frame in the room.  The room being the website.

And so it's Apple's way of passing in that frame into the URL so at the next step, it can essentially identify the right place to interact with on

the website.

So as long as the frame has that --

**THE COURT:**  Why is it randomized then?  Why not have the same 37 numbers every time?

**THE WITNESS:**  Well, I mean, I don't know why Apple randomizes it.  That's just the design decision they've made.  But, you know, as long as the frame has that ID and it's the same one in the URL, they'll be able to talk and the functionality works properly.

**THE COURT:**  And this is talking between Apple's device?  Is it like an iPhone or is it an app on the Apple device?

What is it on the Apple side of the two things that are communicating you're referring to?

**THE WITNESS:**  Right.  There's a lot of pieces there, but they have kind of their native side, which is like -- it's written in -- you know, on a phone, you have your native layer and then you might have a website that is living on top of that.  Right?

So it's a way for them to kind of -- the integration's such that it's communicating across all those different layers of the application.

**THE COURT:**  On the Apple side of the application, what are the layers?  It's the iPhone, the website, is there any other --

THE WITNESS:  Yeah.  There's -- they have their native, like, Face ID functionality.  And that is controlled and built by Apple.  It's not something we build or anyone builds.  It's completely dictated by the Apple operating system and ecosystem.

THE COURT:  Is it your testimony that the Apple ecosystem sends out the URL; is that right?

THE WITNESS:  Yes.

THE COURT:  URL contains 37 characters?

THE WITNESS:  Yes, Your Honor.

THE COURT:  And it goes to what?

THE WITNESS:  Where do they go?

THE COURT:  Where does that URL go?  What's it communicating with, the Apple layer or the ecosystem is communicating with what?

THE WITNESS:  So the principal architect that built this would probably have a better answer for you on that.  I'm happy to say what I know about it, but I may not know the inner workings.  I saw him build it, but I may not know the inner workings of how Apple is doing that particular step.

THE COURT:  Well, when you observed this source code, it was in an Apple URL, correct?

THE WITNESS:  Yes.

THE COURT:  What were you observing?  What

was it sent to?

THE WITNESS:  Yeah.  So I was observing Michael Contreras, use Safari, which is Apple's web browser.

THE COURT:  So that's in the Apple ecosystem?

THE WITNESS:  Yes.

THE COURT:  Okay.

THE WITNESS:  And he was triggering a touch ID -- if you're on a computer, you use a fingerprint because it doesn't have Face ID, like your phone.  But the mechanics on the Apple end are remarkably similar, whether using either one.

THE COURT:  So you're looking at his computer when you're reading the Apple URL?

THE WITNESS:  Correct.

THE COURT:  Okay.  And it's only one 37-character?

THE WITNESS:  Yes.

THE COURT:  But you say you know from experience that that 37-string, 37-character string changes every time a new URL goes out?

THE WITNESS:  Yes.  Apple randomly generates it for reasons I couldn't -- Apple would know.  I don't know exactly what those reasons are, but they randomly generate it.

THE COURT:  So then you ask Michael to take that 37-character string and put it in his code?

THE WITNESS:  Yes.

THE COURT:  How does he know where to put it?

THE WITNESS:  Well, because inside of the URL it says "frame ID equals," and then it says "auth" and then a whole bunch of characters, right?  So seeing that what was in Knot's public code --

THE COURT:  Now you're on Knot.  I'm back on --

THE WITNESS:  Sorry.

THE COURT:  -- Michael.

How does Michael know where to put it in his code?

THE WITNESS:  When you say "put it" --

THE COURT:  The 37 character...

I thought you said you told Michael, take the 37-character string from Apple and put it in your code, or did you...

It was it a 37-code from Knot you told him to put in?

THE WITNESS:  Exactly.  Yeah.  It was a 37-character from Knot.  I personally told him, this is unusual and curious that they have this nonrandomly generated hardcoded 37-character string in their code.

Why is that?  Plug it in and see if it changes anything about how this Apple authentication works, which he did.

He can tell where to put it because it matched the same structure of what we were already seeing.  So we knew exactly where to put it when we saw it.

**THE COURT:**  Did you put in any other characters from Knot source code into Michael's source code other than the 37-character string?

**THE WITNESS:**  No, Your Honor.

**THE COURT:**  Nothing else?

**THE WITNESS:**  Nothing else.  It was his original work.  He knew what he was doing.  He built the whole thing from beginning to end without using any other characters from Knot's code, nor would he -- knowing him, he wouldn't even accept it, someone else's code into his.

**THE COURT:**  All right.  Go ahead.

**MR. LINDINGER:**  Thank you, Your Honor.

**BY MR. LINDINGER:**

**Q.**   Mr. Weinert, what is the current status of the Atomic Face ID code overall right now?

**A.**   Yeah.  So when we launched it, it worked.  Later on, I believe in February -- well, when Apple released a new version of their code, this particular Face ID became dysfunctional with the latest version of Apple's operating

system.

**Q.** Okay. And is Atomic currently working on a solution to Apple's Face ID changes?

**A.** Yes. It doesn't work with 26.3 and 26.4, which are Apple's latest operating system versions.

**Q.** And regarding Atomic's in progress Face ID solution, does that include any Knot code or is it derived at all from any Knot code?

**A.** No.

**Q.** And just to be clear, where Your Honor, I think, asked you a similar question, apart from the 37-digit alleged honeypot that we were talking about in this case, how much more, if any, of Knot's code is in Atomic's Face ID code right now?

**A.** None. And I reviewed this before this to make sure -- I looked at Michael Contreras' blueprint, and I made sure that when I testified, I know that it was original work and nothing else was in there.

**Q.** Do you recall Mr. O'Reilly's statements in his declaration that Atomic would have had to use one or more specialized tools to access the alleged honeypot code at issue here?

**A.** Yes.

**Q.** Do you agree with Mr. O'Reilly?

**A.** No.

**Q.**   Why not?

**A.**   Well, because the honeypot code and the URL to access such code was publicly available.  They published a mobile SDK for everyone to see.  There's no less than 85 versions of this published in open source on the Internet.

**Q.**   And did you use any special tools to review it?

**A.**   Nothing more than a web browser that everyone in this room has.  There weren't any special developer tools, software engineering tools needed.

**Q.**   How sure are you on this fact?

**A.**   One hundred percent.

**Q.**   Mr. Weinert, did you create some slides to help explain kind of how you encountered the alleged honeypot code using standard browsing techniques?

**A.**   Yes.

          **MR. LINDINGER:**  Your Honor, may we publish those slides?

          **THE COURT:**  Yes.

          Have you shown them to the other side?

          **MR. LINDINGER:**  Yes.  I gave it to them before the hearing.

          **THE COURT:**  All right.

**BY MR. LINDINGER:**

**Q.**   Mr. Weinert, what are you showing here on Slide 6?

**A.**   This is the ESPN.com website.

**Q.** Let's go to Slide 7.

So if you go to the bottom right-hand corner where we have the cursor icon, kind of what are you showing from the main page up from Slide 6 to Slide 7 here?

**A.** Yes.  So if you right click on a website you're viewing in a web browser on your computer -- this is universal -- there's an option that says "view page source."

**Q.** So if you click that view page source, what happens?

**A.** You are able to view the source code that was sent to your device.  This is not confidential.  This is public source code that ESPN needed to display this website on your machine.

**Q.** And what do you call this type of code, Mr. Weinert?

**A.** This is client-side code.  The client being your machine or your phone, your laptop or your phone.  Because it lives on the client, not on the server.

**Q.** And what are you -- the red call-out box there, why are you calling that .JS, JavaScript file?

**A.** It is.  JS stands for JavaScript.  ESPN and pretty much all websites have some form of this, where you can click the link to see the JavaScript code in the public, and this is the logic for controlling the website.

**Q.** So you click on that on Slide 8 and then more code appears on Slide 9?

**A.**   Yes.

**Q.**   And then, I guess, if you wanted to go down further rabbit holes and enjoy your curiosity on the back end of ESPN, could you just continue to look for more links or URLs within the code and keep drilling down?

**A.**   Yes.  When I was a kid, that was really fun.

**Q.**   Did you provide slides on any other examples like this?

**A.**   I did.

**Q.**   What examples?

**A.**   I have another example of how Knot would have potentially used this same approach to find the honeypot in our publicly available code.

**Q.**   So why do you want to walk through Atomic's public code before Knot's public code here?

**A.**   Because I want to show that they are no different, that we accessed this in a public manner the same way they accessed the honeypot code or any of our code out in the public.

**Q.**   So, Mr. Weinert, what are you showing here on Slide 10?

**A.**   This is a GitHub.  This is the most popular place for companies to put their code.  And this is our GitHub page. You can have private and public code.  This is a public repository called Atomic transact java script where

anyone, including Knot, could view some of our source code.

**Q.** So let's go to Slide 11.

**THE COURT:** Why do you do that?

**THE WITNESS:** Great question.

We do this because our financial institutions that we work with, they need to integrate with our technology. And so we give them examples. We give them software development kits. We give them tools that we publish publicly, so they can go in and look at this.

This is not confidential. There's no trade secrets or anything like that. But we have to or we could not operate as a business.

**BY MR. LINDINGER:**

**Q.** So, Atomic-transact-javascript, you click on that link. Does that get you to Slide 11?

**A.** Yes. This is the source code. And that index file is essentially a JavaScript file. That is the main file for this repository of code.

**Q.** And then did you click on the index file for the next slide?

**A.** Yes.

**Q.** So let's go to that one. And what are you showing here on Slide 12?

**A.** This is the URL for our web application. It's

transact.atomicfi.com.  This is where Knot could have confirmed, or would have needed to confirm that the honeypot, so-called honeypot code, was in our -- was in our code.

Q.   So that doesn't look like a link.  So did you kind of copy and paste that into another browser here?

A.   Absolutely you could, yeah.

Q.   Let's do that.  So we copy and pasted it into a browser.  Why does it look like it's all blank there?

A.   Yeah.  The reason it looks that way is because it's not really designed to be viewed in a browser.

The way this is typically viewed is you might be in Chase Bank's app.  You would say something like, hey, move my cards.  It would open this, and they would pass configuration in.  So because of that, it looks blank, but the code is still there.

Q.   So when you say "the code is still there," is it the same techniques as you use on the ESPN page in the bottom right corner, the view page source?

A.   Identical techniques, yes.

Q.   So let's look at that.  So you click on that, and what does that get you on Slide 14?

A.   Yeah.  This gives the source code for the website, and then a link to view the JavaScript file.

Q.   And the JavaScript file that you're identifying here

is \assets\index-DDAHWUHJ.JS?

**A.** Yes.  The last part is randomly generated.  It changes every time we release code.

**Q.** Okay.  So let's go to Slide 15, which if you look at the URL there, is that the same one you called out in the prior slide?

**A.** Yes.

**Q.** And then what are you calling out here on Slide 15?

**A.** So highlighted is the honeypot code that Knot correctly identified inside of our publicly available JavaScript.

**Q.** Would you consider -- I'm sorry, Mr. Weinert.

**A.** You can see that it follows the auth dash, which is a pattern dictated by Apple, and the rest of the honeypot code.

**Q.** Would you consider that code a trade secret?

**A.** Absolutely not.

**Q.** Why not?

**A.** Well, because it really serves no function in our code, and, if found, it doesn't serve anybody any purpose.

**Q.** I meant the entire file here, would you consider that whole file a trade secret?

**A.** No.  It's publicly available.  If it was a trade secret, we wouldn't put it -- we have trade secrets, but they're not in this because everyone can see them.

**Q.** Let's move to Slide 16 here.

**THE COURT:** Can you back up. Why do you have it in there? If it doesn't serve any purpose, why do you have it?

**THE WITNESS:** Yeah. So, Your Honor, the reason it's in there is because our website couldn't function without this code. And so -- sorry. Are you talking about the honeypot code?

**THE COURT:** Yeah. Yeah. Why do you have the honeypot? Why didn't you do your own pot?

**THE WITNESS:** Great question.

So backing up to our building of this feature. I guess we didn't go over this part, but there was -- when Michael Contreras created our code to do the Face ID, he had that in there as an artifact of me telling him, hey, stick that in there to see if it does anything.

And so when he handed that blueprint off to the rest of the engineering team to go add this to and release it, what happened was he added the note that said "randomize this," meaning don't use this, make it random, which the engineer followed his instructions, but added this as a fallback.

So we're not even using it. It's inactive code. So it basically says, hey, randomize. If that

fails, use this one that we have.  And that was an oversight on the engineer's part and potentially on my part for not specifying.

THE COURT:  Where does it say...

Show me, can you see that randomization instruction in that code there?

THE WITNESS:  It's hard to see.

Yes.  So inside of here, see the orange part?

THE COURT:  Yes.

THE WITNESS:  So if you --

THE COURT:  I am looking at a screen down here.

THE WITNESS:  Okay.  If you back up all the way to -- see how it says -- see where it says tempStorage just before it?

THE COURT:  Yes.

THE WITNESS:  So it says tempStorage.interceptedData.appleFrameId?

THE COURT:  Yep.

THE WITNESS:  Sorry.  It's hard to read this. On this spot here.  Okay.  We need to actually go all the way back up to the first curly brace you see before this section.

Do you see the first curly brace, it's followed by --

THE COURT:  I don't know what a curly brace is.

THE WITNESS:  Keep going until it says const ne=z --

THE COURT:  NE=X.appleFrame?

THE WITNESS:  NE=Z.temp.  So you need to go back further.

THE COURT:  How many lines up do I go?

THE WITNESS:  It's on the same line.  NE=Z. It's before the Z.temp Storage.

Can I point it out to you, Your Honor?

THE COURT:  The line that has the yellow in it?

THE WITNESS:  That's not the one.

THE COURT:  What line are you on?

THE WITNESS:  The one with the orange in it.

THE COURT:  Okay.  Yes.  NEZ const --

THE WITNESS:  Yes.  That's the one.  Yeah.

THE COURT:  All right.

THE WITNESS:  So you see how it says -- so it says try{const.  So it's saying ne=Z.tempStorage.interceptedData appleFrameId.  Right?

THE COURT:  Yeah.

THE WITNESS:  Then there's a question mark.

THE COURT:  Yeah.

THE WITNESS:  That means, hey, if this doesn't work, if that's not in there, then use this one. And it proceeds to follow assigning that honeypot value, if that one doesn't -- doesn't work properly.

THE COURT:  Hold up.

So you're saying the question mark means, hey, if this doesn't work.  If what doesn't work?

THE WITNESS:  Meaning if it's not able to pull it from the source, which is interceptedData.appleFrameId, which would be potentially our generated ID.

THE COURT:  If it's not able to pull from the Apple source a randomized 37-character string?

THE WITNESS:  Right.  Yeah.  So I think what this is saying, Your Honor, and I don't want to -- you know, we have -- the engineer that built this would know in absolute clarity, but I think what this is saying is that, hey, we're going to try to use the Apple ID that's generated by Apple.  If, for whatever reason, Apple doesn't give us one, we're left empty handed, and so use this one that follows the same structure as theirs.

THE COURT:  But you know Apple is going to give you a 37-character ID.  You told me that.

THE WITNESS:  Yeah.  They will.

THE COURT:  Why do you need this

randomization in there?

THE WITNESS:  To my knowledge, this has never been used, Your Honor.  It was an engineer that put it in as an oversight because they're always thinking, hey, what if this fails.  And maybe there's zero percent chance it fails, right?  But they're thinking in case it does, what do we use?  Well, this looks like something that should work, it's following their structure, that's better than doing nothing.

THE COURT:  Where does it say replace the honeypot, the code that preceded it, with this randomization, this randomized 37-character sequence?

THE WITNESS:  Yeah.  So this tempStorage. interceptedData.appleFrameId.

THE COURT:  Yes.

THE WITNESS:  That's grabbing the intercepted frame ID from Apple.  So Apple specifies this, we grab it, we intercept it, and it's going to use that.

THE COURT:  All right.  Go ahead.

BY MR. LINDINGER:

Q.    Let's move to Slide 16, Mr. Weinert.  What are you showing here on Slide 16?

A.    So this -- this is Maven Central.  This is another place to store code.  And this is one of Knot's mobile SDKs that they -- that they've published online for the

public to see.

**Q.**   What are you showing here on Slide 17 regarding the Maven Central repository page with respect to the Knot API SDK information?

**A.**   Sure.  So this is each version of their nonAPI android SDK.  You can see there's eight pages here. There's about 12 per page.  So it adds up to no less than 85 versions that have been released to the public that anyone can go in and browse.  You can do this.  Anyone can do this.

**Q.**   So as the CTO of Atomic, how, if at all, does Knot having -- what's your reaction to Knot having 85 versions of its SDK on the public Maven site?

**A.**   It's unusual.  If this was ours, I would have some questions for the engineer that did this, especially considering it's also filed with an open source license, which is the open -- it's an Apache 2.0 license, which is the ability to copy, reproduce, and duplicate.  This is very curious to me that this even exists.

**Q.**   So what -- why do you have the red box around the browse word to the right-hand side for version 1.0.82?

**A.**   So that -- if you click that button, it lets you browse the source code.

**Q.**   What's the date of the version at the top line?

**A.**   That one is February of 2025.

**Q.**   All right.  So you clicked on the browse link, and it brings us to Slide 18.

So what's being shown on Slide 18 when you click on that browse link for this version?

**A.**   So these are a bunch of files for this release of that code.  And the one I have highlighted is the one with -- says sources -- source code file.  Essentially a box with a bunch of files in it called a compressed archive.

**Q.**   And then what did you do next?

**A.**   So if you click that, you can download it to the computer.  It's, you know, a publicly available file.  You open it, and essentially, it's Knot's mobile SDK code.

**Q.**   So there's one file in this or a bunch of files in this zip file?

**A.**   Bunch.  It's the entire source code.

**Q.**   Okay.  So you clicked around a little bit and then what are you showing on Slide 20 here?

**A.**   So this is -- one of the files in here, it's called web view URLs.  And if you look at this, it says, "https://Knotapi.vercel.app."

**Q.**   I want to keep that string, that Knotapi.vercel.app, let's keep that in mind.

**A.**   Okay.

**Q.**   I guess why are you calling that out?  What are you

calling out here?

**A.**   I'm calling that out because if you were to browse to that website and view the page source, this is where the honeypot code, the alleged honeypot code was originally found.

And it's also interesting because this is also the URL that Mr. O'Reilly, in his testimony, said that I could -- you could not obtain except indicating some methods that were potentially nefarious.

But I'm showing here that it was available in their publicly source -- open source code.

**Q.**   Let me go back there.  So just to be clear, Mr. Weinert, everything we've done up until this point, have you used any specialized tools?

**A.**   No.

**Q.**   No software development special tools for software engineers?

**A.**   No.  Web browsers, text viewing.

**Q.**   All right.  So you clicked on -- you get to the Knotapi.vercel.app file.  In the top box, we have another blank area there.  Is the code still there?

**A.**   Yes.

**Q.**   And then you viewed it by doing the view page source, like we saw on ESPN earlier?

**A.**   Yeah.  Just like ours.  It's blank because it's

likely meant to be opened in a mobile app, you know.  So
it's not showing the website.  But all the source code is
still there.

Q.   And then you see the view page source, and is that
the next picture on the bottom?

A.   Yes.

Q.   Then why are you calling out the assets\
DQIAVKGF.JavaScript file there?

A.   I'm calling that out because that is the JavaScript
code that they have associated with this website, the same
you would see on ESPN or our website, and this is where
the honeypot code was found.

Q.   Okay.  So we click on that link.  Again, that brings
us to a -- let's call it an empty browser page, but the
code is still there, right?

A.   Yes.  It's still there.

Q.   So you do the view page source again, and then you
get to code in the bottom left.  A lot of code there kind
of in the black box.  Do you see that?

A.   Right.

Q.   So then what are you zooming in on in the code that
is located in the Knotapi.vercel.app\assets\DQIAVKJG --
sorry GF.JS URL?

A.   Yeah.  I'm indicating that, you know, there is
clearly Face ID code in this file.  He just searched for

Face ID.  There is Face ID-related code in this file. It's likely not the same as -- I know it's not the same, actually, as the public one I viewed when we were building this integration.  But it demonstrates that they also publish this in the public, and this was where it was.

**Q.**   Does it matter at all that this vercel.app\assets URL, does it matter that it came from the Android SDK?

**A.**   It doesn't because the code that you're looking at here is -- used -- it's platform agnostic, whether it's, you know, their SDK is going to load this web application whether you're on an Apple device or on an Android device, it's going to load the same code, which is why there's Face ID code in here, even though on Android that wouldn't make any sense.

**Q.**   So, step by step, is this how you viewed the honeypot code in -- on November 6, 2025?

**A.**   Yes.

**Q.**   But it's just not there right now, right?

**A.**   Yeah.  They have since changed the file.  But before this, I made sure that my memory was correct.  And I have the original file that I accessed on that day, dated on my computer as November 6, and it has the honeypot code inside of it.

**Q.**   Okay.  On Slide 23, what -- please describe what's going on in Slide 23?

**THE COURT:** Time out. So I just want to make sure, because we're going to have discovery, right? So they will be able to test this with metadata.

So you're saying if I went to your computer and I went, looked at your activity on November 6, it would show that you downloaded from Knot the honeypot?

**THE WITNESS:** Yes. I downloaded their public source file that you're looking at here.

**THE COURT:** On November 6?

**THE WITNESS:** On November 6. And it has the honeypot code in it, which is the day -- also the day that I was working with Michael Contreras to build this, which corroborates my testimony on that front.

**THE COURT:** And the metadata would show that you accessed a publicly accessible link or webpage to get that?

**THE WITNESS:** Yeah, I think it stands -- my personal opinion, it stands on its own merits that, you know, where else would it have come from.

**THE COURT:** Well, when you say "where else," I mean, I just want to make sure. You're telling me, you're a computer guy, I'm not.

**THE WITNESS:** Oh, sure.

**THE COURT:** You're telling me the computer would show where you downloaded it from?

THE WITNESS:  Yes.

THE COURT:  And you're telling me you downloaded it from a publicly accessible website?

THE WITNESS:  Yes.

THE COURT:  Okay.  Thank you.

**BY MR. LINDINGER:**

Q.  So moving on to Slide 23, Mr. Weinert.  What are you showing here with respect to the Wayback Machine?

A.  So this is the same file.  Now I want to make clarification that the naming is a little bit different because the name -- the end of the URL -- you see this 5AY_SL_, so there's a portion that changes with each release.  And so it's not named exactly the same, but it serves the same function and it is like the same file, if that makes sense.

Q.  So this just is another example of if you -- this is a public example of going to a Knot API.vercel.app\assets URL and finding Face ID references and Apple Face ID references consistent with what you saw publicly on November 6, 2025?

A.  Correct, yes.  So you can see there's a lot of source code here.  I don't know if it's -- I don't know how much of the source code it is, but this is the publicly available portion of it that, when I viewed it on November 6, it contained the honeypot code.

**Q.**   Okay.  And just to be clear, what is the Wayback Machine?

**A.**   The Wayback Machine it's basically a time machine for viewing maybe what was on the Internet because it changes. So you can go back and see different websites and snapshots of what they looked like at a given date and time.

**Q.**   Did you read Mr. O'Reilly's statements in his declaration regarding the public accessibility of the information here on the Wayback URL?

**A.**   Yes.

**Q.**   Do you agree with him?

**A.**   No.

**Q.**   Why not?

**A.**   Well, he asserted that -- I'm trying to recollect. He referred to it as a snapshot, not the Wayback Machine.

            **MR. LINDINGER:**  May I approach, Your Honor, to refresh the witness's testimony with Mr. O'Reilly's declaration?

            **THE COURT:**  Sure.

**BY MR. LINDINGER:**

**Q.**   Mr. Weinert, if you can go to Paragraph 47 of Mr. O'Reilly -- and just to be clear --

            **THE COURT:**  Which O'Reilly?

            **MR. LINDINGER:**  I was just going to say that,

Your Honor.  Just for the record, when I have been and when I will referring to the O'Reilly declaration, it's Mr. Kieran O'Reilly's declaration submitted this past Tuesday, March 31st.

**THE WITNESS:**  Yes.  Okay.  So, you know, he claims that the URL in the screengrab is violating -- the only way we could have obtained it is by violating the terms of service or using Knot or decompiling their SDK, a whole bunch of things that simply aren't true.

We just demonstrated how we could get to this public URL without doing any of the enumerated things that O'Reilly mentions.

**BY MR. LINDINGER:**

**Q.**  Again, in stepping through the Knot publicly available websites with the code just now, you didn't identify a specific URL or webpage with the honeypot in it right now.  Why is that?

**A.**  I believe it's because it's been updated and that's been removed.  But, you know, and my -- what I have on my computer verifies that, but I think only Knot could explain why it's not there anymore.

**Q.**  Do you recall Mr. O'Reilly making a statement in his declaration regarding the underlying code of Knot's SDK not being visibly exposed?

**A.**  Yes.

**Q.**   Do you agree with that statement?

**A.**   No.

**Q.**   Why is that?

**A.**   Well, we showed that the underlying code for their mobile SDK has 85 published versions in the public and an open source license, and we also showed that this code is also available to the public and exposed.

**Q.**   Do you recall also in his declaration he made some statements regarding Atomic needing to use some specialized tools or techniques that are commonly associated with malicious or unauthorized access to obtain Knot's honeypot code?

**A.**   I do.

**Q.**   Do you agree with him there?

**A.**   No.

**Q.**   Why not?

**A.**   We didn't use any of the enumerated techniques, nor would I.  And given my reputation, that would be a very poor decision.  We didn't do any of that.  And, you know, that's my testimony on that.

**Q.**   And how did you encounter the honeypot code, just to be clear?

**A.**   We used the same techniques that we just showed.  We accessed it and counted it out in the public where others could see it, too.

**Q.** So to obtain the alleged honeypot code, did Atomic need to use a mobile device configured to intercept Knot's application traffic?

**A.** No.

**Q.** To obtain the honeypot code, did Atomic need to use a man-in-the-middle attack?

**A.** No.

**Q.** To obtain the honeypot code, did Atomic need to use a man-in-the-middle proxy tool?

**A.** No.

**Q.** To obtain the honeypot code, did Atomic need to use a jailbroken device.

**A.** No.

**Q.** To obtain the alleged honeypot code, did Atomic need to use a packet sniffer?

**A.** No.

**Q.** To obtain the honeypot code, did Atomic need to use any scraping tools or techniques?

**A.** No.

**Q.** Just a few more questions, Mr. Weinert.

Do you recall Mr. O'Reilly's statements in his declaration related to Mr. Berrett and Mr. Grice?

**A.** Yes.

**Q.** What is Mr. Berrett's role and responsibility at Atomic?

**A.**   Mr. Berrett is the engineering manager for our card switching engineering team.

**Q.**   And what are Mr. Grice's roles and responsibilities at Atomic?

**A.**   Mr. Grice is a researcher.

**Q.**   Do either Mr. Berrett or Mr. Grice write codes for Atomic's Face ID authentication functionality?

**A.**   No.

**Q.**   Did Mr. Grice play any role in the development of Atomic's Face ID authentication technology?

**A.**   No.

**Q.**   Do you agree with Mr. O'Reilly's statements in his declaration regarding the actions of these individuals?

**A.**   No.

**Q.**   Why not?

**A.**   Because they were both charged, as part of their role, to do routine competitive analysis and research.

And as part of their role, they would go use Knot in the public, just like if I'm, you know, going to go drive a competitor's car and see how it feels, they would go use it, try it out, do research on Knot's product.

**Q.**   What are some examples of some of the competitive analyses that Mr. Berrett or Mr. Grice would do, for example?

**A.**   Yeah.  A couple examples would be looking at their

user experience seeing, you know, what's the -- you know, how are they making it really easy for users to connect merchants is something they would research.

Another one is we do routine benchmarks to see how their product compares against ours.  So, for example, when someone goes in and connects Netflix or Amazon, how long does that connection take to happen and how does that compare with Atomic's speed and performance.

Q.   What confidential information, if any, did Mr. Grice or Mr. Berrett consider or review as part of their competitive analyses?

A.   None.

Q.   Do you recall Mr. O'Reilly making some statements in his declaration about Mr. Grice intentionally failing tasks?

A.   Yes.

Q.   Do you agree with him?

A.   No.

Q.   Why not?

A.   Because tasks can fail for a number of reasons, and the reason these ones failed is because the merchant, such as Netflix or Amazon, will only allow you to attempt to put a card on file a certain number of times, to which I don't know what that number is, usually two, three, until they reject the request.  And that's what Mr. Grice was

experiencing.

Q.   Now, are you aware of any Knot employees attempting to use Atomic's products in any unusual way?

A.   Yes.

Q.   What's an example of that?

THE COURT:  Do I really need this?

MR. LINDINGER:  We can wrap up, Your Honor.

THE COURT:  I mean, he's been a pretty credible witness.  Looking forward to cross.

I mean, I've got a limited amount of time.  It's 3:00.  Unless you're telling me it's relevant, I don't know why what you're doing is relevant.

MR. LINDINGER:  No.

BY MR. LINDINGER:

Q.   Just last question, Mr. Weinert.

We went over a lot disagreements that you had with Mr. O'Reilly.  What is your overall take on his statements versus what Atomic did with -- regarding the Face ID technology?

A.   They are uninformed, and there's more than ten facts in his testimony -- sorry, his declaration -- that I would adamantly disagree with and can prove false.

MR. LINDINGER:  Thank you.  No further questions at this time, Your Honor.

THE COURT:  Any cross?

MR. BOMBARD:  Yes, please.

THE COURT:  And you are?

MR. BOMBARD:  I'm Gregory Bombard.  I represent the plaintiff, Your Honor.

If I may.

THE COURT:  Yes.

CROSS-EXAMINATION

BY MR. BOMBARD:

Q.   Sir, you are the cofounder and chief technology officer, correct?

A.   Yes.

Q.   And you've had that role since 2019, when Atomic was incorporated, correct?

A.   Yes.  Late 2019, yes.

Q.   And so you're responsible for Atomic's engineering and development, right?

A.   Yes.

Q.   You said the buck stops with you?

A.   That's right.

Q.   And that includes the Face ID feature that you've been testifying about?

A.   Yes.

Q.   And I think I heard you say you did it.  Right?  You are the one who instructed one of your employees to copy the Knot honeypot code into the Atomic code.

Is that your testimony?

**A.**    No.  I instructed an employee of mine to take a publicly available string in Knot's code and test it to see if it had any functional value, to which it didn't.

**Q.**    Let's keep it simple.

You instructed one of your employees to copy code from Knot into the Atomic code, correct?

**A.**    Knot's publicly available code, yes.

**Q.**    Not my question.  Not asking you about publicly available.  Let's just keep it simple.

You instructed one of your employees to copy code from Knot's code into Atomic's code, correct?

**A.**    No.  That's not correct.

**Q.**    You didn't submit a declaration in this case until yesterday, right?

**A.**    Correct.

**Q.**    Why didn't you submit one with the original set of declarations?

**A.**    Great question.  The week that this complaint came, I was on an overdue vacation with my wife in Hawaii.  We haven't been on one in six years, and it was our 15-year anniversary.

**Q.**    Mr. Anderson submitted a declaration, correct?

**A.**    He's my director of engineering.  Yes.  He did it in conjunction with me for the limited time I could spend

with him on it.

Q.   As the Court has already pointed out, Mr. Anderson's declaration doesn't say anything about you instructing one of your employees to copy Knot code into Atomic's code, right?

A.   I didn't copy -- I didn't tell an employee to copy Knot's code and put it in our code.  But no, it doesn't say anything about -- some of my personal experience I have with this matter.

Q.   I'm honestly confused.  I think I just heard you testify that you were on a phone call with Mr. Contreras, yes?

A.   Not a phone call.  It was a video conference call, but yes.

Q.   Okay.  You were communicating with him live.  You had Knot code up on your screen, correct?

A.   Yes.  I reviewed Knot's public code on my screen.

Q.   And he had Atomic's code on his screen?

A.   He was building a prototype, what would soon to become Atomic's code, a blueprint for it actually, yes.

Q.   Okay.  Had a blueprint up.  And you instructed him to copy the honeypot from the Knot code into the Atomic blueprint, correct?

A.   Not exactly.  I instructed him to take the honeypot code and test it to see if it had any functional

significance.

Q.   And then what he did was he copied it into the blueprint, right?

A.   He executed it in our code with Apple's system to see if it performed differently.

Q.   He copied it into Atomic's code, right?

A.   No.  He copied -- he put it in our blueprint.  He didn't copy it into Atomic's code.  This was before it became part of Atomic's code.  He was building a blueprint.  He wasn't actually building something that was, you know, line by line going to end up in Atomic's code.

Q.   Nevertheless, that honeypot string did end up in Atomic's code, correct?

A.   Yes, it did.

Q.   It was pushed out as a feature?

A.   The honeypot string was not the feature, but it was pushed out into our production code, yes.

Q.   The honeypot code is in your production code?

A.   Yes.

Q.   Okay.  On your instruction, the code went from Knot's code into Atomic's blueprint, and then the blueprint became the production code for Atomic?

A.   Not exactly.  You are mischaracterizing -- sorry.

     I asked him to test the code by putting it into the

blueprint.  He then took that blueprint, when finished, handed it off to other engineers.  And that honeypot code became an artifact of the blueprint, not of my instruction to copy it and put it in our code.

In fact, that wasn't what I was telling him to do. That was an oversight of an engineer down the line that didn't realize that that wasn't part of the blueprint.

**Q.**  Well, it was part of the blueprint, right?  He put it into the blueprint.

**A.**  Well, the blueprint wasn't just code.  It was also instructions.  And he annotated every part of that blueprint.  And one of those instructions was specifically to randomize the value of that particular piece, the frame ID.

**Q.**  That blueprint is not attached to your declaration, is it?

**A.**  As you said earlier, I did not submit a declaration because I was on vacation with my wife.

**Q.**  You submitted it -- sorry.  Go ahead.

**A.**  Yeah.  I was on vacation with my wife, so Jack Anderson submitted a declaration.  I was not available at the time the complaint came through.

**Q.**  You submitted a declaration yesterday, correct?

**A.**  I -- let's see.  I signed -- it wasn't a full declaration, I don't believe.

**Q.** Okay. That declaration you submitted yesterday, you did not attach the blueprint that you're testifying about right now, correct?

**A.** Of course.

**Q.** And that document hasn't been submitted to the Court?

**A.** No.

**Q.** It hasn't been submitted to Knot?

**A.** Correct.

**Q.** Okay. Now, when you were doing this live coding exercise, did Mr. Contreras also have the Knot code open in front of him?

**A.** I was the one with the Knot code open in front of me. He didn't have it on his computer open to him.

**Q.** Are you sure about that?

**A.** Yes.

**Q.** So how did he get the honeypot into the code; did you read it to him?

**A.** No, I didn't read it to him. We use Slack. It's basically a messaging tool, which makes it easy to transfer to him. The other is Zoom even has its own chat tool, which let's you copy and paste things that you want to share with somebody.

**Q.** Okay. So you copied it into Zoom?

**A.** I don't recall which one I used. It would have been one or the other.

**Q.**   Okay.  You copied it from Knot's code into something and you transmitted it to Mr. Contreras, correct?

**A.**   Correct.

**Q.**   And then he copied it into the blueprint, right?

**A.**   He put it into his blueprint code to test, yes.

**Q.**   And your testimony is that the only thing that was copied, the only thing was that particular 32-character string?

               **THE COURT:**  37.

               **THE WITNESS:**  37, yes.

**BY MR. BOMBARD:**

**Q.**   I'm sorry, 37-character string, correct?

**A.**   Yes.  The 37-character string, yes.

**Q.**   Now, I think you testified just now that you don't fully understand the architecture around this Face ID system.

**A.**   I understand it pretty well.  Michael Contreras understands it better than I do.

**Q.**   For example, you said you don't know why Apple randomly generates that token, correct?

**A.**   Correct.  Yeah, I did say that, and I would stand by that.  I don't even know if Michael knows that because it's actually Apple that would know that, and it would be pure speculation on anybody's part unless they were the ones involved in building the code that operates on that

37-character string.

Q.    You also testified that as you were paging through these pages and pages and pages of code, you spotted that 37-character sequence, and you thought it was curious?

A.    Pages and -- yeah.  When I saw the 37-character string in Knot's public code, I thought it was highly unusual to have a hard-coded authentication value inside of a code base.

Q.    And you don't even know why Apple randomly generates the string to begin with?

A.    I have theories, but I wouldn't be able to confirm them without talking to Apple themselves.

Q.    Now, you've looked at the -- do you have the copy of your slides?

A.    Not in front of me, no.

Q.    Okay.  Well, we don't have an electronic copy.

      If I may, Your Honor?

            THE COURT:  Yeah.

            You could just ask them to put it up.  Whatever you want.

            MR. LINDINGER:  If you want me to put up a slide, I'm happy to do so.

            MR. BOMBARD:  Wonderful.  Thank you.

            MR. LINDINGER:  What slide do you need?

            MR. BOMBARD:  Let's look at 15.

**BY MR. BOMBARD:**

**Q.**   We were carefully examining this slide earlier, and you were looking with the Court at the line before the orange highlight.

Do you remember that?

**A.**   The -- oh, yes I do.

**Q.**   Now, when you saw this on November 6, none of this highlighting was there, right?

**A.**   To be clear, this isn't the file I saw on November 6. This is Atomic's code.  So this would be the code that Knot would have seen when checking to see if this honeypot code was in our production code.

**Q.**   Right.  The file that you were looking at on November 6 is not in these slides, correct?

**A.**   The entire file?

**Q.**   Any part of that file.

**A.**   Correct.  Yes.  It's not in these slides.

**Q.**   And, in fact, you said today that you have a copy of that still on your computer, correct?

**A.**   Yes, I do.

**Q.**   You didn't attach that to your declaration, right?

**A.**   No.  My declaration was not a full declaration.

**Q.**   Mr. Anderson didn't attach it to his declaration either?

**A.**   Correct.

**Q.**   It's not in front of the Court, and you've never produced it to Knot, correct?

**A.**   Correct.

**Q.**   Okay.

**A.**   I showed it to Mr. Anderson.  And for reasons I think he discussed with attorneys, I wasn't there, they decided not to include it.

**Q.**   Interesting.  And when did you show it to Mr. Anderson?

**A.**   It would have been while I was on vacation.  I sent it to him said, hey, this is what -- this is on November 6, this is the file that I viewed on that date.

**Q.**   That was before he signed and submitted his declaration, correct?

**A.**   I believe so.

**Q.**   And it was before you submitted your declaration?

**A.**   Yes.

**Q.**   You -- neither of you thought it was important to show that file to the Court?

**A.**   I wouldn't say that.  I wouldn't go that far, no.

**Q.**   All right.  Let's look at this Slide 15, which is your code.  And there's an orange highlight there.  And you were explaining to the Court how the token is generated from this code that precedes the orange highlight.  Do you see that?  Do you remember giving that

testimony a minute ago?

**A.** Yeah.

**Q.** This code that precedes the orange highlight, this is the same code logic that Knot uses, right?

**A.** I don't know.

**Q.** You don't know. You were looking at the Knot code while you were coding the Atomic's version, right?

**A.** I was.

**Q.** You had them open at the same time?

**A.** Well, first of all, I wasn't coding the Atomic version. That was Michael Contreras.

**Q.** You were watching over his shoulder. You were watching through the Zoom at what he was doing, right?

**A.** Correct.

**Q.** So you had that up on one screen.

**A.** Yep.

**Q.** And then on the other screen, you had your competitor's code, right?

**A.** I had a publicly available JavaScript file open on my screen.

**Q.** Okay. That's your competitor's code, right?

**A.** Their publicly available code, yes.

**Q.** Okay. And so you were copying the code from Knot into the Atomic code, weren't you?

**A.** No.

**Q.** Can you explain why this sequence that's shown here on Slide 15 is the same sequence of logic that appears in Knot's code?

**A.** I don't have Knot's --

**THE COURT:** Hold on a sec. I just want to be very careful you're not asking a false evidence question. You should be careful because you've just asked him. And implicit in your question is that you believe it to be true, that the sequence that's shown on this entire slide is the same sequence of logic that appears in Knot's code.

So I'm trying to be fair to you, because you would lose a lot of credibility with me if it turns out that that is not the case. I have a funny feeling that's not the case.

**MR. BOMBARD:** Understood, Your Honor. Let me ask a more precise --

**THE COURT:** If you want to ask the question again, you go ahead, but you ought to be careful.

**MR. BOMBARD:** Thank you. Let me ask a more precise question.

**BY MR. BOMBARD:**

**Q.** What you were discussing with the Court was a sequence of code that precedes the orange highlight on that same line.

Do you remember that?

**A.**   Yes.

**Q.**   What I'm asking you is this logic that's shown that you were discussing with the Court about generating a random token, that's the same logic that's used in Knot's code?

**A.**   I don't have Knot's code in front of me.  I'm not intimately familiar with what Knot's code even looks like. The only thing that jumped out to me that I can recollect is that 37-character string because it's highly unusual.

**Q.**   Let's talk about how you got a copy of Knot's code. Knot's code is not shown on GitHub, right?

**A.**   No.

**Q.**   That was your code.  You were talking about your code is publicly available on GitHub, right?

**A.**   Right.

**Q.**   Knot's code is not on GitHub?

**A.**   It's not on GitHub, but it's also on a publicly available repository that is akin to GitHub, yes.

**Q.**   Okay.  Let's turn -- if you wouldn't mind, can we turn to Slide 18.

**A.**   They also have code on GitHub, if that's of note, that is publicly available.

**Q.**   Not the code you're talking about, though, right?

**A.**   Right.

**Q.**   Okay.

So here's Slide 18, and you were walking us through a sequence of events where you found the Knot SDK on this website, and here's a screenshot of the files that were available.

Do you remember that?

**A.**   Yes.

**Q.**   Okay.  And the one that's highlighted here ends with this file name jar, .jar.

Do you see that?

**A.**   Yes.

**Q.**   What is that?

**A.**   It's a compressed archive.  So if you save that to your computer and you save it -- so you take the jar, you replace it with zip, makes it a zip file.  You just open it up -- you double-click on it, and all of the files that are in that box essentially appear in a folder on your computer for you to look at.

**Q.**   So your testimony is that you changed the file name from ending in .jar, changed it to .zip?

**A.**   Changed -- it's called a file extension and, yeah, it's -- a jar file and a zip file are synonymous.  The only difference is that any normal computer has the software needed, including yours, to open a zip file.  And it will recognize that extension.

**Q.** Okay. Well, you left that out from your presentation just now, right?

If you turn to Slide 19. You said that you simply downloaded that jar file, and it appeared on your computer. And here on Slide 19, it's shown as a zip file. But you actually did something else, right?

**A.** Well, when I saved it to my computer, which we didn't show -- right? When I actually saved it, you save it as the zip file, and the jar file is actually never on your computer. It saves it as a zip file.

So that's -- you know, we could have shown this live, a live demo. But for the purposes of the slides, this is what we ended up with.

**Q.** Okay. Your computer doesn't have ability to just open up a jar file I think is what I'm understanding you to say, correct?

**A.** I'm not sure.

**Q.** In this instance, you changed it. You modified it to be a zip file.

**A.** Correct.

**Q.** Then you opened it up?

**A.** Correct.

**Q.** How did you know to do that?

**A.** Well, it's -- in the mobile SDK world, that's fairly common knowledge. It's standard.

**Q.** Okay. Now, Slide 20 of your presentation shows web view URLs.java on the left?

**A.** Right.

**Q.** How did you get here?

**A.** Yeah. So you can think of that as -- that file that we downloaded as a box of files, then I don't know how many are in there, but I would say, you know, 50 or more. This is one of the ones that's at the beginning inside the -- inside the box, you could say.

**Q.** Now, so you navigated to this particular java file, right?

**A.** Uh-huh.

**Q.** How long did this take you, by the way?

**A.** This -- so I've looked at this SDK a few times because it's been publicly available. And the original reason I looked at it was because I was curious about Knot infringing on our patents for TrueAuth. And so, you know, I'm not unfamiliar with their publicly available source code.

**Q.** Then you said that you were able to identify knotapi.vercel.app. That's what the slide shows, right?

**A.** Right.

**Q.** If you look at Slide 22?

**MR. BOMBARD:** If you wouldn't mind.

**BY MR. BOMBARD:**

**Q.** Slide 22 shows a particular URL ending in DQIAVKGF.JS.

Do you see that?

**A.** I do.

**Q.** Okay. And then Slide 23 shows a screenshot from the Wayback Machine, right?

**A.** Right.

**Q.** Okay. That URL is completely different.

Correct?

**A.** Completely different? Can you go back to the last slide?

Knotapi.vercel.app/assets/a randomly generated string. This one is knotapi.vercel.app/assets/a randomly generated string.

"Completely different" seems like a mischaracterization of what these urls are.

**Q.** They're different.

**A.** Slightly different.

**Q.** Okay. Why don't we try this. Close your eyes.

**A.** Okay.

**Q.** Can you tell me what the end of that string is?

**A.** One of them starts with a D and the other starts with index.

**Q.** But the rest of it, could you tell me what it is?

**A.** No, not by memory.

**Q.** Okay.

**A.** Unless you asked me to memorize it.

**Q.** So you haven't explained to the Court how you got to this final endpoint, which is what you say is where the honeypot existed before, right?

**A.** I disagree. I did explain to the Court how we got to the final endpoint. Very clearly.

**Q.** Let's go backwards. So this slide is your Wayback Machine. And you say this is where the honeypot used to be, right?

**A.** Yes. Although the honeypot code was likely -- it would have been in a URL that was just as similar to these two that you showed me, but still slightly different at the end. Because every time Knot or us release a new version of our code, the name of that file is randomized each time.

**Q.** Now, this doesn't actually have the honeypot in it, right?

**A.** Correct.

**Q.** Why didn't you go to the URL that does have the honeypot? According to you, this shows publicly available the honeypot.

**A.** Right. So when they release new code, the contents of that prior -- that prior code are destroyed. And this

new one is uploaded to the public internet.

**Q.** Right. But you've testified that this is essentially a scan, a snapshot from the past, right?

**A.** Yes. It is dated 24th of February 2026.

**Q.** But you haven't gone back to a snapshot, a scan from the past that shows the honeypot. You haven't submitted that, correct?

**A.** Correct. And I wouldn't be able to because it's not in the Wayback Machine.

**Q.** Okay. It's not in the Wayback Machine. And this particular URL isn't shown anywhere on your preceding slides, correct?

**A.** The one we're looking at right now?

**Q.** Yes.

**A.** Correct. It's -- I've shown a very similar URL. But, no, not this identical URL. That gets randomized -- the last part of it is randomized with each release of Knot's code.

**Q.** And the particular URL that shows the honeypot, that's not shown anywhere on your slides, correct?

**A.** Correct.

**Q.** And it's randomly generated, right?

**A.** Yes. With each release, the URL to Knot's JavaScript is randomly generated and changes.

**Q.** And as you sit here today, you can't tell us what

that URL was, correct?

**A.**    Of course not.

**Q.**    You testified a little bit about Mr. Berrett and Mr. Grice.  Do you remember that testimony?

**A.**    Yes.

**Q.**    You said that part of their role was to perform benchmarking against Knot's code, correct?

**A.**    Yes.  Routine benchmarking.  We do this with all of our competitors.

**Q.**    And I think you said one of them, their role was research?

**A.**    Yes.

**Q.**    You don't deny that they agreed to the terms of service, correct?

            **MR. LINDINGER:**  Objection.

            **THE WITNESS:**  We have no evidence.

            **MR. LINDINGER:**  Mischaracterizes the testimony.

            **THE COURT:**  Overruled.

            **THE WITNESS:**  Okay.  We have no evidence of them agreeing to the terms and conditions.

**BY MR. BOMBARD:**

**Q.**    They are not here today, correct?

**A.**    Correct.

**Q.**    And so they can't really tell us one way or the other

if they agreed to the terms of service, right?

**A.** Correct.

**Q.** And you understand that those terms and conditions explicitly prohibit -- this is Paragraph 49 of the complaint -- but they prohibit:  Try to reverse engineer, disassemble, decompile, or decipher the embedded app knotapi.com or the services or software.

Are you familiar with that?

**A.** I'm familiar with that.  I haven't read the entire terms and conditions of Knot, but I'm familiar with that language from the testimony.

**Q.** Atomic --

**A.** -- declaration.

**Q.** Sorry.

**A.** Sorry.  Yeah.  The declaration.  I'm familiar with that phrasing.

**Q.** Okay.  And would you agree with me that the benchmarking and research into Knot's software that you've described that they engaged in is contrary to that prohibition of the terms of service?

**A.** Absolutely not.  That is routine, standard practice. In fact, from Miguel Betancourt that works for Knot as a tech lead, we found the same activity from him.

**Q.** I am not asking you about Miguel Betancourt.

**A.** I think it's relevant context, though, that we both

do this.

**Q.**    Your attorney can put that evidence in, if it's necessary.

What I'm asking you is, this language, it's prohibited to try to reverse engineer, disassemble, decompile or decipher the embedded app Knotapi.com or the services or software.  You think what you have those two individuals doing is consistent with that?

**A.**    Consistent with Knot doing those things?

**Q.**    You think it's consistent with the restrictions of the terms of service, the Knot terms of service, to have those two people benchmarking, and what you called researching your competitor's software?

**A.**    Yes.  Absolutely.

**Q.**    And you think it's consistent to have them running hundreds of transactions in your competitor's software to do that, right?

**A.**    It could be.  I mean, there's thousands of merchants out there.  That seems -- if you're benchmarking those merchants, that actually seems a little low for how many you could possibly benchmark.

**Q.**    You said Mr. Contreras is around one of the top 1 percent of coders you've ever worked with?

**A.**    Yes.

**Q.**    You know that Mr. Contreras refers to himself as a

hacker?

**A.**   I was not aware of that.

**Q.**   Would it surprise you?

**A.**   No, I think a lot of engineers refer to themselves as hackers.  It's kind of like, you know, a term of -- I'm able to, you know, understand code and build things quickly.  It's more of a colloquial term.

**Q.**   Atomic's engineers -- you've already testified about the blueprint, and I just want to ask you some questions about the documentation around developing this product.

Your engineers work in some sort of version control system, right?

**A.**   Yes.

**Q.**   And is that a GitHub?  Is that what you use?

**A.**   Yes.

**Q.**   And GitHub keeps track of which developers made which changes at which times, right?

**A.**   Yes.

**Q.**   You can go back and get a log of all the commits?

**A.**   Yes, that's definition of source control.  Yes.  I would agree with that.

**Q.**   And Atomic has not submitted any of that evidence to the Court to show how it developed its own Face ID feature, correct?

**A.**   I don't believe so.

**Q.** And, in addition, you used some sort of documentation outside of GitHub. You also have other documentation like, for example, Jira tickets.

Do you use Jira?

**A.** We don't, but we use a similar service.

**Q.** Okay. What's it called?

**A.** It's called Linear.

**Q.** And Linear keeps track of what the developers are doing each day. Here's a task, I've done it; here's a task, I've done it. That's how it works?

**A.** Yes.

**Q.** And so those would also show the supposed independent development of the Face ID feature, right?

**A.** That would provide some context, yes.

**Q.** Atomic hasn't submitted any of those records to the Court either?

**A.** No, not that I'm aware of.

**THE COURT:** Keep in mind it's 3:30. If you want to present any evidence, you know, this is your time, so just please keep that in mind.

**MR. BOMBARD:** Thank you, Your Honor.

**BY MR. BOMBARD:**

**Q.** Your testimony is that all of the similarities between Knot's code and Atomic's code are the result of coincidence, right?

**A.**   No.   First off, I'm not aware of any similarities besides that inactive honeypot code.

And, secondly, a lot of the -- any -- it would be unremarkable that there were similarities because much of how this code needs to be done is dictated by Apple, not by Knot or Atomic.

**Q.**   You've said a few times that it's inactive fallback code; is that right?

**A.**   Correct.

**Q.**   But Mr. Wright's declaration says that a TRO preventing Atomic from using that code creates significant uncertainty about what Atomic can and cannot operate.

Are you familiar with that?

**A.**   Yes.

**Q.**   Okay.   If it's inactive fallback code, why haven't you just deactivated it?

**A.**   Yeah.   So I think what Mr. Wright is actually saying is that our inability to use Face ID authentication as a whole, not the alleged honeypot code, which we would be happy to -- we could take it out today, but the engineers didn't because they're not guilty, and they essentially thought it harmless to keep in there.

**MR. BOMBARD:**   No further questions.

**THE COURT:**   All right.   Do you have any redirect?

**MR. LINDINGER:**  Very, very briefly.

REDIRECT EXAMINATION

**BY MR. LINDINGER:**

**Q.**   Mr. Weinert, were Mr. Berrett's and Mr. Grice's competitive activity in any way involved to Knot's ID -- I'm sorry, Face ID source code?

**A.**   No.

**Q.**   Is all their competitive analyses based on publicly available information?

**A.**   Yes.

**MR. LINDINGER:**  No further questions, Your Honor?

**THE COURT:**  You said that your engineers...

Let me step back.

Is the honeypot code...

Let me start again.  The two recent iterations of Apple's, I guess, IOS don't allow you right now to use your three products; is that fair?

**THE WITNESS:**  Partially, Your Honor.

**THE COURT:**  Okay.

**THE WITNESS:**  It doesn't allow us to do the Face ID portion --

**THE COURT:**  Okay.

**THE WITNESS:**  -- of a particular integration for us.

**THE COURT:** All right. Now, is that particular integration the only aspect of the products that utilize the honeypot code right now?

**THE WITNESS:** Oh, absolutely not. We have, like, over 100 integrations. This is talking about a specific --

**THE COURT:** All of those integrations have, right now, the honeypot 37-character sequence?

**THE WITNESS:** No, not at all.

**THE COURT:** What are you currently using, distributing, putting out in the public that has in it the 37-character honeypot code?

**THE WITNESS:** Yes. So our publicly available JavaScript file on our website, it has that honeypot code in the source code. Like, if you were to view it, you would see it in there, Your Honor.

**THE COURT:** When you say, though, is that your SDK? What is that?

**THE WITNESS:** Yeah. Good question. Do you mind -- is it okay if I explain that a little bit?

**THE COURT:** Yes.

**THE WITNESS:** Our SDK, you can think of it as, like, an umbrella, and it does a number of things. But one of the things it does is it opens up a website that is the transact.AtomicFI.com that we showed in the

slide, and that website has a JavaScript file associated with it that you could view publicly on your computer.

And inside, if you click that JavaScript file, there is this honeypot string somewhere in that jumbled mess of code.

**THE COURT:** And it's only appearing once; is that right?

**THE WITNESS:** I believe it's showed twice, but it may have more to do with the compiling of that file than it actually being in their twice, if that makes sense.

**THE COURT:** All right. Now, you said the engineers could remove it because it doesn't do anything.

**THE WITNESS:** Absolutely. Would not impact our product at all.

**THE COURT:** How much would it cost to just go remove it?

**THE WITNESS:** I could do it today.

**THE COURT:** Why don't we just agree to remove it? I mean, why are we even here? Why don't we just agree they remove it, doesn't cost them anything, and then we can litigate this case.

**THE WITNESS:** I can have that done by the end of the day.

**MR. LINDINGER:** Your Honor, versus expedited discovery and a whole mess of that, I'm fine with that compromise, Your Honor.

**THE COURT:** Did you ever offer to the other side to do that?

**MR. LINDINGER:** No, this was their motion so I --

**THE COURT:** Did you ever ask if they would do it?

**MR. LINDINGER:** I never got an offer.

**THE COURT:** Did you ever ask if they would do it?

**MR. VICTOR:** No, no.

**THE COURT:** Are your clients here?

**MR. VICTOR:** Yes.

**THE COURT:** Do you know how much money you just spent? Do you know how much money you just spent? Simple phone call. Simple phone call probably would have gotten rid of this.

You know how much time this Court spent preparing for today?

But you'll agree to that? You accept that?

**MR. VICTOR:** Yes, Your Honor, but we would want expedited discovery still.

**THE COURT:** What's the harm? Why would you

need expedited discovery?  I'll give you a quick trial date, but why do you need expedited discovery?  I don't know what you're doing over the weekend; I'm celebrating Easter.  But, I mean, Passover is right now.  You want expedited discovery right now for what?

MR. VICTOR:  A lot of the testimony at hand related to documentation within the witness's possession.

THE COURT:  Do you think he's going to destroy that documentation?

One of the reasons this witness is so credible is because he has set himself up.  He has said, you go to my computer, you're going to find this.  And he comes across as very credible because of that.  I don't see that a lot.

MR. VICTOR:  Understood, Your Honor.

THE COURT:  I'm going to...

How do you want to phrase this?  I can grant the TRO, deny it, but it's with the understanding that you're going to take steps to immediately remove the honeypot.

THE WITNESS:  Your Honor --

MR. LINDINGER:  I would prefer denying the TRO and deny it as moot.

THE COURT:  I will tell you what, how many

days do you want to remove the code?

**THE WITNESS:**  I will do it today, but I --

**THE COURT:**  All right.  Do that.  Submit authentication that it was done.  Then I can deny the TRO as moot.

Does that work for you?

**MR. LINDINGER:**  We will try to have that -- I don't know about today, but we'll try -- definitely by close of business tomorrow or lunchtime tomorrow.

**THE COURT:**  That sounds reasonable.

**MR. VICTOR:**  Your Honor, can I confer with my client briefly?

**THE COURT:**  Yeah, sure.

**MR. VICTOR:**  Can I have two minutes to confer with my client?

**THE COURT:**  We will take a five-minute break.

(Whereupon, a recess was taken.)

**THE COURT:**  Please be seated.  Where are we?

**MR. LINDINGER:**  Your Honor, we conferred during the break, and plaintiffs want to put on some evidence.

**THE COURT:**  Okay.

**MR. LINDINGER:**  Just given the time, we do have another witness that's much shorter that would cover kind of the harm and the damage to our business

relationships if the TRO was granted, kind of the other factors.

THE COURT:  Let's go with this.  What do you want to put on?

MR. VICTOR:  Your Honor, I wanted to discuss why we think that other stuff was taken besides just the --

THE COURT:  Why didn't you ask him on cross any of those questions?

Why didn't you ask him about the slide on Page 15 or 18, that was copied code besides the honeypot? Close as you came, you asked about the logic of the randomization sequence.  But that was it.  That told me you don't have reason to believe it.

You can go ahead and put it on.  Is it in your papers?  Do you show me any other code that you know to be copied besides the honeypot in your papers?

MR. VICTOR:  I believe in the declaration we describe similarities.

THE COURT:  Did you show copying?  Did you show code that was lifted from anywhere?  I don't remember seeing it.

MR. VICTOR:  I don't believe so, Your Honor.

THE COURT:  Yeah, I mean, you know, and you had the guy on cross.

I mean, you can present it, if you want to do it.  I think what's going on here is that this witness has made it very easy for you all in discovery to figure out what happened.  And I take it as a sign of the witness's credibility.  But you can put your witness on and they get to cross-examine your witness.  That's fine, too.  That's fine.  You have to hurry.

**MR. VICTOR:**  I know.  I do want to discuss the irreparable harm related to the TRO here with us in addition to that.

**THE COURT:**  Well, you've got to show the likelihood of success.

**MR. VICTOR:**  I understand, Your Honor.  I'm putting the cart before the horse.  We're ready to roll out the new version of the code.  They say it's inoperable right now.  We're ready to roll -- we're scared the second we roll it out, it's going to be stolen.

**THE COURT:**  So you've asked for a TRO.  It says the following:  You want an order enjoining Atomic from the use, sale, distribution or disclosure of any version of Atomic's software in any form, whether source code or compiled production code, that was copied or derived from Knot's software.

Okay.  Now, and including any such software

that includes or derives from the honeypot code.

Now, first of all, the brief you mentioned once the word "compiled." There's nothing in the brief that addresses compiled production code. The only thing you discuss is the source code and that's the only thing that was discussed today.

And the only thing that was discussed about being copied in the source code is the 37-character sequence followed by auth that you all call the honeypot sequence.

He's agreed that they will remove the honeypot code immediately, or pretty close. I mean, if I granted your order, put aside compiled production code, but if I granted your order, that would fulfill the TRO you asked for.

**MR. VICTOR:** Your Honor, I guess, the distinction I would have is we would request that the honeypot code and any other code that derived from Knot.

**THE COURT:** Right. But that, you've not touched any proof on. Right? You've not shown anything that was derived from your software that contained the honeypot code, other than the honeypot code.

**MR. VICTOR:** Under --

**THE COURT:** And you didn't touch it on cross. You had your opportunity. You can put on Mr. O'Reilly,

I guess, if you want to try to establish that now.  But you had your opportunity on cross.  Kind of, like, why, didn't you.

Plus, you've got a witness who said:  I didn't take anything.  I told Mr. Contreras to utilize, test the 37-character sequence.

In fact, if you recall on direct, I asked for clarification about the witness's testimony because I thought he was imprecise initially.

Did you tell him to just do the 37-character sequence or was it other bits of the code?  And he said, no.  He said it's just the 37.

At least that's how I recall it.  The transcript will say what it does.

If you want, you're the plaintiff, so if you want to put somebody on, you've got to go, but we've got to hurry.

**MR. VICTOR:**  I'll be brief, Your Honor.

**THE COURT:**  Okay.  Go ahead.

**MR. VICTOR:**  Call Mr. O'Reilly to the stand.

**THE COURT:**  All right.

**THE CLERK:**  Please remain standing.  Raise your hand.  Please state and spell your name for the record.

**THE WITNESS:**  Kieran O'Reilly.  That's

K-I-E-R-A-N O-'-R-E-I-L-L-Y.

KIERAN O'REILLY, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

**THE CLERK:**  Thank you.  Please be seated.

DIRECT EXAMINATION

**BY MR. VICTOR:**

**Q.**  Thank you.

Mr. O'Reilly, you heard the testimony in the court today?

**A.**  Yes.

**Q.**  And you've heard the judge's questions and concerns?

**A.**  Yes.

**Q.**  Okay.  I want to ask you directly, why are you concerned with the fact that Atomic may have taken more than just the honeypot code?  What evidence do you have of that or what can you tell the Court?

**A.**  When we found the honeypot code, I did a forensic analysis of Atomic's code and compared it with the AISC on Knot and found numerous similarities.  Actually, to me it looks exactly the same.

There are a number of things that earlier we have not heard Scott mention as part of the Face ID functionality, which proves to me that they also did not independently discover it.

For starters, he inaccurately described how the URL was generated. We do not get that from Apple. We generate that ourselves through our code. And in our honeypot code Face ID functionality, we generated that URL. And we --

THE COURT: Wait. Wait. What URL?

THE WITNESS: The URL that we used to then trigger the Face ID flow.

THE COURT: But that sounds like a different URL than he was talking about.

THE WITNESS: It is the same URL. So we generate, like, this auth code client ID, and a number of other parameters that we add together to make the URL and then trigger the Face ID. So we have a generating function of this random auth code.

THE COURT: Did you hear him testify that he downloaded this on, was it, November 6, 2025, I believe?

THE WITNESS: Yes, Your Honor.

THE COURT: From a URL code.

THE WITNESS: I did hear him say that.

THE COURT: And you understood him to refer to a URL code generated by you, not Apple?

THE WITNESS: Correct.

THE COURT: All right.

THE WITNESS: Yes, yes. I completely agree.

He downloaded our code, our source code, but then in the Atomic source code is the same source code. What the -- what Scott Weinert said that was not true is he said that we just took 37 characters.  It is not 37 characters.  It is the redirect page.  We redirect before.  That is a very important part of doing the Face ID flow.

All of the things that it says on the screen would be completely different if you don't do this redirect page.  We independently verify that.

It took us months to figure out how to do. Impossible that they started in November, had this in December.  Took us 18 months to build this feature.

**BY MR. VICTOR:**

**Q.**   And I want to stop -- I want to stop right there. This is critically important.

How long and how much money did it take you to develop this specific Face ID feature?

**A.**   The Face ID feature, our team has been working on for 18 months.

**Q.**   How much money?

**A.**   At least $10 million.  Literally, our whole -- our whole business is to do this auth to Face ID to then add your card, see your subscriptions, manage your subscriptions.  Our whole product is built to do this.

**Q.**   So when you heard the testimony that they looked at your code in November --

THE COURT:  Can you show the redirect?  You say it's not just 37 characters, it's the redirect page. We redirect.

Where is that?  Can you show me in the documents that we had where that is?  Was it in your brief?

MR. VICTOR:  I want to grab Mr. O'Reilly declaration really quickly just to look as to where.

MR. LINDINGER:  Your Honor, I just ran a word search.  The word "redirect" is not in Mr. O'Reilly's declaration at all.

MR. VICTOR:  Okay.  Your Honor, if you to move on, I am happy to.

THE COURT:  It's not that I want you to move on.  This is actually interesting.  You know, I've got two people who seem to be decent people.  It's going to be an incredible trial.

But you have a burden and you had a burden in papers, and I came in here and the only thing I saw from the papers that was specifically demonstrated to be stolen was honeypot.  And then we had the guy who admitted that he told somebody, or that he copied some text, and it was all honeypot code, and nobody confronted

him about that.

MR. VICTOR:  Your Honor --

THE COURT:  This seems new.

MR. VICTOR:  It is not new, Your Honor.  I'm on the spot here.

THE COURT:  No problem.

MR. VICTOR:  I'm looking at -- I believe this is the complaint.  And if you look at the complaint on -- this is on Page 23 of the complaint.

Yes.  Your Honor.  Thank you, Your Honor.

This is Page 23 of the complaint.  I will read -- I'm going to start at and go through 111:  On February 25, 2026 --

THE COURT:  You don't have to read it.  I can read it.

MR. VICTOR:  Okay.  Sorry.  I think the key -- the key part here is if you look at Paragraph 111, it's the second sentence.  This -- okay.  Beyond the honeypot, Atomic's code matches Knot's implementation in other specific ways, further confirming misappropriation.  For example, naming parallels chosen by Atomic oftentimes are identical to Knot's naming convention.  This naming parallel suggests Atomic's developers working from Knot's code when choosing these naming variables.

Other substantial similarities include the use of the identical series of bullion checks before Face ID is triggered, the identical phase architecture to authenticate and use the face ID, the use of the identical URL is a fallback when the Face ID is not validated.  And the identical architecture pattern relating to using cookies as part of the authentication sequence.  These similarities indicate that Atomic's code and structure was copied from Knot as opposed to independently created.

**THE COURT:**  Hold on.

**MR. VICTOR:**  Your Honor, I --

**THE COURT:**  I know you feel passionate about this.  So that's in the complaint.  I know it is a verified complaint.

**MR. VICTOR:**  Yeah.

**THE COURT:**  But where in the declarations, just point me to, was there any evidence of it, if you can point me to that.  I didn't see it coming in here and maybe I missed it.

**MR. VICTOR:**  Your Honor, can I have the witness describe that specific --

**THE COURT:**  You can.  You can.  But, you, know, how many times...

Instead of asking the witness specifics about

code, what was asked is:  By the way, your declarant didn't say this, your declarant didn't that.  You are setting yourself up for the same thing.  Right?  I'm just asking, before you begin, and I will let you begin --

**MR. VICTOR:**  Yes.

**THE COURT:**  -- before you begin, was it in any... did I miss it?  Was it in a declaration?

**MR. VICTOR:**  It's in the verified complaint, Your Honor, you didn't miss it.  I just --

**THE COURT:**  No problem.  Go ahead.

**MR. VICTOR:**  The contrast I just want to draw here is they are saying they have a file -- they say they have a file that proves the way they did and what they didn't.  They have not submitted that to the Court. We have a verified complaint.

And in their response, they didn't explain, you know -- the testimony we heard today is the first time we are ever hearing that this is exactly how they did it.

**THE COURT:**  Agreed.

**MR. VICTOR:**  Okay.  And they did not submit that file that allegedly will verify this.  We have a verified complaint.  This technology is a existential crisis.  I mean -- okay.  I'll continue to go on.

**THE COURT:**  No, no.  But the bottom line is,

none of these specific allegations were supported by affidavits or, you know, pictures of captured code or anything like that.  That's what I just wanted to understand because I didn't see it.

**MR. VICTOR:**  I understand, Your Honor, yes. I'm in agreement about that.

**BY MR. VICTOR:**

**Q.**  Would you agree with that assertion?

**A.**  Yes.  I definitely would agree with that assertion, Your Honor.

I would add that in the code Atomic submitted in their -- I believe in their pamphlet they hand out -- if I'm not mistaken, I think I believe I did see it mentions the redirect.

The redirect is a crucial part.  It's probably in our -- actually, it's in our Wayback archive of their code.  It is a crucial part of the flow, as is generating the auth code.

There are a number of other things that they mentioned that were just not true.  Our auth code worked, like that random 37 characters.  You could just go in there -- it is not verified by Apple.  It worked, and it always worked.

And that is why when they saw it and they saw that we used it as a fallback, they put that in there as well.

So the code is ours.  That is the first thing I would like to say.  It is not just they took 37 characters.  They took our whole face ID flow and our confidential trade secret there.

The second bit is on the public, the public aspect.

**Q.**  I just want to, like, be direct.  Is what we're alleging a trade secret, the public -- is what we are alleging a trade secret, the authentication source code publicly available?

**A.**  No.  No.  And they did not prove that.  They showed us -- they didn't show us GitHub.  They didn't show us a website.  We're not ESPN.

We make an embedded binary, an embedded binary that goes into a banking application.  This is used by customers who add this binary to their banking application.  They showed changing a jar to a zip.  To me, this is already -- you're doing something here.  You're trying to extract the zip out of this jar file.

A jar is, to my knowledge, not a zip file.  The URL is embedded in that binary that goes to our customers.  They decompiled it, and they got our URL.

And then from that, that was not enough.  That was not enough.  Then they had to go to that URL, investigate the URL, scrape the URL, go through all the pages, find evidence of the Face ID.  And then only after that were

they able to get our source code.  That, to me, is not public.

**Q.**  I want to ask some questions.  Do you have experience coding?

**A.**  Yes.

**Q.**  How much experience coding do you have?

**A.**  Nineteen years.

**Q.**  How long would it take you -- you heard the process he described.

How many man hours would it take you to get to where he described, even if he did it the exact way he said?

**A.**  I'd have to go look up a tutorial on the Internet, learn a bunch of things about how people do this and how you would get from this jar file to a zip to then figure out how -- then scrape this, you know, file to then find a URL that I can then use.

So I would say it would take quite a bit of time.

**Q.**  And is -- did you see any evidence of them showing where they had the honeypot or how they found the honeypot during that -- like any physical evidence?

**A.**  No.

**Q.**  Any documentary evidence?

**A.**  No.

**Q.**  Can you explain that?  Can you distinguish -- you know, you heard the questions the judge has asked me, and

you've heard the concerns that the judge has.

Why isn't it okay for them just to agree to remove the honeypot?

**A.**    Because the honeypot --

**Q.**    Why is that not enough?

**A.**    Honeypot doesn't change the feature.  The feature still exists.  They take out the honeypot, you can use any random 37-character and the face ID works.  So removing the 37-character does nothing.

That honeypot was added to prove if someone took our code verbatim copy/paste, copy C, copy V, put it in their code, didn't test it, said, boom.  Now we have Face ID.

It doesn't remove their Face ID, and it doesn't stop the existential crisis our company faces if they go to our competitors and say, hey, we have this Face ID; we're working on this Face ID functionality.

And, furthermore, our Face ID does work.  And we are holding it back right now, Your Honor.  We are very afraid to release our Face ID functionality.

Like -- like the defendant said, it stopped working on the latest version of Apple.  Like we put in our declaration, stopped working at some point.

And then we have this version that works that we are holding back waiting for relief, so that we can do this without getting robbed again.

**Q.**   And I want to follow up on that for a second.

If the other side will agree to not use anything they have taken from Knot, would that be sufficient?  As long as they agreed and stipulated, as long as it wasn't taken from Knot, we will not use this, and they stipulated to that, would that be sufficient?

**A.**   Yes.

**Q.**   But just removing the honeypot wouldn't?

**A.**   Correct.

**Q.**   But why?

**A.**   Because they did not just take the honeypot.

**Q.**   And if -- if they just took the honeypot, wouldn't they be able to say, yeah, we won't use anything that we took from Knot, right?

**A.**   It is my experience and belief that a developer would not just put 37 random lines of code that would pass a code review by another developer into their SDK, that -- it is my experience and belief from the forensic analysis that I did, comparing our code to their code, that it is virtually identical to our code.

So yes, they would have had to take out the whole Face ID functionality.

**MR. VICTOR:**  Your Honor, I think hearing about the irreparable harm and the balance of the equities is actually critical here.  And if you don't

think it's necessary, I won't do it, but I really think it's critical.

**THE COURT:**  That's fine.  Go ahead.

**BY MR. VICTOR:**

**Q.**  How many employees does Knot have?

**A.**  Thirty to thirty-five.

**Q.**  How many products does Knot have?

**A.**  Three or four.

**Q.**  How critical is this trade secret at issue, the authentication Face ID, to Knot?

**A.**  It is our most critical trade secret.

**Q.**  Explain that.

**A.**  Our foundation as Knot is to be able to authenticate to a merchant, perform an action.  Face ID is the backbone.

The first thing when a user sees Knot, Face ID.  Add your card to Apple.  Now, boom, add your card to another merchant via face ID, add it to DoorDash, add it to Uber, add it to Booking.com.

This is what we are built on.  Through manager subscriptions, mange -- see what you bought, add it.  If we do not have this functionality, we are not the innovator.

People choose Knot.  We're a small company.  They choose us because we are innovators.  They choose us

because we put our heart and soul.

The person who built Face ID at our company is a hero.  He's a legend.  We worked on this for 18 months.  Literally -- literally -- from when we were working on Knot, I begged them.  I said, please, we need to make biometric authentication.  It is literally what our company stands for, is we are innovators.  We build innovative products.  If a bigger company like theirs just goes and steals our product, we have nothing.

They literally go and undercut us.  They raise more money than us.  They raise four times as much money than us.  They go and they say, oh, we'll just give it to you for free.  It ruins the value.

**Q.**    I'm going to stop you.

Are they, in fact, giving away this product for free?

**A.**    Yes, they are.  They are giving it away for free.

**Q.**    Okay.  I want to ask you, what is the potential harm to your business?  Why are monetary damages not sufficient?

**A.**    Our company will literally -- literally -- literally -- our company literally will not be able to compete in the market.  We will lose our customers.  We will go bankrupt.  Our company won't even exist to collect the monetary damages.

**Q.**    And I want to talk about the balancing of harms here

for a second.

You've heard the testimony that it would be nothing, it would be a snap of their fingers to remove the honeypot code, correct?

**A.**   Correct.

**Q.**   And if they didn't take anything else, Your Honor, they should be able to remove anything from their code that was taken from Knot.  Wouldn't that be easy?

**A.**   Correct.

**Q.**   Okay.  What is going to happen to Knot if Atomic does, in fact, in the next six months, have your source code, and we find that out later in discovery, and they're able to compete with you in the marketplace and undersell you?  What will happen to Knot?

**A.**   There will be no Knot.  There will be no Knot.  Like, truly, truly, there will be no Knot.

**Q.**   Okay.

**MR. VICTOR:**  I want to talk about credibility for a second, Your Honor, because you've brought that up a lot.  And I want to look at the very first page, the very first page of the brief in opposition that was filed by Atomic.

This is on the first page.

"No Atomic engineer agreed to Knot's terms and conditions (because such agreement was not necessary), nor

accessed any non-public Knot resource to obtain it. Instead, Atomic's engineers reviewed this openly available source code in the ordinary course of competitive analysis -- a routine practice in the technology -- fintech industry -- and used it as a reference point to iterate -- to iterate Atomic's own independently developed authentication technology."

I mean, in their own papers, Your Honor, they are literally saying they use our code to iterate their technology.  They are not saying they just took the honeypot.  They're admitting it on Page 1, Page 1 of their brief.  You don't have to believe us.  Trust them.

And now --

**MR. LINDINGER:**  Your Honor, I want to object. I mean, I understand that we can make some arguments, but I feel like we're kind of mixing apples and oranges with argument and witness testimony.

**MR. VICTOR:**  I am happy to shift to argument.

**THE COURT:**  Well, the witness hasn't been crossed yet.

**MR. VICTOR:**  Sorry.  I understand, Your Honor.  Sorry.  I'll stop for a second.  I want to -- but I want to finish some other things here.

**THE COURT:**  All right.

**BY MR. VICTOR:**

**Q.**   So this is the first thing they put on paper, is they didn't have engineers doing these things at Atomic; is that accurate?

**A.**   No.

**Q.**   How do you know that's not accurate?

**A.**   After reading that declaration, I was able to find at least two Atomic employees who actively use Knot.  They use Knot in suspicious ways.

**Q.**   Explain to me what you mean "suspicious ways" and why you're so concerned that perhaps they're trying to scrape and take your source code.  Explain that.

**A.**   One of their users is in the 99.9996 users of Knot, they use Knot 143 times.  They use our Face ID functionality way before the November date that they reported stole our code.  They started at least in, I believe, September, if memory recollects.

     One of them is using the other's account.  It is not usual to give someone your T-Mobile account and have them add their card to your T-Mobile account.  That is highly unusual.  That tells me that it's a querying effort to do nefarious purposes.

     They spent a ridiculous amount of time on Knot.  The average user on Knot spends one minute.  They spend hours analyzing, doing things.  To me, this is all indication of

suspicious activity.  One even connected his laptop to attempt to use Knot, which is also indicative in my declaration of how we believe they obtained the honeypot code.

**Q.**    And this is covered in excruciating detail, step by step, with evidence within your declaration that was submitted on March 31, 2026.

So after Atomic went out and said, we don't have anybody at Atomic accessing the product and doing this, what did you find?

**A.**    We found that they use it abnormally, and we found that there are potentially more -- they have not just -- it's not just like one account.  It's not just like, oh, I tried out the product on a competitor.  We found that they have multiple -- multiple accounts on different competitors -- different of our customers, which makes me think that they are going to now go to those customers and say, look at us, we have that honey -- we have that Face ID flow that they mentioned in their sales call, that they always are talking about.  That is their core feature, and we now have their feature, and we'll give it to you cheaper.

**Q.**    Is Knot source code, to your knowledge, publicly available anywhere?

**A.**    To my knowledge, no.

**Q.** That's the trade secret at issue?

**A.** Correct.

**Q.** And if they don't have that source code, if they don't have it --

**MR. VICTOR:** Well, that's shifting to argument, Your Honor, I'm going to turn it over for cross-examination, but I would like reserve some time for argument. I --

**THE COURT:** Well, we don't have a lot, so okay. Let's go with cross then.

**MR. VICTOR:** Okay.

CROSS EXAMINATION

**MR. LINDINGER:** May I approach the witness, Your Honor?

**THE COURT:** Yes.

**BY MR. LINDINGER:**

**Q.** Good afternoon.

**A.** Thank you. Good afternoon.

**Q.** Would you say -- I thought I heard your testimony that you said the 37-digit honeypot code was a feature of your AISC; is that true?

**A.** Sorry. A feature?

Can you describe what you mean by "feature"?

**Q.** Well, you said it was important in your testimony. It was a feature of your code, and that's why you were

highlighting it, to try to bait Atomic to take it.  Is
that right?

A.   My understanding of "feature" is something that
performs an action.  The 37 characters performs no
function.

Q.   In fact, in the verified complaint, in the very first
paragraph, the fourth line of your complaint, Knot calls
it -- the 37 characters meaningless; is that true?

A.   Correct.

Q.   But earlier in the testimony, you said that the 37
characters, it works.  You plug it in, it works.

A.   It does work.

Q.   If it works, then why is it meaningless?

A.   It is meaningless because you can put any 37
characters there.

Q.   Oh, I see.  Just the 37 characters you chose is
meaningless, and then in Paragraph 4, you also say it's
not meaningful to the product's function, correct?

A.   You need a 37 characters in that -- in that
parameter, yes.

Q.   And that 37 characters could be randomized, like
Atomic's, right?

A.   Like Knot's as well, yes.

Q.   Now, I heard you say you did a forensic analysis of
Knot's code and Atomic's code.

Did I hear that right?

**A.**   Yes.

**Q.**   What Atomic code were you looking at for a forensic analysis?

**A.**   I looked at the code that we were -- like engineers at Knot were able to obtain.

**Q.**   What code is that?

**A.**   The one that contains the honeypot that we have the code excerpt on Page 1 of this complaint.

**Q.**   So did you -- you heard Mr. Weinert's testimony when he was walking through on GitHub's page to get to the page ultimately on Atomic's -- relating to Atomic's code where the honeypot was, right?

**A.**   Okay.

**Q.**   Do you recall that testimony?

**A.**   Yes.

**Q.**   Is that how Knot got wind on the honeypot?

**A.**   No.

**Q.**   Did you take the same steps?

**A.**   No.

**Q.**   What did you guys do?

**A.**   An engineer at our company did -- went and, you know, looked at Knot's -- Atomic's code, was able to -- I mean, basically, had to do a number of different tools and techniques to be able to get this code.  And then we were

able to analyze it.

Q.   What tools and techniques, when we just walked through a bunch of publicly available browser pages?

A.   They used specialized tools and techniques.

Q.   What specialized -- I'm asking you, what specialized tools and techniques did this engineer at Knot, who performed a forensic analysis, what did he do?

A.   I performed the forensic analysis.

Q.   Oh, you were the engineer that performed it?

A.   No, no, no.  I did not -- I did not obtain the honeypot code.  The code was obtained through using tools like man-in-the-middle proxies, things described in the brief.  I then -- you know, it was then identified by the engineer.

Q.   I'm sorry.  Let me stop you there.
     You got Atomic's code by a man-in-the-middle proxy. Is that your testimony?

A.   That is the facts, yes.

Q.   You are familiar with your declaration, right, sir?

A.   Yes.

Q.   Didn't you list man-in-the-middle proxy tool as one of the specialized tools and techniques that are commonly associated with malicious or unauthorized access?

A.   Yes.  And I would --

Q.   Stop.  I'm just asking you, is that what you wrote in

your declaration, sir?

**A.**   Yes.

**Q.**   Thank you.

So you are attacking Atomic for using these tools, but you don't have any evidence of that in your declaration, do you, sir?

**A.**   We do have evidence of that.

**Q.**   No, I'm saying, in your declaration, where is it that Atomic used man-in-the-middle proxy tools?

**A.**   We have evidence that at least one Atomic employee was connecting to Knot via his laptop.  Yes.  Which would imply that they used man-in-the-middle while they were --

**Q.**   Implying, but where is the evidence?  You just talk about a laptop in your declaration.  You don't link the laptop with the man-in-the-middle tool, do you?

**A.**   You would need to use a laptop.  You would most likely use a laptop, yes.

**Q.**   There are other ways to do man-in-the-middle proxy?

**A.**   If you create a specialized app or have a jailbroken phone or something like that.

**Q.**   Okay.  But none of that details in your declaration, is it, sir?

**A.**   I believe it is.

**Q.**   All of that detail, down to exactly how Atomic got other code, nonpublic code, than the 37-digit honeypot,

that's in your declaration, sir?  That's your testimony?

**A.**    That I outlined a number of ways of how they could have gotten the code.  Whether that was decompiling our SDK, which it appears that they did, whether that was attempting to man-in-the-middle, whether that was using another means.  I detailed all the possible ways.  And they confirmed that they decompiled our SDK, however, I do not necessarily believe that because --

**Q.**    Sorry.  When did --

         **MR. VICTOR:**  Your Honor, can the witness --

**BY MR. LINDINGER:**

**Q.**    -- decompile their SDK?

         **MR. VICTOR:**  Could the witness answer the question?  He should be allowed to answer the question and shouldn't be cut off.

         **MR. LINDINGER:**  I'm sorry.  I will let you finish your answer.

         **THE WITNESS:**  Well, for starters, you have a file download that is dated in your declaration today.  The thing you passed out, the slides.  And if you actually downloaded our SDK at an earlier date, you would have that date there.  You would just say, oh, any computer says file date.  And you would say, oh, here's my date.  Oh, I got it on November 5th.  I got their Android SDK.  Which they probably have.  I'm sure

they -- I'm sure they have decompiled our SDK numerous times and have analyzed it and analyzed every version. I'm sure they have downloaded it, however -- however -- sorry. What was your question again?

**BY MR. LINDINGER:**

**Q.** You're talking about decompiling. That's part of Knot's terms and conditions, right?

**A.** Correct.

**Q.** You are not asserting a breach of contract claim, are you?

**A.** I am unsure if that is what we are asserting. We are asserting that they stole our trade secret that was not publicly available, that they went through great lengths to get.

I do not believe the average person in this room would be able to go and ascertain our honeypot code. I do not believe that I, myself, as the CTO, would be able to go and ascertain our code right now without having to go extensive research on how I would go about and do that.

**Q.** You would agree, Mr. O'Reilly, that these are the -- Knot's claims in the case as of today, correct?

**A.** Correct.

**Q.** Breach of contract anywhere in there?

**A.** No.

**Q.** Okay.

That's the only time you ever mention decompiling as part of the terms and conditions, right?

**A.** Okay. Yes.

**Q.** Okay.

So, although you list man-in-the-middle tools, jailbroken device, man-in-the-middle proxy tools, which Knot used on Atomic's stuff, a packet sniffer -- you don't have any specific evidence tying anything to what Atomic did or did not do in your declaration related to those --

**A.** I believe --

**Q.** Let me finish.

-- related to those five examples, do you?

**A.** I believe in the declaration I did mention this. I said that you would either use the man-in-the-middle or a decompiled SDK. I would need to find the exact points.

**Q.** Sir, you're just speculating, aren't you, as to what Atomic did? You have no evidence of them doing any of those five techniques, do you?

**A.** I have evidence that they have our trade secret that was nonpublic in their code base that they are using that they are selling to our customers, yes.

**Q.** What, other -- other than the 37 characters, what other evidence of Knot's nonpublic source code did you set forth in your TRO request to this Court? Because as the Court indicated, the only thing that you've identified is

the 37 characters.

**A.**    The 37 characters is like a fingerprint.  Nobody has that same 37 characters.  I'd also like to add that there is around 2 million apps out on the app store, and I have not tried them all, but I have tried many apps in my 12 years as a professional startup entrepreneur.  I've tried many apps.  I've never seen anything remotely similar to the magic that we do at Knot with our Face ID flow.  I have never seen anything.

This is why when our team saw that someone else had our Face ID flow, it immediately sent red flags, why did -- how did they have it.  We took so much time and energy to develop it.  Immediately you have to investigate, how did they get this, by any means.

And you see exactly they have our fingerprint.  It's like the fingerprint at the scene of a crime.  They have the fingerprint and I'm telling you here, under perjury, that it is not just the 37 characters.  It is the whole functionality.  It is not the whole feature.

They are trying to bankrupt my company.  They are trying to steal everything I built for the last five years.

**Q.**    So, sir, if you had a forensic report -- can we call it a forensic report?

**A.**    You can call it a forensic report made by me.  I'm

not a forensic specialist.  I will admit to that.  But I am a computer science specialist.

**Q.**   Okay.  So, sir, you looked at Knot's code and Atomic's code as a forensic specialist has in this case?

**A.**   Yes.

**Q.**   What Atomic code did you look at?

**A.**   I looked at the code that triggers their Face ID flow that does the redirect flow that changes the -- what Apple says on the screen.  I looked at how they got the cookies. I looked at how Atomic generated their link that even triggers the Face ID.  And, I mean, the whole thing that is in this excerpt.

This is exactly our code.  I looked at the bullion values.  I looked at how they determine when to show Face ID.  It is literally the same.  If it was one variable, I will concede.  One variable, anyone can independently do.  But if you have five, six variables that are all the same, that is another fingerprint.

No one person thinks exactly the same.  Yeah, I could say use Face ID, they say use Face ID, that's fine.  But if it keeps happening again and again and again, you know they stole the whole Face ID code.  They did not just steal 37 characters.  They admit that they were watching it the whole time.

**Q.**   Sir, Knot did not attach your forensic report to the

complaint, did they?

**A.**   I don't believe so.

**Q.**   You submitted a declaration in this case on Tuesday. You didn't submit that forensic report, that comparison, did you?

**A.**   We did submit a number of similarities that are in the complaint or declaration.

**Q.**   Okay.  But just listen to my question.  Yes or no, did you submit your forensic comparison report between Knot and Atomic's code as part of your declaration?

**A.**   No.

**Q.**   And as part of your forensic report, is it your testimony today, sir, that you used the man-in-the-middle proxy tool to look at Atomic's code to gain that information?

**A.**   Not me personally, but our team did specialized tools and techniques to be able to ascertain this, which I would not even consider their code public.

I would say that -- I mean, theirs is way more public than ours.  They put it on GitHub, so maybe theirs is public.  But we had no way of knowing, nor have we ever investigated Atomic's code, nor have we ever looked at their features and said, oh let's copy that, let's do this.

We do not go and investigate Atomic.  To my

knowledge, they have one or two customers that have Face ID. They have one to two customers. This is literally our whole business.

**Q.** So just so I'm clear, sir, and I want to read what you wrote in your declaration. A man-in-the-middle proxy tool, a specific type of proxy tool designed for intercepting secure communications when used in combination with the certificate pinning bypass, allows an actor to intercept and read encrypted communications that would otherwise be completely unreadable.

Atomic would have likely needed such a tool in order to intercept Knot's encrypted AISC in transit.

Did I read that correctly?

**A.** You read that correctly.

**Q.** But you, Knot, used that same tool to review Atomic's code, correct?

**A.** We did not need to do the SSL part. But, yes, we needed to employ -- we needed to employ tools -- our team employed tools. We had no way of knowing Atomic's code was public. I mean, it is public, they say it's public. But had they not put it on GitHub, that would have been impossibly hard to find. You would have had to intercept the traffic.

**MR. LINDINGER:** No further questions, Your Honor.

THE COURT:  All right.

MR. VICTOR:  Your Honor, briefly.  Very briefly question, redirect.

THE COURT:  Yes.

REDIRECT EXAMINATION

BY MR. VICTOR:

Q.   Why did you implement -- why did your team implement this man-in-the-middle attack?  Was it to copy Atomic's code?

A.   No.

Q.   What was the sole purpose of doing it?

A.   To verify that they had taken our code and that our honeypot was there.

Q.   Did you, in fact, verify that?

A.   Yes.

Q.   I want to talk very, very briefly about the differences between the two companies.  How many products does Atomic have?

A.   They have many products.

Q.   Is this a core product for them?

A.   No, it is not.  They are a direct deposit switching company.

Q.   How important is this feature and this trade secret to your company?

A.   It is our product.  It is very important.  It is the

first thing people see when they go to our Knot SDK.  We show them the Face ID.

This is -- truly, this is why people choose Knot, it's because we are an innovative company.  They choose us because they want the best.  They don't want somebody who does, oh, I do a bit of this, I do a little bit of that.  They don't want a diner.  They want a Michelin star restaurant.  We are the Michelin star restaurant.

If you want to go to a bank and add your card as quickly as possible, you use Knot because we have Face ID and other technology like that.

Q.   Based on your experience as somebody who is experienced in source code, would it be possible for Atomic to have developed, as quickly as they did, the face identification feature as quickly as they did without taking your source code?

A.   No.

Q.   Why?

A.   It's unbearably hard to build, to implement, to come up with all the features.  And it's not just like, oh, I got a URL.  I triggered a Face ID.  There is so much more that you have to do there.  It's a coordinated effort.  It takes -- like, for instance, the redirect URL, like, how do you know it's redirect?  How do you test that?  How do you test all these edge cases?

Do I believe that they put some effort into integrating our code into their system? Yes, I do, but not nearly as much as what we did.

**Q.** Is there anything else you want to say based on the testimony you heard, based on the questions from the judge, something I missed to ask you, before I ask you to step down?

**A.** I just want to reiterate that our source code is not public, that I believe what Atomic showed today was not a public source code. Our code is not indexed anywhere. You can't just Google. You would not know Knotapi.vercel.app. Like, this is not something that someone is going to know.

We do not show this to our users. We do not put it out there. This is a private part of our code, and it's a private part of the AISC. They have not shown a full version of our code that they have taken. From the parts that we have, we have seen our honeypot code.

But, like I said, there's -- this is immensely important to our business. And I feel -- I feel very strongly that they did not just take 37, based on my forensics, based on the code that we submitted on the first page of our declaration. They took way more than our code, way more than the first 37.

**MR. VICTOR:** No further questions.

Your Honor, do you have any questions?

**THE COURT:**  Yes, I'm going to have a few questions.

**MR. VICTOR:**  Okay.

**THE COURT:**  You said you didn't find the testimony credible regarding jar versus zip file.

Do you recall that?

**THE WITNESS:**  Yes, I remember saying that.

**THE COURT:**  Tell me why.

**THE WITNESS:**  So I'm not a jar expert.  I'll be the first one to admit that.  I'm not a jar expert. The last time I touched Android code was probably ten years ago.

So from the testimony I heard from Mr. Weinert, he asserts that a jar file is a archive file.  And I can -- I mean, that makes sense.  Maybe it's a JavaScript archive.  And then he was able to quickly turn it to a zip file and then extract the code.

To me -- to me, that is not public.  That is not someone can go get this file of code and then analyze it.  This is -- you're changing things, you know.

**THE COURT:**  I mean, so I'm not one to rely on Chat GPT or Google, but when I throw jar and zip into Google, I get hundreds, you know, certainly dozens.  It appears to be hundreds, but certainly dozens that just

say a jar file -- converting a jar file to a zip file is extremely easy because jar files are already structured as zip archives.

I mean, the next one, jar-to-zip converter. Here is a jar-to-zip converter online and free. A jar file is already a zip file in that its contents follow the zip file format. I mean, they're just all over the place.

**THE WITNESS:** Okay. Yes. That makes sense.

**THE COURT:** Any reason I should doubt that?

**THE WITNESS:** No, no. I'm sure that's true. I'm sure that's true. I think on the argument of, is that public, if you have a jar file that you embed to your customers, that your customers are getting, and then someone else goes and takes it, and they're like, oh, well, I'm not going to use it as an intended user, the terms of service I agree to. I got this to embed it in my application. No, instead I am going to go look at the zip file -- you're changing the file. You're going to a different website. How easy it may be, you're going and you're uploading a jar file and you're saying download a zip.

I mean, Scott said you can just do it on your laptop these days. It's been a while since I've touched java, so that very well, may be the case.

THE COURT:  Does Knot use an SDK?

THE WITNESS:  Yes.

THE COURT:  Is it publicly available?

THE WITNESS:  It is an SDK that's -- it's a binary.  So, like, we do not expect our customers to see our code.  Yes.

THE COURT:  So your SDK is -- when you say you don't expect, is it visible?

THE WITNESS:  Our code?  It's like a black box.  Like, our customers don't know what our code is doing.  Like, they're not looking at our code.  They're not seeing what is -- what's there.

THE COURT:  Can they see it?

THE WITNESS:  No.  I mean, in this case of this jar, I mean, if they did the same thing then, in theory, they would be able to get a zip file and then start extracting URL and then sniffing the traffic of those URLs to then find other URLs, but it is a coordinated effort.  It's not:  I download this jar and now I have the Face ID code.  You actually get no Face ID code from that jar.

THE COURT:  What do you understand an SDK to be?

THE WITNESS:  It is a software development kit.  You give it to developers to integrate your

functionality into their code base.

THE COURT:  So who do you give your SDK to?

THE WITNESS:  We give it to banks.

THE COURT:  And banks have developers, right?

THE WITNESS:  Correct.

THE COURT:  Don't you expect the bank developers to be able to read the code precisely so they can integrate their systems with your system?

THE WITNESS:  We export different functions that allow them to initialize our SDK.  So there's a few components.  First, the bank makes a session.  So they have an API token with us, a client ID secret.  They send that to us to create a session.  They then use that session with our SDK to initialize it and show it to their users.  They don't see anything besides that. They get exposed to certain -- call it functions.  They get exposed to certain functions and then they get exposed to certain events.

So they see, oh, open Knot SDK with this session ID.  Okay.  It opens.  Then we get an event, application open, and we send that back to them.

THE COURT:  So nothing in your SDK really can be used by the banks to develop software?

THE WITNESS:  Correct.

THE COURT:  So why do you call it SDK?

**THE WITNESS:**  You know, it is a standard that's been going around the industry for a very long time.  I'd say the biggest in our, you know, space is called Plaid and they made theirs in SDK and they said, hey, bank, download our SDK and you'll add it to yours.  That's kind of why.  There's probably some other terminology that I would not know the full history on.

**THE COURT:**  When you talk about the harm that you are concerned about, one thing is damages, and you're saying your concern is Knot won't exist in time to collect damages.

Is that kind of, at the end of the day, what the real argument is?

**THE WITNESS:**  Yes.

**THE COURT:**  Is that right?

**THE WITNESS:**  Yes.

**THE COURT:**  As I understand it, the real argument hinges on your reluctance, right now, to release your next round, or your next iteration of products, because you think they'll steal it.  Is that fair?

**THE WITNESS:**  That is fair.

**THE COURT:**  Is there any other reason that you say you'll suffer irreparably if we don't just let this kind of take out, follow its normal course and let

you recover damages if you were able to prove that you deserve damages?

**THE WITNESS:** So our company exists because we innovate. We are the Michelin star. We are the best in class in card switching. We do the Face ID. We innovated there.

And because of that, we have other innovative products. We have other innovative products where we are the first to innovate, in SKU-level data to see what exactly you bought to manage your subscriptions to Face ID and cancel your Hulu, things of that nature.

And these are the products that we go and we sell to our customers. And if we are not the only ones -- they do not want to hear about the other products, they're like why would you go with someone who's the Michelin star when I can go to the diner that has the Michelin star meal? If I go to the local diner and I can go order a gourmet, you know, salmon that I would have to go spend 150 bucks at, I'm getting it at a diner and they're giving me -- oh, they're going to give me the direct deposit switching and switch my direct deposit -- which never has Face ID, mind you -- and I can go earn wage access, which has nothing to do with any of this -- and I'm getting this Face ID feature? You're going to go to the diner. You're not going to go to the

Michelin star.

THE COURT:  But nothing is preventing you from releasing a product?

THE WITNESS:  If we released our product, I do fear that it would be stolen very quickly.

THE COURT:  But that's what I'm getting at is as I understand your argument and your concern, it's that you will suffer irreparably without an order that prevents them from copying your new product?

THE WITNESS:  Correct.  Correct.  Yes.

THE COURT:  It's not preventing you from copying the old product.

THE WITNESS:  I can clarify, Your Honor, but I do not feel comfortable saying the details in court with people who I believe have copied my existing product on how our second product works.

THE COURT:  All right.  Thank you.

MR. VICTOR:  Your Honor, may I have brief, brief argument?

THE COURT:  Brief argument.

Then you want the witness to step down, then?

MR. VICTOR:  Yes.

THE COURT:  Okay.  You can step down, then.  Thank you.

MR. VICTOR:  Your Honor, it's not in dispute

that Atomic has taken the honeypot code.

THE COURT:  Agreed.

MR. VICTOR:  It's been admitted.  And you asked a really good question.  You looked at me and you said, why not just have them agree to take that out and this solves this whole thing.  It doesn't do it.

THE COURT:  Can I ask you to stop for one second, though, I just want to find something, hold on, in the transcript.

MR. VICTOR:  Sure.

THE COURT:  When you asked your client this question:  If the other side will agreed to not use anything they had taken from Knot, would that be sufficient, as long as they agreed and stipulated, as long as it wasn't taken from Knot, we will not use this, they stipulate to that, would that be sufficient?  Your client said yes.

MR. VICTOR:  Yes.

THE COURT:  Hold on.

They may agree to that.  I mean, their point, I believe, is they didn't take anything other than the honeypot.  So, again, maybe we can just resolve all this.

Does Atomic agree not to use anything in any of its products taken from Knot?

MR. LINDINGER:  Sorry.  You are looking at

me, Your Honor?

**THE COURT:** Yes.

**MR. LINDINGER:** I believe Mr. Weinert was very clear on that point that they haven't used anything --

**THE COURT:** So that's why...

So he wasn't asked the question I'm asking. But I agree what you're saying, he said they didn't take anything other than honeypot. So that makes me think you could just say yes to this question.

**MR. LINDINGER:** I wanted to preface it but, yes, I mean, we haven't taken anything other than --

**THE COURT:** A lot of times it's good to just listen and then answer the question directly. You don't have to preface everything.

So you would agree, Atomic would agree not to use anything it has taken from Knot going forward?

**MR. LINDINGER:** Again, Your Honor --

**THE COURT:** Again, you just can't answer yes or no?

**MR. LINDINGER:** Apart from the 37-character string, nothing was used. So the answer is yes. They can agree --

**THE COURT:** I will ask it again. Let's have it clearly on the record then.

MR. LINDINGER:  Yeah.

THE COURT:  So would Atomic agree not to use anything it has taken from Knot going forward in any of its products?

MR. LINDINGER:  Yes, Your Honor.

THE COURT:  Okay.  Then I think we have a...

You're good.

MR. VICTOR:  Yes.  And just on a go-forward basis, as we roll out our new product, they won't take anything further and implement it into their product.

THE COURT:  Well, that's not what...

See, here's the thing.  You have to learn to ask for...

You didn't bring a TRO for that.

MR. VICTOR:  Yeah.

THE COURT:  And I wouldn't grant a TRO for that.  That's the future and's it's speculating.  Okay?

MR. VICTOR:  Okay.

I'll quit while I'm ahead.

THE COURT:  You got what your client said he wanted.

MR. VICTOR:  Yeah.

THE COURT:  You got what you -- not everything you asked for in the TRO because we're not getting into this compiled product thing.  But there's

been an agreement that, going forward, as of today, Atomic will not use anything it has taken from Knot.

MR. VICTOR:  Thank you, Your Honor.

MR. LINDINGER:  I want to be very clear, Your Honor.  There is a big reputational -- this is what we talked about on the break with opposing counsel.  There is a huge reputational harm --

THE COURT:  I am not granting the TRO.  I just asked would you agree to it.  And then I think we can agree now, moving forward, what to do.

MR. LINDINGER:  Yes.  I just want to be clear that we are not agreeing that a TRO should be granted.

THE COURT:  I'm not going to grant a TRO.

MR. LINDINGER:  Thank you, Your Honor.

THE COURT:  We have it that it's moot.  It's moot, as far as I'm concerned, because we have an agreement.

Now, by the way, if a week from now, it turns out that Atomic distributed a product that contains source code that it's proven came from Knot, I mean, Atomic's got bigger issues than this case, right?  It's got now contempt issues and, you know, all sorts of things, sanctions.  So that's where we are.

But it's been testified, and I said credibly, and, frankly, think it was credible testimony that, of

course, who knows, right, I don't have full discovery, but that nothing was taken other than the honeypot.

**MR. LINDINGER:** I think we both have reading glasses, but I think you are looking at me, and I agree with that, Your Honor.

**THE COURT:** Okay.

**MR. LINDINGER:** Think that's what Mr. Weinert testified to.

**THE COURT:** I think after today that I'll deny the motion as moot because there has been an acknowledgment that, and I thought it was explicit. See, this is what we opened up with when I said to you I had a problem with the declaration.

It could have just been easy to say really upfront, we took the honeypot. We took it on November 6, 2025. We didn't take anything else, but that's what we took. Could have moved on.

But I didn't think that your papers just clearly admitted that and presented it, but I think your witness did.

But I also don't think there's been any demonstration whatsoever that anything else was taken. I think there's suspicion that other things were taken. And, in this case we will figure out whether that's the case.

I also don't think the irreparable harm has been established that's sufficient to grant a TRO right now because, really, I think the testimony from the plaintiff is that the irreparable harm would be if new products were released and then stolen.  And that without some kind of Court order that would address that, which was not asked for and which I never would have granted because it would have been purely based on speculation, that, otherwise, there's no irreparable harm because they could release the product.

And then I think given the representations in court, and the testimony, which was that, Number 1, only the honeypot was taken; and, Number 2, a representation that going forward, there will be no disclosure or rather no distribution or sale of products by Atomic that incorporate anything taken from Knot, the TRO has been rendered moot.  Right?

**MR. VICTOR:**  That's fair, Your Honor.

**THE COURT:**  Fair with you?

**MR. LINDINGER:**  Fair.  Just to be clear, is the motion for expedited discovery denied as well?

**THE COURT:**  So, yeah, let's talk about that. I think the short answer is yes.  But, you know what?  I think we ought to try this case really quick, and I don't think we need a lot of discovery in this case.

So let's set a trial date.  I think the way to do this is let's set a trial date.

**MR. VICTOR:**  I agree.

**THE COURT:**  Let's set it real quick.

**MR. VICTOR:**  Yes.

**THE COURT:**  And then we can go from there.

**MR. VICTOR:**  Based on the representations made today, which we did not hear before today, I think computer forensics is going to tell the whole story.

**THE COURT:**  Good.  Let's see.

**MR. VICTOR:**  Your Honor, my son just started swimming.  Can I take out my phone for the purposes of making sure I don't schedule the trial during swim practice?  I don't want to be rude.

**THE COURT:**  Of course.  Let's talk about what's realistic trial-wise.

**MR. VICTOR:**  Sure.

**THE COURT:**  The case was filed, what day? Just this last week, or two weeks ago, right?

**MR. LINDINGER:**  March 17, 18, something like that.  17th, 18th something like that.

**THE COURT:**  How about a January trial?

**MR. VICTOR:**  January next year?

**THE COURT:**  That's a quick trial, even by Chancery Court standards, that's a quick trial.

**MR. LINDINGER:** I think that should work, Your Honor. Can we just kind of circle back with everyone or do we need to set a date?

**THE COURT:** Well, I think it would be good to leave here...

See, here's the thing. I think if we set a trial date, then I think the motion for expedited discovery becomes moot because I've given you a trial date, and I said go to my form and schedule it out. You all know you have to be ready for trial by then.

**MR. VICTOR:** Yeah. Just -- I'll just throw this out there for Your Honor, for the holiday reasons, if it's later in January or early February, I think it just would be better so everyone --

**THE COURT:** I'm not talking early January. Starting point January. I have a trial January 10th and January 17th.

**MR. LINDINGER:** Okay.

**THE COURT:** Actually, I will tell you what I would prefer, let's go to February 7.

**MR. VICTOR:** February 7.

**THE COURT:** Will that work?

**MR. VICTOR:** That's perfect.

**THE COURT:** So we're going to have trial February 7th, and now...

Next, hold up.

MR. VICTOR:  It's a Sunday.

THE COURT:  It's a Sunday.  I'm in 2028.  No wonder.

MR. VICTOR:  28th is my birthday.  Let's start on my birthday.  It's good luck.

THE COURT:  February 7th is a Monday.  All right.

No, February 8 is a Monday.

MR. VICTOR:  I'm in May.

MR. LINDINGER:  So February 8 is a Monday.

THE COURT:  Yeah.

MR. LINDINGER:  In 2027.

THE COURT:  Let's do that.

MR. LINDINGER:  Monday, February 8.

THE COURT:  Monday, February 8 work?

MR. VICTOR:  Can I just confer?

THE COURT:  Yeah, yeah.

MR. VICTOR:  Yeah, we're good.  Plaintiffs are good.

THE COURT:  Defense, February 8?

MR. LINDINGER:  I think so, Your Honor.  I would just -- I think we could try this quickly.  I just want to make a note that plaintiff indicated that they were going to amend their complaint in some amount of

time after this hearing.  So I don't know how many more claims there might be.  We still have to answer with potential counterclaims.  So I agree with Your Honor that I'm all on board with a fast trial date.  I just don't know how big this case might be.

**THE COURT:**  All right.  Why don't we revisit it then.

**MR. LINDINGER:**  Okay.

**THE COURT:**  That's fair because the way I look at it right now, it is a very narrow case.  So the norm here is federal district courts, even the fastest ones, is two years.  So that's a fast trial date.  All right?

**MR. LINDINGER:**  Yeah.

**THE COURT:**  But it is good, fair point.  It's conditioned on this is the case.  If this case gets beyond this, no, no, no, then we need to hear.  So you will be permitted, I'll give you the date, you can go schedule out.  Then everybody needs to be mindful of, well, what else are you bringing.

**MR. VICTOR:**  Right.  Understood.

**THE COURT:**  If this gets to be a big case, then we are going to do the normal thing.  Okay?  But the reason why is, I think emotions are high.  I think that it's very, very discrete.

I give credit to the defendant because the defendant basically said, go look at my computer on November 6, 2025. And to your point --

**MR. VICTOR:** Computer forensics will tell the story. We'll figure it out.

**THE COURT:** There's going to be a lot. Right?

**MR. VICTOR:** We'll look at the code. We can compare the code.

**THE COURT:** Exactly.

**MR. VICTOR:** We'll find out very soon.

**THE COURT:** All right. Your client has a question.

No, no, you should go to your lawyer, don't go up there.

Okay. So you have a February...

We'll get a Rule 16 conference date out. We usually give three weeks to get a schedule.

Is that going to give you enough time to get a schedule?

**MR. LINDINGER:** Yeah. I don't think I've ever had trial date before that Rule 16 conference.

**THE COURT:** Actually, I kind of do it routinely. You'd be surprised. It helps people come up with a conference, or, rather, they agree more when they

submit the order because they know what the date is.

MR. LINDINGER: Yeah.

THE COURT: I think the wild card here is I'm afraid that the case is going to get much bigger. That is the wild card. All right?

Okay. February 8, 2027, the trial date. All right? And then I'm going to rely on the oral rulings. Is that good for everybody?

MR. LINDINGER: Yes, Your Honor.

MR. VICTOR: Sure.

THE COURT: All right. Thank you very much. Appreciate it. Have a good day.

(The proceedings concluded at 4:49 p.m.)

CERTIFICATE OF COURT REPORTER

I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Bonnie R. Archer
Bonnie R. Archer, RPR, FCRR
Official Court Reporter
U.S. District Court

**[115]** 1:2/20 1:3/9 1:3/13 1:3/18 1:3/21 1:4/9 1:4/12 1:5/3 1:5/12 1:7/4 1:7/14 1:13/17 1:14/3 1:14/19 1:14/22 1:15/1 1:16/8 1:16/25 1:17/5 1:17/11 1:19/3 1:20/23 1:21/2 1:21/13 1:21/20 1:24/13 1:24/17 1:24/20 1:25/3 1:27/19 1:30/6 1:30/11 1:33/12 1:33/18 1:33/24 1:34/5 1:34/8 1:34/24 1:35/11 1:36/6 1:43/4 1:46/10 1:51/10 1:52/5 1:59/19 1:63/12 1:77/14 1:77/15 1:77/16 1:79/3 1:80/20 1:80/22 1:81/11 1:81/18 1:82/6 1:83/10 1:83/15 1:84/1 1:84/25 1:85/2 1:85/7 1:85/11 1:86/4 1:86/7 1:86/10 1:86/13 1:86/15 1:89/1 1:89/8 1:89/11 1:90/6 1:90/20 1:91/10 1:91/11 1:92/1 1:92/25 1:93/16 1:101/23 1:120/1 1:120/7 1:120/14 1:120/19 1:121/4 1:121/23 1:123/19 1:124/12 1:125/7 1:125/12 1:126/21 1:127/20 1:127/23 1:128/7 1:128/16 1:129/7 1:129/12 1:129/14 1:129/19 1:130/18 1:130/24 1:131/14 1:131/18 1:131/21 1:132/1 1:132/11 1:133/1 1:134/6 1:135/1 1:135/9 1:137/1 1:137/14 1:137/16 1:137/17 1:137/19 1:138/6 1:138/24

**BY MR. BOMBARD: [7]** 1:52/8 1:58/11 1:60/1 1:63/22 1:67/25 1:71/22 1:75/22

**BY MR. LINDINGER: [13]** 1:8/8 1:25/19 1:27/23 1:30/14 1:37/20 1:44/6 1:45/21 1:46/13 1:51/14 1:77/3 1:105/16 1:110/11 1:111/5

**BY MR. VICTOR: [6]** 1:87/7 1:89/14 1:94/7 1:99/4 1:102/25 1:117/6

**MR. BOMBARD: [9]** 1:52/1 1:52/3 1:59/23 1:59/25 1:63/16

1:63/20 1:67/24 1:75/21 1:76/23

**MR. LINDINGER: [71]** 1:3/14 1:3/16 1:3/24 1:4/1 1:4/6 1:4/19 1:4/24 1:5/5 1:5/20 1:5/24 1:6/8 1:6/15 1:6/18 1:6/22 1:6/25 1:7/2 1:7/6 1:7/10 1:7/21 1:13/10 1:25/18 1:27/16 1:27/20 1:45/17 1:45/25 1:51/7 1:51/13 1:51/23 1:59/21 1:59/24 1:71/15 1:71/17 1:77/1 1:77/11 1:80/1 1:80/6 1:80/10 1:81/23 1:82/7 1:82/19 1:82/23 1:90/11 1:102/14 1:105/13 1:110/16 1:116/24 1:127/25 1:128/3 1:128/11 1:128/18 1:128/21 1:129/1 1:129/5 1:130/4 1:130/11 1:130/14 1:131/3 1:131/7 1:132/20 1:133/20 1:134/1 1:134/18 1:135/11 1:135/13 1:135/15 1:135/22 1:136/8 1:136/14 1:137/21 1:138/2 1:138/9

**MR. MOORE: [2]** 1:2/25 1:3/2

**MR. SCHLADWEILER: [1]** 1:2/17

**MR. VICTOR: [72]** 1:80/13 1:80/15 1:80/23 1:81/6 1:81/16 1:82/11 1:82/14 1:83/5 1:83/18 1:83/23 1:84/8 1:84/13 1:85/16 1:85/23 1:86/18 1:86/20 1:90/9 1:90/14 1:91/2 1:91/4 1:91/7 1:91/16 1:92/12 1:92/16 1:92/21 1:93/5 1:93/8 1:93/11 1:93/21 1:94/5 1:98/23 1:101/18 1:102/18 1:102/21 1:105/5 1:105/11 1:110/10 1:110/13 1:117/2 1:119/25 1:120/4 1:126/18 1:126/22 1:126/25 1:127/3 1:127/10 1:127/18 1:129/8 1:129/15 1:129/18 1:129/22 1:130/3 1:132/18 1:133/3 1:133/5 1:133/7 1:133/11 1:133/17 1:133/23 1:134/11 1:134/21

1:134/23 1:135/2 1:135/5 1:135/10 1:135/17 1:135/19 1:136/21 1:137/4 1:137/8 1:137/11 1:138/10

**THE CLERK: [4]** 1:7/24 1:8/6 1:86/22 1:87/5

**THE COURT: [258]**
**THE WITNESS: [125]** 1:8/1 1:13/18 1:13/24 1:14/7 1:14/16 1:15/4 1:15/8 1:15/13 1:15/25 1:16/5 1:16/18 1:16/23 1:17/14 1:17/16 1:17/20 1:18/3 1:18/10 1:18/15 1:18/20 1:18/24 1:19/11 1:19/13 1:19/18 1:19/20 1:19/25 1:20/8 1:20/13 1:20/17 1:21/5 1:21/15 1:22/1 1:22/8 1:22/10 1:22/12 1:22/16 1:22/24 1:23/2 1:23/6 1:23/8 1:23/15 1:23/18 1:23/22 1:24/3 1:24/5 1:24/11 1:24/15 1:24/22 1:25/9 1:25/11 1:30/5 1:33/5 1:33/11 1:34/7 1:34/10 1:34/13 1:34/17 1:34/20 1:35/3 1:35/6 1:35/9 1:35/14 1:35/16 1:35/18 1:35/20 1:35/24 1:36/1 1:36/8 1:36/14 1:36/24 1:37/2 1:37/13 1:37/16 1:43/7 1:43/10 1:43/17 1:43/23 1:44/1 1:44/4 1:46/5 1:58/10 1:71/16 1:71/20 1:77/19 1:77/21 1:77/24 1:78/4 1:78/9 1:78/13 1:78/19 1:78/22 1:79/8 1:79/15 1:79/19 1:79/24 1:81/22 1:82/2 1:86/25 1:88/7 1:88/11 1:88/18 1:88/20 1:88/23 1:88/25 1:110/18 1:120/8 1:120/10 1:121/9 1:121/11 1:122/2 1:122/4 1:122/9 1:122/14 1:122/24 1:123/3 1:123/5 1:123/9 1:123/24 1:124/1 1:124/14 1:124/16 1:124/22 1:125/3 1:126/4 1:126/10 1:126/13

**$**

**$10 [1]** 1:89/22
**$10 million [1]** 1:89/22

**'**
**' [1]** 1:87/1

**-**
**-and [1]** 1:2/5

**.**
**.jar [2]** 1:65/9 1:65/20
**.JS [1]** 1:28/19
**.zip [1]** 1:65/20

**/**
**//Knotapi.vercel.app [1]** 1:39/21
**/s [1]** 1:138/21

**1**

**1 [6]** 1:10/14 1:73/23 1:102/11 1:102/11 1:107/9 1:132/12
**1 percent [2]** 1:10/14 1:73/23
**1.0.82 [1]** 1:38/21
**10 [1]** 1:29/21
**10th [1]** 1:134/16
**11 [2]** 1:30/3 1:30/16
**111 [2]** 1:91/12 1:91/18
**11th [1]** 1:14/19
**12 [5]** 1:5/9 1:9/6 1:30/24 1:38/7 1:113/6
**12 years [1]** 1:113/6
**14 [1]** 1:31/22
**143 [1]** 1:103/14
**15 [8]** 1:5/9 1:32/4 1:32/8 1:53/21 1:59/25 1:61/21 1:63/2 1:83/11
**15-year [1]** 1:53/21
**150 [1]** 1:125/19
**16 [5]** 1:33/1 1:37/21 1:37/22 1:137/17 1:137/22
**17 [2]** 1:38/2 1:133/20
**17th [2]** 1:133/21 1:134/17
**18 [9]** 1:39/2 1:39/3 1:64/21 1:65/2 1:83/11 1:89/13 1:89/20 1:100/3 1:133/20
**18th [1]** 1:133/21
**18th something [1]** 1:133/21
**19 [2]** 1:66/3 1:66/5

**2**

**2 [2]** 1:113/4 1:132/13
**2 million [1]** 1:113/4
**2.0 [1]** 1:38/17
**20 [2]** 1:39/18 1:67/1
**2017 [1]** 1:9/17
**2019 [2]** 1:52/12 1:52/14
**2020 [1]** 1:8/21

**2021 [1]** 1:9/20
**2022 [1]** 1:9/21
**2025 [8]** 1:10/23 1:19/10 1:38/25 1:42/16 1:44/20 1:88/17 1:131/16 1:137/3
**2026 [4]** 1:1/10 1:70/4 1:91/13 1:104/7
**2027 [2]** 1:135/13 1:138/6
**2028 [1]** 1:135/3
**22 [3]** 1:9/7 1:67/23 1:68/2
**23 [6]** 1:42/24 1:42/25 1:44/7 1:68/6 1:91/9 1:91/11
**24th [1]** 1:70/4
**24th of [1]** 1:70/4
**25 [1]** 1:91/13
**26 [1]** 1:1/4
**26-290-CFC [1]** 1:1/4
**26.3 [1]** 1:26/4
**26.4 [1]** 1:26/4
**28th [1]** 1:135/5
**290 [1]** 1:1/4
**2:00 [2]** 1:1/10 1:2/14

**3**

**31 [1]** 1:104/7
**31st [1]** 1:46/4
**32 [1]** 1:58/7
**32-character [1]** 1:58/7
**37 [99]** 1:4/8 1:4/22 1:5/3 1:5/7 1:5/9 1:6/5 1:6/9 1:6/13 1:6/21 1:12/10 1:12/16 1:12/20 1:13/1 1:13/6 1:13/15 1:13/18 1:13/20 1:13/22 1:14/3 1:14/4 1:14/5 1:14/17 1:14/22 1:15/11 1:15/16 1:15/21 1:16/16 1:17/13 1:17/17 1:17/21 1:18/2 1:18/5 1:18/7 1:18/8 1:18/11 1:18/19 1:18/22 1:19/4 1:19/9 1:19/22 1:20/3 1:20/7 1:20/11 1:21/4 1:22/9 1:23/17 1:23/20 1:23/20 1:24/2 1:24/16 1:24/18 1:24/20 1:24/23 1:24/25 1:25/8 1:26/11 1:36/13 1:36/23 1:37/12 1:58/9 1:58/10 1:58/12 1:58/13 1:59/1 1:59/4 1:59/5 1:64/10 1:78/8 1:78/12 1:85/8 1:86/6 1:86/10 1:86/12 1:89/4 1:89/4 1:90/4 1:94/21 1:95/2 1:97/8 1:97/9 1:98/16 1:105/20 1:106/4 1:106/8

**3**

**37... [15]** 1:106/10 1:106/14 1:106/16 1:106/19 1:106/21 1:109/25 1:112/22 1:113/1 1:113/2 1:113/3 1:113/18 1:114/23 1:119/21 1:119/24 1:128/21

**37-character [44]** 1:12/10 1:12/16 1:12/20 1:13/15 1:13/18 1:15/21 1:16/16 1:17/13 1:17/21 1:18/2 1:18/7 1:18/8 1:18/11 1:18/19 1:18/22 1:19/9 1:19/22 1:20/3 1:20/7 1:20/11 1:23/17 1:23/20 1:24/2 1:24/18 1:24/23 1:24/25 1:25/8 1:36/13 1:36/23 1:37/12 1:58/12 1:58/13 1:59/1 1:59/4 1:59/5 1:64/10 1:78/8 1:78/12 1:85/8 1:86/6 1:86/10 1:97/8 1:97/9 1:128/21

**37-code [1]** 1:24/20
**37-digit [10]** 1:4/8 1:4/22 1:5/3 1:5/7 1:6/5 1:6/9 1:6/21 1:26/11 1:105/20 1:109/25

**37-string [1]** 1:23/20
**3:00 [1]** 1:51/11
**3:30 [1]** 1:75/18

**4**

**4 [1]** 1:106/17
**47 [1]** 1:45/22
**49 [1]** 1:72/4
**4:49 [1]** 1:138/13

**5**

**50 [1]** 1:67/7
**5AY [1]** 1:44/12
**5th [1]** 1:110/24

**6**

**6 [20]** 1:1/10 1:10/24 1:11/25 1:19/10 1:27/24 1:28/4 1:42/16 1:42/22 1:43/5 1:43/9 1:43/10 1:44/20 1:44/25 1:60/7 1:60/9 1:60/14 1:61/12 1:88/17 1:131/15 1:137/3

**7**

**7 [4]** 1:28/1 1:28/4 1:134/20 1:134/21
**7th [2]** 1:134/25 1:135/7

**8**

**8 [7]** 1:28/24 1:135/9 1:135/11 1:135/15 1:135/16 1:135/21 1:138/6

**844 [1]** 1:1/13
**85 [4]** 1:27/4 1:38/8 1:38/12 1:47/5

**9**

**9 [1]** 1:28/25
**99.9996 [1]** 1:103/13

**A**

**ability [2]** 1:38/18 1:66/14

**able [29]** 1:11/18 1:11/21 1:21/9 1:28/10 1:36/8 1:36/12 1:43/3 1:59/11 1:67/20 1:70/8 1:74/6 1:96/1 1:98/13 1:99/13 1:100/21 1:101/7 1:101/13 1:103/7 1:107/6 1:107/23 1:107/25 1:108/1 1:111/16 1:111/17 1:115/17 1:120/17 1:122/16 1:123/7 1:125/1

**abnormally [1]** 1:104/11

**about [50]** 1:13/3 1:22/18 1:25/2 1:26/12 1:33/8 1:38/7 1:50/14 1:52/21 1:53/9 1:54/3 1:54/8 1:57/2 1:57/14 1:64/4 1:64/11 1:64/14 1:64/24 1:67/16 1:71/3 1:72/24 1:74/8 1:74/10 1:76/12 1:78/5 1:82/8 1:83/10 1:83/12 1:85/7 1:86/8 1:88/10 1:91/1 1:92/13 1:92/25 1:94/6 1:96/13 1:98/24 1:100/25 1:101/18 1:104/20 1:109/14 1:111/6 1:111/19 1:117/16 1:124/8 1:124/9 1:125/14 1:130/6 1:132/22 1:133/15 1:133/22

**absolute [1]** 1:36/17
**absolutely [8]** 1:16/18 1:19/11 1:31/7 1:32/17 1:72/21 1:73/14 1:78/4 1:79/15

**accept [2]** 1:25/15 1:80/22

**access [6]** 1:16/8 1:26/21 1:27/2 1:47/11 1:108/23 1:125/23

**accessed [6]** 1:29/17 1:29/18 1:42/21 1:43/15 1:47/24 1:102/1

**accessibility [1]**

**accessible [2]** 1:43/15 1:44/3

**accessing [1]** 1:104/9
**According [1]** 1:69/22
**account [5]** 1:8/19 1:103/18 1:103/19 1:103/20 1:104/13

**accounts [1]** 1:104/15
**accurate [3]** 1:103/4 1:103/6 1:138/19

**acknowledgment [1]** 1:131/11

**across [2]** 1:21/21 1:81/14

**action [2]** 1:99/14 1:106/4

**actions [1]** 1:49/13
**actively [1]** 1:103/8
**activity [4]** 1:43/5 1:72/23 1:77/5 1:104/1

**actor [1]** 1:116/9
**actually [24]** 1:10/20 1:11/16 1:11/19 1:11/22 1:34/21 1:42/3 1:54/20 1:55/10 1:58/23 1:66/6 1:66/8 1:66/9 1:69/18 1:73/20 1:76/17 1:79/10 1:87/20 1:90/17 1:94/16 1:98/25 1:110/21 1:122/20 1:134/19 1:137/23

**adamantly [1]** 1:51/22
**add [15]** 1:33/19 1:88/13 1:89/23 1:94/11 1:95/15 1:99/16 1:99/17 1:99/18 1:99/18 1:99/19 1:99/21 1:103/20 1:113/3 1:118/9 1:124/5

**added [3]** 1:33/20 1:33/22 1:97/10
**addition [2]** 1:75/1 1:84/10

**address [2]** 1:17/2 1:132/6

**addresses [1]** 1:85/4
**adds [1]** 1:38/7
**admit [3]** 1:114/1 1:114/23 1:120/11

**admitted [3]** 1:90/24 1:127/3 1:131/19
**admitting [1]** 1:102/11

**adopted [1]** 1:9/24
**ADP [1]** 1:9/23
**affidavit [1]** 1:5/19
**affidavits [1]** 1:94/2
**affirmed [2]** 1:8/4 1:87/3

**afraid [2]** 1:97/18 1:138/4

**after [9]** 1:11/22 1:12/2 1:13/22 1:20/6

**accessible [2]** 1:43/15 1:44/3

**afternoon [8]** 1:2/15 1:2/17 1:2/25 1:3/1 1:3/16 1:8/9 1:105/17 1:105/18

**again [18]** 1:5/14 1:5/24 1:5/25 1:7/11 1:41/13 1:41/17 1:46/14 1:63/19 1:77/16 1:97/25 1:111/4 1:114/21 1:114/21 1:114/21 1:127/22 1:128/18 1:128/19 1:128/24

**against [2]** 1:50/5 1:71/7

**agnostic [1]** 1:42/9
**ago [4]** 1:4/16 1:62/1 1:120/13 1:133/19

**agree [32]** 1:26/24 1:45/12 1:47/1 1:47/14 1:49/12 1:50/17 1:72/17 1:74/21 1:79/20 1:79/22 1:80/22 1:88/25 1:94/8 1:94/9 1:97/2 1:98/2 1:111/20 1:121/17 1:127/5 1:127/20 1:127/23 1:128/8 1:128/16 1:128/16 1:128/23 1:129/2 1:130/9 1:130/10 1:131/4 1:133/3 1:136/3 1:137/25

**agreed [9]** 1:71/13 1:72/1 1:85/11 1:93/20 1:98/4 1:101/24 1:127/2 1:127/12 1:127/14

**agreeing [2]** 1:71/21 1:130/12

**agreement [4]** 1:94/6 1:101/25 1:130/1 1:130/17

**ahead [10]** 1:10/16 1:25/17 1:37/19 1:56/19 1:63/19 1:83/15 1:86/19 1:93/10 1:99/3 1:129/19

**AI [1]** 1:14/11
**AISC [4]** 1:87/19 1:105/21 1:116/12 1:119/16

**akin [1]** 1:64/19
**all [76]** 1:2/24 1:3/9 1:3/13 1:4/11 1:5/2 1:6/3 1:7/3 1:9/2 1:9/4 1:11/25 1:15/1 1:15/2 1:15/4 1:16/6 1:17/15 1:19/8 1:21/21 1:25/17 1:26/7 1:27/22 1:28/21 1:31/9 1:34/13 1:34/21 1:35/19 1:37/19

**1:38/11 1:39/1 1:40/19 1:41/2 1:42/6 1:61/21 1:62/10 1:65/16 1:71/8 1:74/19 1:75/23 1:76/24 1:77/8 1:78/1 1:78/7 1:78/9 1:79/12 1:79/16 1:82/3 1:84/3 1:85/2 1:85/9 1:86/21 1:88/24 1:89/8 1:90/13 1:90/25 1:95/24 1:102/24 1:103/25 1:109/24 1:110/6 1:113/5 1:114/18 1:117/1 1:118/20 1:118/25 1:121/7 1:126/17 1:127/22 1:130/22 1:134/10 1:135/7 1:136/4 1:136/6 1:136/12 1:137/12 1:138/5 1:138/6 1:138/11

**allegations [1]** 1:94/1
**alleged [7]** 1:26/12 1:26/21 1:27/13 1:40/4 1:48/1 1:48/14 1:76/19

**allegedly [1]** 1:93/22
**alleging [2]** 1:95/7 1:95/8

**allow [4]** 1:50/22 1:77/17 1:77/21 1:123/10

**allowed [1]** 1:110/14
**allows [3]** 1:8/17 1:9/21 1:116/8

**already [6]** 1:25/4 1:54/2 1:74/8 1:95/17 1:121/2 1:121/6

**also [23]** 1:3/5 1:14/9 1:38/16 1:40/6 1:40/6 1:42/4 1:43/11 1:47/6 1:47/7 1:47/8 1:56/10 1:57/10 1:59/2 1:64/18 1:64/22 1:75/2 1:75/12 1:87/24 1:104/2 1:106/17 1:113/3 1:131/21 1:132/1

**although [2]** 1:69/12 1:112/5

**always [4]** 1:18/19 1:37/4 1:94/23 1:104/20

**am [11]** 1:3/11 1:8/23 1:19/17 1:34/11 1:72/24 1:90/15 1:102/18 1:111/11 1:114/2 1:121/18 1:130/8

**Amazon [3]** 1:9/23 1:50/6 1:50/22
**amend [1]** 1:135/25
**amount [3]** 1:51/10 1:103/23 1:135/25

**analyses [3]** 1:49/23 1:50/11 1:77/8

**analysis [8]** 1:49/17 1:87/19 1:98/18

**A**

**analysis... [5]**  1:102/4 1:106/24 1:107/4 1:108/7 1:108/8

**analyze [2]**  1:108/1 1:120/20

**analyzed [2]**  1:111/2 1:111/2

**analyzing [1]**  1:103/25

**and's [1]**  1:129/17

**ANDERSON [7]**  1:2/3 1:3/2 1:53/23 1:56/21 1:60/23 1:61/5 1:61/9

**Anderson's [1]**  1:54/2

**Andrea [1]**  1:3/7

**android [7]**  1:11/15 1:38/6 1:42/7 1:42/11 1:42/13 1:110/25 1:120/12

**anniversary [1]**  1:53/22

**annotated [1]**  1:56/11

**another [11]**  1:29/11 1:31/6 1:37/23 1:40/20 1:44/16 1:50/4 1:82/24 1:98/17 1:99/17 1:110/6 1:114/18

**answer [12]**  1:3/19 1:3/22 1:5/23 1:22/17 1:110/13 1:110/14 1:110/17 1:128/14 1:128/19 1:128/22 1:132/23 1:136/2

**any [67]**  1:3/19 1:4/2 1:9/8 1:12/12 1:13/7 1:18/16 1:21/25 1:25/6 1:25/13 1:26/7 1:26/8 1:26/13 1:27/6 1:27/8 1:29/7 1:29/18 1:32/20 1:33/3 1:40/14 1:42/14 1:46/11 1:47/17 1:47/19 1:48/18 1:49/9 1:50/9 1:51/2 1:51/3 1:51/25 1:53/4 1:54/25 1:60/16 1:65/23 1:74/22 1:75/15 1:75/19 1:76/1 1:76/3 1:76/24 1:77/5 1:83/9 1:83/16 1:84/21 1:84/22 1:84/25 1:85/18 1:85/20 1:92/18 1:93/7 1:96/18 1:96/20 1:96/22 1:97/7 1:102/1 1:106/14 1:109/5 1:110/22 1:112/8 1:112/17 1:113/14 1:120/1 1:121/10 1:124/23 1:125/23 1:127/23 1:129/3 1:131/21

**anybody [3]**  1:14/11 1:32/20 1:104/9

**anybody's [1]**  1:58/24

**anymore [1]**  1:46/21

**anyone [5]**  1:22/4

1:30/1 1:38/9 1:38/9 1:114/16

**anything [36]**  1:4/7 1:13/21 1:13/21 1:14/21 1:25/1 1:30/12 1:33/17 1:54/3 1:54/8 1:79/14 1:79/22 1:85/20 1:86/5 1:94/3 1:98/2 1:98/13 1:101/6 1:101/7 1:112/8 1:113/7 1:113/9 1:119/4 1:123/15 1:127/13 1:127/21 1:127/23 1:128/5 1:128/9 1:128/12 1:128/17 1:129/3 1:129/10 1:130/2 1:131/16 1:131/22 1:132/16

**anywhere [6]**  1:70/11 1:70/20 1:83/21 1:104/24 1:111/23 1:119/10

**Apache [1]**  1:38/17

**apart [2]**  1:26/11 1:128/21

**API [2]**  1:38/3 1:123/12

**API.vercel.app\assets [1]**  1:44/17

**app [7]**  1:21/11 1:31/13 1:41/1 1:72/6 1:73/6 1:109/19 1:113/4

**appear [2]**  1:18/16 1:65/17

**APPEARANCES [2]**  1:1/18 1:2/1

**appeared [1]**  1:66/4

**appearing [1]**  1:79/6

**appears [6]**  1:18/13 1:28/25 1:63/2 1:63/11 1:110/4 1:120/25

**Apple [57]**  1:15/17 1:16/5 1:16/13 1:16/19 1:16/20 1:16/21 1:17/10 1:17/21 1:18/10 1:18/18 1:19/3 1:19/6 1:19/8 1:19/17 1:19/19 1:20/2 1:20/10 1:20/16 1:21/6 1:21/12 1:21/13 1:21/23 1:22/3 1:22/5 1:22/7 1:22/14 1:22/20 1:22/23 1:23/5 1:23/11 1:23/14 1:23/22 1:23/23 1:24/18 1:25/2 1:25/23 1:32/14 1:36/13 1:36/18 1:36/19 1:36/19 1:36/22 1:37/17 1:37/17 1:42/11 1:44/18 1:58/19 1:58/23 1:59/9 1:59/12 1:76/5 1:88/2 1:88/22 1:94/22 1:97/21 1:99/17

1:1/14/8

**Apple's [18]**  1:5/8 1:11/17 1:13/5 1:16/2 1:16/3 1:16/15 1:17/11 1:17/18 1:18/25 1:19/21 1:20/23 1:21/11 1:23/3 1:25/25 1:26/3 1:26/5 1:55/4 1:77/17

**appleFrameId [1]**  1:35/22

**apples [1]**  1:102/16

**application [9]**  1:21/22 1:21/24 1:30/25 1:42/10 1:48/3 1:95/14 1:95/16 1:121/18 1:123/21

**Appreciate [1]**  1:138/12

**approach [7]**  1:3/14 1:9/24 1:14/12 1:14/14 1:29/12 1:45/17 1:105/13

**apps [3]**  1:113/4 1:113/5 1:113/7

**April [1]**  1:1/10

**Archer [2]**  1:138/21 1:138/22

**architect [3]**  1:10/12 1:20/1 1:22/16

**architecture [3]**  1:58/15 1:92/3 1:92/6

**archive [5]**  1:39/9 1:65/13 1:94/16 1:120/15 1:120/17

**archives [1]**  1:121/3

**are [120]**  1:3/5 1:8/25 1:10/5 1:11/5 1:16/3 1:16/8 1:17/12 1:18/1 1:18/6 1:18/21 1:18/21 1:21/14 1:21/24 1:23/11 1:23/24 1:26/4 1:27/10 1:27/24 1:28/3 1:28/10 1:28/18 1:28/19 1:29/16 1:29/20 1:30/23 1:32/8 1:33/7 1:35/15 1:37/21 1:38/2 1:39/5 1:39/18 1:39/25 1:39/25 1:41/7 1:41/21 1:44/7 1:47/10 1:49/3 1:49/22 1:50/2 1:51/2 1:51/20 1:52/2 1:52/9 1:52/24 1:55/24 1:57/14 1:65/17 1:65/22 1:67/7 1:68/17 1:69/25 1:71/23 1:72/8 1:75/8 1:75/24 1:76/13 1:78/10 1:79/21 1:80/14 1:82/18 1:87/14 1:87/22 1:91/22 1:93/2 1:93/12 1:93/18 1:94/19 1:95/7 1:97/17 1:97/18 1:97/23 1:99/20 1:99/22 1:99/25 1:100/7 1:100/15

1:100/16 1:100/16 1:100/18 1:102/8 1:102/10 1:104/12 1:104/17 1:104/20 1:108/19 1:108/22 1:109/4 1:109/18 1:111/9 1:111/9 1:111/11 1:111/11 1:111/20 1:112/20 1:112/21 1:113/20 1:113/20 1:114/18 1:115/6 1:117/21 1:118/4 1:118/8 1:121/2 1:121/14 1:124/9 1:125/4 1:125/4 1:125/8 1:125/12 1:125/13 1:127/25 1:130/12 1:130/23 1:131/4 1:135/20 1:136/20 1:136/23 1:136/24

**area [1]**  1:40/21

**aren't [2]**  1:46/9 1:112/16

**argument [11]**  1:1/11 1:102/17 1:102/18 1:105/6 1:105/8 1:121/12 1:124/13 1:124/18 1:126/7 1:126/19 1:126/20

**arguments [1]**  1:102/15

**around [9]**  1:5/22 1:10/23 1:38/20 1:39/17 1:58/15 1:73/22 1:74/10 1:113/4 1:124/2

**artifact [3]**  1:12/25 1:33/15 1:56/3

**as [109]**  1:2/22 1:2/22 1:3/9 1:3/19 1:4/13 1:5/14 1:8/3 1:8/5 1:8/17 1:8/25 1:9/10 1:10/25 1:11/9 1:11/24 1:12/21 1:13/25 1:15/6 1:17/2 1:20/18 1:21/2 1:21/2 1:21/7 1:21/7 1:30/13 1:31/18 1:33/15 1:33/23 1:36/21 1:37/4 1:38/11 1:42/2 1:42/3 1:42/22 1:45/16 1:49/16 1:49/18 1:50/10 1:50/22 1:54/2 1:55/16 1:56/17 1:59/2 1:66/5 1:66/8 1:66/10 1:67/5 1:67/6 1:69/13 1:70/25 1:72/22 1:73/25 1:74/4 1:76/18 1:78/23 1:81/14 1:81/24 1:82/5 1:83/12 1:84/4 1:87/2 1:87/4 1:87/23 1:90/10 1:92/7 1:92/9 1:94/17 1:94/25 1:94/25 1:98/3 1:98/4 1:98/4 1:98/4 1:99/13 1:100/11

1:102/5 1:106/23 1:108/21 1:111/17 1:111/21 1:112/1 1:112/16 1:112/24 1:113/6 1:114/4 1:115/10 1:115/12 1:118/9 1:118/10 1:118/12 1:118/14 1:118/14 1:118/15 1:118/15 1:119/3 1:119/3 1:121/3 1:121/16 1:124/17 1:126/7 1:127/14 1:127/14 1:127/14 1:127/15 1:129/9 1:130/1 1:130/16 1:130/16 1:131/10 1:132/21

**ascertain [3]**  1:111/16 1:111/18 1:115/17

**aside [1]**  1:85/13

**ask [19]**  1:4/3 1:24/1 1:59/19 1:63/17 1:63/18 1:63/20 1:74/9 1:80/8 1:80/11 1:83/8 1:83/10 1:87/14 1:96/3 1:100/17 1:119/6 1:119/6 1:127/7 1:128/24 1:129/13

**asked [18]**  1:12/10 1:13/15 1:26/11 1:55/25 1:63/8 1:69/3 1:83/12 1:84/19 1:85/14 1:86/7 1:93/1 1:96/25 1:127/4 1:127/11 1:128/7 1:129/24 1:130/9 1:132/7

**asking [10]**  1:53/9 1:63/6 1:64/3 1:72/24 1:73/4 1:92/25 1:93/4 1:108/5 1:108/25 1:128/7

**aspect [2]**  1:78/2 1:95/5

**asserted [1]**  1:45/15

**asserting [3]**  1:111/9 1:111/11 1:111/12

**assertion [2]**  1:94/8 1:94/9

**asserts [1]**  1:120/15

**assets [2]**  1:68/13 1:68/14

**assets\ [1]**  1:41/7

**assigned [1]**  1:10/11

**assigning [1]**  1:36/3

**associated [4]**  1:41/10 1:47/11 1:79/1 1:108/23

**Atlanta [2]**  1:2/21 1:2/22

**ATOMIC [76]**  1:1/6 1:3/3 1:3/6 1:3/17 1:4/7 1:8/13 1:8/14 1:8/15 1:8/20 1:8/22 1:9/9 1:10/21 1:11/13

**A**

**ATOMIC... [63]**
1:25/20 1:26/2 1:26/20 1:29/25 1:30/15 1:38/11 1:47/9 1:48/1 1:48/5 1:48/8 1:48/11 1:48/14 1:48/17 1:48/25 1:49/4 1:51/18 1:52/12 1:52/25 1:53/7 1:54/22 1:55/23 1:62/10 1:62/24 1:72/12 1:74/22 1:75/15 1:76/6 1:76/11 1:76/12 1:84/20 1:87/15 1:89/2 1:91/22 1:94/11 1:101/10 1:101/22 1:101/24 1:103/3 1:103/8 1:104/8 1:104/9 1:106/1 1:107/3 1:109/4 1:109/9 1:109/10 1:109/24 1:112/8 1:112/17 1:114/6 1:114/10 1:115/25 1:116/11 1:117/18 1:118/14 1:119/9 1:127/1 1:127/23 1:128/16 1:129/2 1:130/2 1:130/19 1:132/15

**Atomic's [48]**  1:7/22 1:10/2 1:10/4 1:10/5 1:26/6 1:26/13 1:29/14 1:49/7 1:49/10 1:50/8 1:51/3 1:52/15 1:53/12 1:54/4 1:54/18 1:54/20 1:55/6 1:55/8 1:55/9 1:55/11 1:55/14 1:55/22 1:60/10 1:62/7 1:74/8 1:75/24 1:84/22 1:87/19 1:91/19 1:91/24 1:92/8 1:102/2 1:102/6 1:106/22 1:106/25 1:107/12 1:107/12 1:107/23 1:108/16 1:112/7 1:114/4 1:115/10 1:115/14 1:115/22 1:116/15 1:116/19 1:117/8 1:130/21

**Atomic-transact-javas cript [1]**  1:30/15
**attach [4]**  1:57/2 1:60/21 1:60/23 1:114/25
**attached [1]**  1:56/15
**attack [2]**  1:48/6 1:117/8
**attacking [1]**  1:109/4
**attempt [2]**  1:50/22 1:104/2
**attempting [2]**  1:51/2 1:110/5
**attorney [1]**  1:73/2
**attorneys [1]**  1:61/6
**auth [19]**  1:13/6

1:15/15 1:17/15 1:18/19 1:18/21 1:19/5 1:19/10 1:19/23 1:20/4 1:20/6 1:20/11 1:24/6 1:32/13 1:85/9 1:88/12 1:88/15 1:89/23 1:94/18 1:94/20
**authenticate [2]**  1:92/4 1:99/13
**authentication [17]**  1:9/19 1:15/15 1:17/3 1:17/12 1:18/17 1:19/4 1:25/2 1:49/7 1:49/10 1:59/7 1:76/18 1:82/4 1:92/7 1:95/8 1:99/10 1:100/6 1:102/7
**automate [1]**  1:8/17
**available [42]**  1:4/25 1:6/15 1:6/18 1:7/8 1:12/8 1:12/8 1:13/13 1:13/13 1:15/9 1:16/4 1:16/6 1:16/12 1:27/3 1:29/13 1:32/10 1:32/23 1:39/12 1:40/10 1:44/24 1:46/15 1:47/7 1:53/3 1:53/8 1:53/10 1:56/21 1:62/19 1:62/22 1:64/15 1:64/19 1:64/23 1:65/5 1:67/15 1:67/18 1:69/22 1:77/9 1:78/13 1:95/9 1:102/2 1:104/24 1:108/3 1:111/13 1:122/3
**average [2]**  1:103/24 1:111/15
**aware [4]**  1:51/2 1:74/2 1:75/17 1:76/1
**away [2]**  1:100/15 1:100/16

**B**

**B [1]**  1:1/3
**back [17]**  1:17/10 1:24/9 1:29/3 1:33/2 1:34/13 1:34/22 1:35/7 1:40/12 1:45/5 1:68/11 1:70/5 1:74/19 1:77/14 1:97/18 1:97/24 1:123/21 1:134/2
**backbone [1]**  1:99/15
**background [2]**  1:5/18 1:11/19
**backing [1]**  1:33/12
**backwards [1]**  1:69/9
**bait [1]**  1:106/1
**balance [1]**  1:98/24
**balancing [1]**  1:100/25
**bank [6]**  1:8/18 1:8/19 1:118/9 1:123/6 1:123/11 1:124/5
**Bank's [1]**  1:31/13
**banking [2]**  1:95/14 1:95/15
**bankrupt [2]**  1:100/23

1:113/20
**banks [4]**  1:8/15 1:123/3 1:123/4 1:123/23
**base [3]**  1:59/8 1:112/20 1:123/1
**based [8]**  1:77/8 1:118/12 1:119/4 1:119/5 1:119/21 1:119/22 1:132/8 1:133/7
**basic [2]**  1:14/20 1:14/20
**basically [10]**  1:9/21 1:10/17 1:11/7 1:17/21 1:20/20 1:33/25 1:45/3 1:57/19 1:107/24 1:137/2
**basis [1]**  1:129/9
**be [100]**  1:2/15 1:4/11 1:5/9 1:5/16 1:5/23 1:5/25 1:6/7 1:8/6 1:12/10 1:13/14 1:19/4 1:20/14 1:21/8 1:26/10 1:31/11 1:31/12 1:36/10 1:40/12 1:41/1 1:43/3 1:45/1 1:45/23 1:47/18 1:47/22 1:49/25 1:58/23 1:59/11 1:60/9 1:60/10 1:63/5 1:63/7 1:63/9 1:63/12 1:63/19 1:66/19 1:69/11 1:70/8 1:73/18 1:76/3 1:76/5 1:76/19 1:82/18 1:83/17 1:84/17 1:86/18 1:87/5 1:89/9 1:90/18 1:90/19 1:90/22 1:95/6 1:98/3 1:98/6 1:98/13 1:99/13 1:100/21 1:101/2 1:101/3 1:101/7 1:101/8 1:101/15 1:101/15 1:101/16 1:106/21 1:107/25 1:110/14 1:110/15 1:111/16 1:111/17 1:115/17 1:116/10 1:120/25 1:121/20 1:121/25 1:122/16 1:122/23 1:123/7 1:123/23 1:126/5 1:127/13 1:127/16 1:130/4 1:130/11 1:130/12 1:132/4 1:132/14 1:132/20 1:133/14 1:134/4 1:134/10 1:134/14 1:136/2 1:136/5 1:136/18 1:136/19 1:136/22 1:137/6 1:137/24
**bearing [2]**  1:12/12 1:13/7
**became [4]**  1:25/24

1:55/9 1:55/23 1:56/3
**because [78]**  1:5/8 1:5/17 1:7/10 1:12/11 1:12/25 1:14/8 1:15/22 1:16/2 1:16/7 1:17/7 1:17/22 1:23/10 1:24/5 1:25/3 1:27/2 1:28/16 1:29/16 1:30/6 1:31/10 1:31/15 1:32/19 1:32/25 1:33/6 1:37/4 1:40/2 1:40/6 1:40/25 1:41/9 1:42/8 1:43/2 1:44/11 1:45/4 1:46/18 1:49/16 1:50/20 1:50/21 1:56/18 1:58/22 1:63/7 1:63/12 1:64/10 1:67/15 1:67/16 1:69/15 1:70/8 1:76/4 1:76/21 1:79/13 1:81/12 1:81/14 1:86/8 1:94/4 1:97/4 1:98/11 1:99/25 1:100/1 1:101/19 1:101/25 1:106/14 1:110/8 1:112/24 1:118/4 1:118/5 1:118/10 1:121/2 1:124/20 1:125/3 1:125/7 1:129/24 1:130/16 1:131/10 1:132/3 1:132/8 1:132/9 1:134/8 1:136/9 1:137/1 1:138/1
**become [1]**  1:54/20
**becomes [1]**  1:134/8
**been [32]**  1:8/3 1:9/5 1:9/7 1:37/3 1:38/8 1:46/1 1:46/18 1:46/19 1:51/8 1:52/21 1:53/21 1:57/5 1:57/7 1:57/24 1:61/10 1:67/15 1:69/13 1:87/2 1:89/19 1:102/19 1:116/21 1:121/24 1:124/2 1:127/3 1:130/1 1:130/24 1:131/10 1:131/14 1:131/21 1:132/2 1:132/8 1:132/16
**before [27]**  1:1/15 1:9/9 1:9/10 1:13/21 1:20/5 1:20/8 1:26/15 1:27/21 1:29/15 1:34/15 1:34/22 1:35/10 1:42/19 1:55/8 1:60/3 1:61/13 1:61/16 1:69/6 1:84/14 1:89/6 1:92/2 1:93/4 1:93/6 1:103/15 1:119/6 1:133/8 1:137/22
**begged [1]**  1:100/5
**begin [6]**  1:17/15 1:18/19 1:59/10 1:93/4 1:93/4 1:93/6
**beginning [6]**  1:2/13 1:18/22 1:18/24 1:20/3

1:25/13 1:67/8
**behalf [3]**  1:2/19 1:3/3 1:3/17
**being [11]**  1:8/4 1:9/13 1:12/5 1:16/16 1:20/22 1:28/15 1:39/3 1:46/24 1:79/10 1:85/8 1:87/3
**belief [2]**  1:98/15 1:98/18
**believe [30]**  1:4/1 1:25/23 1:46/18 1:56/25 1:61/15 1:63/9 1:74/25 1:79/8 1:83/14 1:83/18 1:83/23 1:88/17 1:91/7 1:94/12 1:94/13 1:102/12 1:103/17 1:104/3 1:109/23 1:110/8 1:111/15 1:111/17 1:112/10 1:112/13 1:115/2 1:119/1 1:119/9 1:126/15 1:127/21 1:128/3
**Ben [1]**  1:2/18
**benchmark [1]**  1:73/21
**benchmarking [5]**  1:71/7 1:71/8 1:72/18 1:73/12 1:73/19
**benchmarks [1]**  1:50/4
**BENJAMIN [1]**  1:1/20
**Berrett [6]**  1:48/22 1:49/1 1:49/6 1:49/23 1:50/10 1:71/3
**Berrett's [2]**  1:48/24 1:77/4
**besides [5]**  1:76/2 1:83/6 1:83/11 1:83/17 1:123/15
**best [2]**  1:118/5 1:125/4
**Betancourt [2]**  1:72/22 1:72/24
**better [7]**  1:3/12 1:6/1 1:11/10 1:22/17 1:37/9 1:58/18 1:134/14
**between [4]**  1:21/10 1:75/24 1:115/9 1:117/17
**beyond [2]**  1:91/19 1:136/17
**big [3]**  1:130/5 1:136/5 1:136/22
**bigger [3]**  1:100/8 1:130/21 1:138/4
**biggest [1]**  1:124/3
**binary [5]**  1:95/13 1:95/13 1:95/15 1:95/20 1:122/5
**biometric [1]**  1:100/6
**birthday [2]**  1:135/5 1:135/6
**bit [9]**  1:16/24 1:39/17 1:44/10 1:71/3 1:78/20

**B**

**bit... [4]** 1:95/5 1:96/17 1:118/6 1:118/6
**bits [1]** 1:86/11
**black [2]** 1:41/19 1:122/9
**blank [4]** 1:31/9 1:31/15 1:40/21 1:40/25
**blockers [1]** 1:11/8
**blueprint [26]** 1:10/17 1:10/25 1:12/16 1:26/16 1:33/18 1:54/20 1:54/21 1:54/23 1:55/3 1:55/7 1:55/10 1:55/22 1:55/22 1:56/1 1:56/1 1:56/3 1:56/7 1:56/8 1:56/9 1:56/10 1:56/12 1:56/15 1:57/2 1:58/4 1:58/5 1:74/9
**board [1]** 1:136/4
**BOMBARD [3]** 1:1/21 1:2/21 1:52/3
**Bonnie [2]** 1:138/21 1:138/22
**Booking.com [1]** 1:99/19
**boom [2]** 1:97/12 1:99/17
**Boston [1]** 1:2/21
**both [4]** 1:15/5 1:49/16 1:72/25 1:131/3
**bottom [5]** 1:28/2 1:31/18 1:41/5 1:41/18 1:93/25
**bought [2]** 1:99/21 1:125/10
**box [9]** 1:28/18 1:38/20 1:39/8 1:40/20 1:41/19 1:65/17 1:67/6 1:67/9 1:122/10
**brace [3]** 1:34/22 1:34/24 1:35/1
**breach [2]** 1:111/9 1:111/23
**break [3]** 1:82/16 1:82/20 1:130/6
**brief [11]** 1:9/8 1:85/2 1:85/3 1:86/18 1:90/8 1:101/21 1:102/12 1:108/13 1:126/18 1:126/19 1:126/20
**briefly [5]** 1:77/1 1:82/12 1:117/2 1:117/3 1:117/16
**bright [1]** 1:5/17
**bring [1]** 1:129/14
**bringing [1]** 1:136/20
**brings [2]** 1:39/2 1:41/13
**brought [1]** 1:101/19
**BROWN [2]** 1:2/6 1:3/4

**browse [7]** 1:16/12 1:38/9 1:38/21 1:38/23 1:39/1 1:39/4 1:40/2
**browser [10]** 1:11/18 1:17/1 1:23/4 1:27/7 1:28/6 1:31/6 1:31/9 1:31/11 1:41/14 1:108/3
**browsers [1]** 1:40/18
**browsing [1]** 1:27/14
**buck [2]** 1:9/4 1:52/18
**bucks [1]** 1:125/19
**build [7]** 1:22/4 1:22/19 1:43/12 1:74/6 1:89/13 1:100/7 1:118/19
**building [11]** 1:9/20 1:11/5 1:15/19 1:20/1 1:20/2 1:33/12 1:42/3 1:54/19 1:55/9 1:55/10 1:58/25
**builds [1]** 1:22/4
**built [10]** 1:9/14 1:11/22 1:22/3 1:22/17 1:25/12 1:36/16 1:89/25 1:99/20 1:100/2 1:113/21
**bullion [2]** 1:92/2 1:114/13
**bunch [8]** 1:24/7 1:39/5 1:39/8 1:39/14 1:39/16 1:46/9 1:96/13 1:108/3
**burden [2]** 1:90/20 1:90/20
**business [7]** 1:30/13 1:82/9 1:82/25 1:89/23 1:100/18 1:116/3 1:119/20
**button [1]** 1:38/22
**bypass [1]** 1:116/8

**C**

**C [3]** 1:2/11 1:8/2 1:97/11
**C.A [1]** 1:1/4
**call [21]** 1:4/21 1:7/21 1:10/13 1:10/13 1:12/5 1:19/25 1:28/14 1:28/18 1:41/14 1:54/11 1:54/13 1:54/13 1:80/18 1:80/18 1:85/9 1:86/20 1:104/19 1:113/23 1:113/25 1:123/16 1:123/25
**call-out [1]** 1:28/18
**called [16]** 1:8/3 1:11/3 1:16/25 1:17/22 1:20/18 1:29/25 1:31/3 1:32/5 1:39/8 1:39/19 1:65/21 1:73/12 1:75/6 1:75/7 1:87/2 1:124/4
**calling [7]** 1:28/19 1:32/8 1:39/25 1:40/1 1:40/2 1:41/7 1:41/9

**calls [1]** 1:106/7
**came [9]** 1:4/10 1:5/4 1:12/2 1:42/7 1:53/19 1:56/22 1:83/12 1:90/21 1:130/20
**can [93]** 1:3/21 1:4/9 1:7/8 1:7/17 1:8/9 1:9/8 1:11/16 1:13/8 1:16/10 1:16/11 1:16/23 1:20/24 1:25/3 1:28/21 1:29/24 1:30/10 1:32/13 1:32/25 1:33/2 1:34/5 1:35/11 1:38/6 1:38/9 1:38/9 1:38/9 1:39/11 1:44/21 1:45/5 1:45/22 1:50/20 1:51/7 1:51/22 1:63/1 1:64/9 1:64/20 1:67/5 1:68/11 1:68/22 1:73/2 1:74/19 1:76/12 1:78/22 1:79/23 1:79/24 1:81/18 1:82/4 1:82/11 1:82/14 1:83/15 1:84/1 1:84/5 1:85/25 1:87/17 1:90/3 1:90/6 1:91/14 1:92/19 1:92/21 1:92/23 1:92/23 1:96/16 1:96/24 1:96/24 1:97/7 1:97/24 1:102/15 1:105/23 1:106/14 1:110/10 1:113/23 1:113/25 1:114/16 1:120/16 1:120/20 1:121/23 1:122/13 1:123/8 1:123/22 1:125/16 1:125/18 1:125/22 1:126/13 1:126/23 1:127/7 1:127/22 1:128/23 1:130/10 1:133/6 1:133/12 1:134/2 1:135/17 1:136/18 1:137/8
**can't [6]** 1:14/11 1:15/4 1:70/25 1:71/25 1:119/11 1:128/19
**cancel [1]** 1:125/11
**cannot [1]** 1:76/12
**capacity [1]** 1:9/7
**captured [1]** 1:94/2
**car [1]** 1:49/20
**card [12]** 1:8/18 1:9/13 1:49/1 1:50/23 1:89/24 1:99/17 1:99/17 1:103/20 1:118/9 1:125/5 1:138/3 1:138/5
**cards [1]** 1:31/14
**careful [3]** 1:63/6 1:63/7 1:63/19
**carefully [1]** 1:60/2
**cart [1]** 1:84/14
**case [25]** 1:10/6 1:15/5 1:26/12 1:37/6 1:53/14 1:63/14

1:63/15 1:79/23 1:111/21 1:114/4 1:115/3 1:121/25 1:122/14 1:130/21 1:131/24 1:131/25 1:132/24 1:132/25 1:133/18 1:136/5 1:136/10 1:136/16 1:136/16 1:136/22 1:138/4
**cases [1]** 1:118/25
**CATHERINE [2]** 1:2/7 1:3/4
**celebrating [1]** 1:81/3
**Central [2]** 1:37/23 1:38/3
**certain [4]** 1:50/23 1:123/16 1:123/17 1:123/18
**certainly [2]** 1:120/24 1:120/25
**certificate [2]** 1:116/8 1:138/16
**certify [1]** 1:138/18
**CFC [1]** 1:1/4
**chance [1]** 1:37/6
**Chancery [1]** 1:133/25
**change [1]** 1:97/6
**changed [5]** 1:42/19 1:65/19 1:65/20 1:65/21 1:66/18
**changes [10]** 1:20/12 1:23/21 1:25/1 1:26/3 1:32/3 1:44/12 1:45/4 1:70/24 1:74/17 1:114/8
**changing [4]** 1:5/11 1:95/16 1:120/21 1:121/19
**character [48]** 1:12/10 1:12/16 1:12/20 1:13/15 1:13/18 1:15/12 1:15/16 1:15/21 1:16/16 1:17/13 1:17/21 1:18/2 1:18/7 1:18/8 1:18/11 1:18/19 1:18/22 1:19/9 1:19/22 1:20/3 1:20/7 1:20/11 1:23/17 1:23/20 1:24/2 1:24/16 1:24/18 1:24/23 1:24/25 1:25/8 1:36/13 1:36/23 1:37/12 1:58/7 1:58/12 1:58/13 1:59/1 1:59/4 1:59/5 1:64/10 1:78/8 1:78/12 1:85/8 1:86/6 1:86/10 1:97/8 1:97/9 1:128/21
**characters [36]** 1:13/1 1:13/6 1:13/21 1:13/23 1:14/3 1:14/4 1:14/5 1:14/18 1:14/23 1:15/11 1:17/18 1:18/5 1:18/22 1:19/5 1:22/9 1:24/7 1:25/7 1:25/14

1:89/4 1:89/5 1:90/4 1:94/21 1:95/2 1:106/4 1:106/8 1:106/11 1:106/15 1:106/16 1:106/19 1:106/21 1:112/22 1:113/1 1:113/2 1:113/3 1:113/18 1:114/23
**charged [1]** 1:49/16
**Chase [1]** 1:31/13
**chat [2]** 1:57/20 1:120/23
**cheaper [1]** 1:104/22
**checking [1]** 1:60/11
**checks [1]** 1:92/2
**chief [5]** 1:2/23 1:7/22 1:8/23 1:8/25 1:52/9
**choose [5]** 1:99/24 1:99/25 1:99/25 1:118/3 1:118/4
**choosing [1]** 1:91/25
**chose [1]** 1:106/16
**chosen [1]** 1:91/22
**circle [1]** 1:134/2
**claim [1]** 1:111/9
**claims [3]** 1:46/6 1:111/21 1:136/2
**clarification [2]** 1:44/10 1:86/8
**clarify [4]** 1:13/25 1:16/9 1:16/9 1:126/13
**clarity [1]** 1:36/17
**class [1]** 1:125/5
**clear [11]** 1:26/10 1:40/12 1:45/1 1:45/23 1:47/22 1:60/9 1:116/4 1:128/4 1:130/4 1:130/11 1:132/20
**clearly [4]** 1:41/25 1:69/8 1:128/25 1:131/19
**click [13]** 1:28/5 1:28/9 1:28/22 1:28/24 1:30/15 1:30/20 1:31/21 1:38/22 1:39/3 1:39/11 1:41/13 1:65/16 1:79/3
**clicked [3]** 1:39/1 1:39/17 1:40/19
**client [11]** 1:28/15 1:28/15 1:28/17 1:82/12 1:82/15 1:88/12 1:123/12 1:127/11 1:127/17 1:129/20 1:137/12
**client-side [1]** 1:28/15
**clients [1]** 1:80/14
**close [4]** 1:68/20 1:82/9 1:83/12 1:85/12
**cocounsel [1]** 1:3/4
**code [360]**
**coded [3]** 1:5/11 1:9/10 1:59/7
**coders [1]** 1:73/23
**codes [2]** 1:6/11 1:49/6

**C**

**coding [12]** 1:9/5 1:9/6 1:9/7 1:9/8 1:11/1 1:14/19 1:19/5 1:57/9 1:62/7 1:62/10 1:96/4 1:96/6
**cofounder [2]** 1:8/23 1:52/9
**coincidence [1]** 1:75/25
**collaborating [1]** 1:11/8
**collect [2]** 1:100/23 1:124/11
**college [1]** 1:9/10
**colloquial [1]** 1:74/7
**COLM [1]** 1:1/15
**combination [1]** 1:116/8
**come [4]** 1:12/1 1:43/19 1:118/19 1:137/24
**comes [1]** 1:81/13
**comfortable [1]** 1:126/14
**coming [1]** 1:92/19
**commenced [1]** 1:2/13
**commits [1]** 1:74/19
**common [2]** 1:15/8 1:66/25
**commonly [2]** 1:47/10 1:108/22
**communicating [5]** 1:21/14 1:21/21 1:22/14 1:22/15 1:54/15
**communications [2]** 1:116/7 1:116/9
**companies [5]** 1:8/16 1:9/10 1:9/12 1:29/23 1:117/17
**company [16]** 1:9/15 1:9/16 1:97/14 1:99/24 1:100/2 1:100/7 1:100/8 1:100/20 1:100/21 1:100/23 1:107/22 1:113/20 1:117/22 1:117/24 1:118/4 1:125/3
**compare [2]** 1:50/8 1:137/9
**compared [1]** 1:87/19
**compares [1]** 1:50/5
**comparing [1]** 1:98/19
**comparison [2]** 1:115/4 1:115/9
**compete [2]** 1:100/22 1:101/13
**competitive [6]** 1:49/17 1:49/22 1:50/11 1:77/5 1:77/8 1:102/3
**competitor [1]** 1:104/14

**competitor's [5]** 1:49/20 1:62/18 1:62/21 1:73/13 1:73/16
**competitors [3]** 1:71/9 1:97/15 1:104/16
**compiled [5]** 1:84/23 1:85/3 1:85/4 1:85/13 1:129/25
**compiling [1]** 1:79/9
**complaint [18]** 1:53/19 1:56/22 1:72/5 1:91/8 1:91/8 1:91/9 1:91/11 1:92/14 1:92/15 1:93/8 1:93/15 1:93/23 1:106/6 1:106/7 1:107/9 1:115/1 1:115/7 1:135/25
**completely [7]** 1:22/4 1:68/9 1:68/11 1:68/16 1:88/25 1:89/9 1:116/10
**components [1]** 1:123/11
**compressed [2]** 1:39/8 1:65/13
**compromise [1]** 1:80/3
**computer [27]** 1:11/19 1:14/19 1:23/9 1:23/13 1:28/6 1:39/12 1:42/22 1:43/4 1:43/22 1:43/24 1:46/20 1:57/13 1:60/19 1:65/14 1:65/18 1:65/23 1:66/5 1:66/7 1:66/10 1:66/14 1:79/2 1:81/13 1:110/23 1:114/2 1:133/9 1:137/2 1:137/4
**concede [1]** 1:114/16
**concepts [1]** 1:15/24
**concern [2]** 1:124/10 1:126/7
**concerned [4]** 1:87/15 1:103/11 1:124/9 1:130/16
**concerns [2]** 1:87/12 1:97/1
**concluded [1]** 1:138/13
**concluding [1]** 1:13/3
**conditioned [1]** 1:136/16
**conditions [6]** 1:71/21 1:72/3 1:72/10 1:101/25 1:111/7 1:112/2
**confer [3]** 1:82/11 1:82/14 1:135/17
**conference [5]** 1:10/13 1:54/13 1:137/17 1:137/22 1:137/25

**conferred [1]** 1:82/19
**confident [2]** 1:12/3 1:14/21
**confidential [4]** 1:28/11 1:30/11 1:50/9 1:95/3
**configuration [1]** 1:31/15
**configured [1]** 1:48/2
**confirm [2]** 1:31/2 1:59/11
**confirmed [2]** 1:31/2 1:110/7
**confirming [1]** 1:91/21
**confronted [1]** 1:90/25
**confused [1]** 1:54/10
**conjunction [1]** 1:53/25
**connect [2]** 1:9/22 1:50/2
**connected [1]** 1:104/1
**connecting [1]** 1:109/11
**connection [1]** 1:50/7
**connects [1]** 1:50/6
**CONNOLLY [1]** 1:1/15
**consider [5]** 1:32/12 1:32/16 1:32/21 1:50/10 1:115/18
**considering [1]** 1:38/16
**consistent [5]** 1:44/19 1:73/8 1:73/9 1:73/10 1:73/15
**const [3]** 1:35/4 1:35/17 1:35/21
**const ne [1]** 1:35/4
**contained [4]** 1:12/16 1:19/9 1:44/25 1:85/21
**contains [3]** 1:22/9 1:107/8 1:130/19
**contempt [1]** 1:130/22
**contents [2]** 1:69/24 1:121/6
**context [2]** 1:72/25 1:75/14
**continue [2]** 1:29/4 1:93/24
**continued [2]** 1:2/1 1:14/14
**contract [2]** 1:111/9 1:111/23
**contrary [1]** 1:72/19
**contrast [1]** 1:93/11
**Contreras [13]** 1:10/12 1:11/9 1:23/3 1:33/14 1:43/12 1:54/11 1:57/10 1:58/2 1:58/17 1:62/11 1:73/22 1:73/25 1:86/5
**Contreras' [1]** 1:26/16
**control [2]** 1:74/11 1:74/20

**controlled [1]** 1:22/3
**controlling [1]** 1:28/23
**convention [1]** 1:91/23
**converter [2]** 1:121/4 1:121/5
**converting [1]** 1:121/1
**cookies [2]** 1:92/7 1:114/9
**coordinated [2]** 1:118/22 1:122/19
**copied [14]** 1:55/2 1:55/6 1:55/7 1:57/23 1:58/1 1:58/4 1:58/7 1:83/11 1:83/17 1:84/23 1:85/8 1:90/24 1:92/9 1:126/15
**copy [22]** 1:31/6 1:31/8 1:38/18 1:52/24 1:53/6 1:53/11 1:54/4 1:54/6 1:54/6 1:54/22 1:55/8 1:56/4 1:57/21 1:59/13 1:59/16 1:60/18 1:64/11 1:97/11 1:97/11 1:97/11 1:115/23 1:117/8
**copy/paste [1]** 1:97/11
**copying [4]** 1:62/23 1:83/20 1:126/9 1:126/12
**core [3]** 1:3/19 1:104/20 1:117/20
**corner [2]** 1:28/2 1:31/19
**correct [66]** 1:10/3 1:22/23 1:23/15 1:42/20 1:44/21 1:52/10 1:52/13 1:53/7 1:53/12 1:53/13 1:53/16 1:53/23 1:54/16 1:54/23 1:55/14 1:56/23 1:57/3 1:57/8 1:58/2 1:58/3 1:58/12 1:58/20 1:58/21 1:60/14 1:60/17 1:60/19 1:60/25 1:61/2 1:61/3 1:61/14 1:62/14 1:66/16 1:66/20 1:66/22 1:68/10 1:69/20 1:70/7 1:70/8 1:70/12 1:70/15 1:70/20 1:70/21 1:71/1 1:71/7 1:71/14 1:71/23 1:71/24 1:72/2 1:74/24 1:76/9 1:88/23 1:98/9 1:101/4 1:101/5 1:101/9 1:105/2 1:106/9 1:106/18 1:111/8 1:111/21 1:111/22 1:116/16 1:123/5 1:123/24

1:126/10 1:126/10
**correctly [3]** 1:32/10 1:116/13 1:116/14
**corroborates [1]** 1:43/13
**CORROON [1]** 1:2/3
**cost [2]** 1:79/17 1:79/22
**could [32]** 1:29/4 1:30/1 1:30/13 1:31/1 1:31/7 1:40/8 1:40/8 1:46/7 1:46/10 1:46/20 1:47/25 1:53/25 1:59/19 1:66/11 1:67/9 1:68/25 1:73/18 1:73/21 1:76/20 1:79/2 1:79/13 1:79/19 1:94/21 1:106/21 1:110/2 1:110/13 1:114/19 1:128/10 1:131/14 1:131/17 1:132/10 1:135/23
**couldn't [3]** 1:17/7 1:23/23 1:33/6
**counsel [3]** 1:1/23 1:2/8 1:130/6
**counted [1]** 1:47/24
**counterclaims [1]** 1:136/3
**couple [3]** 1:4/16 1:14/13 1:49/25
**course [7]** 1:14/10 1:57/4 1:71/2 1:102/3 1:124/25 1:131/1 1:133/15
**court [27]** 1:1/1 1:1/15 1:54/2 1:57/5 1:60/3 1:61/1 1:61/19 1:61/23 1:63/23 1:64/4 1:69/4 1:69/7 1:74/23 1:75/16 1:80/20 1:87/9 1:87/17 1:93/14 1:112/24 1:112/25 1:126/14 1:132/6 1:132/12 1:133/25 1:138/16 1:138/22 1:138/23
**Court's [1]** 1:3/18
**courtroom [1]** 1:2/13
**courts [1]** 1:136/11
**cover [1]** 1:82/25
**covered [1]** 1:104/5
**create [4]** 1:8/19 1:27/12 1:109/19 1:123/13
**created [4]** 1:10/17 1:18/25 1:33/14 1:92/10
**creates [2]** 1:18/10 1:76/11
**credentials [1]** 1:9/24
**credibility [3]** 1:63/13 1:84/5 1:101/18
**credible [5]** 1:51/9 1:81/11 1:81/14 1:120/6 1:130/25

**C**

credibly [1] 1:130/24

credit [1] 1:137/1

crime [1] 1:113/16

crisis [2] 1:93/24 1:97/14

critical [4] 1:98/25 1:99/2 1:99/9 1:99/11

critically [1] 1:89/16

cross [11] 1:51/9 1:51/25 1:52/7 1:83/8 1:83/25 1:84/6 1:85/24 1:86/2 1:105/7 1:105/10 1:105/12

cross-examination [2] 1:52/7 1:105/7

cross-examine [1] 1:84/6

crossed [1] 1:102/20

crucial [2] 1:94/15 1:94/17

CTO [2] 1:38/11 1:111/17

curiosity [2] 1:4/13 1:29/3

curious [7] 1:5/8 1:12/11 1:15/20 1:24/24 1:38/19 1:59/4 1:67/16

curly [3] 1:34/22 1:34/24 1:35/1

current [1] 1:25/20

currently [2] 1:26/2 1:78/10

cursor [1] 1:28/3

customers [14] 1:9/3 1:95/15 1:95/20 1:100/22 1:104/16 1:104/17 1:112/21 1:116/1 1:116/2 1:121/14 1:121/14 1:122/5 1:122/10 1:125/13

cut [1] 1:110/15

**D**

D [3] 1:1/3 1:2/11 1:68/23

D/B/A [1] 1:1/3

damage [1] 1:82/25

damages [6] 1:100/18 1:100/24 1:124/9 1:124/11 1:125/1 1:125/2

dancing [1] 1:5/21

dash [1] 1:32/13

data [1] 1:125/9

date [21] 1:38/24 1:45/6 1:61/12 1:81/2 1:103/15 1:110/21 1:110/22 1:110/23 1:110/24 1:133/1 1:133/2 1:134/3 1:134/7 1:134/9 1:136/4 1:136/12 1:136/18 1:137/17

1:137/22 1:138/1 1:138/6

dated [3] 1:42/21 1:70/4 1:110/19

DAVID [2] 1:2/3 1:3/2

day [8] 1:42/21 1:43/11 1:43/11 1:75/9 1:79/25 1:124/12 1:133/18 1:138/12

days [2] 1:82/1 1:121/24

DDAHWUHJ.JS [1] 1:32/1

deactivated [1] 1:76/16

DEAN [2] 1:1/20 1:2/22

December [1] 1:89/13

decent [1] 1:90/18

decided [1] 1:61/6

decipher [2] 1:72/6 1:73/6

decision [4] 1:3/11 1:19/6 1:21/6 1:47/19

declarant [2] 1:93/1 1:93/2

declarant's [1] 1:5/19

declaration [53] 1:26/20 1:45/9 1:45/19 1:46/2 1:46/3 1:46/23 1:47/8 1:48/22 1:49/13 1:50/14 1:51/21 1:53/14 1:53/23 1:54/3 1:56/15 1:56/17 1:56/21 1:56/23 1:56/25 1:57/1 1:60/21 1:60/22 1:60/22 1:60/23 1:61/14 1:61/16 1:72/13 1:72/15 1:76/10 1:83/18 1:90/10 1:90/13 1:93/7 1:97/22 1:103/7 1:104/3 1:104/6 1:108/19 1:109/1 1:109/6 1:109/8 1:109/14 1:109/21 1:110/1 1:110/19 1:112/9 1:112/13 1:115/3 1:115/7 1:115/10 1:116/5 1:119/23 1:131/13

declarations [2] 1:53/18 1:92/17

decompile [3] 1:72/6 1:73/6 1:110/12

decompiled [4] 1:95/21 1:110/7 1:111/1 1:112/15

decompiling [4] 1:46/8 1:110/3 1:111/6 1:112/1

defendant [7] 1:1/7 1:2/8 1:3/3 1:3/12 1:97/20 1:137/1 1:137/2

Defense [1] 1:135/21

definitely [3] 1:9/4 1:82/8 1:94/9

definition [1] 1:74/20

definitive [1] 1:3/11

DELAWARE [2] 1:1/2 1:1/13

demo [1] 1:66/12

demonstrated [2] 1:46/10 1:90/22

demonstrates [1] 1:42/4

demonstration [1] 1:131/22

denied [1] 1:132/21

deny [5] 1:71/13 1:81/19 1:81/24 1:82/4 1:131/10

denying [1] 1:81/23

deposit [4] 1:8/18 1:117/21 1:125/21 1:125/22

derived [4] 1:26/7 1:84/24 1:85/18 1:85/21

derives [1] 1:85/1

describe [6] 1:10/9 1:16/23 1:42/24 1:83/19 1:92/22 1:105/23

described [5] 1:72/19 1:88/1 1:96/9 1:96/11 1:108/12

deserve [1] 1:125/2

design [1] 1:21/6

designed [2] 1:31/11 1:116/6

destroy [1] 1:81/10

destroyed [1] 1:69/25

detail [5] 1:4/9 1:15/22 1:15/23 1:104/5 1:109/24

detailed [1] 1:110/6

details [2] 1:109/21 1:126/14

determine [1] 1:114/14

determined [1] 1:14/5

develop [3] 1:89/18 1:113/13 1:123/23

developed [5] 1:9/19 1:12/3 1:74/23 1:102/6 1:118/14

developer [3] 1:27/8 1:98/15 1:98/17

developers [6] 1:74/16 1:75/8 1:91/24 1:122/25 1:123/4 1:123/7

developing [4] 1:10/14 1:11/9 1:11/12 1:74/10

development [8] 1:10/8 1:10/10 1:30/9 1:40/16 1:49/9 1:52/16 1:75/13 1:122/24

device [11] 1:11/16 1:16/7 1:16/11 1:21/11 1:21/12 1:28/11 1:42/11 1:42/11 1:48/2 1:48/12 1:112/6

dictate [1] 1:19/1

dictated [3] 1:22/4 1:32/14 1:76/5

dictates [1] 1:19/6

did [118] 1:3/25 1:4/4 1:4/4 1:6/13 1:6/14 1:6/23 1:10/12 1:10/21 1:11/25 1:12/14 1:12/19 1:13/3 1:13/5 1:19/8 1:19/21 1:19/23 1:20/5 1:24/19 1:25/2 1:25/6 1:27/6 1:27/12 1:29/7 1:29/9 1:30/20 1:31/5 1:38/15 1:39/10 1:45/8 1:47/21 1:48/1 1:48/5 1:48/8 1:48/11 1:48/14 1:48/17 1:49/9 1:50/9 1:51/18 1:52/23 1:53/24 1:55/2 1:55/13 1:55/15 1:56/17 1:57/2 1:57/10 1:57/16 1:57/16 1:57/16 1:58/21 1:61/8 1:66/6 1:66/23 1:67/4 1:67/13 1:69/7 1:80/4 1:80/8 1:80/11 1:83/20 1:83/20 1:86/10 1:87/18 1:87/24 1:88/16 1:88/20 1:89/17 1:93/7 1:93/13 1:93/19 1:93/21 1:94/13 1:95/10 1:96/11 1:96/18 1:98/11 1:98/19 1:104/10 1:106/24 1:107/1 1:107/10 1:107/19 1:107/21 1:107/22 1:108/6 1:108/7 1:108/10 1:108/10 1:110/4 1:110/9 1:112/9 1:112/9 1:112/13 1:112/17 1:112/23 1:113/12 1:113/12 1:113/14 1:114/6 1:114/22 1:114/25 1:115/1 1:115/5 1:115/6 1:115/9 1:115/16 1:116/13 1:116/17 1:117/7 1:117/7 1:117/14 1:118/14 1:118/15 1:119/3 1:119/21 1:122/15 1:131/20 1:133/8

didn't [47] 1:4/3 1:4/14 1:5/13 1:33/10 1:33/13 1:46/15 1:47/17 1:47/19 1:53/4 1:53/14 1:53/17 1:54/6 1:54/6 1:55/8 1:56/7 1:57/13 1:57/18

1:60/21 1:60/23 1:66/7 1:69/21 1:76/21 1:83/8 1:83/10 1:85/24 1:86/3 1:86/4 1:92/19 1:93/2 1:93/2 1:93/9 1:93/14 1:93/16 1:94/4 1:95/11 1:95/11 1:97/12 1:101/6 1:103/3 1:108/21 1:115/4 1:120/5 1:127/21 1:128/8 1:129/14 1:131/16 1:131/18

difference [1] 1:65/23

differences [1] 1:117/17

different [18] 1:4/15 1:21/22 1:29/16 1:44/10 1:45/5 1:68/9 1:68/11 1:68/16 1:68/18 1:68/19 1:69/14 1:88/9 1:89/9 1:104/15 1:104/16 1:107/24 1:121/20 1:123/9

differently [1] 1:55/5

difficult [1] 1:11/15

digit [10] 1:4/8 1:4/22 1:5/3 1:5/7 1:6/5 1:6/9 1:6/21 1:26/11 1:105/20 1:109/25

digits [2] 1:5/9 1:6/13

diner [5] 1:118/7 1:125/16 1:125/17 1:125/20 1:125/25

direct [10] 1:5/22 1:5/23 1:8/7 1:8/18 1:86/7 1:87/6 1:95/6 1:117/21 1:125/21 1:125/21

directly [2] 1:87/14 1:128/14

director [1] 1:53/24

disagree [2] 1:51/22 1:69/7

disagreements [1] 1:51/16

disassemble [2] 1:72/6 1:73/5

disclosure [2] 1:84/21 1:132/14

discover [1] 1:87/25

discovery [12] 1:43/2 1:80/2 1:80/24 1:81/1 1:81/2 1:81/5 1:84/3 1:101/12 1:131/1 1:132/21 1:132/25 1:134/8

discrete [1] 1:136/25

discuss [3] 1:83/5 1:84/8 1:85/5

discussed [3] 1:61/6 1:85/6 1:85/7

discussing [2] 1:63/23 1:64/4

display [1] 1:28/12

dispute [2] 1:5/4

## D

dispute... [1]  1:126/25
distinction [1]  1:85/17
distinguish [1]
 1:96/24
distributed [1]
 1:130/19
distributing [1]
 1:78/11
distribution [2]
 1:84/21 1:132/15
district [5]  1:1/1 1:1/2
 1:1/15 1:136/11
 1:138/23
do [155]
document [1]  1:57/5
documentary [1]
 1:96/22
documentation [5]
 1:74/10 1:75/1 1:75/2
 1:81/7 1:81/10
documents [1]  1:90/7
does [37]  1:14/24
 1:16/13 1:18/19
 1:20/15 1:20/16
 1:22/13 1:24/4 1:24/13
 1:26/7 1:30/16 1:31/9
 1:31/22 1:33/16 1:34/4
 1:37/7 1:37/10 1:38/11
 1:42/6 1:42/7 1:50/7
 1:50/7 1:69/21 1:78/23
 1:78/24 1:82/6 1:86/14
 1:97/9 1:97/17 1:99/5
 1:99/7 1:101/11
 1:106/12 1:114/8
 1:117/18 1:118/6
 1:122/1 1:127/23
doesn't [25]  1:11/14
 1:13/7 1:23/10 1:26/4
 1:31/5 1:32/20 1:33/3
 1:36/2 1:36/4 1:36/4
 1:36/7 1:36/7 1:36/20
 1:42/8 1:54/3 1:54/7
 1:66/14 1:69/18
 1:77/21 1:79/13
 1:79/22 1:97/6 1:97/13
 1:97/13 1:127/6
doing [25]  1:11/1
 1:11/10 1:12/6 1:15/17
 1:17/3 1:22/21 1:25/12
 1:37/9 1:40/23 1:46/11
 1:51/12 1:57/9 1:62/13
 1:73/8 1:73/9 1:75/9
 1:81/3 1:89/6 1:95/17
 1:103/3 1:103/25
 1:104/9 1:112/17
 1:117/11 1:122/11
don't [77]  1:3/22
 1:4/1 1:5/4 1:5/14
 1:5/17 1:6/3 1:6/5
 1:7/3 1:7/19 1:14/21
 1:15/13 1:15/13 1:21/5
 1:23/23 1:33/21 1:35/1
 1:36/15 1:44/22
 1:44/22 1:50/24
 1:51/12 1:56/25

1:57/24 1:58/14
1:58/16 1:58/22 1:59/9
1:59/16 1:62/5 1:62/6
1:63/4 1:64/7 1:67/6
1:68/20 1:71/13
1:74/25 1:75/5 1:77/17
1:79/20 1:79/21 1:81/2
1:81/14 1:82/8 1:83/14
1:83/21 1:83/23 1:89/9
1:91/14 1:98/25
1:102/12 1:104/8
1:105/3 1:105/4
1:105/9 1:109/5
1:109/14 1:112/7
1:115/2 1:118/5
1:118/7 1:122/8
1:122/10 1:123/6
1:123/15 1:124/24
1:128/14 1:131/1
1:131/21 1:132/1
1:132/25 1:133/13
1:133/14 1:136/1
1:136/5 1:136/6
1:137/14 1:137/21
done [7]  1:14/19
 1:40/13 1:75/9 1:75/10
 1:76/5 1:79/24 1:82/4
DoorDash [1]  1:99/18
double [1]  1:65/16
double-click [1]
 1:65/16
doubt [1]  1:121/10
down [8]  1:29/2
 1:29/5 1:34/11 1:56/6
 1:109/24 1:119/7
 1:126/21 1:126/23
download [6]  1:4/4
 1:39/11 1:110/19
 1:121/22 1:122/19
 1:124/5
downloaded [11]
 1:7/5 1:43/6 1:43/7
 1:43/25 1:44/3 1:66/4
 1:67/6 1:88/17 1:89/1
 1:110/21 1:111/3
dozens [2]  1:120/24
 1:120/25
DQIAVKGF.JavaScript
 [1]  1:41/8
DQIAVKGF.JS [1]
 1:68/3
draw [1]  1:93/11
drilling [1]  1:29/5
drive [1]  1:49/19
duly [2]  1:8/4 1:87/3
duplicate [1]  1:38/18
during [4]  1:18/16
 1:82/20 1:96/20
 1:133/13
dysfunctional [1]
 1:25/25

## E

E [7]  1:2/7 1:2/11
 1:2/11 1:8/2 1:8/2
 1:87/1 1:87/1

each [6]  1:38/5
 1:44/12 1:69/17
 1:70/1 1:70/23 1:75/9
earlier [6]  1:40/24
 1:56/17 1:60/2 1:87/22
 1:106/10 1:110/21
early [4]  1:6/25
 1:11/24 1:134/13
 1:134/15
earn [1]  1:125/23
Easter [1]  1:81/4
easy [7]  1:50/2
 1:57/19 1:84/3 1:101/8
 1:121/2 1:121/20
 1:131/14
ecosystem [4]  1:22/5
 1:22/7 1:22/14 1:23/5
edge [1]  1:118/25
effort [4]  1:103/21
 1:118/22 1:119/1
 1:122/19
eight [1]  1:38/6
either [6]  1:14/25
 1:23/12 1:49/6 1:60/24
 1:75/16 1:112/14
electronic [1]  1:59/16
ELLIS [1]  1:2/3
else [14]  1:13/20
 1:25/10 1:25/11
 1:26/18 1:43/19
 1:43/20 1:66/6 1:101/6
 1:113/10 1:119/4
 1:121/15 1:131/16
 1:131/22 1:136/20
else's [2]  1:14/11
 1:25/15
embed [2]  1:121/13
 1:121/17
embedded [6]  1:18/6
 1:72/6 1:73/6 1:95/13
 1:95/13 1:95/20
emotions [1]  1:136/24
employ [2]  1:116/18
 1:116/18
employed [1]
 1:116/19
employee [3]  1:53/2
 1:54/6 1:109/10
employees [7]  1:51/2
 1:52/24 1:53/6 1:53/11
 1:54/4 1:99/5 1:103/8
empty [2]  1:36/20
 1:41/14
encounter [1]  1:47/21
encountered [2]
 1:4/10 1:27/13
encrypted [2]  1:116/9
 1:116/12
end [11]  1:13/3
 1:23/11 1:25/13 1:29/3
 1:44/11 1:55/11
 1:55/13 1:68/22
 1:69/15 1:79/24
 1:124/12
ended [1]  1:66/13
ending [2]  1:65/20

1:68/2
endpoint [2]  1:69/5
 1:69/8
ends [1]  1:65/8
energy [1]  1:113/13
engaged [1]  1:72/19
engineer [15]  1:11/4
 1:11/5 1:19/13 1:33/22
 1:36/16 1:37/3 1:38/15
 1:56/6 1:72/5 1:73/5
 1:101/24 1:107/22
 1:108/6 1:108/9
 1:108/14
engineer's [1]  1:34/2
engineering [10]
 1:9/2 1:10/19 1:12/17
 1:12/19 1:27/9 1:33/19
 1:49/1 1:49/2 1:52/15
 1:53/24
engineers [12]
 1:10/15 1:40/17 1:56/2
 1:74/4 1:74/8 1:74/11
 1:76/20 1:77/13
 1:79/13 1:102/2
 1:103/3 1:107/5
enjoining [1]  1:84/20
enjoy [1]  1:29/3
enough [4]  1:95/22
 1:95/23 1:97/5
 1:137/19
entire [6]  1:18/8
 1:32/21 1:39/16
 1:60/15 1:63/10 1:72/9
entrepreneur [1]
 1:113/6
enumerated [2]
 1:46/11 1:47/17
equals [1]  1:24/6
equities [1]  1:98/25
especially [1]  1:38/15
ESPN [8]  1:16/11
 1:28/12 1:28/20 1:29/4
 1:31/18 1:40/24
 1:41/11 1:95/12
ESPN.com [2]  1:16/10
 1:27/25
ESQ [8]  1:1/20 1:1/20
 1:1/21 1:1/21 1:2/3
 1:2/6 1:2/7 1:2/7
essentially [9]
 1:12/22 1:16/25
 1:20/25 1:30/18 1:39/7
 1:39/13 1:65/17 1:70/2
 1:76/21
establish [1]  1:86/1
established [1]
 1:132/2
even [18]  1:11/14
 1:14/11 1:25/15
 1:33/24 1:38/19
 1:42/13 1:57/20
 1:58/22 1:59/9 1:64/8
 1:79/21 1:96/11
 1:100/23 1:104/1
 1:114/10 1:115/18
 1:133/24 1:136/11

event [1]  1:123/20
events [2]  1:65/3
 1:123/18
ever [10]  1:10/15
 1:73/23 1:80/4 1:80/8
 1:80/11 1:93/18
 1:112/1 1:115/21
 1:115/22 1:137/22
every [10]  1:17/4
 1:17/8 1:19/15 1:20/12
 1:21/4 1:23/21 1:32/3
 1:56/11 1:69/15
 1:111/2
everybody [4]  1:16/6
 1:16/13 1:136/19
 1:138/8
everyone [5]  1:27/4
 1:27/7 1:32/25 1:134/3
 1:134/14
everything [4]
 1:40/13 1:113/21
 1:128/15 1:129/24
evidence [22]  1:63/6
 1:71/16 1:71/20 1:73/2
 1:74/22 1:75/19
 1:82/21 1:87/16
 1:92/18 1:95/25
 1:96/18 1:96/20
 1:96/22 1:104/6
 1:109/5 1:109/7
 1:109/10 1:109/13
 1:112/8 1:112/17
 1:112/19 1:112/23
exact [2]  1:96/11
 1:112/15
exactly [17]  1:14/8
 1:15/18 1:15/19
 1:23/24 1:24/22 1:25/5
 1:44/13 1:54/24
 1:55/24 1:87/21
 1:93/18 1:109/24
 1:113/15 1:114/13
 1:114/19 1:125/10
 1:137/10
examination [7]  1:8/7
 1:52/7 1:77/2 1:87/6
 1:105/7 1:105/12
 1:117/5
examine [1]  1:84/6
examining [1]  1:60/2
example [11]  1:6/20
 1:9/8 1:29/11 1:44/16
 1:44/17 1:49/24 1:50/5
 1:51/5 1:58/19 1:75/3
 1:91/21
examples [6]  1:29/7
 1:29/10 1:30/8 1:49/22
 1:49/25 1:112/12
except [2]  1:14/24
 1:40/8
excerpt [2]  1:107/9
 1:114/12
excruciating [1]
 1:104/5
executed [1]  1:55/4
exercise [1]  1:57/10

**E**

**exist [2]** 1:100/23 1:124/10
**existed [1]** 1:69/6
**existential [2]** 1:93/23 1:97/14
**existing [1]** 1:126/15
**exists [3]** 1:38/19 1:97/7 1:125/3
**expect [3]** 1:122/5 1:122/8 1:123/6
**expedited [7]** 1:80/1 1:80/24 1:81/1 1:81/2 1:81/5 1:132/21 1:134/7
**experience [10]** 1:9/8 1:10/7 1:23/20 1:50/1 1:54/8 1:96/3 1:96/6 1:98/15 1:98/18 1:118/12
**experienced [1]** 1:118/13
**experiencing [1]** 1:51/1
**expert [2]** 1:120/10 1:120/11
**explain [10]** 1:27/13 1:46/21 1:63/1 1:69/7 1:78/20 1:93/16 1:96/24 1:99/12 1:103/10 1:103/12
**explained [1]** 1:69/4
**explaining [1]** 1:61/23
**explicit [1]** 1:131/11
**explicitly [1]** 1:72/4
**export [1]** 1:123/9
**exposed [5]** 1:46/24 1:47/7 1:123/16 1:123/17 1:123/18
**extension [2]** 1:65/21 1:65/25
**extensive [1]** 1:111/19
**extract [2]** 1:95/18 1:120/18
**extracting [1]** 1:122/17
**extremely [1]** 1:121/2
**eyes [1]** 1:68/20

**F**

**F [1]** 1:1/15
**face [80]** 1:10/5 1:10/22 1:11/13 1:11/20 1:12/13 1:15/18 1:17/3 1:17/11 1:18/16 1:22/2 1:23/10 1:25/21 1:25/24 1:26/3 1:26/6 1:26/14 1:33/15 1:41/25 1:42/1 1:42/1 1:42/13 1:44/18 1:44/18 1:49/7 1:49/10 1:51/18 1:52/20 1:58/15 1:74/23 1:75/13 1:76/18 1:77/6 1:77/22 1:87/23 1:88/4

1:88/8 1:88/14 1:89/7 1:89/18 1:89/19 1:89/23 1:92/2 1:92/4 1:92/5 1:95/3 1:95/25 1:97/8 1:97/12 1:97/13 1:97/15 1:97/16 1:97/17 1:97/19 1:98/22 1:99/10 1:99/14 1:99/16 1:99/18 1:100/2 1:103/14 1:104/19 1:113/8 1:113/11 1:114/7 1:114/11 1:114/15 1:114/20 1:114/20 1:114/22 1:116/2 1:118/2 1:118/10 1:118/15 1:118/21 1:122/20 1:122/21 1:125/5 1:125/11 1:125/22 1:125/24
**Face ID [73]** 1:10/5 1:10/22 1:11/13 1:11/20 1:12/13 1:15/18 1:17/3 1:18/16 1:22/2 1:23/10 1:25/21 1:25/24 1:26/3 1:26/6 1:26/14 1:33/15 1:41/25 1:42/1 1:42/13 1:44/18 1:44/18 1:49/7 1:49/10 1:51/18 1:52/20 1:58/15 1:74/23 1:75/13 1:76/18 1:77/6 1:77/22 1:87/23 1:88/4 1:88/8 1:88/14 1:89/7 1:89/18 1:89/19 1:89/23 1:92/2 1:92/5 1:95/25 1:97/12 1:97/13 1:97/15 1:97/16 1:97/17 1:97/19 1:98/22 1:99/10 1:99/14 1:99/16 1:100/2 1:103/14 1:104/19 1:113/8 1:113/11 1:114/7 1:114/11 1:114/15 1:114/20 1:114/20 1:114/22 1:116/2 1:118/2 1:118/10 1:118/21 1:122/20 1:122/21 1:125/5 1:125/11 1:125/22 1:125/24
**Face ID-related [1]** 1:42/1
**face identification [1]** 1:118/15
**faces [1]** 1:97/14
**fact [10]** 1:27/10 1:56/5 1:60/18 1:72/22 1:86/7 1:87/15 1:100/15 1:101/11 1:106/6 1:117/14
**factors [1]** 1:83/2
**facts [3]** 1:4/11 1:51/20 1:108/18

**fail [1]** 1:50/20
**failed [1]** 1:50/21
**failing [1]** 1:50/14
**fails [4]** 1:12/22 1:34/1 1:37/5 1:37/6
**fair [9]** 1:63/12 1:77/18 1:124/21 1:124/22 1:132/18 1:132/19 1:132/20 1:136/9 1:136/15
**fairly [1]** 1:66/24
**fallback [7]** 1:12/21 1:12/21 1:33/23 1:76/7 1:76/15 1:92/5 1:94/25
**false [2]** 1:51/22 1:63/6
**familiar [9]** 1:10/5 1:19/12 1:64/8 1:72/8 1:72/9 1:72/10 1:72/15 1:76/13 1:108/19
**far [2]** 1:61/20 1:130/16
**fast [3]** 1:15/24 1:136/4 1:136/12
**fastest [1]** 1:136/11
**fault [3]** 1:5/25 1:16/1 1:16/2
**FCRR [1]** 1:138/22
**fear [1]** 1:126/5
**feature [22]** 1:33/12 1:52/20 1:55/16 1:55/17 1:74/24 1:75/13 1:89/13 1:89/18 1:89/19 1:97/6 1:97/6 1:104/21 1:104/21 1:105/20 1:105/22 1:105/23 1:105/25 1:106/3 1:113/19 1:117/23 1:118/15 1:125/24
**features [2]** 1:115/23 1:118/20
**February [16]** 1:25/23 1:38/25 1:70/4 1:91/13 1:134/13 1:134/20 1:134/21 1:134/25 1:135/7 1:135/9 1:135/11 1:135/15 1:135/16 1:135/21 1:137/16 1:138/6
**February 2026 [1]** 1:70/4
**February 25 [1]** 1:91/13
**February 7 [2]** 1:134/20 1:134/21
**February 7th [2]** 1:134/25 1:135/7
**February 8 [6]** 1:135/9 1:135/11 1:135/15 1:135/16 1:135/21 1:138/6
**federal [1]** 1:136/11
**feel [6]** 1:5/18 1:92/13 1:102/16 1:119/20 1:119/20 1:126/14

**feeling [1]** 1:63/14
**feels [1]** 1:49/20
**few [5]** 1:48/20 1:67/14 1:76/7 1:120/2 1:123/10
**FI [1]** 1:1/6
**figure [5]** 1:84/3 1:89/11 1:96/14 1:131/24 1:137/5
**figured [1]** 1:10/16
**file [76]** 1:28/19 1:30/17 1:30/18 1:30/18 1:30/20 1:31/24 1:31/25 1:32/21 1:32/22 1:39/7 1:39/12 1:39/14 1:39/15 1:40/20 1:41/8 1:41/25 1:42/1 1:42/19 1:42/21 1:43/8 1:44/9 1:44/14 1:50/23 1:60/9 1:60/13 1:60/15 1:60/16 1:61/12 1:61/19 1:62/19 1:65/9 1:65/15 1:65/19 1:65/21 1:65/22 1:65/22 1:65/24 1:66/4 1:66/5 1:66/9 1:66/9 1:66/10 1:66/15 1:66/19 1:67/5 1:67/10 1:69/16 1:78/14 1:79/1 1:79/3 1:79/10 1:93/12 1:93/13 1:93/22 1:95/18 1:95/19 1:96/14 1:96/15 1:110/19 1:110/23 1:120/6 1:120/15 1:120/16 1:120/18 1:120/20 1:121/1 1:121/1 1:121/6 1:121/6 1:121/7 1:121/13 1:121/19 1:121/19 1:121/21 1:122/16
**filed [3]** 1:38/16 1:101/22 1:133/18
**files [8]** 1:39/5 1:39/8 1:39/14 1:39/19 1:65/4 1:65/16 1:67/6 1:121/2
**final [2]** 1:69/5 1:69/8
**financial [7]** 1:8/13 1:8/14 1:8/15 1:8/16 1:9/16 1:9/25 1:30/6
**find [13]** 1:29/12 1:81/13 1:95/24 1:96/15 1:101/12 1:103/7 1:104/10 1:112/15 1:116/22 1:120/5 1:122/18 1:127/8 1:137/11
**finding [1]** 1:44/18
**fine [5]** 1:80/2 1:84/6 1:84/7 1:99/3 1:114/20
**fingerprint [6]** 1:23/9 1:113/2 1:113/15 1:113/16 1:113/17 1:114/18

**fingers [1]** 1:101/3
**finish [3]** 1:102/23 1:110/17 1:112/11
**finished [1]** 1:56/1
**fintech [1]** 1:102/5
**first [26]** 1:3/12 1:8/4 1:15/1 1:15/12 1:15/14 1:19/24 1:34/22 1:34/24 1:62/10 1:76/1 1:85/2 1:87/3 1:93/17 1:95/1 1:99/16 1:101/20 1:101/21 1:101/23 1:103/2 1:106/6 1:118/1 1:119/23 1:119/24 1:120/11 1:123/11 1:125/9
**firsthand [3]** 1:4/10 1:5/7 1:10/7
**five [6]** 1:82/16 1:99/6 1:112/12 1:112/18 1:113/21 1:114/17
**five-minute [1]** 1:82/16
**flags [1]** 1:113/11
**flow [12]** 1:11/17 1:11/18 1:11/20 1:88/8 1:89/7 1:94/17 1:95/3 1:104/19 1:113/9 1:113/11 1:114/7 1:114/8
**folder [1]** 1:65/17
**follow [4]** 1:36/3 1:98/1 1:121/6 1:124/25
**followed [3]** 1:33/22 1:34/25 1:85/9
**following [2]** 1:37/8 1:84/20
**follows [4]** 1:8/5 1:32/13 1:36/21 1:87/4
**foregoing [1]** 1:138/18
**forensic [15]** 1:87/18 1:98/18 1:106/24 1:107/3 1:108/7 1:108/8 1:113/23 1:113/24 1:113/25 1:114/1 1:114/4 1:114/25 1:115/4 1:115/9 1:115/12
**forensics [3]** 1:119/22 1:133/9 1:137/4
**form [3]** 1:28/21 1:84/22 1:134/9
**format [1]** 1:121/7
**forth [1]** 1:112/24
**forward [7]** 1:51/9 1:128/17 1:129/3 1:129/8 1:130/1 1:130/10 1:132/14
**found [13]** 1:11/16 1:12/14 1:32/20 1:40/5 1:41/12 1:65/3 1:72/23 1:87/18 1:87/20 1:96/19 1:104/11

**F**

**found... [2]** 1:104/11 1:104/14
**foundation [1]** 1:99/13
**founded [2]** 1:8/20 1:8/21
**four [3]** 1:18/21 1:99/8 1:100/11
**fourth [1]** 1:106/7
**Fox [1]** 1:9/11
**frame [13]** 1:16/25 1:17/2 1:17/22 1:17/23 1:20/18 1:20/19 1:20/21 1:20/24 1:21/2 1:21/7 1:24/6 1:37/17 1:56/13
**frankly [1]** 1:130/25
**free [4]** 1:100/13 1:100/15 1:100/16 1:121/5
**front [6]** 1:43/13 1:57/11 1:57/12 1:59/15 1:61/1 1:64/7
**fulfill [1]** 1:85/14
**full [5]** 1:56/24 1:60/22 1:119/16 1:124/7 1:131/1
**fully [1]** 1:58/15
**fun [1]** 1:29/6
**function [9]** 1:10/18 1:14/24 1:17/18 1:32/19 1:33/7 1:44/14 1:88/15 1:106/5 1:106/18
**functional [2]** 1:53/4 1:54/25
**functionality [13]** 1:12/12 1:21/9 1:22/2 1:49/7 1:87/23 1:88/4 1:97/16 1:97/19 1:98/22 1:99/22 1:103/15 1:113/19 1:123/1
**functions [3]** 1:123/9 1:123/16 1:123/17
**funny [1]** 1:63/14
**further [9]** 1:29/2 1:35/7 1:51/23 1:76/23 1:77/11 1:91/20 1:116/24 1:119/25 1:129/10
**furthermore [1]** 1:97/17
**future [1]** 1:129/17

**G**

**G [1]** 1:2/11
**gain [1]** 1:115/14
**gave [1]** 1:27/20
**generate [4]** 1:17/4 1:23/25 1:88/3 1:88/12
**generated [18]** 1:15/17 1:15/21 1:17/2 1:18/15 1:20/14 1:24/25 1:32/2 1:36/11 1:36/19 1:61/24 1:68/13 1:68/15 1:70/22 1:70/24 1:88/2 1:88/4 1:88/22 1:114/10
**generates [3]** 1:23/22 1:58/20 1:59/9
**generating [3]** 1:64/4 1:88/14 1:94/17
**generation [1]** 1:14/12
**get [38]** 1:6/13 1:6/14 1:6/24 1:7/4 1:7/9 1:10/20 1:14/11 1:14/15 1:30/16 1:31/22 1:40/19 1:41/18 1:43/16 1:46/10 1:57/16 1:67/4 1:74/19 1:84/6 1:88/2 1:96/1 1:96/10 1:96/14 1:107/11 1:107/25 1:111/14 1:113/14 1:120/20 1:120/24 1:122/16 1:122/20 1:123/16 1:123/17 1:123/17 1:123/20 1:137/17 1:137/18 1:137/19 1:138/4
**gets [3]** 1:70/16 1:136/16 1:136/22
**getting [6]** 1:97/25 1:121/14 1:125/19 1:125/24 1:126/6 1:129/25
**GF.JS [1]** 1:41/23
**GitHub [14]** 1:29/22 1:29/23 1:64/12 1:64/15 1:64/17 1:64/18 1:64/19 1:64/22 1:74/14 1:74/16 1:75/2 1:95/11 1:115/20 1:116/21
**GitHub's [1]** 1:107/11
**give [18]** 1:9/8 1:30/8 1:30/8 1:30/9 1:36/20 1:36/23 1:81/1 1:100/12 1:103/19 1:104/21 1:122/25 1:123/2 1:123/3 1:125/20 1:136/18 1:137/1 1:137/18 1:137/19
**given [6]** 1:3/18 1:45/6 1:47/18 1:82/23 1:132/11 1:134/8
**gives [1]** 1:31/23
**giving [5]** 1:5/22 1:61/25 1:100/15 1:100/16 1:125/20
**glasses [1]** 1:131/4
**go [82]** 1:3/12 1:7/8 1:7/20 1:16/10 1:17/10 1:17/10 1:22/12 1:22/13 1:25/17 1:28/1 1:28/2 1:29/2 1:30/3 1:30/10 1:30/23 1:32/4 1:33/13 1:33/19 1:34/21 1:35/6 1:35/8 1:37/19 1:38/9 1:40/12 1:45/5 1:45/22 1:49/18 1:49/19 1:49/20 1:56/19 1:61/20 1:63/19 1:68/11 1:69/9 1:69/21 1:74/19 1:79/17 1:81/12 1:83/3 1:83/15 1:86/16 1:86/19 1:91/12 1:93/10 1:93/24 1:94/21 1:95/23 1:95/24 1:96/12 1:97/14 1:99/3 1:100/10 1:100/12 1:100/23 1:104/17 1:105/10 1:111/16 1:111/18 1:111/18 1:111/19 1:115/25 1:118/1 1:118/9 1:120/20 1:121/18 1:125/12 1:125/15 1:125/16 1:125/17 1:125/18 1:125/19 1:125/23 1:125/25 1:125/25 1:129/8 1:133/6 1:134/9 1:134/20 1:136/18 1:137/2 1:137/14 1:137/14
**go-forward [1]** 1:129/8
**goes [8]** 1:20/12 1:22/11 1:23/21 1:50/6 1:95/14 1:95/20 1:100/9 1:121/15
**going [50]** 1:10/17 1:16/8 1:20/1 1:35/3 1:36/18 1:36/22 1:37/18 1:42/10 1:42/12 1:42/25 1:43/2 1:44/17 1:45/25 1:49/19 1:55/11 1:81/9 1:81/13 1:81/17 1:81/20 1:84/2 1:84/17 1:90/18 1:91/12 1:100/14 1:101/10 1:104/17 1:105/6 1:119/13 1:120/2 1:121/16 1:121/18 1:121/19 1:121/21 1:124/2 1:125/20 1:125/25 1:125/25 1:128/17 1:129/3 1:130/1 1:130/13 1:132/14 1:133/9 1:134/24 1:135/25 1:136/23 1:137/6 1:137/19 1:138/4 1:138/7
**gone [1]** 1:70/5
**good [21]** 1:2/15 1:2/17 1:2/25 1:3/1 1:3/16 1:8/9 1:11/3 1:78/19 1:105/17

**1:105/18 1:127/4**
1:128/13 1:129/7 1:133/10 1:134/4 1:135/6 1:135/19 1:135/20 1:136/15 1:138/8 1:138/12
**Google [3]** 1:119/11 1:120/23 1:120/24
**got [27]** 1:6/20 1:7/1 1:7/5 1:7/17 1:51/10 1:64/11 1:69/4 1:69/7 1:80/10 1:84/11 1:86/4 1:86/16 1:86/16 1:90/17 1:95/21 1:107/17 1:108/16 1:109/24 1:110/24 1:110/24 1:114/9 1:118/21 1:121/17 1:129/20 1:129/23 1:130/21 1:130/22
**gotten [2]** 1:80/19 1:110/3
**gourmet [1]** 1:125/18
**GPT [1]** 1:120/23
**grab [2]** 1:37/17 1:90/9
**grabbing [1]** 1:37/16
**grade [1]** 1:14/20
**grant [5]** 1:3/10 1:81/18 1:129/16 1:130/13 1:132/2
**granted [5]** 1:83/1 1:85/12 1:85/14 1:130/12 1:132/7
**granting [1]** 1:130/8
**great [5]** 1:3/8 1:30/5 1:33/11 1:53/19 1:111/13
**GREENBERG [2]** 1:1/19 1:2/18
**Greg [1]** 1:2/21
**GREGORY [2]** 1:1/21 1:52/3
**Grice [9]** 1:48/22 1:49/5 1:49/6 1:49/9 1:49/23 1:50/9 1:50/14 1:50/25 1:71/4
**Grice's [2]** 1:49/3 1:77/4
**guess [7]** 1:6/8 1:29/2 1:33/13 1:39/25 1:77/17 1:85/16 1:86/1
**guilty [1]** 1:76/21
**guy [3]** 1:43/22 1:83/25 1:90/23
**guys [2]** 1:11/24 1:107/21

**H**

**hacker [1]** 1:74/1
**hackers [1]** 1:74/5
**had [37]** 1:9/9 1:12/2 1:12/14 1:26/20 1:33/15 1:51/16 1:52/12 1:53/4 1:54/15 1:54/18 1:54/21

**1:54/25 1:62/9 1:62/15**
1:62/17 1:62/19 1:83/25 1:85/25 1:86/2 1:89/12 1:90/7 1:90/20 1:90/23 1:95/23 1:96/19 1:98/21 1:107/24 1:113/10 1:113/23 1:115/21 1:116/19 1:116/21 1:116/22 1:117/12 1:127/13 1:131/13 1:137/22
**hand [6]** 1:7/24 1:28/2 1:38/21 1:81/6 1:86/23 1:94/12
**handed [3]** 1:33/18 1:36/20 1:56/2
**hands [3]** 1:11/2 1:11/4 1:11/6
**hands-on [2]** 1:11/4 1:11/6
**happen [3]** 1:50/7 1:101/10 1:101/14
**happened [3]** 1:14/8 1:33/20 1:84/4
**happening [1]** 1:114/21
**happens [1]** 1:28/9
**happy [6]** 1:3/19 1:22/18 1:59/22 1:76/20 1:90/15 1:102/18
**hard [6]** 1:5/11 1:34/7 1:34/20 1:59/7 1:116/22 1:118/19
**hard-coded [2]** 1:5/11 1:59/7
**hardcoded [1]** 1:24/25
**harm [10]** 1:80/25 1:82/25 1:84/9 1:98/24 1:100/17 1:124/8 1:130/7 1:132/1 1:132/4 1:132/9
**harmless [1]** 1:76/22
**harms [1]** 1:100/25
**has [43]** 1:5/8 1:7/16 1:11/4 1:12/12 1:16/13 1:16/13 1:16/20 1:18/11 1:20/3 1:21/2 1:21/7 1:27/8 1:35/12 1:37/2 1:42/22 1:43/10 1:47/5 1:54/2 1:57/20 1:65/23 1:74/22 1:78/11 1:78/14 1:79/1 1:81/12 1:81/12 1:84/3 1:89/19 1:96/25 1:97/1 1:113/2 1:114/4 1:125/17 1:125/22 1:125/23 1:127/1 1:128/17 1:129/3 1:130/2 1:131/10 1:132/1 1:132/16 1:137/12
**hasn't [4]** 1:57/5 1:57/7 1:75/15 1:102/19

**H**

**have [198]**

**haven't [9]** 1:14/19 1:53/21 1:69/4 1:70/5 1:70/6 1:72/9 1:76/15 1:128/4 1:128/12

**having [7]** 1:8/3 1:20/6 1:20/16 1:38/12 1:38/12 1:87/2 1:111/18

**Hawaii [1]** 1:53/20

**he [107]** 1:4/10 1:4/13 1:5/6 1:5/7 1:5/10 1:5/12 1:7/5 1:7/15 1:7/15 1:7/16 1:7/17 1:7/17 1:10/12 1:10/14 1:10/16 1:10/17 1:10/25 1:11/1 1:11/6 1:11/9 1:11/12 1:11/14 1:11/14 1:11/15 1:11/16 1:11/16 1:11/17 1:11/18 1:11/21 1:11/22 1:12/2 1:12/3 1:12/14 1:12/15 1:12/16 1:13/25 1:14/3 1:14/9 1:14/10 1:14/12 1:14/14 1:20/1 1:20/6 1:23/8 1:24/4 1:25/2 1:25/3 1:25/12 1:25/12 1:25/12 1:25/14 1:25/15 1:33/15 1:33/18 1:33/20 1:41/25 1:45/15 1:45/16 1:46/5 1:47/8 1:53/24 1:54/18 1:54/19 1:55/2 1:55/2 1:55/4 1:55/6 1:55/7 1:55/7 1:55/7 1:55/9 1:55/10 1:56/1 1:56/8 1:56/11 1:57/13 1:57/16 1:58/4 1:58/5 1:61/6 1:61/13 1:62/13 1:81/12 1:81/12 1:81/13 1:86/9 1:86/11 1:86/12 1:88/1 1:88/10 1:88/16 1:89/1 1:89/4 1:90/24 1:90/24 1:96/9 1:96/11 1:96/11 1:96/11 1:96/11 1:107/11 1:108/7 1:110/14 1:120/15 1:120/17 1:128/7 1:128/8 1:129/20

**he'll [1]** 1:5/14

**he's [5]** 1:51/8 1:53/24 1:81/9 1:85/11 1:100/3

**hear [6]** 1:88/16 1:88/20 1:107/1 1:125/14 1:133/8 1:136/17

**heard [16]** 1:52/23 1:54/10 1:87/9 1:87/12 1:87/23 1:90/1 1:93/17 1:96/8 1:96/25 1:97/1 1:101/2 1:105/19 1:106/24 1:107/10

**hearing [4]** 1:27/21 1:93/18 1:98/23 1:136/1

**heart [1]** 1:100/1

**help [2]** 1:17/9 1:27/12

**helpful [2]** 1:6/23 1:7/4

**helping [1]** 1:11/7

**helps [1]** 1:137/24

**here [51]** 1:26/22 1:27/24 1:28/4 1:29/15 1:29/20 1:30/24 1:31/6 1:31/25 1:32/8 1:32/21 1:33/1 1:34/8 1:34/12 1:34/21 1:37/22 1:38/2 1:38/6 1:39/18 1:39/19 1:40/1 1:40/10 1:42/9 1:42/13 1:43/8 1:44/8 1:44/22 1:45/10 1:63/1 1:65/8 1:66/5 1:67/4 1:70/25 1:71/23 1:79/21 1:80/14 1:84/2 1:84/9 1:90/21 1:91/5 1:91/17 1:92/19 1:93/12 1:95/17 1:98/25 1:100/25 1:102/23 1:113/17 1:121/5 1:134/5 1:136/11 1:138/3

**here's [7]** 1:65/2 1:65/4 1:75/9 1:75/9 1:110/23 1:129/12 1:134/6

**hereby [1]** 1:138/18

**hero [1]** 1:100/3

**hey [12]** 1:12/18 1:19/3 1:31/13 1:33/16 1:33/25 1:36/1 1:36/6 1:36/18 1:37/4 1:61/11 1:97/15 1:124/5

**hide [1]** 1:7/12

**high [1]** 1:136/24

**highlight [5]** 1:60/4 1:61/22 1:61/25 1:62/3 1:63/24

**highlighted [3]** 1:32/9 1:39/6 1:65/8

**highlighting [2]** 1:60/8 1:106/1

**highly [3]** 1:59/6 1:64/10 1:103/20

**him [37]** 1:6/1 1:7/19 1:11/7 1:11/8 1:12/10 1:13/15 1:14/8 1:14/11 1:22/19 1:24/20 1:24/23 1:25/15 1:33/16 1:45/12 1:47/14 1:50/17 1:54/1 1:54/15 1:54/21 1:54/24 1:55/25 1:56/5 1:57/11 1:57/13 1:57/17 1:57/18 1:57/20 1:61/11 1:63/8 1:72/23 1:83/8 1:83/10

1:119/5 1:120/14

1:88/20 1:88/21 1:91/21

**himself [3]** 1:11/13 1:73/25 1:81/12

**hinges [1]** 1:124/18

**his [34]** 1:5/15 1:10/12 1:10/21 1:11/12 1:11/17 1:11/18 1:12/4 1:14/4 1:14/14 1:23/13 1:24/2 1:24/13 1:25/11 1:25/16 1:26/19 1:33/22 1:40/7 1:45/8 1:46/22 1:47/8 1:48/21 1:49/12 1:50/14 1:51/17 1:51/21 1:51/21 1:54/18 1:57/13 1:58/5 1:60/23 1:61/13 1:62/12 1:104/1 1:109/11

**history [1]** 1:124/7

**hit [1]** 1:3/21

**hoc [1]** 1:7/12

**hold [6]** 1:36/5 1:63/5 1:92/11 1:127/8 1:127/19 1:135/1

**holding [2]** 1:97/18 1:97/24

**holes [1]** 1:29/3

**holiday [1]** 1:134/12

**honestly [1]** 1:54/10

**honey [1]** 1:104/18

**honeypot [108]** 1:4/23 1:5/3 1:6/5 1:6/21 1:7/5 1:7/13 1:12/1 1:12/16 1:13/19 1:26/12 1:26/21 1:27/2 1:27/13 1:29/12 1:29/18 1:31/3 1:31/3 1:32/9 1:32/14 1:33/8 1:33/10 1:36/3 1:37/11 1:40/4 1:40/4 1:41/12 1:42/15 1:42/22 1:43/6 1:43/11 1:44/25 1:46/16 1:47/12 1:47/21 1:48/1 1:48/5 1:48/8 1:48/11 1:48/14 1:48/17 1:52/25 1:54/22 1:54/24 1:55/13 1:55/17 1:55/19 1:56/2 1:57/16 1:60/11 1:69/6 1:69/10 1:69/12 1:69/18 1:69/22 1:69/23 1:70/6 1:70/19 1:76/2 1:76/19 1:77/15 1:78/3 1:78/8 1:78/12 1:78/14 1:79/4 1:81/21 1:83/11 1:83/17 1:85/1 1:85/9 1:85/11 1:85/18 1:85/22 1:85/22 1:87/16 1:87/18 1:88/4 1:90/23 1:90/25 1:91/19 1:96/19 1:96/19 1:97/3 1:97/4 1:97/6 1:97/7 1:97/10

1:86/10 1:88/16

1:98/8 1:98/11 1:98/12 1:101/3 1:102/11 1:104/3 1:105/20 1:107/8 1:107/13 1:107/17 1:108/11 1:109/25 1:111/16 1:117/13 1:119/18 1:127/1 1:127/22 1:128/9 1:131/2 1:131/15 1:132/13

**Honor [91]** 1:2/18 1:2/25 1:3/14 1:3/16 1:4/25 1:5/15 1:5/24 1:6/8 1:6/22 1:7/6 1:7/17 1:7/23 1:13/10 1:13/24 1:14/7 1:15/10 1:20/8 1:22/10 1:25/9 1:25/18 1:26/10 1:27/16 1:33/5 1:35/11 1:36/15 1:37/3 1:45/17 1:46/1 1:51/7 1:51/24 1:52/4 1:59/17 1:63/16 1:75/21 1:77/12 1:77/19 1:78/16 1:80/1 1:80/3 1:80/23 1:81/16 1:81/22 1:82/11 1:82/19 1:83/5 1:83/23 1:84/13 1:85/16 1:86/18 1:88/18 1:90/11 1:90/14 1:91/2 1:91/4 1:91/10 1:91/10 1:92/12 1:92/21 1:93/9 1:94/5 1:94/10 1:97/18 1:98/23 1:101/6 1:101/19 1:102/8 1:102/14 1:102/22 1:105/6 1:105/14 1:110/10 1:116/25 1:117/2 1:120/1 1:126/13 1:126/18 1:126/25 1:128/1 1:128/18 1:129/5 1:130/3 1:130/5 1:130/14 1:131/5 1:132/18 1:133/11 1:134/2 1:134/12 1:135/22 1:136/3 1:138/9

**HONORABLE [1]** 1:1/15

**horse [1]** 1:84/14

**hours [2]** 1:96/10 1:103/24

**house [1]** 1:9/20

**how [89]** 1:4/10 1:4/10 1:6/13 1:7/17 1:9/5 1:10/9 1:10/16 1:14/8 1:14/24 1:20/20 1:22/20 1:24/4 1:24/13 1:25/2 1:26/13 1:27/10 1:27/13 1:29/11 1:34/14 1:35/8 1:35/20 1:38/11 1:42/15 1:44/22 1:46/10 1:47/21 1:49/20 1:50/2 1:50/4 1:50/6 1:50/7

1:57/16 1:61/23 1:64/11 1:66/23 1:67/4 1:67/6 1:67/13 1:69/4 1:69/7 1:73/20 1:74/23 1:75/10 1:76/5 1:79/17 1:80/16 1:80/17 1:80/20 1:81/18 1:81/25 1:86/13 1:88/1 1:89/11 1:89/17 1:89/17 1:89/21 1:92/24 1:93/18 1:96/6 1:96/8 1:96/10 1:96/13 1:96/13 1:96/15 1:96/19 1:99/5 1:99/7 1:99/9 1:103/6 1:104/3 1:107/17 1:109/24 1:110/2 1:111/19 1:113/12 1:113/14 1:114/9 1:114/10 1:114/14 1:117/17 1:117/23 1:118/23 1:118/24 1:118/24 1:121/20 1:126/16 1:133/22 1:136/1 1:136/5

**however [3]** 1:110/7 1:111/3 1:111/3

**https [1]** 1:39/20

**huge [1]** 1:130/7

**huh [1]** 1:67/12

**Hulu [1]** 1:125/11

**hundred [1]** 1:27/11

**hundreds [3]** 1:73/16 1:120/24 1:120/25

**hurry [2]** 1:84/7 1:86/17

**I**

**I [491]**

**I'd [3]** 1:96/12 1:113/3 1:124/3

**I'll [9]** 1:81/1 1:86/18 1:93/24 1:102/22 1:120/10 1:129/19 1:131/9 1:134/11 1:136/18

**I'm [79]** 1:2/20 1:3/3 1:3/18 1:5/17 1:8/23 1:14/12 1:19/18 1:19/19 1:22/18 1:24/9 1:32/12 1:40/2 1:40/10 1:41/9 1:41/24 1:43/22 1:45/15 1:49/19 1:52/3 1:54/10 1:58/12 1:59/22 1:63/12 1:64/3 1:64/7 1:66/15 1:66/17 1:67/18 1:72/9 1:72/10 1:72/15 1:73/4 1:74/5 1:75/17 1:76/1 1:77/6 1:80/2 1:81/3 1:81/17 1:84/13 1:91/4 1:91/7 1:91/12 1:93/3 1:94/6 1:94/13 1:100/14 1:105/6 1:108/5 1:108/15 1:108/25 1:109/8 1:110/16

**I**

**I'm... [26]** 1:110/25 1:111/1 1:111/3 1:113/17 1:113/25 1:116/4 1:120/2 1:120/10 1:120/11 1:120/22 1:121/11 1:121/12 1:121/16 1:125/19 1:125/24 1:126/6 1:128/7 1:129/19 1:130/13 1:130/16 1:134/15 1:135/3 1:135/10 1:136/4 1:138/3 1:138/7

**I've [13]** 1:9/6 1:10/15 1:51/10 1:67/14 1:70/15 1:75/9 1:75/10 1:90/17 1:113/6 1:113/7 1:121/24 1:134/8 1:137/21

**icon [1]** 1:28/3

**ID [95]** 1:10/5 1:10/22 1:11/13 1:11/18 1:11/20 1:12/13 1:12/16 1:15/18 1:16/25 1:17/2 1:17/3 1:17/22 1:18/16 1:21/8 1:22/2 1:23/9 1:23/10 1:24/6 1:25/21 1:25/24 1:26/3 1:26/6 1:26/14 1:33/15 1:36/11 1:36/18 1:36/23 1:37/17 1:41/25 1:42/1 1:42/1 1:42/13 1:44/18 1:44/18 1:49/7 1:49/10 1:51/18 1:52/20 1:56/14 1:58/15 1:74/23 1:75/13 1:76/18 1:77/5 1:77/6 1:77/22 1:87/23 1:88/4 1:88/8 1:88/12 1:88/14 1:89/7 1:89/18 1:89/19 1:89/23 1:92/2 1:92/4 1:92/5 1:95/3 1:95/25 1:97/8 1:97/12 1:97/13 1:97/15 1:97/16 1:97/17 1:97/19 1:98/22 1:99/10 1:99/14 1:99/16 1:99/18 1:100/2 1:103/14 1:104/19 1:113/8 1:113/11 1:114/7 1:114/11 1:114/15 1:114/20 1:114/20 1:114/22 1:116/2 1:118/2 1:118/10 1:118/21 1:122/20 1:122/21 1:123/12 1:123/20 1:125/5 1:125/11 1:125/22 1:125/24

**identical [9]** 1:11/20 1:31/20 1:70/16 1:91/22 1:92/2 1:92/3 1:92/5 1:92/6 1:98/20

**identification [1]** 1:118/15

**identified [3]** 1:32/10 1:108/13 1:112/25

**identifier [1]** 1:20/20

**identify [3]** 1:20/25 1:46/16 1:67/20

**identifying [1]** 1:31/25

**immediately [4]** 1:81/20 1:85/12 1:113/11 1:113/13

**immensely [1]** 1:119/19

**impact [1]** 1:79/15

**implement [4]** 1:117/7 1:117/7 1:118/19 1:129/10

**implementation [4]** 1:12/7 1:13/12 1:17/7 1:91/20

**implicit [1]** 1:63/8

**imply [1]** 1:109/12

**Implying [1]** 1:109/13

**important [7]** 1:61/18 1:89/6 1:89/16 1:105/24 1:117/23 1:117/25 1:119/20

**Impossible [1]** 1:89/12

**impossibly [1]** 1:116/22

**imprecise [1]** 1:86/9

**inability [1]** 1:76/18

**inaccurately [1]** 1:88/1

**inactive [6]** 1:4/12 1:12/21 1:33/24 1:76/2 1:76/7 1:76/15

**INC [2]** 1:1/3 1:1/6

**inclined [1]** 1:3/10

**include [3]** 1:26/7 1:61/7 1:92/1

**includes [4]** 1:6/4 1:6/4 1:52/20 1:85/1

**including [3]** 1:30/1 1:65/24 1:84/25

**incorporate [1]** 1:132/16

**incorporated [1]** 1:52/13

**incredible [1]** 1:90/19

**independent [1]** 1:75/12

**independently [5]** 1:87/24 1:89/10 1:92/10 1:102/6 1:114/17

**index [3]** 1:30/17 1:30/20 1:68/24

**indexed [1]** 1:119/10

**indicate [1]** 1:92/8

**indicated [3]** 1:3/10 1:112/25 1:135/24

**indicating [2]** 1:40/8 1:41/24

**indication [2]** 1:3/18 1:103/25

**indicative [1]** 1:104/2

**individuals [2]** 1:49/13 1:73/8

**industry [2]** 1:102/5 1:124/2

**information [5]** 1:38/4 1:45/10 1:50/9 1:77/9 1:115/15

**infringing [1]** 1:67/17

**initial [1]** 1:12/3

**initialize [2]** 1:123/10 1:123/14

**initially [1]** 1:86/9

**inner [2]** 1:22/19 1:22/20

**innovate [2]** 1:125/4 1:125/9

**innovated [1]** 1:125/6

**innovative [4]** 1:100/8 1:118/4 1:125/7 1:125/8

**innovator [1]** 1:99/23

**innovators [2]** 1:99/25 1:100/7

**inoperable [2]** 1:4/12 1:84/16

**input [2]** 1:14/17 1:14/22

**inside [8]** 1:24/5 1:32/10 1:34/8 1:42/23 1:59/7 1:67/8 1:67/9 1:79/3

**instance [3]** 1:18/18 1:66/18 1:118/23

**instead [3]** 1:92/25 1:102/2 1:121/18

**institutions [2]** 1:9/25 1:30/6

**instructed [6]** 1:52/24 1:53/2 1:53/6 1:53/11 1:54/21 1:54/24

**instructing [1]** 1:54/3

**instruction [3]** 1:34/6 1:55/21 1:56/3

**instructions [3]** 1:33/22 1:56/11 1:56/12

**integrate [3]** 1:30/7 1:122/25 1:123/8

**integrated [1]** 1:9/14

**integrating [1]** 1:119/2

**integration [3]** 1:42/4 1:77/24 1:78/2

**integration's [1]** 1:21/21

**integrations [2]** 1:78/5 1:78/7

**intended [1]** 1:121/16

**intentionally [1]** 1:50/14

**interact [2]** 1:20/21 1:20/25

**intercept [5]** 1:37/18

1:48/2 1:116/9 1:116/12 1:116/22

**intercepted [1]** 1:37/16

**interceptedData.apple FrameId [2]** 1:36/10 1:37/14

**intercepting [1]** 1:116/7

**interesting [3]** 1:40/6 1:61/8 1:90/17

**internet [4]** 1:27/5 1:45/4 1:70/1 1:96/12

**intimately [1]** 1:64/8

**investigate [3]** 1:95/23 1:113/14 1:115/25

**investigated [1]** 1:115/22

**involved [3]** 1:10/9 1:58/25 1:77/5

**IOS [1]** 1:77/17

**iPhone [3]** 1:11/15 1:21/11 1:21/24

**irreparable [5]** 1:84/9 1:98/24 1:132/1 1:132/4 1:132/9

**irreparably [2]** 1:124/24 1:126/8

**is [418]**

**isn't [4]** 1:6/10 1:60/9 1:70/11 1:97/2

**issue [4]** 1:10/6 1:26/22 1:99/9 1:105/1

**issues [4]** 1:3/20 1:14/13 1:130/21 1:130/22

**it [541]**

**it's [164]**

**iterate [3]** 1:102/6 1:102/6 1:102/9

**iteration [1]** 1:124/19

**iterations [1]** 1:77/16

**its [9]** 1:11/20 1:38/13 1:43/18 1:57/20 1:74/23 1:121/6 1:124/25 1:127/24 1:129/4

**J**

**J [1]** 1:1/20

**Jack [1]** 1:56/20

**JACOB [2]** 1:1/20 1:2/22

**jailbroken [3]** 1:48/12 1:109/19 1:112/6

**January [8]** 1:9/16 1:133/22 1:133/23 1:134/13 1:134/15 1:134/16 1:134/16 1:134/17

**January 10th [1]** 1:134/16

**January 17th [1]** 1:134/17

**jar [26]** 1:65/9 1:65/14

1:65/22 1:66/4 1:66/9 1:66/15 1:95/16 1:95/18 1:95/19 1:96/14 1:120/6 1:120/10 1:120/11 1:120/15 1:120/23 1:121/1 1:121/1 1:121/2 1:121/4 1:121/5 1:121/5 1:121/13 1:121/21 1:122/15 1:122/19 1:122/21

**java [3]** 1:29/25 1:67/10 1:121/25

**javascript [18]** 1:15/6 1:15/7 1:15/9 1:28/19 1:28/20 1:28/22 1:30/15 1:30/18 1:31/24 1:31/25 1:32/11 1:41/9 1:62/19 1:70/23 1:78/14 1:79/1 1:79/3 1:120/17

**JENNIFER [2]** 1:2/7 1:3/5

**Jira [2]** 1:75/3 1:75/4

**joined [3]** 1:2/20 1:3/3 1:3/5

**JS [1]** 1:28/20

**judge [4]** 1:1/15 1:96/25 1:97/1 1:119/6

**judge's [1]** 1:87/12

**jumbled [1]** 1:79/4

**jumped [1]** 1:64/9

**just [130]** 1:5/13 1:5/17 1:5/22 1:6/1 1:6/2 1:6/3 1:6/7 1:7/8 1:7/19 1:7/20 1:9/21 1:11/8 1:13/11 1:16/5 1:16/5 1:16/11 1:18/5 1:18/7 1:20/13 1:20/18 1:21/6 1:26/10 1:29/4 1:34/15 1:40/12 1:40/25 1:41/25 1:42/18 1:43/1 1:43/21 1:44/16 1:45/1 1:45/23 1:45/25 1:46/1 1:46/10 1:46/15 1:47/21 1:47/23 1:48/20 1:49/19 1:51/15 1:53/10 1:54/10 1:56/10 1:58/14 1:59/19 1:63/5 1:63/7 1:65/15 1:66/2 1:66/14 1:69/13 1:74/9 1:75/20 1:76/16 1:79/17 1:79/20 1:79/21 1:80/17 1:80/17 1:82/23 1:83/6 1:86/10 1:86/12 1:87/16 1:89/4 1:90/4 1:90/10 1:90/11 1:92/18 1:93/3 1:93/9 1:93/11 1:94/3 1:94/20 1:94/21 1:95/2 1:95/6 1:97/2 1:98/8 1:98/11 1:98/12 1:98/16 1:100/8 1:100/12

## J

**just... [44]** 1:102/10 1:104/12 1:104/13 1:104/13 1:106/16 1:108/2 1:108/25 1:109/13 1:110/22 1:112/16 1:113/18 1:114/22 1:115/8 1:116/4 1:118/20 1:119/8 1:119/11 1:119/21 1:120/25 1:121/7 1:121/23 1:124/24 1:127/5 1:127/8 1:127/22 1:128/10 1:128/13 1:128/19 1:129/8 1:130/9 1:130/11 1:131/14 1:131/18 1:132/20 1:133/11 1:133/19 1:134/2 1:134/11 1:134/11 1:134/14 1:135/17 1:135/23 1:135/23 1:136/4
**JUSTIN [2]** 1:1/21 1:2/20

## K

**K [2]** 1:1/21 1:87/1
**keep [9]** 1:29/5 1:35/3 1:39/22 1:39/23 1:53/5 1:53/10 1:75/18 1:75/20 1:76/22
**keeps [3]** 1:74/16 1:75/8 1:114/21
**kept [1]** 1:12/20
**key [2]** 1:91/17 1:91/17
**keyboard [3]** 1:11/2 1:11/5 1:11/6
**kid [1]** 1:29/6
**Kieran [4]** 1:2/22 1:46/3 1:86/25 1:87/2
**kind [19]** 1:5/12 1:5/18 1:21/16 1:21/20 1:27/13 1:28/3 1:31/5 1:41/18 1:74/5 1:82/25 1:83/1 1:86/2 1:102/16 1:124/6 1:124/12 1:124/25 1:132/6 1:134/2 1:137/23
**King [1]** 1:1/13
**kit [1]** 1:122/25
**kits [1]** 1:30/9
**knew [2]** 1:25/5 1:25/12
**KNOT [105]** 1:1/3 1:2/19 1:2/23 1:6/19 1:11/25 1:15/5 1:15/20 1:16/6 1:16/13 1:18/25 1:19/6 1:19/15 1:24/9 1:24/20 1:24/23 1:25/7 1:26/7 1:26/8 1:29/11 1:30/1 1:31/1 1:32/9 1:38/3 1:38/11 1:38/12 1:43/6 1:44/17 1:46/8

1:46/14 1:46/20 1:49/18 1:51/2 1:52/25 1:53/7 1:54/4 1:54/16 1:54/22 1:57/7 1:57/10 1:57/12 1:60/11 1:61/2 1:62/4 1:62/6 1:62/23 1:65/3 1:67/16 1:69/15 1:72/10 1:72/22 1:73/9 1:73/11 1:76/6 1:85/18 1:87/20 1:92/9 1:98/3 1:98/5 1:98/14 1:99/5 1:99/7 1:99/10 1:99/13 1:99/16 1:99/24 1:100/5 1:101/8 1:101/10 1:101/14 1:101/15 1:101/15 1:101/16 1:102/1 1:103/8 1:103/9 1:103/13 1:103/14 1:103/23 1:103/24 1:104/2 1:104/23 1:106/7 1:107/6 1:107/17 1:108/6 1:109/11 1:112/7 1:113/8 1:114/25 1:115/10 1:116/15 1:118/1 1:118/3 1:118/10 1:122/1 1:123/19 1:124/10 1:127/13 1:127/15 1:127/24 1:128/17 1:129/3 1:130/2 1:130/20 1:132/16
**Knot's [52]** 1:12/6 1:13/11 1:14/4 1:14/23 1:17/6 1:20/6 1:24/8 1:25/14 1:26/13 1:29/15 1:37/24 1:39/13 1:46/23 1:47/12 1:48/2 1:49/21 1:53/3 1:53/8 1:53/12 1:54/7 1:54/17 1:55/21 1:58/1 1:59/6 1:63/3 1:63/4 1:63/11 1:64/5 1:64/7 1:64/8 1:64/11 1:64/12 1:64/17 1:70/18 1:70/23 1:71/7 1:72/18 1:75/24 1:77/5 1:84/24 1:91/19 1:91/23 1:91/24 1:101/24 1:106/23 1:106/25 1:107/23 1:111/7 1:111/21 1:112/23 1:114/3 1:116/12
**knotapi.com [2]** 1:72/7 1:73/6
**knotapi.vercel.app [7]** 1:39/21 1:39/22 1:40/20 1:67/21 1:68/13 1:68/14 1:119/12
**knotapi.vercel.app/assets/a [2]** 1:68/13 1:68/14
**Knotapi.vercel.app\assets\DQIAVKJG [1]**

1:41/22
**know [89]** 1:11/8 1:12/6 1:17/6 1:19/14 1:19/21 1:21/5 1:21/7 1:21/17 1:22/18 1:22/19 1:22/20 1:23/19 1:23/23 1:23/24 1:24/4 1:24/13 1:26/17 1:35/1 1:36/16 1:36/16 1:36/22 1:39/12 1:41/1 1:41/24 1:42/2 1:42/10 1:43/19 1:44/22 1:44/22 1:46/5 1:46/19 1:47/19 1:49/19 1:50/1 1:50/1 1:50/24 1:51/12 1:55/11 1:58/19 1:58/22 1:58/23 1:59/9 1:62/5 1:62/6 1:66/11 1:66/23 1:67/6 1:67/7 1:67/17 1:73/25 1:74/5 1:74/6 1:75/19 1:80/16 1:80/17 1:80/20 1:81/3 1:82/8 1:83/16 1:83/24 1:84/8 1:90/17 1:92/13 1:92/14 1:92/24 1:93/17 1:94/2 1:96/15 1:96/25 1:103/6 1:107/22 1:108/13 1:114/21 1:118/24 1:119/11 1:119/13 1:120/21 1:120/24 1:122/10 1:124/1 1:124/3 1:124/7 1:125/18 1:130/22 1:132/23 1:134/10 1:136/1 1:136/5 1:138/1
**knowing [3]** 1:25/15 1:115/21 1:116/19
**knowledge [9]** 1:4/10 1:5/7 1:7/16 1:37/2 1:66/25 1:95/19 1:104/23 1:104/25 1:116/1
**knows [2]** 1:58/22 1:131/1

## L

**L [4]** 1:2/6 1:2/7 1:87/1 1:87/1
**lack [1]** 1:11/10
**language [7]** 1:14/25 1:15/1 1:15/2 1:15/3 1:15/6 1:72/11 1:73/4
**languages [1]** 1:15/5
**laptop [9]** 1:11/17 1:28/16 1:104/1 1:109/11 1:109/14 1:109/15 1:109/16 1:109/17 1:121/24
**last [10]** 1:4/15 1:15/12 1:15/14 1:32/2 1:51/15 1:68/11 1:70/17 1:113/21 1:120/12 1:133/19

**Late [1]** 1:52/14
**later [8]** 1:9/12 1:9/15 1:10/19 1:11/21 1:12/15 1:25/22 1:101/12 1:134/13
**latest [3]** 1:25/25 1:26/5 1:97/21
**launched [2]** 1:9/20 1:25/22
**lawyer [1]** 1:137/14
**layer [2]** 1:21/18 1:22/14
**layers [2]** 1:21/22 1:21/24
**lead [1]** 1:72/23
**learn [2]** 1:96/13 1:129/12
**least [5]** 1:86/13 1:89/22 1:103/8 1:103/16 1:109/10
**leave [1]** 1:134/5
**left [4]** 1:36/20 1:41/18 1:66/1 1:67/2
**legend [1]** 1:100/3
**length [1]** 1:15/16
**lengths [1]** 1:111/13
**less [2]** 1:27/4 1:38/7
**let [11]** 1:40/12 1:63/16 1:63/20 1:77/14 1:77/16 1:93/4 1:108/15 1:110/16 1:112/11 1:124/24 1:124/25
**let's [34]** 1:7/20 1:28/1 1:30/3 1:30/23 1:31/8 1:31/21 1:32/4 1:33/1 1:37/21 1:39/23 1:41/14 1:53/5 1:53/10 1:56/24 1:57/21 1:59/25 1:61/21 1:64/11 1:64/20 1:69/9 1:83/3 1:105/10 1:115/23 1:115/23 1:128/24 1:132/22 1:133/1 1:133/2 1:133/4 1:133/10 1:133/15 1:134/20 1:135/5 1:135/14
**lets [1]** 1:38/22
**level [1]** 1:125/9
**license [3]** 1:38/16 1:38/17 1:47/6
**life [1]** 1:9/5
**lifted [1]** 1:83/21
**like [76]** 1:5/18 1:5/21 1:6/2 1:6/6 1:7/21 1:9/22 1:15/18 1:15/19 1:16/5 1:16/6 1:16/10 1:16/15 1:17/1 1:19/2 1:20/18 1:21/11 1:21/17 1:22/2 1:23/10 1:29/7 1:30/12 1:31/5 1:31/9 1:31/13 1:37/7 1:40/24 1:40/25 1:44/14 1:45/6 1:49/19 1:64/8 1:68/16 1:74/5

1:75/3 1:78/5 1:78/15 1:78/23 1:86/2 1:88/9 1:88/12 1:94/3 1:94/21 1:95/2 1:95/6 1:96/20 1:97/20 1:97/20 1:97/21 1:100/8 1:101/15 1:102/16 1:104/13 1:104/13 1:105/7 1:106/21 1:106/23 1:107/5 1:108/12 1:109/20 1:113/2 1:113/3 1:113/16 1:118/11 1:118/20 1:118/23 1:118/23 1:119/12 1:119/19 1:121/15 1:122/5 1:122/9 1:122/10 1:122/11 1:125/15 1:133/20 1:133/21
**likelihood [1]** 1:84/12
**likely [5]** 1:41/1 1:42/2 1:69/12 1:109/17 1:116/11
**limited [2]** 1:51/10 1:53/25
**LINDINGER [3]** 1:2/6 1:3/4 1:3/17
**line [11]** 1:35/9 1:35/12 1:35/15 1:38/24 1:55/11 1:55/11 1:56/6 1:60/3 1:63/25 1:93/25 1:106/7
**Linear [2]** 1:75/7 1:75/8
**lines [2]** 1:35/8 1:98/16
**link [10]** 1:28/22 1:30/16 1:31/5 1:31/24 1:39/1 1:39/4 1:41/13 1:43/15 1:109/14 1:114/10
**links [1]** 1:29/4
**list [2]** 1:108/21 1:112/5
**listen [2]** 1:115/8 1:128/14
**literally [12]** 1:89/22 1:100/4 1:100/4 1:100/6 1:100/10 1:100/20 1:100/20 1:100/21 1:100/21 1:102/9 1:114/15 1:116/3
**litigate [1]** 1:79/23
**little [7]** 1:16/24 1:39/17 1:44/10 1:71/3 1:73/20 1:78/20 1:118/6
**live [4]** 1:54/15 1:57/9 1:66/11 1:66/12
**lives [2]** 1:16/7 1:28/17
**living [1]** 1:21/19
**load [2]** 1:42/10

**L**

**load... [1]** 1:42/12
**local [1]** 1:125/17
**located [1]** 1:41/22
**log [1]** 1:74/19
**logic [7]** 1:28/23
1:62/4 1:63/2 1:63/10
1:64/3 1:64/5 1:83/12
**long [12]** 1:9/5 1:21/2
1:21/7 1:50/7 1:67/13
1:89/17 1:96/8 1:98/3
1:98/4 1:124/2
1:127/14 1:127/15
**look [24]** 1:19/1
1:29/4 1:30/10 1:31/5
1:31/9 1:31/21 1:32/4
1:39/20 1:59/25
1:61/21 1:65/18
1:67/23 1:90/10 1:91/8
1:91/17 1:96/12
1:101/20 1:104/18
1:114/6 1:115/14
1:121/18 1:136/10
1:137/2 1:137/8
**looked [20]** 1:12/6
1:15/18 1:15/18
1:26/16 1:43/5 1:45/6
1:59/13 1:67/14
1:67/16 1:90/1 1:107/5
1:107/23 1:114/3
1:114/7 1:114/9
1:114/10 1:114/13
1:114/14 1:115/22
1:127/4
**looking [15]** 1:23/13
1:34/11 1:42/8 1:43/8
1:49/25 1:51/9 1:60/3
1:60/13 1:62/6 1:70/13
1:91/7 1:107/3
1:122/11 1:127/25
1:131/4
**looks [5]** 1:31/10
1:31/15 1:37/7 1:64/8
1:87/21
**lose [2]** 1:63/13
1:100/22
**lot [18]** 1:9/3 1:11/20
1:11/21 1:15/9 1:21/15
1:41/18 1:44/21
1:51/16 1:63/13 1:74/4
1:76/3 1:81/6 1:81/15
1:101/20 1:105/9
1:128/13 1:132/25
1:137/6
**lots [2]** 1:17/25 1:18/6
**low [1]** 1:73/20
**luck [1]** 1:135/6
**lunchtime [1]** 1:82/9

**M**

**machine [12]** 1:16/12
1:28/13 1:28/16 1:44/8
1:45/2 1:45/3 1:45/3
1:45/16 1:68/7 1:69/10
1:70/9 1:70/10
**made [10]** 1:11/15

1:21/7 1:26/17 1:42/20
1:47/8 1:74/16 1:84/3
1:113/25 1:124/4
1:133/8
**magic [1]** 1:113/8
**main [2]** 1:28/4
1:30/18
**make [11]** 1:26/15
1:33/21 1:42/14 1:43/1
1:43/21 1:44/9 1:88/13
1:95/13 1:100/5
1:102/15 1:135/24
**makes [10]** 1:19/16
1:44/15 1:57/19
1:65/15 1:79/11
1:104/16 1:120/16
1:121/9 1:123/11
1:128/9
**making [4]** 1:46/22
1:50/2 1:50/13
1:133/13
**malicious [2]** 1:47/11
1:108/23
**man [17]** 1:48/6
1:48/9 1:96/10
1:108/12 1:108/16
1:108/21 1:109/9
1:109/12 1:109/15
1:109/18 1:110/5
1:112/5 1:112/6
1:112/14 1:115/13
1:116/5 1:117/8
**manage [2]** 1:89/24
1:125/10
**manager [2]** 1:49/1
1:99/20
**mange [1]** 1:99/21
**manner [1]** 1:29/17
**many [15]** 1:15/23
1:15/24 1:35/8 1:67/7
1:73/20 1:81/25
1:92/24 1:96/10 1:99/5
1:99/7 1:113/5 1:113/7
1:117/17 1:117/19
1:136/1
**March [3]** 1:46/4
1:104/7 1:133/20
**March 17 [1]** 1:133/20
**March 31 [1]** 1:104/7
**March 31st [1]** 1:46/4
**mark [2]** 1:35/24
1:36/6
**market [1]** 1:100/22
**marketplace [1]**
1:101/13
**Martone [1]** 1:3/7
**matched [2]** 1:13/5
1:25/3
**matches [1]** 1:91/19
**matter [3]** 1:42/6
1:42/7 1:54/9
**Maven [3]** 1:37/23
1:38/3 1:38/13
**may [16]** 1:3/14
1:5/16 1:22/19 1:22/20
1:27/16 1:45/17 1:52/5

1:59/17 1:79/9 1:87/15
1:105/13 1:121/20
1:121/25 1:126/18
1:127/20 1:135/10
**maybe [7]** 1:6/1
1:37/5 1:45/4 1:92/20
1:115/20 1:120/16
1:127/22
**MAYER [2]** 1:2/6 1:3/4
**me [59]** 1:5/22 1:6/2
1:7/4 1:9/4 1:11/6
1:12/5 1:17/9 1:33/15
1:34/5 1:36/23 1:38/19
1:40/12 1:43/21
1:43/24 1:44/2 1:51/11
1:53/25 1:57/12
1:59/15 1:59/21
1:63/13 1:63/16
1:63/20 1:64/7 1:64/9
1:68/22 1:68/25 1:69/3
1:69/14 1:72/17
1:77/14 1:77/16
1:83/13 1:83/16
1:87/20 1:87/24 1:90/6
1:92/18 1:92/19
1:95/16 1:96/1 1:96/25
1:103/10 1:103/21
1:103/25 1:104/16
1:108/15 1:112/11
1:113/25 1:115/16
1:120/9 1:120/19
1:120/19 1:125/20
1:125/21 1:127/4
1:128/1 1:128/9
1:131/4
**meal [1]** 1:125/17
**mean [30]** 1:16/20
1:21/5 1:43/21 1:51/8
1:51/10 1:73/18
1:79/21 1:81/4 1:83/24
1:84/1 1:85/12 1:93/24
1:102/8 1:102/15
1:103/10 1:105/23
1:107/23 1:114/11
1:115/19 1:116/20
1:120/16 1:120/22
1:121/4 1:121/7
1:121/23 1:122/14
1:122/15 1:127/20
1:128/12 1:130/20
**meaning [2]** 1:33/21
1:36/8
**meaningful [1]**
1:106/18
**meaningfulness [1]**
1:13/4
**meaningless [5]**
1:13/1 1:106/8
1:106/13 1:106/14
1:106/17
**meaninglessness [1]**
1:13/4
**means [5]** 1:15/15
1:36/1 1:36/6 1:110/6
1:113/14
**meant [2]** 1:32/21

1:41/1
**measures [1]** 1:7/12
**mechanics [2]** 1:11/20
1:23/11
**mechanism [1]** 1:9/19
**MEDVENE [2]** 1:2/7
1:3/5
**memorize [1]** 1:69/3
**memory [3]** 1:42/20
1:69/1 1:103/17
**mention [3]** 1:87/23
1:112/1 1:112/13
**mentioned [3]** 1:85/2
1:94/20 1:104/19
**mentions [2]** 1:46/12
1:94/13
**merchant [3]** 1:50/21
1:99/14 1:99/18
**merchants [5]** 1:9/15
1:9/22 1:50/3 1:73/18
1:73/20
**merits [1]** 1:43/18
**mess [2]** 1:79/5 1:80/2
**messaging [1]**
1:57/19
**metadata [2]** 1:43/3
1:43/14
**methods [1]** 1:40/9
**MICHAEL [19]** 1:2/6
1:3/4 1:3/17 1:10/12
1:12/11 1:13/15
1:13/22 1:20/1 1:23/3
1:24/1 1:24/12 1:24/13
1:24/17 1:26/16
1:33/14 1:43/12
1:58/17 1:58/22
1:62/11
**Michael's [1]** 1:25/7
**Michelin [6]** 1:118/7
1:118/8 1:125/4
1:125/16 1:125/17
1:126/1
**middle [16]** 1:48/6
1:48/9 1:108/12
1:108/16 1:108/21
1:109/9 1:109/12
1:109/15 1:109/18
1:110/5 1:112/5
1:112/6 1:112/14
1:115/13 1:116/5
1:117/8
**might [5]** 1:5/25
1:21/18 1:31/12
1:136/2 1:136/5
**Miguel [2]** 1:72/22
1:72/24
**million [2]** 1:89/22
1:113/4
**mind [7]** 1:39/23
1:64/20 1:67/24
1:75/18 1:75/20
1:78/20 1:125/22
**mindful [1]** 1:136/19
**mine [1]** 1:53/2
**minute [3]** 1:62/1
1:82/16 1:103/24

**minutes [1]** 1:82/14
**misappropriation [1]**
1:91/21
**mischaracterization
[1]** 1:68/17
**Mischaracterizes [1]**
1:71/17
**mischaracterizing [1]**
1:55/24
**miss [2]** 1:93/7 1:93/9
**missed [2]** 1:92/20
1:119/6
**mistaken [1]** 1:94/13
**mixing [1]** 1:102/16
**mobile [9]** 1:27/3
1:37/24 1:39/13 1:41/1
1:47/5 1:48/2 1:66/24
1:103/19 1:103/20
**modified [1]** 1:66/18
**Monday [5]** 1:135/7
1:135/9 1:135/11
1:135/15 1:135/16
**monetary [2]**
1:100/18 1:100/24
**money [6]** 1:80/16
1:80/17 1:89/17
1:89/21 1:100/11
1:100/11
**month [1]** 1:4/15
**months [6]** 1:4/16
1:89/11 1:89/13
1:89/20 1:100/3
1:101/11
**MOORE [2]** 1:2/3
1:3/2
**moot [7]** 1:81/24
1:82/5 1:130/15
1:130/16 1:131/10
1:132/17 1:134/8
**more [22]** 1:14/4
1:26/13 1:26/20 1:27/7
1:28/24 1:29/4 1:48/20
1:51/20 1:63/17
1:63/20 1:67/7 1:74/7
1:79/9 1:87/15
1:100/10 1:104/12
1:115/19 1:118/21
1:119/23 1:119/24
1:136/1 1:137/25
**morning [1]** 1:3/18
**most [4]** 1:14/20
1:29/22 1:99/11
1:109/16
**motion [4]** 1:80/6
1:131/10 1:132/21
1:134/7
**move [5]** 1:31/13
1:33/1 1:37/21 1:90/15
1:90/16
**moved [3]** 1:4/14
1:5/13 1:131/17
**moving [4]** 1:8/17
1:8/18 1:44/7 1:130/10
**Mr [46]** 1:4/6 1:4/9
1:5/6 1:6/16 1:6/19
1:7/2 1:7/14 1:8/9

**Mr... [38]** 1:8/12 1:25/20 1:26/19 1:26/24 1:27/12 1:27/24 1:28/14 1:29/20 1:32/12 1:37/21 1:40/7 1:44/7 1:45/8 1:45/18 1:45/22 1:46/22 1:48/20 1:48/21 1:49/1 1:49/12 1:49/23 1:50/13 1:51/15 1:51/17 1:53/23 1:54/2 1:60/23 1:61/5 1:77/4 1:85/25 1:86/20 1:87/9 1:90/9 1:90/12 1:107/10 1:111/20 1:120/15 1:128/3

**Mr. [31]** 1:11/9 1:40/13 1:45/23 1:46/3 1:48/22 1:48/22 1:48/24 1:49/3 1:49/5 1:49/6 1:49/6 1:49/9 1:49/23 1:50/9 1:50/10 1:50/14 1:50/25 1:54/11 1:57/10 1:58/2 1:61/9 1:71/3 1:71/4 1:73/22 1:73/25 1:76/10 1:76/17 1:77/4 1:77/4 1:86/5 1:131/7

**Mr. Anderson [1]** 1:61/9

**Mr. Berrett [5]** 1:48/22 1:49/6 1:49/23 1:50/10 1:71/3

**Mr. Berrett's [2]** 1:48/24 1:77/4

**Mr. Contreras [7]** 1:11/9 1:54/11 1:57/10 1:58/2 1:73/22 1:73/25 1:86/5

**Mr. Grice [8]** 1:48/22 1:49/5 1:49/6 1:49/9 1:50/9 1:50/14 1:50/25 1:71/4

**Mr. Grice's [2]** 1:49/3 1:77/4

**Mr. Kieran [1]** 1:46/3

**Mr. O'Reilly [1]** 1:45/23

**Mr. Weinert [2]** 1:40/13 1:131/7

**Mr. Wright [1]** 1:76/17

**Mr. Wright's [1]** 1:76/10

**much [19]** 1:15/22 1:26/13 1:28/21 1:44/22 1:76/4 1:79/17 1:80/16 1:80/17 1:80/20 1:82/24 1:89/17 1:89/21 1:96/6 1:100/11 1:113/12 1:118/21 1:119/3 1:138/4 1:138/11

**multiple [2]** 1:104/15

**my [55]** 1:3/9 1:5/5 1:5/25 1:8/11 1:11/22 1:14/12 1:16/1 1:19/25 1:31/14 1:34/2 1:37/2 1:42/20 1:42/21 1:43/13 1:43/17 1:46/19 1:46/19 1:47/18 1:47/20 1:53/9 1:53/20 1:53/24 1:54/8 1:54/17 1:56/3 1:56/18 1:56/20 1:60/22 1:62/19 1:66/7 1:81/13 1:82/11 1:82/15 1:95/19 1:98/15 1:98/18 1:104/2 1:104/25 1:106/3 1:110/24 1:113/5 1:113/20 1:115/8 1:115/25 1:119/21 1:121/18 1:125/21 1:126/15 1:133/11 1:133/12 1:134/9 1:135/5 1:135/6 1:137/2 1:138/19

**MYCARD [2]** 1:1/3 1:2/19

**myself [1]** 1:111/17

# N

**N [5]** 1:2/11 1:8/2 1:8/2 1:8/3 1:87/1

**name [9]** 1:7/25 1:8/10 1:8/11 1:10/12 1:44/11 1:65/9 1:65/19 1:69/16 1:86/23

**named [1]** 1:44/13

**naming [5]** 1:44/10 1:91/21 1:91/23 1:91/23 1:91/25

**narrow [1]** 1:136/10

**native [3]** 1:21/16 1:21/18 1:22/2

**nature [1]** 1:125/11

**navigated [1]** 1:67/10

**NBC [1]** 1:9/11

**ne [5]** 1:35/4 1:35/5 1:35/6 1:35/9 1:35/22

**nearly [1]** 1:119/3

**necessarily [1]** 1:110/8

**necessary [3]** 1:73/3 1:99/1 1:101/25

**need [22]** 1:30/7 1:34/21 1:35/6 1:36/25 1:48/2 1:48/5 1:48/8 1:48/11 1:48/14 1:48/17 1:51/6 1:59/24 1:81/1 1:81/2 1:100/5 1:106/19 1:109/16 1:112/15 1:116/17 1:132/25 1:134/3 1:136/17

**needed [7]** 1:27/9 1:28/12 1:31/2 1:65/24 1:116/11 1:116/18

**needing [1]** 1:47/9

**needs [4]** 1:19/4 1:20/13 1:76/5 1:136/19

**nefarious [2]** 1:40/9 1:103/22

**neither [1]** 1:61/18

**Netflix [3]** 1:9/22 1:50/6 1:50/22

**never [8]** 1:37/2 1:61/1 1:66/9 1:80/10 1:113/7 1:113/9 1:125/22 1:132/7

**Nevertheless [1]** 1:55/13

**new [16]** 1:8/18 1:8/18 1:15/24 1:17/4 1:20/12 1:23/21 1:25/23 1:69/15 1:69/24 1:70/1 1:84/15 1:91/3 1:91/4 1:126/9 1:129/9 1:132/4

**next [11]** 1:5/9 1:20/24 1:30/20 1:39/10 1:41/5 1:101/11 1:121/4 1:124/19 1:124/19 1:133/23 1:135/1

**NEZ [1]** 1:35/17

**Nielsen [1]** 1:8/1

**nine [1]** 1:9/25

**Nineteen [1]** 1:96/7

**no [108]** 1:1/4 1:6/6 1:14/3 1:15/23 1:17/18 1:19/16 1:25/9 1:26/9 1:26/25 1:27/4 1:29/16 1:30/11 1:32/19 1:32/23 1:38/7 1:40/15 1:40/16 1:40/18 1:45/13 1:47/2 1:47/15 1:48/4 1:48/7 1:48/10 1:48/13 1:48/16 1:48/19 1:49/8 1:49/11 1:49/14 1:50/18 1:51/13 1:51/23 1:53/2 1:53/13 1:54/7 1:55/7 1:57/6 1:57/18 1:59/15 1:60/22 1:61/20 1:62/25 1:64/13 1:69/1 1:70/16 1:71/16 1:71/20 1:74/4 1:75/17 1:76/1 1:76/23 1:77/7 1:77/11 1:78/9 1:80/6 1:80/13 1:80/13 1:86/12 1:91/6 1:93/10 1:93/25 1:93/25 1:95/10 1:95/10 1:96/21 1:96/23 1:101/15 1:101/15 1:101/16 1:101/24 1:103/5 1:104/25 1:106/4 1:107/18 1:107/20 1:108/10 1:108/10 1:108/10 1:109/8 1:111/24

**nobody [2]** 1:90/25 1:113/2

**non [1]** 1:102/1

**non-public [1]** 1:102/1

**nonAPI [1]** 1:38/5

**none [5]** 1:26/15 1:50/12 1:60/7 1:94/1 1:109/21

**nonfunctional [3]** 1:12/15 1:13/6 1:19/23

**nonfunctioning [1]** 1:14/6

**nonpublic [3]** 1:109/25 1:112/20 1:112/23

**nonrandomly [1]** 1:24/24

**norm [1]** 1:136/11

**normal [3]** 1:65/23 1:124/25 1:136/23

**not [202]**

**note [4]** 1:12/17 1:33/20 1:64/22 1:135/24

**notes [1]** 1:138/19

**nothing [17]** 1:12/15 1:13/5 1:13/20 1:25/10 1:25/11 1:26/18 1:27/7 1:37/9 1:85/3 1:97/9 1:100/9 1:101/2 1:123/22 1:125/23 1:126/2 1:128/22 1:131/2

**noticed [2]** 1:12/9 1:13/14

**November [24]** 1:6/25 1:7/5 1:10/23 1:10/24 1:11/25 1:19/10 1:42/16 1:42/22 1:43/5 1:43/9 1:43/10 1:44/20 1:44/25 1:60/7 1:60/9 1:60/14 1:61/12 1:88/17 1:89/12 1:90/2 1:103/15 1:110/24 1:131/15 1:137/3

**November 5th [1]** 1:110/24

**November 6 [17]** 1:10/24 1:11/25 1:19/10 1:42/16 1:42/22 1:43/5 1:43/9

1:113/17 1:114/19 1:115/8 1:115/11 1:115/21 1:116/19 1:116/24 1:117/10 1:117/21 1:118/17 1:119/25 1:121/11 1:121/11 1:121/18 1:122/14 1:122/20 1:128/20 1:132/9 1:132/14 1:132/15 1:135/3 1:135/9 1:136/17 1:136/17 1:136/17 1:137/14 1:137/14

**now [52]** 1:7/4 1:7/7 1:7/8 1:16/2 1:16/3 1:24/9 1:25/21 1:26/14 1:42/18 1:44/9 1:46/15 1:46/17 1:51/2 1:57/3 1:57/9 1:58/14 1:58/14 1:59/13 1:60/7 1:66/2 1:67/1 1:67/10 1:69/18 1:70/13 1:77/17 1:78/1 1:78/3 1:78/8 1:79/12 1:81/4 1:81/5 1:84/16 1:84/25 1:85/2 1:86/1 1:97/12 1:97/18 1:99/17 1:102/13 1:104/17 1:104/21 1:106/24 1:111/18 1:122/20 1:124/18 1:130/10 1:130/18 1:130/18 1:130/22 1:132/3 1:134/25 1:136/10

**number [13]** 1:9/12 1:50/20 1:50/23 1:50/24 1:78/23 1:87/22 1:88/12 1:94/19 1:107/24 1:110/2 1:115/6 1:132/12 1:132/13

**Number 1 [1]** 1:132/12

**Number 2 [1]** 1:132/13

**numbers [1]** 1:21/4

**numerous [2]** 1:87/20 1:111/1

# O

**O [5]** 1:2/11 1:2/23 1:8/2 1:86/25 1:87/1

**O'Reilly [15]** 1:26/24 1:40/7 1:45/23 1:45/24 1:46/2 1:46/12 1:46/22 1:50/13 1:51/17 1:85/25 1:86/20 1:87/2 1:87/9 1:90/9 1:111/20

**O'Reilly's [7]** 1:26/19 1:45/8 1:45/18 1:46/3 1:48/21 1:49/12 1:90/12

**O-'-R-E-I-L-L-Y [1]** 1:87/1

**oath [3]** 1:7/15 1:8/4 1:87/3

**object [1]** 1:102/14

**Objection [1]** 1:71/15

**observe [3]** 1:19/8 1:19/24 1:20/5

**observed [4]** 1:7/2 1:20/2 1:20/6 1:22/22

**observer [1]** 1:12/5

**observing [2]** 1:22/25

**O**

**observing... [1]** 1:23/2

**obtain [11]** 1:40/8 1:47/11 1:48/1 1:48/5 1:48/8 1:48/11 1:48/14 1:48/17 1:102/1 1:107/6 1:108/10

**obtained [3]** 1:46/7 1:104/3 1:108/11

**odd [3]** 1:5/10 1:5/12 1:17/5

**off [5]** 1:12/17 1:33/18 1:56/2 1:76/1 1:110/15

**offer [2]** 1:80/4 1:80/10

**office [3]** 1:2/21 1:2/21 1:2/22

**officer [5]** 1:2/23 1:7/22 1:8/24 1:8/25 1:52/10

**Official [1]** 1:138/22

**oftentimes [1]** 1:91/22

**oh [16]** 1:43/23 1:60/6 1:78/4 1:100/12 1:104/13 1:106/16 1:108/9 1:110/22 1:110/23 1:110/24 1:115/23 1:118/6 1:118/20 1:121/16 1:123/19 1:125/20

**okay [90]** 1:6/23 1:7/7 1:10/9 1:10/21 1:14/2 1:14/16 1:15/25 1:16/14 1:16/24 1:18/4 1:18/13 1:23/7 1:23/16 1:26/2 1:32/4 1:34/13 1:34/21 1:35/17 1:39/17 1:39/24 1:41/13 1:42/24 1:44/5 1:45/1 1:46/5 1:54/15 1:54/21 1:55/21 1:57/1 1:57/9 1:57/23 1:58/1 1:59/16 1:61/4 1:62/21 1:62/23 1:64/20 1:65/1 1:65/8 1:66/1 1:66/14 1:67/1 1:68/6 1:68/9 1:68/20 1:68/21 1:69/2 1:70/10 1:71/20 1:72/17 1:75/6 1:76/15 1:77/20 1:77/23 1:78/20 1:82/22 1:84/25 1:86/19 1:87/14 1:90/14 1:91/16 1:91/18 1:93/21 1:93/24 1:97/2 1:100/17 1:101/10 1:101/17 1:105/10 1:105/11 1:107/14 1:109/21 1:111/25 1:112/3 1:112/4 1:114/3 1:115/8 1:120/4 1:121/9 1:123/20 1:126/23 1:129/6 1:129/17

**old [2]** 1:9/6 1:126/12

**once [4]** 1:18/13 1:18/16 1:79/6 1:85/3

**one [79]** 1:5/9 1:7/10 1:9/13 1:11/4 1:11/14 1:15/14 1:15/14 1:15/21 1:17/4 1:17/5 1:17/8 1:18/7 1:18/11 1:18/18 1:19/15 1:21/8 1:23/12 1:23/16 1:26/20 1:27/11 1:30/23 1:32/5 1:34/1 1:35/14 1:35/16 1:35/18 1:36/2 1:36/4 1:36/20 1:36/21 1:37/24 1:38/25 1:39/6 1:39/6 1:39/14 1:39/19 1:42/3 1:50/4 1:52/24 1:52/24 1:53/6 1:53/11 1:53/17 1:53/21 1:54/3 1:56/12 1:57/12 1:57/24 1:57/25 1:62/15 1:65/8 1:67/8 1:68/14 1:68/23 1:70/1 1:70/13 1:71/10 1:71/25 1:73/22 1:78/24 1:81/11 1:103/13 1:103/18 1:103/24 1:104/1 1:104/13 1:107/8 1:108/21 1:109/10 1:114/15 1:114/16 1:114/19 1:116/1 1:116/2 1:120/11 1:120/22 1:121/4 1:124/9 1:127/7

**ones [5]** 1:50/21 1:58/25 1:67/8 1:125/14 1:136/12

**online [2]** 1:37/25 1:121/5

**only [23]** 1:4/6 1:4/7 1:6/10 1:18/13 1:23/16 1:46/7 1:46/20 1:50/22 1:58/6 1:58/7 1:64/9 1:65/23 1:78/2 1:79/6 1:85/4 1:85/5 1:85/7 1:90/21 1:95/25 1:112/1 1:112/25 1:125/13 1:132/12

**open [17]** 1:27/5 1:31/14 1:38/16 1:38/17 1:39/13 1:40/11 1:47/6 1:57/10 1:57/12 1:57/13 1:62/9 1:62/19 1:65/15 1:65/24 1:66/15 1:123/19 1:123/21

**opened [3]** 1:41/1 1:66/21 1:131/12

**openly [1]** 1:102/2

**opens [2]** 1:78/24

**operate [2]** 1:30/13 1:76/12

**operates [1]** 1:58/25

**operating [3]** 1:22/5 1:25/25 1:26/5

**opinion [1]** 1:43/18

**opportunity [2]** 1:85/25 1:86/2

**opposed [1]** 1:92/9

**opposing [1]** 1:130/6

**opposition [1]** 1:101/21

**option [1]** 1:28/7

**oral [3]** 1:1/11 1:3/9 1:138/7

**orange [7]** 1:34/8 1:35/16 1:60/4 1:61/22 1:61/24 1:62/3 1:63/24

**oranges [1]** 1:102/16

**order [9]** 1:3/10 1:84/20 1:85/13 1:85/14 1:116/11 1:125/18 1:126/8 1:132/6 1:138/1

**ordinary [1]** 1:102/3

**original [5]** 1:25/12 1:26/18 1:42/21 1:53/17 1:67/15

**originally [1]** 1:40/4

**other [48]** 1:4/4 1:6/11 1:6/11 1:11/5 1:21/25 1:25/6 1:25/8 1:25/14 1:27/19 1:29/7 1:56/2 1:57/20 1:57/25 1:62/17 1:68/23 1:71/25 1:75/2 1:80/4 1:83/1 1:83/6 1:83/16 1:85/18 1:85/22 1:86/11 1:88/13 1:91/20 1:92/1 1:94/19 1:98/2 1:102/23 1:109/18 1:109/25 1:112/22 1:112/22 1:112/23 1:118/11 1:122/18 1:124/6 1:124/23 1:125/7 1:125/8 1:125/14 1:127/12 1:127/21 1:128/9 1:128/12 1:131/2 1:131/23

**other's [1]** 1:103/18

**others [1]** 1:47/24

**otherwise [2]** 1:116/10 1:132/9

**ought [2]** 1:63/19 1:132/24

**our [130]** 1:2/20 1:2/21 1:2/22 1:4/24 1:7/11 1:10/11 1:10/19 1:12/17 1:13/7 1:15/20 1:17/6 1:19/25 1:29/13 1:29/18 1:29/23 1:30/1 1:30/6 1:30/7 1:30/25 1:31/3 1:31/4 1:32/10 1:32/19 1:33/6 1:33/12 1:33/14 1:36/11 1:41/11 1:49/1 1:53/21 1:54/7 1:55/4 1:55/7 1:55/18 1:56/4 1:60/12 1:67/17 1:69/16 1:71/9 1:76/18 1:78/13 1:78/14 1:78/22 1:79/16 1:82/25 1:88/3 1:88/3 1:89/1 1:89/1 1:89/19 1:89/22 1:89/22 1:89/25 1:94/16 1:94/16 1:94/20 1:95/3 1:95/3 1:95/20 1:95/21 1:96/1 1:97/10 1:97/14 1:97/14 1:97/17 1:97/19 1:97/21 1:98/19 1:98/20 1:99/11 1:99/13 1:100/1 1:100/2 1:100/6 1:100/9 1:100/20 1:100/21 1:100/22 1:100/23 1:102/9 1:103/14 1:103/16 1:104/16 1:107/22 1:110/3 1:110/7 1:110/21 1:111/1 1:111/12 1:111/16 1:111/18 1:112/19 1:112/21 1:113/8 1:113/10 1:113/11 1:113/15 1:114/13 1:115/16 1:116/3 1:116/18 1:117/12 1:117/12 1:117/25 1:118/1 1:119/2 1:119/8 1:119/10 1:119/14 1:119/15 1:119/17 1:119/18 1:119/20 1:119/23 1:119/24 1:122/5 1:122/6 1:122/9 1:122/10 1:122/10 1:122/11 1:123/10 1:123/14 1:124/3 1:124/5 1:125/3 1:125/13 1:126/4 1:126/16 1:129/9

**ours [5]** 1:38/14 1:40/25 1:50/5 1:95/1 1:115/20

**ourselves [1]** 1:88/3

**out [58]** 1:9/15 1:10/16 1:10/20 1:12/24 1:14/13 1:20/10 1:20/12 1:22/7 1:23/21 1:28/18 1:29/18 1:32/5 1:32/8 1:35/11 1:39/25 1:40/1 1:40/2 1:41/7 1:41/9 1:43/1 1:47/24 1:49/21 1:54/2 1:55/16 1:55/18 1:63/13 1:64/9 1:66/1 1:73/19 1:76/20 1:78/11 1:84/4 1:84/15

**outlined [2]** 1:10/16 1:110/2

**outside [1]** 1:75/2

**over [7]** 1:33/13 1:51/16 1:62/12 1:78/5 1:81/3 1:105/6 1:121/7

**overall [2]** 1:25/21 1:51/17

**overdue [1]** 1:53/20

**Overruled [1]** 1:71/19

**oversee [1]** 1:9/2

**oversight [4]** 1:12/24 1:34/2 1:37/4 1:56/6

**own [6]** 1:33/10 1:43/18 1:57/20 1:74/23 1:102/6 1:102/8

**P**

**P [1]** 1:2/11

**P.A [1]** 1:1/19

**p.m [3]** 1:1/10 1:2/14 1:138/13

**packet [2]** 1:48/15 1:112/7

**page [28]** 1:28/4 1:28/7 1:28/9 1:29/23 1:31/18 1:31/19 1:38/3 1:38/7 1:40/3 1:40/23 1:41/4 1:41/14 1:41/17 1:83/11 1:89/5 1:89/10 1:90/4 1:91/9 1:91/11 1:101/20 1:101/21 1:101/23 1:102/11 1:107/9 1:107/11 1:107/11 1:119/23

**Page 1 [3]** 1:102/11 1:102/11 1:107/9

**Page 15 [1]** 1:83/11

**Page 23 [2]** 1:91/9 1:91/11

**pages [7]** 1:38/6 1:59/3 1:59/3 1:59/3 1:59/5 1:95/24 1:108/3

**paging [1]** 1:59/2

**pair [1]** 1:11/3

**pamphlet [1]** 1:94/12

**paper [1]** 1:103/2

**papers [7]** 1:3/9 1:83/16 1:83/17 1:90/21 1:90/22 1:102/8 1:131/18

**paragraph [5]** 1:45/22

1:129/18 1:131/6 1:134/18 1:136/8 1:136/23 1:137/16 1:138/6; 1:123/20; 1:33/14 1:36/11; 1:84/17 1:89/11 1:94/12 1:95/18 1:96/15 1:97/7 1:98/21 1:101/12 1:104/8 1:104/14 1:110/20 1:113/4 1:119/15 1:124/25 1:127/5 1:129/9 1:130/19 1:131/24 1:133/12 1:134/9 1:134/12 1:136/19 1:137/5 1:137/11 1:137/17

**paragraph... [4]** 1:72/4 1:91/18 1:106/7 1:106/17

**Paragraph 111 [1]** 1:91/18

**Paragraph 4 [1]** 1:106/17

**Paragraph 47 [1]** 1:45/22

**Paragraph 49 [1]** 1:72/4

**parallel [1]** 1:91/23

**parallels [1]** 1:91/22

**parameter [1]** 1:106/20

**parameters [1]** 1:88/13

**part [33]** 1:7/16 1:17/3 1:18/11 1:19/3 1:32/2 1:33/13 1:34/2 1:34/3 1:34/8 1:49/16 1:49/18 1:50/10 1:55/9 1:56/7 1:56/8 1:56/11 1:58/24 1:60/16 1:70/17 1:71/6 1:87/23 1:89/6 1:91/17 1:92/7 1:94/15 1:94/17 1:111/6 1:112/2 1:115/10 1:115/12 1:116/17 1:119/15 1:119/16

**Partially [1]** 1:77/19

**particular [11]** 1:20/21 1:22/21 1:25/24 1:56/13 1:58/7 1:67/10 1:68/2 1:70/11 1:70/19 1:77/24 1:78/2

**parts [1]** 1:119/17

**pass [2]** 1:31/14 1:98/16

**passed [3]** 1:10/19 1:12/17 1:110/20

**passing [1]** 1:20/23

**passionate [1]** 1:92/13

**Passover [1]** 1:81/4

**past [3]** 1:46/3 1:70/3 1:70/6

**paste [3]** 1:31/6 1:57/21 1:97/11

**pasted [1]** 1:31/8

**patents [1]** 1:67/17

**pattern [7]** 1:16/16 1:18/14 1:18/25 1:19/1 1:19/1 1:32/14 1:92/6

**patterns [3]** 1:17/12 1:18/1 1:18/6

**payroll [1]** 1:9/23

**penalty [1]** 1:7/14

**people [10]** 1:3/6 1:73/12 1:90/18 1:90/18 1:96/13 1:99/24 1:118/1 1:118/3 1:126/15 1:137/24

**per [1]** 1:38/7

**percent [5]** 1:7/15 1:10/14 1:27/11 1:37/5 1:73/23

**perfect [1]** 1:134/23

**perform [3]** 1:17/18 1:71/6 1:99/14

**performance [1]** 1:50/8

**performed [4]** 1:55/5 1:108/7 1:108/8 1:108/9

**performs [2]** 1:106/4 1:106/4

**perhaps [1]** 1:103/11

**perjury [2]** 1:7/15 1:113/17

**permitted [1]** 1:136/18

**person [3]** 1:100/2 1:111/15 1:114/19

**personal [4]** 1:7/16 1:10/7 1:43/18 1:54/8

**personally [2]** 1:24/23 1:115/16

**phase [1]** 1:92/3

**phone [11]** 1:11/22 1:21/17 1:23/10 1:28/16 1:28/16 1:54/11 1:54/13 1:80/18 1:80/18 1:109/20 1:133/12

**phrase [1]** 1:81/18

**phrasing [1]** 1:72/16

**physical [1]** 1:96/20

**pictorial [1]** 1:4/22

**picture [3]** 1:4/17 1:4/19 1:41/5

**pictures [1]** 1:94/2

**piece [2]** 1:4/7 1:56/13

**pieces [2]** 1:6/11 1:21/15

**pinning [1]** 1:116/8

**place [4]** 1:20/25 1:29/22 1:37/24 1:121/8

**Plaid [1]** 1:124/4

**plaintiff [7]** 1:1/4 1:1/23 1:2/19 1:52/4 1:86/15 1:132/4 1:135/24

**plaintiffs [2]** 1:82/20 1:135/19

**platform [1]** 1:42/9

**play [1]** 1:49/9

**please [16]** 1:2/15 1:3/15 1:3/21 1:7/24 1:8/6 1:8/9 1:10/9 1:13/9 1:42/24 1:52/1 1:75/20 1:82/18 1:86/22 1:86/23 1:87/5 1:100/5

**plug [2]** 1:25/1 1:106/11

**plugged [2]** 1:4/14

**1:5/13**

**Plus [1]** 1:86/4

**point [13]** 1:11/14 1:12/5 1:35/11 1:40/13 1:92/18 1:92/19 1:97/22 1:102/5 1:127/20 1:128/4 1:134/16 1:136/15 1:137/3

**pointed [2]** 1:14/13 1:54/2

**points [1]** 1:112/15

**poor [1]** 1:47/19

**popular [1]** 1:29/22

**portion [3]** 1:44/12 1:44/24 1:77/22

**possession [3]** 1:4/18 1:4/19 1:81/8

**possible [3]** 1:110/6 1:118/10 1:118/13

**possibly [1]** 1:73/21

**post [1]** 1:7/12

**post-hoc [1]** 1:7/12

**pot [1]** 1:33/10

**potential [2]** 1:100/17 1:136/3

**potentially [5]** 1:29/12 1:34/2 1:36/10 1:40/9 1:104/12

**POTTER [2]** 1:2/3 1:3/2

**practice [3]** 1:72/21 1:102/4 1:133/14

**preceded [1]** 1:37/11

**precedes [3]** 1:61/24 1:62/3 1:63/24

**preceding [1]** 1:70/11

**precise [2]** 1:63/17 1:63/21

**precisely [1]** 1:123/7

**preface [2]** 1:128/11 1:128/15

**prefaced [4]** 1:19/9 1:19/23 1:20/7 1:20/11

**prefer [2]** 1:81/23 1:134/20

**preparing [1]** 1:80/21

**present [2]** 1:75/19 1:84/1

**presentation [2]** 1:66/1 1:67/1

**presented [1]** 1:131/19

**presently [1]** 1:4/8

**pretty [4]** 1:28/20 1:51/8 1:58/17 1:85/12

**preventing [3]** 1:76/11 1:126/2 1:126/11

**prevents [1]** 1:126/9

**principal [1]** 1:22/16

**prior [4]** 1:19/10 1:32/6 1:69/25 1:69/25

**private [3]** 1:29/24 1:119/15 1:119/16

**probably [8]** 1:5/16

**1:16/20 1:22/17**

**1:80/18 1:94/15**

**1:110/25 1:120/12 1:124/6**

**problem [3]** 1:91/6 1:93/10 1:131/13

**proceeding [1]** 1:138/20

**proceedings [2]** 1:2/13 1:138/13

**proceeds [1]** 1:36/3

**process [4]** 1:11/7 1:17/3 1:20/2 1:96/8

**produced [1]** 1:61/2

**product [23]** 1:9/14 1:49/21 1:50/5 1:74/10 1:79/16 1:89/25 1:100/9 1:100/15 1:104/9 1:104/14 1:117/20 1:117/25 1:126/3 1:126/4 1:126/9 1:126/12 1:126/16 1:126/16 1:129/9 1:129/10 1:129/25 1:130/19 1:132/10

**product's [1]** 1:106/18

**production [10]** 1:9/3 1:10/18 1:12/25 1:55/18 1:55/19 1:55/23 1:60/12 1:84/23 1:85/4 1:85/13

**products [16]** 1:51/3 1:77/18 1:78/2 1:99/7 1:100/8 1:117/17 1:117/19 1:124/20 1:125/8 1:125/8 1:125/12 1:125/15 1:127/24 1:129/4 1:132/5 1:132/15

**professional [2]** 1:9/7 1:113/6

**programming [1]** 1:11/4

**progress [1]** 1:26/6

**prohibit [2]** 1:72/4 1:72/5

**prohibited [1]** 1:73/5

**prohibition [1]** 1:72/20

**project [1]** 1:10/11

**proof [1]** 1:85/20

**properly [2]** 1:21/9 1:36/4

**proprietary [1]** 1:11/12

**prototype [4]** 1:12/3 1:14/1 1:14/5 1:54/19

**prove [4]** 1:51/22 1:95/10 1:97/10 1:125/1

**proven [1]** 1:130/20

**proves [2]** 1:87/24 1:93/13

**provide [3]** 1:8/16 1:29/7 1:75/14

**provider [1]** 1:8/15

**proxies [1]** 1:108/12

**proxy [9]** 1:48/9 1:108/16 1:108/21 1:109/9 1:109/18 1:112/6 1:115/14 1:116/5 1:116/6

**public [47]** 1:4/2 1:4/24 1:5/1 1:9/21 1:17/6 1:17/18 1:24/8 1:28/11 1:28/22 1:29/14 1:29/15 1:29/17 1:29/19 1:29/24 1:29/24 1:38/1 1:38/8 1:38/13 1:42/3 1:42/5 1:43/7 1:44/17 1:45/9 1:46/11 1:47/5 1:47/7 1:47/24 1:49/19 1:54/17 1:59/6 1:70/1 1:78/11 1:95/5 1:95/5 1:95/7 1:96/2 1:102/1 1:115/18 1:115/19 1:115/21 1:116/20 1:116/20 1:119/9 1:119/10 1:120/19 1:121/13

**publicly [43]** 1:6/15 1:6/18 1:7/7 1:9/16 1:12/8 1:12/8 1:13/12 1:13/13 1:15/8 1:16/4 1:16/6 1:16/12 1:27/3 1:29/13 1:30/10 1:32/10 1:32/23 1:39/12 1:40/11 1:43/15 1:44/3 1:44/19 1:44/23 1:46/14 1:53/3 1:53/8 1:53/9 1:62/19 1:62/22 1:64/15 1:64/18 1:64/23 1:67/15 1:67/18 1:69/22 1:77/8 1:78/13 1:79/2 1:95/9 1:104/23 1:108/3 1:111/13 1:122/3

**publish [3]** 1:27/16 1:30/10 1:42/5

**published [4]** 1:27/3 1:27/5 1:37/25 1:47/5

**pull [2]** 1:36/9 1:36/12

**pure [1]** 1:58/24

**purely [1]** 1:132/8

**purpose [4]** 1:20/15 1:32/20 1:33/3 1:117/11

**purposes [3]** 1:66/12 1:103/22 1:133/12

**push [1]** 1:12/24

**pushed [2]** 1:55/16 1:55/18

**put [49]** 1:6/1 1:7/19 1:12/11 1:12/14 1:13/16 1:13/22 1:13/25 1:14/3 1:14/9 1:17/1 1:24/2 1:24/4 1:24/13 1:24/15 1:24/18 1:24/21 1:25/3

**P**

**put... [32]**  1:25/5 1:25/6 1:29/23 1:32/24 1:37/3 1:50/23 1:54/7 1:55/7 1:56/4 1:56/8 1:58/5 1:59/19 1:59/21 1:73/2 1:82/20 1:83/4 1:83/15 1:84/5 1:85/13 1:85/25 1:86/16 1:94/25 1:97/11 1:97/21 1:98/16 1:100/1 1:103/2 1:106/14 1:115/20 1:116/21 1:119/1 1:119/14

**putting [3]**  1:55/25 1:78/11 1:84/14

**Q**

**Q2 [1]**  1:9/15

**querying [1]**  1:103/21

**question [26]**  1:3/23 1:11/3 1:26/11 1:30/5 1:33/11 1:35/24 1:36/6 1:51/15 1:53/9 1:53/19 1:63/7 1:63/8 1:63/18 1:63/21 1:78/19 1:110/14 1:110/14 1:111/4 1:115/8 1:117/3 1:127/4 1:127/12 1:128/7 1:128/10 1:128/14 1:137/13

**questions [16]**  1:3/19 1:38/15 1:48/20 1:51/24 1:74/9 1:76/23 1:77/11 1:83/9 1:87/12 1:96/3 1:96/25 1:116/24 1:119/5 1:119/25 1:120/1 1:120/3

**quibble [1]**  1:6/9

**quick [5]**  1:81/1 1:132/24 1:133/4 1:133/24 1:133/25

**quickly [9]**  1:4/14 1:74/7 1:90/10 1:118/10 1:118/14 1:118/15 1:120/17 1:126/5 1:135/23

**quit [1]**  1:129/19

**quite [1]**  1:96/17

**R**

**R [7]**  1:1/20 1:2/11 1:8/2 1:87/1 1:87/1 1:138/21 1:138/22

**rabbit [1]**  1:29/3

**raise [4]**  1:7/24 1:86/22 1:100/10 1:100/11

**ran [1]**  1:90/11

**random [7]**  1:18/15 1:33/21 1:64/5 1:88/15 1:94/21 1:97/8 1:98/16

**random-generated [1]**  1:18/15

**randomization [5]** 1:12/22 1:34/5 1:37/1 1:37/12 1:83/13

**randomize [5]**  1:12/18 1:17/7 1:33/21 1:33/25 1:56/13

**randomized [8]** 1:12/20 1:21/3 1:36/13 1:37/12 1:69/16 1:70/16 1:70/17 1:106/21

**randomizes [1]**  1:21/6

**randomly [11]** 1:15/21 1:20/14 1:23/22 1:23/24 1:32/2 1:58/20 1:59/9 1:68/13 1:68/14 1:70/22 1:70/24

**rather [2]**  1:132/14 1:137/25

**reaction [1]**  1:38/12

**read [15]**  1:3/9 1:5/18 1:34/20 1:45/8 1:57/17 1:57/18 1:72/9 1:91/12 1:91/14 1:91/15 1:116/4 1:116/9 1:116/13 1:116/14 1:123/7

**reading [3]**  1:23/14 1:103/7 1:131/3

**ready [3]**  1:84/14 1:84/16 1:134/10

**real [3]**  1:124/13 1:124/17 1:133/4

**realistic [1]**  1:133/16

**realize [1]**  1:56/7

**really [13]**  1:29/6 1:31/11 1:32/19 1:50/2 1:51/6 1:71/25 1:90/10 1:99/1 1:123/22 1:127/4 1:131/14 1:132/3 1:132/24

**reason [9]**  1:31/10 1:33/6 1:36/19 1:50/21 1:67/16 1:83/14 1:121/10 1:124/23 1:136/24

**reasonable [1]** 1:82/10

**reasons [6]**  1:23/23 1:23/24 1:50/20 1:61/5 1:81/11 1:134/12

**recall [10]**  1:26/19 1:46/22 1:47/8 1:48/21 1:50/13 1:57/24 1:86/7 1:86/13 1:107/15 1:120/7

**recent [1]**  1:77/16

**recess [1]**  1:82/17

**recognize [1]**  1:65/25

**recollect [2]**  1:45/15 1:64/9

**recollects [1]** 1:103/17

**record [4]**  1:7/25 1:46/1 1:86/24

**1:128/25**

**records [1]**  1:75/15

**recover [1]**  1:125/1

**red [3]**  1:28/18 1:38/20 1:113/11

**redirect [16]**  1:76/25 1:77/2 1:89/5 1:89/5 1:89/10 1:90/3 1:90/4 1:90/5 1:90/12 1:94/14 1:94/15 1:114/8 1:117/3 1:117/5 1:118/23 1:118/24

**refer [2]**  1:74/4 1:88/21

**reference [1]**  1:102/5

**references [2]** 1:44/18 1:44/19

**referred [2]**  1:16/2 1:45/16

**referring [3]**  1:16/3 1:21/14 1:46/2

**refers [1]**  1:73/25

**refresh [1]**  1:45/18

**regarding [8]**  1:26/6 1:38/2 1:45/9 1:46/23 1:47/9 1:49/13 1:51/18 1:120/6

**Reilly [2]**  1:2/23 1:86/25

**reiterate [1]**  1:119/8

**reject [1]**  1:50/25

**related [8]**  1:4/7 1:17/11 1:42/1 1:48/22 1:81/7 1:84/9 1:112/9 1:112/12

**relating [2]**  1:92/7 1:107/12

**relationships [1]** 1:83/1

**release [12]**  1:10/20 1:32/3 1:33/20 1:39/5 1:44/13 1:69/15 1:69/24 1:70/17 1:70/23 1:97/19 1:124/19 1:132/10

**released [4]**  1:25/23 1:38/8 1:126/4 1:132/5

**releases [1]**  1:9/3

**releasing [1]**  1:126/3

**relevant [3]**  1:51/11 1:51/12 1:72/25

**relief [1]**  1:97/24

**reluctance [1]** 1:124/18

**rely [2]**  1:120/22 1:138/7

**remain [1]**  1:86/22

**remarkably [1]** 1:23/11

**remember [13]**  1:14/8 1:14/21 1:15/12 1:15/13 1:15/14 1:15/14 1:60/5 1:61/25 1:64/1 1:65/6 1:71/4 1:83/22 1:120/8

**remotely [1]**  1:113/7

**remove [12]**  1:11/8 1:79/13 1:79/18 1:79/20 1:79/22 1:81/20 1:82/1 1:85/11 1:97/2 1:97/13 1:101/3 1:101/7

**removed [1]**  1:46/19

**removing [2]**  1:97/8 1:98/8

**rendered [1]**  1:132/17

**replace [2]**  1:37/10 1:65/15

**report [7]**  1:113/23 1:113/24 1:113/25 1:114/25 1:115/4 1:115/9 1:115/12

**reported [1]**  1:103/16

**REPORTER [2]** 1:138/16 1:138/22

**repository [4]**  1:29/25 1:30/19 1:38/3 1:64/19

**represent [1]**  1:52/4

**representation [2]** 1:4/22 1:132/13

**representations [2]** 1:132/11 1:133/7

**reproduce [1]**  1:38/18

**reputation [1]**  1:47/18

**reputational [2]** 1:130/5 1:130/7

**request [3]**  1:50/25 1:85/17 1:112/24

**requirements [1]** 1:5/8

**research [7]**  1:12/6 1:49/17 1:49/21 1:50/3 1:71/11 1:72/18 1:111/19

**researcher [1]**  1:49/5

**researching [1]** 1:73/13

**reserve [1]**  1:105/7

**resolve [1]**  1:127/22

**resource [1]**  1:102/1

**respect [2]**  1:38/3 1:44/8

**response [1]**  1:93/16

**responsibilities [2]** 1:9/1 1:49/3

**responsibility [1]** 1:48/24

**responsible [1]** 1:52/15

**rest [4]**  1:10/19 1:32/14 1:33/19 1:68/25

**restaurant [2]**  1:118/8 1:118/8

**restrictions [1]** 1:73/10

**result [1]**  1:75/24

**retroactive [1]**  1:7/12

**reverse [2]**  1:72/5 1:73/5

**review [4]**  1:27/6 1:50/10 1:98/17

**1:116/15**

**reviewed [3]**  1:26/15 1:54/17 1:102/2

**revisit [1]**  1:136/6

**rid [1]**  1:80/19

**ridiculous [1]** 1:103/23

**right [142]**

**right-hand [2]**  1:28/2 1:38/21

**robbed [1]**  1:97/25

**role [8]**  1:8/22 1:48/24 1:49/9 1:49/17 1:49/18 1:52/12 1:71/6 1:71/10

**roles [2]**  1:9/1 1:49/3

**roll [4]**  1:84/14 1:84/16 1:84/17 1:129/9

**room [5]**  1:20/19 1:20/21 1:20/22 1:27/8 1:111/15

**round [1]**  1:124/19

**routine [5]**  1:49/17 1:50/4 1:71/8 1:72/21 1:102/4

**routinely [1]**  1:137/24

**RPR [1]**  1:138/22

**rude [1]**  1:133/14

**ruins [1]**  1:100/13

**Rule [2]**  1:137/17 1:137/22

**Rule 16 [2]**  1:137/17 1:137/22

**rulings [1]**  1:138/7

**running [1]**  1:73/15

**S**

**s [4]**  1:1/21 1:2/11 1:8/2 1:138/21

**S-C-O-T-T [1]**  1:8/2

**Safari [2]**  1:11/17 1:23/3

**said [57]**  1:4/4 1:7/13 1:10/14 1:12/10 1:12/18 1:12/23 1:13/15 1:13/22 1:14/12 1:17/2 1:17/7 1:19/3 1:19/14 1:24/17 1:33/20 1:40/7 1:52/18 1:56/17 1:58/19 1:60/18 1:61/11 1:66/3 1:67/20 1:71/6 1:71/10 1:73/22 1:76/7 1:77/13 1:79/12 1:81/12 1:86/4 1:86/11 1:86/12 1:89/3 1:89/4 1:96/11 1:97/12 1:97/20 1:100/5 1:104/8 1:105/20 1:105/24 1:106/10 1:112/14 1:115/23 1:119/19 1:120/5 1:121/23 1:124/4 1:127/5 1:127/17 1:128/8 1:129/20 1:130/24 1:131/12 1:134/9 1:137/2

# S

**sale [2]** 1:84/21 1:132/15
**sales [1]** 1:104/19
**salmon [1]** 1:125/18
**same [42]** 1:14/25 1:15/1 1:15/2 1:15/16 1:17/8 1:19/15 1:21/4 1:21/8 1:25/4 1:29/12 1:29/17 1:31/18 1:32/5 1:35/9 1:36/21 1:41/10 1:42/2 1:42/2 1:42/12 1:44/9 1:44/13 1:44/14 1:44/14 1:47/23 1:62/4 1:62/9 1:63/2 1:63/10 1:63/25 1:64/5 1:72/23 1:87/21 1:88/11 1:89/2 1:93/3 1:107/19 1:113/3 1:114/15 1:114/18 1:114/19 1:116/15 1:122/15
**sanctions [1]** 1:130/23
**save [3]** 1:65/13 1:65/14 1:66/8
**saved [2]** 1:66/7 1:66/8
**saves [1]** 1:66/10
**saw [17]** 1:5/7 1:14/9 1:16/15 1:19/13 1:19/14 1:19/14 1:22/19 1:25/5 1:40/24 1:44/19 1:59/5 1:60/7 1:60/9 1:90/21 1:94/24 1:94/24 1:113/10
**say [53]** 1:6/3 1:6/6 1:11/25 1:19/22 1:20/11 1:22/18 1:23/19 1:24/15 1:31/13 1:31/17 1:34/4 1:37/10 1:43/20 1:45/25 1:52/23 1:54/3 1:54/8 1:58/21 1:61/20 1:66/16 1:67/7 1:67/9 1:69/5 1:69/10 1:78/17 1:84/15 1:86/14 1:88/20 1:90/4 1:93/2 1:93/12 1:95/2 1:96/17 1:97/15 1:98/13 1:100/12 1:104/18 1:105/19 1:106/17 1:106/24 1:110/22 1:110/23 1:114/20 1:114/20 1:115/19 1:116/20 1:119/4 1:121/1 1:122/7 1:124/3 1:124/24 1:128/10 1:131/14
**saying [18]** 1:5/3 1:17/12 1:17/17 1:35/21 1:36/6 1:36/15 1:36/17 1:43/4 1:76/17 1:93/12 1:102/9 1:102/10 1:109/8 1:120/8 1:121/21 1:124/10 1:126/14 1:128/8

**says [17]** 1:24/6 1:24/6 1:28/7 1:33/25 1:34/14 1:34/14 1:34/17 1:35/3 1:35/20 1:35/21 1:39/7 1:39/20 1:76/10 1:84/20 1:89/8 1:110/23 1:114/9
**scan [2]** 1:70/3 1:70/5
**scared [1]** 1:84/17
**scene [3]** 1:12/1 1:12/2 1:113/16
**schedule [5]** 1:133/13 1:134/9 1:136/19 1:137/18 1:137/20
**schema [1]** 1:13/5
**SCHLADWEILER [2]** 1:1/20 1:2/18
**science [1]** 1:114/2
**Scott [8]** 1:3/6 1:7/21 1:8/1 1:8/3 1:8/11 1:87/23 1:89/3 1:121/23
**scrape [3]** 1:95/24 1:96/15 1:103/11
**scraping [1]** 1:48/18
**scratch [1]** 1:11/10
**screen [9]** 1:34/11 1:54/16 1:54/17 1:54/18 1:62/15 1:62/17 1:62/20 1:89/8 1:114/9
**screengrab [1]** 1:46/6
**screenshot [2]** 1:65/4 1:68/6
**script [1]** 1:29/25
**SDK [38]** 1:4/25 1:6/18 1:27/4 1:38/4 1:38/6 1:38/13 1:39/13 1:42/7 1:42/10 1:46/9 1:46/23 1:47/5 1:65/3 1:66/24 1:67/14 1:78/18 1:78/22 1:98/17 1:110/4 1:110/7 1:110/12 1:110/21 1:110/25 1:111/1 1:112/15 1:118/1 1:122/1 1:122/4 1:122/7 1:122/22 1:123/2 1:123/10 1:123/14 1:123/19 1:123/22 1:123/25 1:124/4 1:124/5
**SDKs [1]** 1:37/25
**search [1]** 1:90/12
**searched [1]** 1:41/25
**seated [4]** 1:2/16 1:8/6 1:82/18 1:87/5
**sec [1]** 1:63/5
**second [11]** 1:13/8 1:14/15 1:84/17 1:91/18 1:95/5 1:98/1 1:101/1 1:101/19 1:102/22 1:126/16 1:127/8
**secondly [1]** 1:76/3

**secret [13]** 1:32/16 1:32/22 1:32/24 1:95/4 1:95/7 1:95/8 1:99/9 1:99/11 1:105/1 1:111/12 1:112/19 1:117/23 1:123/12
**secrets [2]** 1:30/12 1:32/24
**section [1]** 1:34/23
**secure [2]** 1:9/24 1:116/7
**see [57]** 1:11/22 1:13/1 1:17/5 1:17/12 1:25/1 1:27/4 1:28/22 1:32/13 1:32/25 1:33/16 1:34/5 1:34/7 1:34/8 1:34/14 1:34/14 1:34/22 1:34/24 1:35/20 1:38/1 1:38/6 1:41/4 1:41/11 1:41/19 1:44/11 1:44/21 1:45/5 1:47/25 1:49/20 1:50/4 1:53/4 1:54/25 1:55/4 1:56/24 1:60/11 1:61/25 1:65/10 1:68/4 1:78/16 1:81/14 1:89/24 1:92/19 1:94/4 1:94/13 1:96/18 1:99/21 1:106/16 1:113/15 1:118/1 1:122/5 1:122/13 1:123/15 1:123/19 1:125/9 1:129/12 1:131/12 1:133/10 1:134/6
**seeing [6]** 1:15/19 1:24/7 1:25/4 1:50/1 1:83/22 1:122/12
**seem [1]** 1:90/18
**seems [6]** 1:6/2 1:6/6 1:68/16 1:73/19 1:73/20 1:91/3
**seen [4]** 1:60/11 1:113/7 1:113/9 1:119/18
**sees [1]** 1:99/16
**sell [1]** 1:125/13
**selling [1]** 1:112/21
**send [4]** 1:17/24 1:18/4 1:123/13 1:123/21
**sending [4]** 1:16/21 1:17/25 1:18/5 1:18/5
**sends [3]** 1:18/9 1:20/10 1:22/7
**sense [6]** 1:19/16 1:42/14 1:44/15 1:79/11 1:120/16 1:121/9
**sent [5]** 1:16/11 1:23/1 1:28/10 1:61/10 1:113/11
**sentence [1]** 1:91/18
**September [1]** 1:103/17
**sequence [15]**

1:37/12 1:59/4 1:63/1 1:63/2 1:63/9 1:63/10 1:63/24 1:65/3 1:78/8 1:83/13 1:85/9 1:85/10 1:86/6 1:86/11 1:92/8
**series [1]** 1:92/2
**serve [3]** 1:20/16 1:32/20 1:33/3
**server [1]** 1:28/17
**serves [2]** 1:32/19 1:44/14
**service [9]** 1:8/16 1:46/8 1:71/14 1:72/1 1:72/20 1:73/11 1:73/11 1:75/5 1:121/17
**services [3]** 1:9/16 1:72/7 1:73/7
**session [4]** 1:123/11 1:123/13 1:123/14 1:123/20
**set [8]** 1:53/17 1:81/12 1:112/23 1:133/1 1:133/2 1:133/4 1:134/3 1:134/6
**setting [1]** 1:93/3
**share [1]** 1:57/22
**sharing [1]** 1:9/23
**shift [1]** 1:102/18
**shifting [1]** 1:105/5
**short [1]** 1:132/23
**shorter [1]** 1:82/24
**should [10]** 1:5/23 1:19/1 1:37/8 1:63/7 1:101/7 1:110/14 1:121/10 1:130/12 1:134/1 1:137/14
**shoulder [1]** 1:62/12
**shouldn't [1]** 1:110/15
**show [23]** 1:16/9 1:29/16 1:34/5 1:43/6 1:43/14 1:43/25 1:61/8 1:61/19 1:66/8 1:74/23 1:75/12 1:83/16 1:83/20 1:83/21 1:84/11 1:90/3 1:90/6 1:95/11 1:95/11 1:114/14 1:118/2 1:119/14 1:123/14
**showed [10]** 1:47/4 1:47/6 1:47/23 1:61/5 1:69/14 1:78/25 1:79/8 1:95/10 1:95/16 1:119/9
**showing [11]** 1:27/24 1:28/3 1:29/20 1:30/23 1:37/22 1:38/2 1:39/18 1:40/10 1:41/2 1:44/8 1:96/18
**shown [13]** 1:27/19 1:39/3 1:63/1 1:63/9 1:64/3 1:64/12 1:66/5 1:66/11 1:70/11 1:70/15 1:70/20 1:85/20 1:119/16
**shows [7]** 1:67/1

1:67/21 1:68/2 1:68/6 1:69/22 1:70/6 1:70/19
**side [9]** 1:21/13 1:21/16 1:21/23 1:27/19 1:28/15 1:38/21 1:80/5 1:98/2 1:127/12
**sign [1]** 1:84/4
**signed [2]** 1:56/24 1:61/13
**significance [1]** 1:55/1
**significant [1]** 1:76/11
**similar [6]** 1:23/11 1:26/11 1:69/13 1:70/15 1:75/5 1:113/8
**similarities [8]** 1:75/23 1:76/1 1:76/4 1:83/19 1:87/20 1:92/1 1:92/8 1:115/6
**simple [4]** 1:53/5 1:53/10 1:80/18 1:80/18
**simply [3]** 1:12/25 1:46/9 1:66/3
**since [4]** 1:14/19 1:42/19 1:52/12 1:121/24
**single [1]** 1:18/16
**sir [12]** 1:52/9 1:108/19 1:109/1 1:109/6 1:109/22 1:110/1 1:112/16 1:113/23 1:114/3 1:114/25 1:115/13 1:116/4
**sit [1]** 1:70/25
**site [1]** 1:38/13
**six [3]** 1:53/21 1:101/11 1:114/17
**SKU [1]** 1:125/9
**SKU-level [1]** 1:125/9
**SL [1]** 1:44/12
**Slack [1]** 1:57/18
**slide [44]** 1:27/24 1:28/1 1:28/4 1:28/4 1:28/24 1:28/25 1:29/21 1:30/3 1:30/16 1:30/21 1:30/24 1:31/22 1:32/4 1:32/6 1:32/8 1:33/1 1:37/21 1:37/22 1:38/2 1:39/2 1:39/3 1:39/18 1:42/24 1:42/25 1:44/7 1:59/22 1:59/24 1:60/2 1:61/21 1:63/2 1:63/10 1:64/21 1:65/2 1:66/3 1:66/5 1:67/1 1:67/21 1:67/23 1:68/2 1:68/6 1:68/12 1:69/9 1:79/1 1:83/10
**Slide 10 [1]** 1:29/21
**Slide 11 [2]** 1:30/3 1:30/16
**Slide 12 [1]** 1:30/24
**Slide 14 [1]** 1:31/22
**Slide 15 [4]** 1:32/4

**S**

**Slide 15... [3]** 1:32/8 1:61/21 1:63/2
**Slide 16 [3]** 1:33/1 1:37/21 1:37/22
**Slide 17 [1]** 1:38/2
**Slide 18 [4]** 1:39/2 1:39/3 1:64/21 1:65/2
**Slide 19 [2]** 1:66/3 1:66/5
**Slide 20 [2]** 1:39/18 1:67/1
**Slide 22 [2]** 1:67/23 1:68/2
**Slide 23 [4]** 1:42/24 1:42/25 1:44/7 1:68/6
**Slide 6 [2]** 1:27/24 1:28/4
**Slide 7 [2]** 1:28/1 1:28/4
**Slide 8 [1]** 1:28/24
**Slide 9 [1]** 1:28/25
**slides [13]** 1:3/21 1:7/17 1:16/9 1:27/12 1:27/17 1:29/7 1:59/14 1:60/14 1:60/17 1:66/12 1:70/12 1:70/20 1:110/20
**slightly [2]** 1:68/19 1:69/14
**slower [1]** 1:17/10
**small [1]** 1:99/24
**snap [1]** 1:101/3
**snapshot [3]** 1:45/16 1:70/3 1:70/5
**snapshots [1]** 1:45/6
**sniffer [2]** 1:48/15 1:112/7
**sniffing [1]** 1:122/17
**so [211]**
**so-called [1]** 1:31/3
**software [17]** 1:14/23 1:27/9 1:30/9 1:40/16 1:40/16 1:65/24 1:72/7 1:72/18 1:73/7 1:73/13 1:73/16 1:84/22 1:84/24 1:84/25 1:85/21 1:122/24 1:123/23
**sold [1]** 1:9/15
**sole [1]** 1:117/11
**solution [4]** 1:4/15 1:12/4 1:26/2 1:26/6
**solves [1]** 1:127/6
**some [29]** 1:8/25 1:16/7 1:16/9 1:27/12 1:28/21 1:30/1 1:38/14 1:40/8 1:47/8 1:47/9 1:49/22 1:49/22 1:50/13 1:54/8 1:74/9 1:74/11 1:75/1 1:75/14 1:82/20 1:90/24 1:96/3 1:97/22 1:102/15 1:102/23 1:105/7 1:119/1 1:124/6 1:132/6 1:135/25

**somebody [5]** 1:57/22 1:86/16 1:90/24 1:118/5 1:118/12
**someone [9]** 1:25/15 1:50/6 1:97/10 1:103/19 1:113/10 1:119/13 1:120/20 1:121/15 1:125/15
**something [17]** 1:17/22 1:20/18 1:22/3 1:31/13 1:37/7 1:50/3 1:55/10 1:58/1 1:66/6 1:95/17 1:106/3 1:109/20 1:119/6 1:119/12 1:127/8 1:133/20 1:133/21
**somewhere [1]** 1:79/4
**son [1]** 1:133/11
**soon [2]** 1:54/19 1:137/11
**sorry [23]** 1:15/22 1:19/18 1:24/11 1:32/12 1:33/7 1:34/20 1:41/23 1:51/21 1:55/24 1:56/19 1:58/12 1:72/14 1:72/15 1:77/6 1:91/16 1:102/21 1:102/22 1:105/22 1:108/15 1:110/9 1:110/16 1:111/4 1:127/25
**sort [2]** 1:74/11 1:75/1
**sorts [1]** 1:130/22
**soul [1]** 1:100/1
**sounds [3]** 1:16/15 1:82/10 1:88/9
**source [55]** 1:12/7 1:13/12 1:20/6 1:22/23 1:25/7 1:25/7 1:27/5 1:28/8 1:28/9 1:28/10 1:28/12 1:30/1 1:30/17 1:31/19 1:31/23 1:36/9 1:36/13 1:38/16 1:38/23 1:39/7 1:39/16 1:40/3 1:40/11 1:40/11 1:40/23 1:41/2 1:41/4 1:41/17 1:43/8 1:44/21 1:44/23 1:47/6 1:67/18 1:74/20 1:77/6 1:78/15 1:84/22 1:85/5 1:85/8 1:89/1 1:89/2 1:89/2 1:95/8 1:96/1 1:101/11 1:102/3 1:103/12 1:104/23 1:105/3 1:112/23 1:118/13 1:118/16 1:119/8 1:119/10 1:130/20
**sources [1]** 1:39/7
**space [1]** 1:124/3
**speak [1]** 1:15/4
**special [3]** 1:27/6 1:27/8 1:40/16
**specialist [3]** 1:114/1 1:114/2 1:114/4
**specialized [9]** 1:26/21 1:40/14

**somebody [5]** 1:57/22 1:47/10 1:108/4 1:108/5 1:108/5 1:108/22 1:109/19 1:115/16
**specific [10]** 1:7/10 1:15/21 1:46/16 1:78/6 1:89/18 1:91/20 1:92/22 1:94/1 1:112/8 1:116/6
**specifically [3]** 1:6/4 1:56/12 1:90/22
**specifics [1]** 1:92/25
**specifies [1]** 1:37/17
**specifying [1]** 1:34/3
**speculating [2]** 1:112/16 1:129/17
**speculation [2]** 1:58/24 1:132/8
**speed [1]** 1:50/8
**spell [2]** 1:7/25 1:86/23
**spend [3]** 1:53/25 1:103/24 1:125/19
**spends [1]** 1:103/24
**spent [4]** 1:80/17 1:80/17 1:80/20 1:103/23
**spot [2]** 1:34/21 1:91/5
**spotted [1]** 1:59/3
**SSL [1]** 1:116/17
**stand [5]** 1:6/1 1:7/20 1:7/22 1:58/21 1:86/20
**standard [4]** 1:27/14 1:66/25 1:72/21 1:124/1
**standards [1]** 1:133/25
**standing [1]** 1:86/22
**stands [4]** 1:28/20 1:43/17 1:43/18 1:100/7
**star [6]** 1:118/7 1:118/8 1:125/4 1:125/16 1:125/17 1:126/1
**start [5]** 1:10/22 1:77/16 1:91/12 1:122/17 1:135/6
**started [8]** 1:9/6 1:9/12 1:9/20 1:10/23 1:15/15 1:89/12 1:103/16 1:133/11
**starters [2]** 1:88/1 1:110/18
**Starting [1]** 1:134/16
**starts [3]** 1:19/5 1:68/23 1:68/23
**startup [1]** 1:113/6
**state [3]** 1:7/24 1:8/9 1:86/23
**statement [2]** 1:46/22 1:47/1
**statements [7]** 1:26/19 1:45/8 1:47/9 1:48/21 1:49/12

**STATES [3]** 1:1/1 1:1/15 1:10/1
**static [1]** 1:17/5
**status [1]** 1:25/20
**steal [4]** 1:5/15 1:113/21 1:114/23 1:124/20
**steals [1]** 1:100/9
**stenographic [1]** 1:138/19
**step [10]** 1:20/24 1:22/21 1:42/15 1:42/15 1:77/14 1:104/5 1:104/6 1:119/7 1:126/21 1:126/23
**stepping [1]** 1:46/14
**steps [3]** 1:10/18 1:81/20 1:107/19
**stick [2]** 1:17/2 1:33/16
**still [11]** 1:31/16 1:31/17 1:40/21 1:41/3 1:41/15 1:41/16 1:60/19 1:69/14 1:80/24 1:97/7 1:136/2
**stipulate [1]** 1:127/16
**stipulated [3]** 1:98/4 1:98/5 1:127/14
**stole [5]** 1:4/1 1:4/3 1:103/16 1:111/12 1:114/22
**stolen [4]** 1:84/18 1:90/23 1:126/5 1:132/5
**stop [10]** 1:13/8 1:17/24 1:89/15 1:89/15 1:97/13 1:100/14 1:102/22 1:108/15 1:108/25 1:127/7
**stopped [2]** 1:97/20 1:97/22
**stops [2]** 1:9/4 1:52/18
**Storage [1]** 1:35/10
**store [2]** 1:37/24 1:113/4
**story [2]** 1:133/9 1:137/5
**Street [1]** 1:1/13
**string [42]** 1:12/9 1:12/10 1:13/14 1:13/15 1:13/22 1:14/17 1:18/8 1:18/12 1:18/15 1:18/19 1:18/23 1:19/4 1:19/9 1:19/14 1:19/22 1:20/3 1:20/7 1:20/11 1:20/14 1:23/20 1:23/20 1:24/2 1:24/18 1:24/25 1:25/8 1:36/13 1:39/22 1:53/3 1:55/13 1:55/17 1:58/8 1:58/12 1:58/13 1:59/1 1:59/6 1:59/10 1:64/10

**strings [5]** 1:15/16 1:16/16 1:17/13 1:18/2 1:18/7
**strongly [1]** 1:119/21
**structure [5]** 1:15/16 1:25/4 1:36/21 1:37/8 1:92/9
**structured [1]** 1:121/2
**stuff [2]** 1:83/6 1:112/7
**submit [9]** 1:53/14 1:53/17 1:56/17 1:82/3 1:93/21 1:115/4 1:115/6 1:115/9 1:138/1
**submitted [18]** 1:46/3 1:53/23 1:56/19 1:56/21 1:56/23 1:57/1 1:57/5 1:57/7 1:61/13 1:61/16 1:70/6 1:74/22 1:75/15 1:93/14 1:94/11 1:104/7 1:115/3 1:119/22
**subscriptions [4]** 1:89/24 1:89/25 1:99/21 1:125/10
**substantial [1]** 1:92/1
**success [1]** 1:84/12
**such [9]** 1:8/17 1:9/10 1:10/8 1:21/21 1:27/3 1:50/21 1:84/25 1:101/25 1:116/11
**suffer [2]** 1:124/24 1:126/8
**sufficient [6]** 1:98/3 1:98/6 1:100/19 1:127/14 1:127/16 1:132/2
**suggests [1]** 1:91/23
**Sunday [2]** 1:135/2 1:135/3
**superior [1]** 1:14/13
**supported [1]** 1:94/1
**supposed [1]** 1:75/12
**sure [24]** 1:7/15 1:9/10 1:12/24 1:26/16 1:26/17 1:27/10 1:38/5 1:42/20 1:43/2 1:43/21 1:43/23 1:45/20 1:57/14 1:66/17 1:82/13 1:110/25 1:111/1 1:111/3 1:121/11 1:121/12 1:127/10 1:133/13 1:133/17 1:138/10
**surprise [1]** 1:74/3
**surprised [1]** 1:137/24
**surrounding [3]** 1:4/11 1:6/11 1:14/10
**suspicion [1]** 1:131/23
**suspicious [4]** 1:14/10 1:103/9 1:103/10 1:104/1

**S**

**swim [1]** 1:133/13
**swimming [1]** 1:133/12
**switch [1]** 1:125/21
**switching [5]** 1:9/13 1:49/2 1:117/21 1:125/5 1:125/21
**sworn [2]** 1:8/4 1:87/3
**synonymous [1]** 1:65/22
**system [8]** 1:22/5 1:26/1 1:26/5 1:55/4 1:58/16 1:74/12 1:119/2 1:123/8
**systems [3]** 1:9/22 1:9/23 1:123/8

**T**

**T [5]** 1:8/2 1:8/2 1:8/2 1:103/19 1:103/20
**T-Mobile [2]** 1:103/19 1:103/20
**take [34]** 1:3/25 1:4/4 1:24/1 1:24/17 1:50/7 1:51/17 1:53/2 1:54/24 1:65/14 1:67/13 1:76/20 1:81/20 1:82/16 1:84/4 1:86/5 1:89/17 1:96/8 1:96/10 1:96/17 1:97/7 1:98/11 1:98/21 1:101/6 1:103/12 1:106/1 1:107/19 1:119/21 1:124/25 1:127/5 1:127/21 1:128/8 1:129/9 1:131/16 1:133/12
**taken [22]** 1:7/12 1:82/17 1:83/6 1:87/15 1:98/3 1:98/4 1:101/8 1:117/12 1:119/17 1:127/1 1:127/13 1:127/15 1:127/24 1:128/12 1:128/17 1:129/3 1:130/2 1:131/2 1:131/22 1:131/23 1:132/13 1:132/16
**takes [2]** 1:118/23 1:121/15
**taking [1]** 1:118/16
**talk [9]** 1:21/9 1:64/11 1:100/25 1:101/18 1:109/13 1:117/16 1:124/8 1:132/22 1:133/15
**talked [1]** 1:130/6
**talking [12]** 1:11/7 1:21/10 1:26/12 1:33/8 1:59/12 1:64/14 1:64/24 1:78/5 1:88/10 1:104/20 1:111/6 1:134/15
**Target [1]** 1:9/11
**task [2]** 1:75/9

**tasks [2]** 1:50/15 1:50/20
**team [10]** 1:10/19 1:12/17 1:12/19 1:33/19 1:49/2 1:89/19 1:113/10 1:115/16 1:116/18 1:117/7
**teams [1]** 1:9/2
**tech [1]** 1:72/23
**technical [2]** 1:7/22 1:16/24
**techniques [14]** 1:27/14 1:31/18 1:31/20 1:47/10 1:47/17 1:47/23 1:48/18 1:107/25 1:108/2 1:108/4 1:108/6 1:108/22 1:112/18 1:115/17
**technology [24]** 1:2/23 1:8/15 1:8/16 1:8/23 1:8/25 1:9/4 1:9/12 1:10/2 1:10/4 1:10/5 1:10/8 1:10/10 1:10/14 1:10/18 1:11/13 1:30/8 1:49/10 1:51/19 1:52/9 1:93/23 1:102/4 1:102/7 1:102/10 1:118/11
**tell [13]** 1:25/3 1:54/6 1:68/22 1:68/25 1:70/25 1:71/25 1:81/25 1:86/10 1:87/17 1:120/9 1:133/9 1:134/19 1:137/4
**telling [7]** 1:33/16 1:43/21 1:43/24 1:44/2 1:51/11 1:56/5 1:113/17
**tells [2]** 1:20/20 1:103/21
**tempStorage [2]** 1:34/15 1:37/13
**tempStorage.intercep tedData.appleFrameI d [1]** 1:34/18
**ten [3]** 1:9/25 1:51/20 1:120/12
**term [3]** 1:6/9 1:74/5 1:74/7
**terminology [1]** 1:124/7
**terms [13]** 1:46/8 1:71/13 1:71/21 1:72/1 1:72/3 1:72/10 1:72/20 1:73/11 1:73/11 1:101/24 1:111/7 1:112/2 1:121/17
**test [10]** 1:11/21 1:43/3 1:53/3 1:54/25 1:55/25 1:58/5 1:86/5 1:97/12 1:118/24 1:118/25
**testified [11]** 1:8/4

1:75/10
1:58/14 1:59/2 1:70/2 1:71/3 1:74/8 1:87/3 1:130/24 1:131/8
**testify [10]** 1:4/7 1:4/9 1:4/13 1:5/6 1:5/14 1:6/16 1:6/19 1:7/14 1:54/11 1:88/16
**testifying [2]** 1:52/21 1:57/2
**testimony [36]** 1:20/9 1:22/6 1:40/7 1:43/13 1:45/18 1:47/20 1:51/21 1:53/1 1:58/6 1:62/1 1:65/19 1:71/4 1:71/18 1:72/11 1:75/23 1:81/6 1:86/8 1:87/9 1:90/1 1:93/17 1:101/2 1:102/17 1:105/19 1:105/24 1:106/10 1:107/10 1:107/15 1:108/17 1:110/1 1:115/13 1:119/5 1:120/6 1:120/14 1:130/25 1:132/3 1:132/12
**testing [1]** 1:13/1
**text [2]** 1:40/18 1:90/25
**than [23]** 1:25/8 1:27/4 1:27/7 1:37/9 1:38/7 1:51/20 1:58/18 1:79/10 1:85/22 1:87/16 1:88/10 1:100/11 1:100/11 1:109/25 1:112/22 1:115/20 1:119/23 1:119/24 1:127/21 1:128/9 1:128/12 1:130/21 1:131/2
**Thank [20]** 1:2/24 1:3/8 1:8/6 1:15/25 1:25/18 1:44/5 1:51/23 1:59/23 1:63/20 1:75/21 1:87/5 1:87/8 1:91/10 1:105/18 1:109/3 1:126/17 1:126/24 1:130/3 1:130/14 1:138/11
**that [727]**
**that's [82]** 1:3/10 1:3/11 1:5/1 1:5/12 1:6/7 1:6/10 1:6/20 1:6/23 1:7/4 1:10/2 1:10/6 1:15/22 1:16/24 1:18/24 1:20/13 1:21/6 1:23/5 1:35/14 1:35/18 1:36/2 1:36/18 1:37/8 1:37/16 1:46/18 1:47/20 1:50/25 1:52/19 1:53/13 1:62/21 1:63/1 1:63/9 1:63/14 1:64/3 1:64/5 1:64/5 1:64/22 1:65/8 1:66/11 1:66/24 1:67/8 1:67/21 1:70/20

1:74/20 1:75/10 1:82/24 1:84/6 1:84/7 1:85/5 1:86/13 1:86/25 1:92/14 1:94/3 1:99/3 1:103/6 1:105/1 1:105/5 1:105/25 1:110/1 1:110/1 1:111/6 1:112/1 1:114/20 1:121/11 1:121/12 1:122/4 1:124/2 1:124/6 1:126/6 1:128/6 1:129/11 1:129/17 1:130/23 1:131/7 1:131/16 1:131/24 1:132/2 1:132/18 1:133/24 1:136/9 1:134/23 1:136/12
**their [67]** 1:6/4 1:6/5 1:6/21 1:8/17 1:8/18 1:9/23 1:9/23 1:12/7 1:13/12 1:19/15 1:21/16 1:22/2 1:24/25 1:25/24 1:29/23 1:37/8 1:38/5 1:40/10 1:42/10 1:43/7 1:46/8 1:47/4 1:49/16 1:49/18 1:49/25 1:50/5 1:50/10 1:62/22 1:67/18 1:71/6 1:71/10 1:77/8 1:79/10 1:80/6 1:93/16 1:94/12 1:94/12 1:94/16 1:95/15 1:97/11 1:97/13 1:98/17 1:98/19 1:101/3 1:101/7 1:102/8 1:102/9 1:102/11 1:103/13 1:103/20 1:104/19 1:104/20 1:104/21 1:110/12 1:110/24 1:112/20 1:114/7 1:114/10 1:115/18 1:115/23 1:119/2 1:123/1 1:123/8 1:123/15 1:127/20 1:129/10 1:135/25
**theirs [5]** 1:36/21 1:100/8 1:115/19 1:115/20 1:124/4
**them [31]** 1:5/4 1:9/13 1:21/20 1:27/19 1:27/20 1:30/8 1:30/8 1:30/9 1:32/25 1:59/12 1:59/19 1:62/9 1:68/23 1:71/10 1:71/21 1:73/15 1:79/22 1:96/18 1:97/2 1:100/5 1:102/12 1:103/18 1:103/19 1:112/17 1:113/5 1:117/20 1:118/2 1:123/10 1:123/21 1:126/9 1:127/5
**themselves [3]**

1:15/17 1:59/12 1:74/4
**then [84]** 1:5/6 1:7/4 1:10/21 1:11/21 1:14/3 1:15/11 1:20/9 1:21/3 1:21/18 1:24/1 1:24/6 1:24/7 1:28/24 1:29/2 1:30/20 1:31/24 1:32/8 1:35/24 1:36/2 1:39/10 1:39/17 1:40/23 1:41/4 1:41/7 1:41/17 1:41/21 1:55/2 1:55/22 1:56/1 1:58/4 1:62/17 1:66/21 1:67/6 1:67/20 1:68/6 1:79/23 1:82/4 1:88/7 1:88/14 1:89/2 1:89/23 1:90/23 1:95/22 1:95/23 1:95/25 1:96/14 1:96/15 1:96/15 1:96/16 1:97/23 1:105/10 1:106/13 1:106/17 1:107/25 1:108/13 1:108/13 1:120/17 1:120/18 1:120/20 1:121/15 1:122/15 1:122/16 1:122/17 1:122/18 1:123/13 1:123/17 1:123/20 1:126/21 1:126/21 1:126/23 1:128/14 1:128/25 1:129/6 1:130/9 1:132/5 1:132/11 1:133/6 1:134/7 1:134/10 1:136/7 1:136/17 1:136/19 1:136/23 1:138/7
**theories [1]** 1:59/11
**theory [1]** 1:122/16
**there [82]** 1:6/10 1:6/10 1:7/18 1:9/15 1:12/21 1:14/9 1:14/9 1:18/1 1:19/4 1:20/19 1:21/16 1:21/25 1:26/18 1:27/8 1:28/18 1:31/9 1:31/16 1:31/17 1:32/5 1:33/3 1:33/6 1:33/13 1:33/15 1:33/16 1:34/6 1:36/2 1:37/1 1:40/12 1:40/21 1:40/21 1:41/3 1:41/8 1:41/15 1:41/16 1:41/18 1:41/24 1:42/1 1:42/18 1:46/21 1:47/14 1:60/8 1:61/6 1:61/22 1:67/7 1:73/19 1:76/4 1:76/22 1:78/16 1:79/4 1:87/22 1:89/15 1:92/18 1:94/19 1:94/22 1:94/25 1:95/4 1:101/15 1:101/15 1:101/16 1:104/12 1:106/15 1:108/15 1:109/18 1:110/22 1:111/23 1:113/3 1:117/13 1:118/21

**T**

**there... [14]**  1:118/22 1:119/4 1:119/15 1:122/12 1:124/23 1:125/6 1:130/5 1:130/6 1:131/10 1:132/14 1:133/6 1:134/12 1:136/2 1:137/15

**there's [30]**  1:4/21 1:6/11 1:17/22 1:20/17 1:20/19 1:21/15 1:22/1 1:27/4 1:28/7 1:30/11 1:35/24 1:37/5 1:38/6 1:38/7 1:39/14 1:42/12 1:44/12 1:44/21 1:51/20 1:61/22 1:73/18 1:85/3 1:119/19 1:123/10 1:124/6 1:129/25 1:131/21 1:131/23 1:132/9 1:137/6

**these [18]**  1:18/1 1:39/5 1:49/13 1:50/21 1:59/3 1:60/14 1:60/17 1:68/17 1:69/13 1:91/25 1:92/8 1:94/1 1:103/3 1:109/4 1:111/20 1:118/25 1:121/24 1:125/12

**they [213]**
**they'll [2]**  1:21/8 1:124/20

**they're [17]**  1:18/5 1:18/5 1:32/25 1:37/4 1:37/6 1:68/18 1:76/21 1:101/12 1:102/11 1:103/11 1:121/7 1:121/15 1:122/11 1:122/11 1:125/15 1:125/20 1:125/20

**they've [3]**  1:7/12 1:21/7 1:37/25

**thing [24]**  1:6/10 1:25/13 1:58/6 1:58/7 1:64/9 1:85/4 1:85/5 1:85/7 1:90/21 1:93/3 1:95/1 1:99/16 1:103/2 1:110/20 1:112/25 1:114/11 1:118/1 1:122/15 1:124/9 1:127/6 1:129/12 1:129/25 1:134/6 1:136/23

**things [21]**  1:8/17 1:21/13 1:46/9 1:46/11 1:57/21 1:73/9 1:74/6 1:78/23 1:78/24 1:87/22 1:89/8 1:94/19 1:96/13 1:102/23 1:103/3 1:103/25 1:108/12 1:120/21 1:125/11 1:130/23 1:131/23

**think [66]**  1:3/12 1:5/22 1:14/13 1:14/22

1:20/18 1:26/10 1:36/14 1:36/17 1:43/17 1:46/20 1:52/23 1:54/10 1:58/14 1:61/5 1:66/15 1:67/5 1:71/10 1:72/25 1:73/7 1:73/10 1:73/15 1:74/4 1:76/17 1:78/22 1:81/9 1:83/6 1:84/2 1:91/16 1:94/13 1:98/23 1:99/1 1:99/1 1:104/17 1:121/12 1:124/20 1:128/9 1:129/6 1:130/9 1:130/25 1:131/3 1:131/4 1:131/7 1:131/9 1:131/18 1:131/19 1:131/21 1:131/23 1:132/1 1:132/3 1:132/11 1:132/23 1:132/24 1:132/25 1:133/1 1:133/8 1:134/1 1:134/4 1:134/6 1:134/7 1:134/13 1:135/22 1:135/23 1:136/24 1:136/24 1:137/21 1:138/3

**thinking [2]**  1:37/4 1:37/6
**thinks [1]**  1:114/19
**thirty [2]**  1:99/6 1:99/6
**thirty-five [1]**  1:99/6
**this [309]**
**those [20]**  1:17/17 1:18/21 1:21/22 1:23/24 1:27/17 1:56/12 1:72/3 1:73/7 1:73/9 1:73/12 1:73/19 1:75/12 1:75/15 1:78/7 1:83/9 1:104/17 1:112/9 1:112/12 1:112/18 1:122/18

**though [5]**  1:42/13 1:64/24 1:72/25 1:78/17 1:127/8
**thought [13]**  1:5/7 1:5/10 1:5/12 1:14/20 1:17/25 1:24/17 1:59/4 1:59/6 1:61/18 1:76/22 1:86/9 1:105/19 1:131/11
**thousands [2]**  1:9/14 1:73/18
**three [4]**  1:50/24 1:77/18 1:99/8 1:137/18
**through [17]**  1:7/17 1:11/7 1:20/2 1:29/14 1:46/14 1:56/22 1:59/2 1:62/13 1:65/2 1:88/3 1:91/12 1:95/24 1:99/20 1:107/11 1:108/3 1:108/11 1:111/13

**throw [2]**  1:120/23 1:134/11
**thunder [1]**  1:5/15
**Thursday [1]**  1:1/10
**tickets [1]**  1:75/3
**time [33]**  1:5/9 1:17/4 1:17/8 1:19/15 1:20/12 1:21/4 1:23/21 1:32/3 1:43/1 1:45/3 1:45/7 1:51/10 1:51/24 1:53/25 1:56/22 1:62/9 1:69/15 1:69/17 1:75/20 1:80/20 1:82/23 1:93/18 1:96/17 1:103/23 1:105/7 1:112/1 1:113/12 1:114/24 1:120/12 1:124/3 1:124/10 1:136/1 1:137/19
**timeframe [1]**  1:11/25
**times [9]**  1:50/23 1:67/14 1:74/17 1:76/7 1:92/24 1:100/11 1:103/14 1:111/2 1:128/13
**title [1]**  1:8/22
**today [21]**  1:2/20 1:8/12 1:60/18 1:70/25 1:71/23 1:76/20 1:79/19 1:80/21 1:82/2 1:82/8 1:85/6 1:87/10 1:93/17 1:110/19 1:111/21 1:115/13 1:119/9 1:130/1 1:131/9 1:133/8 1:133/8
**together [2]**  1:10/13 1:88/13
**token [4]**  1:58/20 1:61/23 1:64/5 1:123/12
**told [8]**  1:14/8 1:24/17 1:24/20 1:24/23 1:36/23 1:83/13 1:86/5 1:90/24
**tomorrow [2]**  1:82/9 1:82/9
**tons [1]**  1:16/20
**too [6]**  1:15/22 1:15/23 1:15/24 1:15/24 1:47/25 1:84/7
**took [17]**  1:4/2 1:12/15 1:56/1 1:89/4 1:89/11 1:89/13 1:95/2 1:95/3 1:97/10 1:98/12 1:98/14 1:102/10 1:113/12 1:119/23 1:131/15 1:131/15 1:131/17
**tool [10]**  1:48/9 1:57/19 1:57/21 1:108/21 1:109/15 1:115/14 1:116/6 1:116/6 1:116/11 1:116/15

**tools [22]**  1:26/21 1:27/6 1:27/8 1:27/9 1:30/9 1:40/14 1:40/16 1:47/10 1:48/18 1:107/24 1:108/2 1:108/4 1:108/6 1:108/11 1:108/22 1:109/4 1:109/9 1:112/5 1:112/6 1:115/16 1:116/18 1:116/19
**top [6]**  1:9/25 1:10/14 1:21/19 1:38/24 1:40/20 1:73/22
**touch [3]**  1:11/18 1:23/8 1:85/24
**touched [3]**  1:85/20 1:120/12 1:121/24
**track [2]**  1:74/16 1:75/8
**trade [14]**  1:30/11 1:32/16 1:32/22 1:32/23 1:32/24 1:95/4 1:95/7 1:95/8 1:99/9 1:99/11 1:105/1 1:111/12 1:112/19 1:117/23
**traded [1]**  1:9/16
**traffic [3]**  1:48/3 1:116/23 1:122/17
**transact [2]**  1:29/25 1:30/15
**transact.AtomicFI.com [2]**  1:31/1 1:78/25
**transactions [1]**  1:73/16
**transcript [3]**  1:86/14 1:127/9 1:138/19
**transfer [1]**  1:57/20
**transit [1]**  1:116/12
**transmitted [1]**  1:58/2
**TRAURIG [2]**  1:1/19 1:2/18
**trial [18]**  1:81/1 1:90/19 1:133/1 1:133/2 1:133/13 1:133/16 1:133/22 1:133/24 1:133/25 1:134/7 1:134/8 1:134/10 1:134/16 1:134/24 1:136/4 1:136/12 1:137/22 1:138/6
**trial-wise [1]**  1:133/16
**tried [5]**  1:7/11 1:104/14 1:113/5 1:113/5 1:113/7
**trigger [4]**  1:11/16 1:11/18 1:88/8 1:88/14
**triggered [2]**  1:92/3 1:118/21
**triggering [1]**  1:23/8
**triggers [2]**  1:114/7 1:114/11

**TRO [18]**  1:3/10 1:76/10 1:81/19 1:81/24 1:82/5 1:83/1 1:84/9 1:84/19 1:85/14 1:112/24 1:129/14 1:129/16 1:129/24 1:130/8 1:130/12 1:130/13 1:132/2 1:132/16
**true [9]**  1:46/9 1:63/9 1:89/3 1:94/20 1:105/21 1:106/8 1:121/11 1:121/12 1:138/18
**TrueAuth [4]**  1:9/18 1:9/19 1:10/2 1:67/17
**truly [3]**  1:101/16 1:101/16 1:118/3
**Trust [1]**  1:102/12
**try [12]**  1:35/21 1:36/18 1:49/21 1:68/20 1:72/5 1:73/5 1:82/7 1:82/8 1:86/1 1:106/1 1:132/24 1:135/23
**trying [6]**  1:45/15 1:63/12 1:95/18 1:103/11 1:113/20 1:113/21
**Tuesday [2]**  1:46/4 1:115/3
**turn [5]**  1:64/20 1:64/21 1:66/3 1:105/6 1:120/18
**turns [2]**  1:63/13 1:130/18
**tutorial [1]**  1:96/12
**twice [2]**  1:79/8 1:79/10
**two [15]**  1:3/6 1:21/13 1:50/24 1:69/14 1:73/7 1:73/12 1:77/16 1:82/14 1:90/18 1:103/8 1:116/1 1:116/2 1:117/17 1:133/19 1:136/12
**tying [1]**  1:112/8
**type [2]**  1:28/14 1:116/6
**typically [1]**  1:31/12

**U**

**U.S [1]**  1:138/23
**Uber [1]**  1:99/18
**Uh [1]**  1:67/12
**Uh-huh [1]**  1:67/12
**ultimately [1]**  1:107/12
**umbrella [1]**  1:78/23
**unauthorized [2]**  1:47/11 1:108/23
**unbearably [1]**  1:118/19
**Unbill [2]**  1:9/13 1:9/13
**uncertainty [1]**

**U**

**uncertainty... [1]** 1:76/12

**under [7]** 1:7/14 1:7/15 1:8/4 1:11/13 1:85/23 1:87/3 1:113/17

**undercut [1]** 1:100/10

**underlying [2]** 1:46/23 1:47/4

**undersell [1]** 1:101/13

**understand [12]** 1:58/15 1:58/17 1:72/3 1:74/6 1:84/13 1:94/4 1:94/5 1:102/15 1:102/21 1:122/22 1:124/17 1:126/7

**understanding [5]** 1:5/5 1:7/11 1:66/15 1:81/19 1:106/3

**understands [1]** 1:58/18

**understood [4]** 1:63/16 1:81/16 1:88/21 1:136/21

**undisputed [1]** 1:6/2

**unfamiliar [1]** 1:67/18

**uninformed [1]** 1:51/20

**unique [1]** 1:11/12

**UNITED [3]** 1:1/1 1:1/15 1:10/1

**universal [1]** 1:28/7

**unless [3]** 1:51/11 1:58/24 1:69/3

**unreadable [1]** 1:116/10

**unremarkable [1]** 1:76/4

**unsure [1]** 1:111/11

**until [5]** 1:4/15 1:35/3 1:40/13 1:50/24 1:53/14

**unusual [8]** 1:12/9 1:13/14 1:24/24 1:38/14 1:51/3 1:59/7 1:64/10 1:103/21

**up [34]** 1:4/15 1:13/3 1:28/4 1:33/2 1:33/12 1:34/13 1:34/22 1:35/8 1:36/5 1:38/7 1:40/13 1:51/7 1:54/16 1:54/21 1:55/11 1:55/13 1:59/19 1:59/21 1:62/15 1:65/16 1:66/13 1:66/15 1:66/21 1:78/24 1:81/12 1:93/3 1:96/12 1:98/1 1:101/19 1:118/20 1:131/12 1:135/1 1:137/15 1:137/24

**updated [1]** 1:46/18

**upfront [1]** 1:131/15

**uploaded [1]** 1:70/1

**uploading [1]**

1:121/21

**URL [63]** 1:17/1 1:17/2 1:17/21 1:17/24 1:17/25 1:18/4 1:18/8 1:18/11 1:19/17 1:19/22 1:20/3 1:20/10 1:20/12 1:20/24 1:21/8 1:22/7 1:22/9 1:22/13 1:22/23 1:23/14 1:23/21 1:24/5 1:27/2 1:30/25 1:32/5 1:40/7 1:41/23 1:42/7 1:44/11 1:44/18 1:45/10 1:46/6 1:46/11 1:46/16 1:68/2 1:68/9 1:69/13 1:69/21 1:70/11 1:70/15 1:70/16 1:70/19 1:70/23 1:71/1 1:88/1 1:88/5 1:88/6 1:88/7 1:88/10 1:88/11 1:88/13 1:88/19 1:88/22 1:92/5 1:95/19 1:95/21 1:95/23 1:95/24 1:95/24 1:96/16 1:118/21 1:118/23 1:122/17

**urls [6]** 1:19/9 1:29/5 1:39/20 1:68/17 1:122/18 1:122/18

**URLs.java [1]** 1:67/2

**us [30]** 1:8/10 1:12/25 1:16/5 1:18/25 1:19/6 1:36/20 1:39/2 1:41/14 1:65/2 1:69/15 1:70/25 1:71/25 1:77/21 1:77/25 1:84/9 1:89/11 1:89/13 1:95/11 1:95/11 1:95/11 1:99/25 1:99/25 1:100/10 1:100/11 1:100/12 1:102/12 1:104/18 1:118/4 1:123/12 1:123/13

**use [64]** 1:11/21 1:12/22 1:14/11 1:17/8 1:23/3 1:23/9 1:26/20 1:27/6 1:31/18 1:33/21 1:34/1 1:36/2 1:36/18 1:36/20 1:37/7 1:37/18 1:47/9 1:47/17 1:48/2 1:48/5 1:48/8 1:48/11 1:48/15 1:48/17 1:49/18 1:49/20 1:51/3 1:57/18 1:74/14 1:75/4 1:75/5 1:76/18 1:77/17 1:84/21 1:92/1 1:92/4 1:92/4 1:96/16 1:97/7 1:98/2 1:98/5 1:98/13 1:102/9 1:103/8 1:103/9 1:103/14 1:103/14 1:104/2 1:104/11 1:109/16 1:109/17 1:112/14 1:114/20 1:114/20 1:118/10 1:121/16 1:122/1 1:123/13

1:127/12 1:127/15 1:127/23 1:128/17 1:129/2 1:130/2

**used [27]** 1:6/3 1:16/16 1:16/20 1:19/22 1:29/12 1:37/3 1:40/14 1:42/9 1:47/23 1:57/24 1:64/5 1:69/10 1:75/1 1:88/7 1:94/25 1:95/14 1:102/5 1:108/4 1:109/9 1:109/12 1:112/7 1:115/13 1:116/7 1:116/15 1:123/23 1:128/4 1:128/22

**user [4]** 1:50/1 1:99/16 1:103/24 1:121/16

**users [7]** 1:8/17 1:9/22 1:50/2 1:103/13 1:103/13 1:119/14 1:123/15

**uses [4]** 1:11/15 1:11/17 1:15/5 1:62/4

**using [18]** 1:15/2 1:15/6 1:15/20 1:19/15 1:20/3 1:23/12 1:25/13 1:27/14 1:33/24 1:46/8 1:76/11 1:78/10 1:92/7 1:103/18 1:108/11 1:109/4 1:110/5 1:112/20

**usual [1]** 1:103/19

**usually [2]** 1:50/24 1:137/18

**utilize [2]** 1:78/3 1:86/5

**V**

**v [2]** 1:1/5 1:97/11

**vacation [4]** 1:53/20 1:56/18 1:56/20 1:61/10

**validated [1]** 1:92/6

**value [7]** 1:12/18 1:12/20 1:36/3 1:53/4 1:56/13 1:59/7 1:100/13

**values [1]** 1:114/14

**variable [3]** 1:6/10 1:114/16 1:114/16

**variables [2]** 1:91/25 1:114/17

**verbatim [1]** 1:97/11

**vercel.app\assets [1]** 1:42/6

**verified [6]** 1:92/15 1:93/8 1:93/15 1:93/23 1:94/22 1:106/6

**verifies [1]** 1:46/20

**verify [4]** 1:89/10 1:93/22 1:117/12 1:117/14

**version [16]** 1:25/24 1:25/25 1:38/5 1:38/21 1:38/24 1:39/4 1:62/7

1:62/11 1:69/16 1:74/1 1:84/15 1:84/22 1:97/21 1:97/23 1:111/2 1:119/17

**versions [5]** 1:26/5 1:27/4 1:38/8 1:38/12 1:47/5

**versus [4]** 1:15/21 1:51/18 1:80/1 1:120/6

**very [36]** 1:11/19 1:12/3 1:12/9 1:12/11 1:13/14 1:14/10 1:17/5 1:38/19 1:47/18 1:63/6 1:69/8 1:70/15 1:77/1 1:77/1 1:81/14 1:84/3 1:89/6 1:97/18 1:101/20 1:101/21 1:106/6 1:117/2 1:117/16 1:117/16 1:117/25 1:119/20 1:121/25 1:124/2 1:126/5 1:128/4 1:130/4 1:136/10 1:136/25 1:136/25 1:137/11 1:138/11

**via [2]** 1:99/18 1:109/11

**VICTOR [2]** 1:1/21 1:2/20

**video [2]** 1:10/13 1:54/13

**view [16]** 1:16/10 1:17/11 1:28/7 1:28/9 1:28/10 1:30/1 1:31/19 1:31/24 1:39/20 1:40/3 1:40/23 1:41/4 1:41/17 1:67/2 1:78/15 1:79/2

**viewed [9]** 1:16/15 1:16/21 1:31/11 1:31/12 1:40/23 1:42/3 1:42/15 1:44/24 1:61/12

**viewing [3]** 1:28/6 1:40/18 1:45/4

**violating [2]** 1:46/6 1:46/7

**virtually [1]** 1:98/20

**visible [1]** 1:122/8

**visibly [1]** 1:46/24

**W**

**W [1]** 1:8/2

**W-E-I-N-E-R-T [1]** 1:8/2

**wage [1]** 1:125/23

**wait [3]** 1:4/17 1:88/6 1:88/6

**waiting [1]** 1:97/24

**walk [2]** 1:7/17 1:29/14

**walked [1]** 1:108/2

**walking [2]** 1:65/2 1:107/11

**wall [1]** 1:20/20

**want [61]** 1:5/14

1:6/3 1:6/6 1:29/14 1:29/16 1:36/15 1:39/22 1:43/1 1:43/21 1:44/9 1:57/21 1:59/20 1:59/21 1:63/5 1:63/18 1:74/9 1:75/19 1:80/24 1:81/4 1:81/18 1:82/1 1:82/20 1:83/4 1:84/1 1:84/8 1:84/20 1:86/1 1:86/15 1:86/16 1:87/14 1:89/15 1:89/15 1:90/9 1:90/16 1:93/11 1:95/6 1:96/3 1:98/1 1:100/17 1:100/25 1:101/18 1:101/20 1:102/14 1:102/22 1:102/23 1:116/4 1:117/16 1:118/5 1:118/5 1:118/7 1:118/7 1:118/9 1:119/4 1:119/8 1:125/14 1:126/21 1:127/8 1:130/4 1:130/11 1:133/14 1:135/24

**wanted [5]** 1:29/2 1:83/5 1:94/3 1:128/11 1:129/21

**was [191]**

**wasn't [12]** 1:5/11 1:17/6 1:55/10 1:56/5 1:56/7 1:56/10 1:56/24 1:61/6 1:62/10 1:98/4 1:127/15 1:128/7

**watching [3]** 1:62/12 1:62/13 1:114/23

**way [26]** 1:5/18 1:17/20 1:20/23 1:21/20 1:29/17 1:31/10 1:31/12 1:34/14 1:34/22 1:46/7 1:51/3 1:67/13 1:71/25 1:77/5 1:93/1 1:93/13 1:96/11 1:103/15 1:115/19 1:115/21 1:116/19 1:119/23 1:119/24 1:130/18 1:133/1 1:136/9

**Wayback [10]** 1:44/8 1:45/1 1:45/3 1:45/10 1:45/16 1:68/7 1:69/9 1:70/9 1:70/10 1:94/16

**ways [6]** 1:91/20 1:103/9 1:103/10 1:109/18 1:110/2 1:110/6

**we [240]**

**We'd [1]** 1:7/21

**we'll [8]** 1:14/15 1:82/8 1:100/12 1:104/21 1:137/5 1:137/8 1:137/11 1:137/17

**we're [16]** 1:33/24 1:36/18 1:36/20 1:43/2 1:70/13 1:84/14

**W**

**we're... [10]**  1:84/16
1:84/16 1:95/6 1:95/12
1:97/15 1:99/24
1:102/16 1:129/24
1:134/24 1:135/19
**we've [2]**  1:40/13
1:86/16
**web [9]**  1:7/8 1:23/3
1:27/7 1:28/6 1:30/25
1:39/20 1:40/18
1:42/10 1:67/1
**webpage [5]**  1:16/8
1:20/17 1:20/19
1:43/15 1:46/16
**website [26]**  1:6/16
1:6/17 1:6/21 1:7/8
1:7/9 1:20/22 1:21/1
1:21/18 1:21/25
1:27/25 1:28/5 1:28/12
1:28/23 1:31/23 1:33/6
1:40/3 1:41/2 1:41/10
1:41/11 1:44/3 1:65/4
1:78/14 1:78/24 1:79/1
1:95/12 1:121/20
**websites [3]**  1:28/21
1:45/5 1:46/15
**week [3]**  1:53/19
1:130/18 1:133/19
**weekend [1]**  1:81/3
**weeks [2]**  1:133/19
1:137/18
**WEINBERG [2]**  1:2/7
1:3/5
**Weinert [31]**  1:3/6
1:4/6 1:4/9 1:5/6
1:6/16 1:6/19 1:7/2
1:7/14 1:7/22 1:8/1
1:8/3 1:8/9 1:8/11
1:8/12 1:25/20 1:27/12
1:27/24 1:28/14
1:29/20 1:32/12
1:37/21 1:40/13 1:44/7
1:45/22 1:48/20
1:51/15 1:77/4 1:89/3
1:120/15 1:128/3
1:131/7
**Weinert's [1]**
1:107/10
**well [34]**  1:2/22
1:3/22 1:21/5 1:22/22
1:24/5 1:25/23 1:27/2
1:32/19 1:37/7 1:43/20
1:45/15 1:47/4 1:56/8
1:56/10 1:58/17
1:59/16 1:62/10 1:66/1
1:66/7 1:66/24 1:84/11
1:94/25 1:102/19
1:105/5 1:105/9
1:105/24 1:106/23
1:110/18 1:121/16
1:121/25 1:129/11
1:132/21 1:134/4
1:136/20
**went [9]**  1:7/16
1:10/16 1:43/4 1:43/5

1:51/16 1:55/21
1:104/8 1:107/22
1:111/13
**were [59]**  1:10/9
1:11/1 1:11/1 1:11/24
1:14/6 1:15/1 1:15/5
1:15/12 1:15/19
1:15/19 1:15/20
1:17/25 1:19/12
1:22/25 1:25/4 1:26/12
1:40/2 1:40/9 1:42/3
1:49/16 1:54/11
1:54/15 1:57/9 1:58/24
1:59/2 1:60/2 1:60/3
1:60/13 1:61/23 1:62/6
1:62/7 1:62/12 1:62/12
1:62/23 1:63/23 1:64/4
1:64/14 1:65/2 1:65/4
1:67/20 1:76/4 1:77/4
1:78/15 1:94/1 1:94/20
1:95/25 1:100/4
1:105/25 1:107/3
1:107/5 1:107/6
1:107/25 1:108/9
1:109/12 1:114/23
1:125/1 1:131/23
1:132/5 1:135/25
**weren't [2]**  1:27/8
1:62/24
**what [167]**
**what's [13]**  1:8/22
1:22/13 1:38/12
1:38/24 1:39/3 1:42/24
1:50/1 1:51/5 1:75/6
1:80/25 1:84/2
1:122/12 1:133/16
**whatever [3]**  1:14/23
1:36/19 1:59/20
**whatsoever [1]**
1:131/22
**when [68]**  1:5/18
1:6/23 1:8/20 1:9/6
1:10/13 1:10/21
1:11/25 1:14/17
1:15/17 1:15/19
1:17/11 1:17/24 1:18/4
1:18/10 1:19/21
1:19/23 1:20/1 1:20/10
1:22/22 1:23/14
1:24/15 1:25/5 1:25/22
1:25/23 1:26/17 1:29/6
1:31/17 1:33/14
1:33/18 1:39/3 1:42/3
1:43/20 1:44/24 1:46/1
1:46/2 1:50/6 1:52/12
1:56/1 1:57/9 1:59/5
1:60/7 1:60/11 1:61/8
1:66/7 1:66/8 1:69/24
1:78/17 1:87/18 1:90/1
1:91/24 1:92/5 1:94/24
1:99/16 1:100/4
1:107/10 1:108/2
1:110/9 1:113/10
1:114/14 1:116/7
1:118/1 1:120/23
1:122/7 1:124/8

1:125/16 1:127/11
1:131/12 1:137/25
**where [40]**  1:3/11
1:6/14 1:8/12 1:11/4
1:22/12 1:22/13 1:24/4
1:24/13 1:25/3 1:25/5
1:26/10 1:28/2 1:28/21
1:29/25 1:31/1 1:34/4
1:34/14 1:37/10 1:40/3
1:41/11 1:42/5 1:43/19
1:43/20 1:43/25
1:47/24 1:65/3 1:69/5
1:69/10 1:82/18 1:90/6
1:90/7 1:90/10 1:92/17
1:96/10 1:96/19
1:107/12 1:109/8
1:109/13 1:125/8
1:130/23
**Whereupon [1]**
1:82/17
**whether [8]**  1:23/12
1:42/9 1:42/11 1:84/22
1:110/3 1:110/4
1:110/5 1:131/24
**which [52]**  1:10/13
1:11/15 1:11/17
1:11/19 1:15/8 1:15/15
1:16/8 1:16/15 1:17/1
1:18/6 1:20/11 1:21/16
1:23/3 1:25/2 1:26/4
1:32/4 1:32/13 1:33/22
1:36/9 1:36/10 1:38/17
1:38/17 1:42/12
1:43/11 1:43/13
1:45/24 1:50/23 1:53/4
1:57/19 1:57/21
1:57/24 1:61/21 1:66/7
1:69/5 1:74/16 1:74/16
1:74/17 1:76/19
1:87/24 1:104/2
1:104/16 1:109/11
1:110/4 1:110/25
1:112/6 1:115/17
1:125/22 1:125/23
1:132/6 1:132/7
1:132/12 1:133/8
**while [6]**  1:11/1
1:61/10 1:62/7
1:109/12 1:121/24
1:129/19
**who [15]**  1:2/23 1:7/1
1:52/24 1:86/4 1:90/18
1:90/23 1:95/15
1:100/2 1:103/8
1:108/6 1:118/5
1:118/12 1:123/2
1:126/15 1:131/1
**who's [1]**  1:125/16
**whole [19]**  1:24/7
1:25/13 1:32/22 1:46/9
1:76/19 1:80/2 1:89/22
1:89/23 1:89/25 1:95/3
1:98/21 1:113/18
1:113/19 1:114/11
1:114/22 1:114/24
1:116/3 1:127/6

1:133/9
**why [71]**  1:3/22 1:7/3
1:7/19 1:15/20 1:19/14
1:21/3 1:21/3 1:21/5
1:25/1 1:27/1 1:28/18
1:29/14 1:30/4 1:31/9
1:32/18 1:33/2 1:33/3
1:33/9 1:33/10 1:36/25
1:38/20 1:39/25 1:41/7
1:42/12 1:45/14
1:46/17 1:46/21 1:47/3
1:47/16 1:49/15
1:50/19 1:51/12
1:53/17 1:58/19 1:59/9
1:63/1 1:68/20 1:69/21
1:76/15 1:79/20
1:79/21 1:79/21
1:80/25 1:81/2 1:83/6
1:83/8 1:83/10 1:86/2
1:87/14 1:94/24 1:97/2
1:97/5 1:98/10
1:100/18 1:103/10
1:105/25 1:106/13
1:113/10 1:113/11
1:117/7 1:117/7
1:118/3 1:118/18
1:120/9 1:123/25
1:124/6 1:125/15
1:127/5 1:128/6
1:136/6 1:136/24
**wife [3]**  1:53/20
1:56/18 1:56/20
**wild [2]**  1:138/3
1:138/5
**will [45]**  1:4/6 1:4/13
1:5/6 1:6/16 1:6/19
1:7/14 1:18/16 1:36/24
1:43/3 1:46/2 1:50/22
1:65/25 1:81/25 1:82/2
1:82/7 1:82/16 1:85/11
1:86/14 1:91/11 1:93/4
1:93/22 1:98/2 1:98/5
1:100/20 1:100/21
1:100/22 1:100/23
1:101/14 1:101/15
1:101/15 1:101/16
1:110/16 1:114/1
1:114/16 1:126/8
1:127/12 1:127/15
1:128/24 1:130/2
1:131/24 1:132/14
1:134/19 1:134/22
1:136/18 1:137/4
**Wilmington [1]**  1:1/13
**wind [1]**  1:107/17
**wise [1]**  1:133/16
**within [5]**  1:18/1
1:18/6 1:29/5 1:81/7
1:104/6
**without [10]**  1:9/23
1:25/13 1:33/7 1:46/11
1:59/12 1:97/25
1:111/18 1:118/15
1:126/8 1:132/5
**witness [18]**  1:8/3
1:51/9 1:81/11 1:82/24

1:84/2 1:84/5 1:84/6
1:86/4 1:87/2 1:92/22
1:92/25 1:102/17
1:102/19 1:105/13
1:110/10 1:110/13
1:126/21 1:131/20
**witness's [4]**  1:45/18
1:81/7 1:84/5 1:86/8
**won't [5]**  1:98/13
1:99/1 1:100/23
1:124/10 1:129/9
**wonder [2]**  1:12/11
1:135/4
**Wonderful [1]**  1:59/23
**word [5]**  1:11/10
1:38/21 1:85/3 1:90/11
1:90/12
**words [1]**  1:4/4
**work [23]**  1:4/14
1:5/13 1:8/12 1:8/13
1:9/3 1:10/17 1:10/21
1:25/12 1:26/4 1:26/18
1:30/7 1:36/2 1:36/4
1:36/7 1:36/7 1:37/8
1:74/11 1:82/6 1:97/17
1:106/12 1:134/1
1:134/22 1:135/16
**worked [8]**  1:10/15
1:11/22 1:25/22
1:73/23 1:94/20
1:94/22 1:94/23
1:100/3
**working [12]**  1:10/25
1:11/24 1:13/25
1:14/24 1:26/2 1:43/12
1:89/19 1:91/24
1:97/16 1:97/20
1:97/22 1:100/4
**workings [2]**  1:22/19
1:22/20
**works [10]**  1:21/9
1:25/2 1:72/22 1:75/10
1:97/8 1:97/23
1:106/11 1:106/11
1:106/13 1:126/16
**world [1]**  1:66/24
**would [123]**  1:6/6
1:12/10 1:13/14
1:13/24 1:14/22
1:22/17 1:23/23
1:25/14 1:26/20
1:29/11 1:31/2 1:31/13
1:31/14 1:31/14
1:32/12 1:32/16
1:32/21 1:36/10
1:36/16 1:38/14
1:41/11 1:43/6 1:43/14
1:43/19 1:43/25
1:47/18 1:47/18
1:49/18 1:49/20
1:49/23 1:49/25 1:50/3
1:51/21 1:54/19
1:57/24 1:58/21
1:58/23 1:58/23
1:60/10 1:60/11
1:61/10 1:63/13 1:67/7

**W**

**would... [80]**  1:69/13 1:72/17 1:74/3 1:74/21 1:75/12 1:75/14 1:76/3 1:76/19 1:78/16 1:79/15 1:79/17 1:80/8 1:80/11 1:80/18 1:80/23 1:80/25 1:81/23 1:82/24 1:85/14 1:85/17 1:85/17 1:89/9 1:94/8 1:94/9 1:94/11 1:95/1 1:96/8 1:96/10 1:96/14 1:96/17 1:96/17 1:98/3 1:98/6 1:98/15 1:98/16 1:98/21 1:101/2 1:101/3 1:105/7 1:105/19 1:108/24 1:109/11 1:109/16 1:109/16 1:110/22 1:110/22 1:110/23 1:111/16 1:111/17 1:111/19 1:111/20 1:112/14 1:112/15 1:115/17 1:115/19 1:116/10 1:116/11 1:116/21 1:116/22 1:118/13 1:119/11 1:122/16 1:124/7 1:125/15 1:125/19 1:126/5 1:127/13 1:127/16 1:128/16 1:128/16 1:129/2 1:130/9 1:132/4 1:132/6 1:132/7 1:132/8 1:134/4 1:134/14 1:134/20 1:135/23
**wouldn't [13]**  1:25/15 1:32/24 1:42/13 1:59/11 1:61/20 1:61/20 1:64/20 1:67/24 1:70/8 1:98/8 1:98/12 1:101/8 1:129/16
**wrap [1]**  1:51/7
**Wright [1]**  1:76/17
**Wright's [1]**  1:76/10
**write [1]**  1:49/6
**written [1]**  1:21/17
**wrote [2]**  1:108/25 1:116/5

**X**

**X.appleFrame [1]** 1:35/5

**Y**

**Y [1]**  1:87/1
**yeah [59]**  1:5/16 1:5/20 1:6/7 1:8/11 1:10/11 1:10/23 1:12/2 1:13/5 1:16/23 1:19/20 1:20/17 1:22/1 1:23/2 1:24/22 1:25/22 1:31/7 1:31/10 1:31/23 1:33/5 1:33/9 1:33/9 1:35/18 1:35/23 1:35/25 1:36/14 1:36/24 1:37/13 1:40/25 1:41/24 1:42/19 1:43/17 1:49/25 1:56/20 1:58/21 1:59/5 1:59/18 1:62/2 1:65/21 1:67/5 1:72/15 1:76/17 1:78/19 1:82/13 1:83/24 1:92/16 1:98/13 1:114/19 1:129/1 1:129/15 1:129/22 1:132/22 1:134/11 1:135/12 1:135/18 1:135/18 1:135/19 1:136/14 1:137/21 1:138/2
**year [2]**  1:53/21 1:133/23
**years [8]**  1:9/6 1:9/7 1:53/21 1:96/7 1:113/6 1:113/22 1:120/13 1:136/12
**yellow [1]**  1:35/12
**Yep [2]**  1:34/19 1:62/16
**yes [168]**
**yesterday [3]**  1:53/15 1:56/23 1:57/1
**yet [1]**  1:102/20
**you [686]**
**You'd [1]**  1:137/24
**you'll [3]**  1:80/22 1:124/5 1:124/24
**you're [48]**  1:5/3 1:5/21 1:14/24 1:15/17 1:17/17 1:21/14 1:23/9 1:23/13 1:23/14 1:24/9 1:28/5 1:31/25 1:36/6 1:42/8 1:42/11 1:43/4 1:43/8 1:43/21 1:43/22 1:43/24 1:44/2 1:51/11 1:51/12 1:52/15 1:57/2 1:63/6 1:64/24 1:73/19 1:81/3 1:81/13 1:81/20 1:86/15 1:95/17 1:95/17 1:103/11 1:111/6 1:112/16 1:120/21 1:121/19 1:121/19 1:121/20 1:121/21 1:121/21 1:124/10 1:125/24 1:125/25 1:128/8 1:129/7
**you've [22]**  1:16/2 1:52/12 1:52/20 1:59/13 1:61/1 1:63/7 1:70/2 1:72/18 1:73/23 1:74/8 1:76/7 1:84/11 1:84/19 1:85/19 1:85/20 1:86/4 1:86/16 1:87/12 1:97/1 1:101/2 1:101/19 1:112/25
**your [248]**
**yours [2]**  1:65/24
**yourself [1]**  1:93/3

**Z**

**z [2]**  1:35/4 1:35/9
**Z.temp [2]**  1:35/6 1:35/10
**Z.tempStorage.interc
eptedData [1]**  1:35/22
**zero [1]**  1:37/5
**zip [25]**  1:39/15 1:65/15 1:65/15 1:65/22 1:65/24 1:66/5 1:66/9 1:66/10 1:66/19 1:95/16 1:95/18 1:95/19 1:96/14 1:120/6 1:120/18 1:120/23 1:121/1 1:121/3 1:121/4 1:121/5 1:121/6 1:121/7 1:121/19 1:121/22 1:122/16
**Zoom [4]**  1:10/13 1:57/20 1:57/23 1:62/13
**zooming [1]**  1:41/21

**\\**

**\\assets\\index [1]** 1:32/1
**\\assets\\index-DDAH
WUHJ.JS [1]**  1:32/1