## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MYCARD, INC. d/b/a KNOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-290-CFC |
| v. | ) | |
| | ) | |
| ATOMIC FI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MyCard, Inc. d/b/a/ Knot ("Knot") and Defendant Atomic FI, Inc. ("Atomic") (together, the "Parties"), and subject to the approval of the Court, that:

1.     The deadline for Atomic to answer, move, or otherwise respond to the Plaintiff's Complaint (D.I. 2) be extended from April 29, 2026, to May 29, 2026;

2.     Atomic's compliance with the Court's April 6, 2026 Order (D.I. 34) be extended from May 12, 2026, to May 19, 2026; and

3.     The May 5, 2026 scheduling conference be rescheduled to June 4, 2026, ~~or at the Court's earliest convenience.~~ at 2:00 p.m.

The above-referenced extensions are requested by the Parties to enable them to engage in settlement discussions for potential resolution of the action. For this reason, good cause exists for the requested relief.

**IT IS SO STIPULATED.**

GREENBERG TRAURIG, LLP

By: */s/ Benjamin J. Schladweiler*
 Benjamin J. Schladweiler (#4601)
 222 Delaware Avenue, Suite 1600
 Wilmington, DE 19801
 Tel: (302) 661-7000
 schladweilerb@gtlaw.com

OF COUNSEL:

Justin K. Victor
Jacob R. Dean
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2100
victorj@gtlaw.com
deanj@gtlaw.com

Gregory S. Bombard
GREENBERG TRAURIG, LLP
One International Place
Suite 2000
Boston, MA 02110
Tel: (617) 310-6000
Gregory.Bombard@gtlaw.com

Justin A. MacLean
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Justin.MacLean@gtlaw.com

*Attorneys for Plaintiff MyCard, Inc.
d/b/a Knot*

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
 David E. Moore (#3983)
 Bindu A. Palapura (#5370)
 Andrew M. Moshos (#6685)
 Peter T. Sabini (#7655)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, DE 19801
 Tel: (302) 984-6000
 dmoore@potteranderson.com
 bpalapura@potteranderson.com
 amoshos@potteranderson.com
 psabini@potteranderson.com

OF COUNSEL:

Michael L. Lindinger
Carmine R. Zarlenga
Catherine E. Medvene
Jennifer L. Weinberg
MAYER BROWN LLP
1999 K St. NW
Washington, DC 20006
Tel: (202) 263-3000
mlindinger@mayerbrown.com
czarlenga@mayerbrown.com
cmedvene@mayerbrown.com
jweinberg@mayerbrown.com

Brian W. Nolan
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (202) 506-2500
bnolan@mayerbrown.com

*Attorneys for Defendant Atomic FI,
Inc.*

2

3

Dated: April 28, 2026
12900907 / 25983.00001

**IT IS SO ORDERED**, this __29th__ day of ___April___, 2026.

___/s/ Colm F. Connolly___
Colm F. Connolly
Chief United States District Judge

3