**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MYCARD, INC. d/b/a/ KNOT,

     Plaintiff,

v.

ATOMIC FI, INC.

     Defendant.

Civil Action No. 26-cv-00290-CFC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Mark A. Miller, Geoffrey M. Godfrey, Erin C. Kolter, and Benjamin Yaghoubian

of Dorsey & Whitney, LLP to represent Atomic FI, Inc. in this matter.

Signed: _/s/ Alessandra Glorioso_
     Alessandra Glorioso (DE Bar No. 5757)
     DORSEY & WHITNEY (DELAWARE) LLP
     300 Delaware Avenue, Suite 1010
     Wilmington, Delaware 19801
     Telephone: (302) 425-7171
     E-mail: glorioso.alessandra@dorsey.com

Attorney for:   Defendant Atomic FI, Inc.

Dated:  May 11, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                   United States District Judge

**CERTIFICATION FOR PRO HAC VICE ADMISSION OF MARK A. MILLER
WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL
CORPORATION OR ASSOCIATION AUTHORIZED
TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the State of Utah; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1.     With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2.     I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

- 2 -

- 3 -

3.   I will not permit a person who recommends, employs,  or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.   With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5.   No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6.   No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Date: May 11, 2026                    Signed: _/s/ Mark A. Miller_____
                                              Mark A. Miller
                                              DORSEY & WHITNEY LLP
                                              111 South Main Street, Suite 2100
                                              Salt Lake City, UT 8411
                                              Telephone: (801) 933-7360
                                              Email:  miller.mark@dorsey.com

**CERTIFICATION FOR PRO HAC VICE ADMISSION OF GEOFFREY M. GODFREY WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bars of the State of Washington, State of California, and District of Columbia; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

- 4 -

- 5 -

3.      I will not permit a person who recommends, employs,  or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.      With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5.      No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6.      No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Date: May 11, 2026

Signed: _/s/ Geoffrey M. Godfrey_____
Geoffrey M. Godfrey
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
godfrey.geoff@dorsey.com

**CERTIFICATION FOR PRO HAC VICE ADMISSION OF ERIN C. KOLTER
WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL
CORPORATION OR ASSOCIATION AUTHORIZED
TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bars of the States of California and Washington; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1.    With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2.    I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

- 6 -

- 7 -

3.    I will not permit a person who recommends, employs,  or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.    With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5.    No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6.    No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Date: May 11, 2026

Signed: _*/s/ Erin C. Kolter*_____

Erin C. Kolter
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Email: kolter.erin@dorsey.com

**CERTIFICATION FOR PRO HAC VICE ADMISSION OF BENJAMIN YAGHOUBIAN WHO PRACTICES WITH OR IN THE FORM OF  A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the State of California; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct  that occurs  in the preparation  or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1.    With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2.    I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

- 8 -

3.    I will not permit a person who recommends, employs,  or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4.    With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5.    No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6.    No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.


Date: May 11, 2026                                    Signed: _/s/ Benjamin Yaghoubian_____
                                                                     Benjamin Yaghoubian
                                                                     DORSEY & WHITNEY LLP
                                                                     Plaza Tower
                                                                     600 Anton Boulevard, Suite 2000
                                                                     Costa Mesa, CA 92626
                                                                     Telephone: (714) 800-1400
                                                                     yaghoubian.benjamin@dorsey.com

- 10 -

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, hereby certify that on May 11, 2026, I caused the foregoing document to be electronically filed with the Court using the CM/ECF system and served via electronic mail to all counsel of record.

Dated:  May 11, 2026                                  /s/ *Alessandra Glorioso*
                                                          Alessandra Glorioso (DE Bar No. 5757)

- 10 -

4897-3203-5241\3