**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MYCARD, INC. d/b/a KNOT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| ATOMIC FI, INC., | ) Civil Action No. 26-cv-00290-CFC |
| | ) |
| | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**DECLARATION OF SCOTT WEINERT REGARDING FORENSIC DATA**

I, Scott Weinert, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am employed by Atomic FI, Inc. ("Atomic").  My current title is Co-Founder and Chief Technology Officer.  I have held these positions within Atomic since its founding in January 2020. In this capacity, I have personal knowledge regarding Atomic's business activities related to the development of its proprietary, patented technology, source code, and products.

2.      I attended and provided oral testimony at the April 2, 2026 hearing on Plaintiff's Motion for Temporary Injunction and Motion for Expedited Discovery.  During my testimony, I explained how I downloaded the JavaScript file containing Knot's "honeypot code" from a publicly-accessible URL on November 6, 2025, using the web browser on my computer and the option to "view page source." *See* Hearing Tr. at 38:2-42:17 and 47:21-25 ("Q. And how did you encounter the honeypot code, just to be clear? A. We used the same techniques that we just showed.").

3.      After the April 2, 2026, hearing, I reviewed the transcript of my testimony as well

as data retrieved from forensic imaging of my laptop.  The forensic data confirms my testimony that I downloaded the JavaScript file containing Knot's honeypot code from a publicly-accessible URL on November 6, 2025, using the web browser on my computer. However, the forensic data does not conclusively show whether, on November 6, 2025, I navigated to that publicly-accessible URL by using the "view page source" technique or by pasting the URL into my web browser. There is no doubt in my mind I have used the "view page source" technique with the knotapi.vercel.app URL, as I explained during the hearing. I recall doing so multiple times, as early as 2024. However, the forensic data does not conclusively show that I used the "view page source" technique on November 6, 2025, to navigate to Knot's JavaScript file containing the honeypot code.

4.      The forensic data indicates that I used an app called "Proxyman" on November 6, 2025. Proxyman is a publicly available tool that can be downloaded from the Apple App Store. *See* https://proxyman.com/ios. Proxyman allows users to inspect, debug, and understand network traffic on their own devices. I want to emphasize that Proxyman is not a specialized tool or technique commonly associated with malicious or unauthorized access. Proxyman is a man-in-the-middle proxy, which is the same type of tool that Knot's CTO, Mr. O'Reilly, testified he used to obtain access to Atomic's public code. Hearing Tr. 108:16-109:2. Importantly, Proxyman is not used to perform a "man-in-the-middle attack," which is a malicious technique described in Mr. O'Reilly's declaration. D.I. 30 at ¶ 43. As I testified during the hearing, I did not use any specialized tools or techniques that are commonly associated with malicious or unauthorized access to obtain Knot's honeypot code. Hearing Tr. 47:8-20.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Executed on May 26, 2026 in Spokane, Washington.

                                      Scott Weinert

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing.


/s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)