**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MYCARD, INC. d/b/a KNOT,                      )
                                              )
     *Plaintiff,*                              )
                                              )
     v.                                       )
                                              )
ATOMIC FI, INC.,                              )    Civil Action No. 26-cv-00290-CFC
                                              )
                                              )
                                              )
     *Defendant.*                              )
                                              )

**NOTICE REGARDING PRODUCTION OF FORENSIC DATA AND OTHER**
**MATERIALS**

Defendant Atomic FI, Inc., by and through its counsel of record at Dorsey & Whitney LLP, respectfully provides notice to the Court that Atomic has produced the following materials consistent with the Court's April 6, 2026, Order (D.I. 34 at ¶ 4).

1. Forensic export of items saved on Mr. Weinert's computer relating to Mr. Weinert's testimony;

2. Files reflecting Knot JavaScript code about which Mr. Weinert testified, including "knot-original.js" and "knotv2.js";

3. Slack messages relating to the Knot JavaScript code about which Mr. Weinert testified;

4. Records reflecting Zoom meetings during which the 37-character string was identified.

In addition to these items, Atomic is making available for inspection a copy of its source code from February 2026.

Atomic also respectfully gives notice that Atomic's Chief Technology Officer, Scott Weinert, has prepared a declaration addressing certain of the materials identified above. Mr. Weinert's declaration is submitted concurrently herewith.

Dated:  May 26, 2026

DORSEY & WHITNEY (DELAWARE) LLP

 */s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
glorioso.alessandra@dorsey.com

*Attorneys for Defendant Atomic FI, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Alessandra Glorioso
Alessandra Glorioso (DE Bar No. 5757)