# EXHIBIT 3

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/531,578 | Weinert et al. |
| | **Examiner** | **Art Unit** |
| | RANDY A SCOTT | 2439 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| CLAIMS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 | | | |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/24/2024 | 03/20/2024 | 07/10/2024 | | | | | | |
| 1 | 1 | ✓ | ✓ | = | | | | | | |
| 2 | 2 | ✓ | ✓ | = | | | | | | |
| 3 | 3 | ✓ | ✓ | = | | | | | | |
| | 4 | ✓ | ✓ | - | | | | | | |
| 4 | 5 | ✓ | ✓ | = | | | | | | |
| 5 | 6 | ✓ | ✓ | = | | | | | | |
| 6 | 7 | ✓ | ✓ | = | | | | | | |
| | 8 | ✓ | ✓ | - | | | | | | |
| 7 | 9 | ✓ | ✓ | = | | | | | | |
| 8 | 10 | ✓ | ✓ | = | | | | | | |
| 9 | 11 | ✓ | ✓ | = | | | | | | |
| 10 | 12 | ✓ | ✓ | = | | | | | | |
| 11 | 13 | ✓ | ✓ | = | | | | | | |
| 12 | 14 | ✓ | ✓ | = | | | | | | |
| 13 | 15 | ✓ | ✓ | = | | | | | | |
| 14 | 16 | ✓ | ✓ | = | | | | | | |
| 15 | 17 | ✓ | ✓ | = | | | | | | |
| 16 | 18 | ✓ | ✓ | = | | | | | | |
| 17 | 19 | ✓ | ✓ | = | | | | | | |
| 18 | 20 | ✓ | ✓ | = | | | | | | |