# EXHIBIT 4

| *Notice of Allowability* | Application No. 18/531,578 | Applicant(s) Weinert et al. | |
|---|---|---|---|
| | Examiner RANDY A SCOTT | Art Unit 2439 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the communication filed 6/24/2024.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-3,5-7 and 9-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All    b) ☐ Some*    c) ☐ None of the:

   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☑ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. 07/09/2024.

5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/RANDY A SCOTT/
Primary Examiner, Art Unit 2439

Application/Control Number: 18/531,578 Page 2

Art Unit: 2439

## *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

## **Examiner's Amendment**

In response to communication with applicant's correspondent of record, Timothy Hwang,

Reg# 61,145, the application has been amended as follows:

## <u>Listing of Claims:</u>

1.      (Currently Amended) A system, comprising:

a communication interface; and

a processor, coupled to the communication interface, configured to:

provide in an application context ~~associated with~~ an entity <u>associated with a user,</u>

a webview associated with a third-party system <u>selected from a plurality of third-party</u>

<u>systems</u>, wherein the webview associated with the <u>selected</u> third-party system displays a

native login page ~~associated with~~ <u>corresponding to</u> the <u>selected</u> third-party system,

wherein providing the native login page ~~associated with~~ <u>corresponding to</u> the <u>selected</u>

third-party system via the webview associated with the third-party system removes the

need to provide [[a]] <u>the</u> user's login credentials to an intermediary service with which

the application context is associated, wherein the user's login credentials are directly

provided from an application associated with the application context, via the webview

associated with the <u>selected</u> third-party system, to the <u>selected</u> third<u>-</u>party system;

determine that [[a]] <u>the</u> user has been authenticated by the <u>selected</u> third-party

system ~~based on~~ <u>using</u> data comprising a page displayed via the provided webview

associated with the <u>selected</u> third-party system that is received via the communication

interface at least in part by analyzing a response page displayed via the provided

webview associated with the <u>selected</u> third-party system and determining that the

Application/Control Number: 18/531,578                                                          Page 3
Art Unit: 2439

response page includes one or more visual page elements indicative of the user being
authenticated, wherein the response page is the page displayed via the provided webview
associated with the <u>selected</u> third-party system; and

in response to the determination that the response page includes the one or more
visual page elements indicative of the user being authenticated, automate one or more
tasks <u>needed</u> to perform a function<u>, requested by the user,</u> with the <u>selected</u> third-party
system on behalf of the entity.

2.      (Currently Amended) The system of claim 1, wherein the processor is configured to
provide, via a user interface, [[a]] <u>the</u> plurality of third-party systems.

3.      (Currently Amended) The system of claim 2, wherein the processor is configured to
receive, via the user interface, [[a]] <u>the</u> selection of the third-party system selected from the
plurality of third-party systems.

16.     (Currently Amended) A method, comprising:

providing in an application context ~~associated with~~ <u>corresponding to</u> an entity <u>associated
with a user,</u> a webview associated with a third-party system <u>selected from a plurality of third-
party systems</u>, wherein the webview associated with the <u>selected</u> third-party system displays a
native login page ~~associated with~~ <u>corresponding to</u> the <u>selected</u> third-party system, wherein
providing the native login page ~~associated with~~ <u>corresponding to</u> the <u>selected</u> third-party system
via the webview associated with the <u>selected</u> third-party system removes the need to provide
[[a]] <u>the</u> user's login credentials to an intermediary service with which the application context is
associated, wherein the user's login credentials are directly provided from an application
associated with the application context, via the webview associated with the <u>selected</u> third-party
system, to the <u>selected</u> third-<u>party</u> system;

determining that a user has been authenticated by the <u>selected</u> third-party system ~~based
on~~ <u>using</u> data comprising a page displayed via the provided webview associated with the <u>selected</u>
third-party system at least in part by analyzing a response page displayed via the provided
webview associated with the <u>selected</u> third-party system and determining that the response page

includes one or more visual page elements indicative of the user being authenticated, wherein the response page is the page displayed via the provided webview associated with the <u>selected</u> third-party system; and

in response to a determination that the response page includes the one or more visual page elements indicative of the user being authenticated, automating one or more tasks <u>needed</u> to perform a function<u>, requested by the user,</u> with the <u>selected</u> third-party system on behalf of the entity.

19.    (Currently Amended) The method of claim 16, wherein performing the function associated with the <u>selected</u> third-party system includes initiating a remote procedure call with a backend server.

20.    (Currently Amended) A computer program product embodied in a non-transitory computer readable medium and comprising computer instructions for:

providing in an application context ~~associated with~~ <u>corresponding to</u> an entity <u>associated with a user,</u> a webview associated with a third-party system <u>selected from a plurality of third-party systems</u>, wherein the webview associated with the <u>selected</u> third-party system displays a native login page ~~associated with~~ <u>corresponding to</u> the <u>selected</u> third-party system, wherein providing the native login page ~~associated with~~ <u>corresponding to</u> the <u>selected</u> third-party system via the webview associated with the <u>selected</u> third-party system removes the need to provide [[a]] <u>the</u> user's login credentials to an intermediary service with which the application context is associated, wherein the user's login credentials are directly provided from an application associated with the application context, via the webview associated with the <u>selected</u> third-party system, to the <u>selected</u> third-<u>p</u>arty system;

determining that [[a]] <u>the</u> user has been authenticated by the <u>selected</u> third-party system ~~based on~~ <u>using</u> data comprising a page displayed via the provided webview associated with the <u>selected</u> third-party system at least in part by analyzing a response page displayed via the provided webview associated with the <u>selected</u> third-party system and determining that the response page includes one or more visual page elements indicative of the user being authenticated, wherein the response page is the page displayed via the provided webview associated with the <u>selected</u> third-party system; and

in response to a determination that the response page includes the one or more visual page elements indicative of the user being authenticated, automating one or more tasks <u>needed</u> to perform a function<u>, requested by the user,</u> with the <u>selected</u> third-party system on behalf of the entity.

## Allowable Subject Matter

**The following is an examiner's statement of reasons for allowance:**

The prior art of record fails to teach or fairly suggest providing a user with a web-view of a plurality of third-party payroll systems that the user may select in order to access data, allowing the user to access the data while preventing the user from being required to provide credentials to an intermediary service corresponding to application context associated with the user, the user selecting one of the plurality of third-party systems being displayed to the user, via the web-view, and upon the user being authenticated by the selected third party, automating one or more tasks required to perform the data access function requested by the user, using the selected third-party system, in the specific manner and combinations recited in **claims 1-3, 5-7, 9-16, and 19-20**.

The closest related prior art are cited to state the general state of the art and are not considered to teach the distinguishing features noted above. The prior art includes:

(i)     **US Pat Johnston et al (US 9,842,322)**, which teaches allowing users to select one or more third party service providers in a financial account migration system;

(ii)    **US PG Pub Selman et al (US 2023/0043318)**, which discloses allowing users to

Application/Control Number: 18/531,578                                                                 Page 6
Art Unit: 2439

access financial data from a plurality of third-party providers without requiring users to transmit

credentials to first party servers;

(iii)    **NPL document** "Set Up Direct Deposit to Work with a Third-Party

Program" – Sage Group/Sage 100/2018; and

(iv)    **NPL document** "**The Difference Between a Third-Party Sender and a Third-**

**Party Service Provider**" – Modern Treasury, Rachel Pike, 05/27/2020.


After thorough review of related prior art, the application has been deemed allowable

because of the limitations of providing a user with a web-view of a plurality of third-party

payroll systems that the user may select in order to access data, allowing the user to access the

data while preventing the user from being required to provide credentials to an intermediary

service corresponding to application context associated with the user, the user selecting one of

the plurality of third-party systems being displayed to the user, via the web-view, and upon the

user being authenticated by the selected third party, automating one or more tasks required to

perform the data access function requested by the user, using the selected third-party system,

recited in the specific manner and combinations recited within the claims. Upon an extensive

search and review, none of the cited prior art taught the specified limitation or provided language

for the specified limitations.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

Application/Control Number: 18/531,578                                                                    Page 7
Art Unit: 2439

## Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Randy A. Scott whose telephone number is (571) 272-3797. The examiner can normally be reached on Monday-Thursday 7:30 am-5:00 pm, second Fridays 7:30 am-4pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Luu Pham can be reached on (571) 270-5002. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/RANDY A SCOTT/
Primary Examiner, Art Unit 2439
20240709