# EXHIBIT 6

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Application No.: | 18/936,749 | Examiner: | Randy A Scott |
|---|---|---|---|
| Filed: | November 04, 2024 | Art Unit: | 2439 |
| Confirmation No.: | 8654 | Docket No.: | ATOMP001C2 |
| First Inventor: | Scott Nielsen Weinert Jr. | | |
| Title: | SECURELY COMMUNICATING DATA BETWEEN AN APPLICATION ASSOCIATED WITH AN ENTITY AND A THIRD-PARTY SYSTEM | | |

## <u>AMENDMENT B</u>

Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear USPTO:

This is in response to the Office Action mailed April 14, 2025. The following amendment and remarks are respectfully submitted.

Applicant(s) believe that no (additional) fees are required beyond any fees submitted herewith. If required fees are missing or any additional fees are required during the pendency of the subject application, please charge such fees or credit any overpayment to Deposit Account No. 50-0685 (ATOMP001C2).

Application Serial No. 18/936,749
Attorney Docket No. ATOMP001C2                    1

# IN THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

Listing of Claims:

1.    (Currently Amended) A system, comprising:

a communication interface; and

a processor, coupled to the communication interface, configured to:

provide, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein the user's login credentials are directly provided from the application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system;

determine by executing the code associated with the second entity that the user has been authenticated by the selected third-party system, using data comprising or otherwise associated with a response page displayed via the provided webview associated with the selected third-party system, at least in part by determining that the data comprising or otherwise associated with the response page includes data indicative of the user being authenticated, wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and

in response to the determination that the data comprising or otherwise associated with the response page includes data indicative of the user being authenticated, automate one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to ~~generate and send via the webview a request to the third-party system, wherein the code associated with the second entity automates the one or more tasks needed to perform the function by providing one or more application programming~~

~~interface requests to the selected third-party system~~ communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure.

2.      (Original)      The system of claim 1, wherein the processor is configured to provide, via a user interface, the plurality of third-party systems.

3.      (Original)      The system of claim 2, wherein the processor is configured to receive, via the user interface, the selection of the third-party system selected from the plurality of third-party systems.

4.      (Original)      The system of claim 3, wherein the processor is configured to obtain from the selected third-party system the native login page associated with the selected third-party system.

5.      (Currently Amended) The system of claim 3, wherein the user's login credentials ~~associated with the user~~ are not accessed by code associated with the second entity.

6.      (Currently Amended) The system of claim 3, wherein the user's login credentials ~~associated with the user~~ are entered into the native login page associated with the selected third-party system via a password manager.

7.      (Original)      The system of claim 1, wherein the data comprising or otherwise associated with the response page includes a uniform resource locator.

8.      (Original)      The system of claim 1, wherein the data comprising or otherwise associated with the response page is analyzed using machine learning.

9.      (Currently Amended) The system of claim 1, wherein the request comprises [[an]] the application programming interface request.

10.     (Currently Amended) The system of claim 1, wherein the processor is configured to perform the function with the third-party system by initiating bidirectional communication via remote procedure calls with [[a]] the backend server.

11.    (Original)    The system of claim 10, wherein the backend server is associated with the second entity.

12.    (Original)    The system of claim 10, wherein in response to the remote procedure call, the backend server is configured to provide one or more parameters associated with the function.

13.    (Original)    The system of claim 12, wherein in response to receiving the one or more parameters associated with the function via the remote procedure call, the processor is configured to perform the function with the third-party system using the one or more parameters as values.

14.    (Original)    The system of claim 10, wherein data transferred in the remote procedure call with the backend server is encrypted using elliptic curve cryptography.

15.    (Canceled)

16.    (Currently Amended) A method, comprising:

providing, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein the user's login credentials are directly provided from the application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system;

determining, by executing the code associated with the second entity, that the user has been authenticated by the selected third-party system, using data comprising or otherwise associated with a response page displayed via the provided webview associated with the selected third-party system, at least in part by determining that the data comprising or otherwise associated with the response page includes data indicative of the user being authenticated, wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and

in response to determining that the data comprising or otherwise associated with the response page includes data indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to

~~generate and send via the webview a request to the third-party system, wherein the code associated with the second entity automates the one or more tasks needed to perform the function by providing one or more application programming interface requests to the selected third-party system~~ communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure.

17.    (Original)    The method of claim 16, wherein one of the one or more visual elements is a uniform resource locator.

18.    (Original)    The method of claim 16, wherein one of the one or more visual elements is a visual text.

19.    (Currently Amended) The method of claim 16, wherein performing the function associated with the selected third-party system includes initiating a remote procedure call with [[a]] the backend server.

20.    (Currently Amended) A computer program product embodied in a non-transitory computer readable medium and comprising computer instructions for:

providing, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein the user's login credentials are directly provided from the application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system;

determining, by executing the code associated with the second entity, that the user has been authenticated by the selected third-party system, using data comprising or otherwise associated with a response page displayed via the provided webview associated with the selected third-party system, at least in part by determining that the data comprising or otherwise associated with the response page includes data indicative of the user being authenticated,

Application Serial No.  18/936,749
Attorney Docket No.  ATOMP001C2                    5

wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and

in response to determining that the data comprising or otherwise associated with the response page includes data indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to ~~generate and send via the webview a request to the third-party system, wherein the code associated with the second entity automates the one or more tasks needed to perform the function by providing one or more application programming interface requests to the selected third-party system~~ communicate with a backend server  that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure.

21.    (New)  The system of claim 1, wherein the request structure includes an application programming interface request body and a header that the backend server determined as the request structure associated with the function requested by the user.

# INTERVIEW SUMMARY

A telephonic interview in the above-referenced case was conducted on June 25, 2025 between the Examiner and the Applicants' undersigned representative.  The Office Action mailed on April 14, 2025 was discussed.  Specifically, the rejections of claim 1 in light of Martin et al. (US 2015/0134520) in view of Selman et al. (US 2023/0043318) and Grosse (US 11,615,234) and the proposed amendments set forth herein were discussed with the intent to place the claims in better condition for allowance or appeal.

The Applicants thank the Examiner for the interview.

# REMARKS

Claims 1, 5, 6, 9, 10, 16, 19, and 20 have been amended to clarify the subject matter regarded as the invention.  Claims 1-14 and 16-20 are pending.

### *Claim Rejections – 35 U.S.C. §103*

Claims 1-9, 16-18, and 20 stand rejected under 35 U.S.C. §103 as being unpatentable Martin et al. (US 2015/0134520) in view of Selman et al. (US 2023/0043318) and Grosse (US 11,615,234).  The remaining claims stand rejected under 35 U.S.C. §103 based on the combination of Martin, Selman, and Grosse further combined with one or more other references.

Applicants submit that neither Martin, Selman, nor Grosse, alone or in combination, disclose or render obvious, the limitations of "executing further code associated with the second entity to communicate with a backend server  that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure" as recited by independent claims 1, 16, and 20.  Examples of support for the amendments may be found, without limitation, in ¶34 of the Specification.

Pages 3-4 of the Office Action states that "[t]he examiner maintains that the implementing of an SDK to modify a payment application located on a client's device…is obvious in light of the claimed invention because the SDK (e.g., code associated with an entity) taught by Selman et al. would have to be embedded in code of the application corresponding to the first entity associated with the user (which the applicant's disclosure teaches in an application being executed on a client device) as the specification disclosed by Selman et al teaches that the SDK is implemented within the payment application located on the client's device and used to manipulate the application, in order for the payment application to process payment-related functions."

Applicant's disagree with such an assertion.  Nevertheless, Applicant's submit that the examiner's interpretation of Selman in view of Martin and now Grosse are silent regarding an SDK that "communicate[s] with a backend server  that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure."

It is therefore believed that independent Claims 1, 16, and 20 are allowable.

Claims 2-14 and 17-19 depend from claims 1 and 16, respectively, and are therefore believed to be allowable for the same reasons described above.

*New Claims*

New claim 21 recites "wherein the request structure includes an application programming interface request body and a header that the backend server determined as the request structure associated with the function requested by the user" and is believed to be allowable for the further reason that it depends from claim 1.

The foregoing amendments are not to be taken as an admission of unpatentability of any of the claims prior to the amendments.

Reconsideration of the application and allowance of all claims are respectfully requested based on the preceding remarks.  If at any time the Examiner believes that an interview would be helpful, please contact the undersigned.

Respectfully submitted,

Dated:   July 7, 2025                          /Timothy H. Hwang/                          
Timothy H. Hwang
Registration No.  61145
408-973-2579

VAN PELT, YI & JAMES LLP
1 1st St, Ste 12
Los Altos, CA 94022
Fax 408-973-2595

Application Serial No.  18/936,749
Attorney Docket No.  ATOMP001C2                          10