# EXHIBIT 7

| *Notice of Allowability* | Application No. 18/936,749 | Applicant(s) Weinert et al. | |
|---|---|---|---|
| | Examiner RANDY A SCOTT | Art Unit 2439 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the communication filed 7/7/2025.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-14 and 16-21 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

    a) ☐All        b) ☐ Some*        c) ☐ None of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☑ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .

4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. 7/18/2021.

5. ☑ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

/RANDY A SCOTT/
Primary Examiner, Art Unit 2439

Application/Control Number: 18/936,749                                                          Page 2
Art Unit: 2439

***Notice of Pre-AIA or AIA Status***

The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.


**Examiner's Amendment**

In response to communication with applicant's correspondent of record, Timothy Hwang,

Reg# 61,145, the application has been amended as follows:


Listing of Claims

1.      (Currently Amended) A system, comprising:

a communication interface; and

a processor, coupled to the communication interface, configured to:

provide, by code associated with a second entity in an application context of an

application corresponding to a first entity associated with a user, a webview associated

with a third-party system selected from a plurality of third-party systems, wherein the

webview associated with the selected third-party system displays a native login page

corresponding to the selected third-party system, wherein the user's login credentials are

directly provided from the application associated with the application context, via the

webview associated with the selected third-party system, to the selected third-party

system;

determine by executing the code associated with the second entity that the user

has been authenticated by the selected third-party system, using data comprising ~~or~~

~~otherwise associated with~~ a response page displayed via the provided webview associated

with the selected third-party system, at least in part by determining that the data

comprising or otherwise associated with the response page includes data indicative of the

user being authenticated, wherein the code associated with the second entity is embedded

in code of the application corresponding to the first entity associated with the user; and

in response to the determination that the data comprising or otherwise associated

with the response page includes data indicative of the user being authenticated, automate

one or more tasks needed to perform a function, requested by the user, with the selected

third-party system on behalf of the entity, including by executing further code associated

with the second entity to communicate with a backend server that determines a parameter

and a request structure associated with the function requested by the user as implemented

by the selected third-party system and use the parameter and the request structure to

generate and send to the selected third-party system an application programming

interface request that includes the parameter and conforms to the request structure.

16.    (Currently Amended) A method, comprising:

providing, by code associated with a second entity in an application context of an

application corresponding to a first entity associated with a user, a webview associated with a

third-party system selected from a plurality of third-party systems, wherein the webview

associated with the selected third-party system displays a native login page corresponding to the

selected third-party system, wherein the user's login credentials are directly provided from the

application associated with the application context, via the webview associated with the selected

third-party system, to the selected third-party system;

determining, by executing the code associated with the second entity, that the user has been authenticated by the selected third-party system, using data comprising ~~or otherwise associated with~~ a response page displayed via the provided webview associated with the selected third-party system~~, at least in part~~ by determining that the data comprising ~~or otherwise associated with~~ the response page includes data indicative of the user being authenticated, wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and

in response to determining that the data comprising ~~or otherwise associated with~~ the response page includes data indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure.

20.     (Currently Amended) A computer program product embodied in a non-transitory computer readable medium and comprising computer instructions for:

providing, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein the user's login credentials are directly provided from the

Application/Control Number: 18/936,749                                                                Page 5
Art Unit: 2439

application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system;

determining, by executing the code associated with the second entity, that the user has been authenticated by the selected third-party system, using data comprising ~~or otherwise associated with~~ a response page displayed via the provided webview associated with the selected third-party system~~, at least in part~~ by determining that the data comprising ~~or otherwise associated with~~ the response page includes data indicative of the user being authenticated, wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and

in response to determining that the data comprising ~~or otherwise associated with~~ the response page includes data indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure.

## Allowable Subject Matter

**The following is an examiner's statement of reasons for allowance:**

The prior art of record fails to teach or fairly suggest conforming request structure of a function (*including establishing direct deposit, changing a direct deposit, establishing a*

Application/Control Number: 18/936,749                                                                          Page 6
Art Unit: 2439

*recurring payment, managing a recurring payment, applying for a mortgage, applying for a loan, applying for a job, filing an insurance claim, purchasing a product or service, signing a document, or any other function the requires a user to be authenticated before the function is performed*) requested by a user to be executed by one of a plurality of selected third-party systems, upon providing, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with the selected one or more third-party systems, the webview displaying a login page of the selected third-party system that requires the requesting user's login credentials, using the code to determine whether or not the user has been authenticated for using the selected third-party system, and automating one or more tasks needed to perform the function requested by the user, via the selected third-party system, including by executing further code associated with the second entity to communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system, in the specific manner and combinations recited in **claims 1-14 and 16-21**.

The closest related prior art are cited to state the general state of the art and are not considered to teach the distinguishing features noted above. The prior art includes:

(i)     **US Pat Johnston et al (US 9,842,322)**, which teaches implementing migration of user accounts to one of a plurality of selectable third-parties;

(ii)    **US PG Pub Martin et al (US 2015/0134520)**, which discloses direct enrolling of employees with third party direct deposit payroll providers.

(iii)   **NPL document "The Difference Between a Third-Party Sender and a Third-Party Service Provider"** – Rachel Pike, Modern Treasury, 5/27/2020; and

Application/Control Number: 18/936,749                                                                                       Page 7

Art Unit: 2439

(iv)      **NPL document "Set Up Direct Deposit to Work with a Third-Party Program"** –

Sage Group, 10/2018.

After thorough review of related prior art, the application has been deemed allowable

because of the limitations of conforming request structure of a function (*including establishing*

*direct deposit, changing a direct deposit, establishing a recurring payment, managing a*

*recurring payment, applying for a mortgage, applying for a loan, applying for a job, filing an*

*insurance claim, purchasing a product or service, signing a document, or any other function the*

*requires a user to be authenticated before the function is performed*) requested by a user to be

executed by one of a plurality of selected third-party systems, upon providing, by code

associated with a second entity in an application context of an application corresponding to a

first entity associated with a user, a webview associated with the selected one or more third-party

systems, the webview displaying a login page of the selected third-party system that requires the

requesting user's login credentials, using the code to determine whether or not the user has been

authenticated for using the selected third-party system, and automating one or more tasks needed

to perform the function requested by the user, via the selected third-party system, including by

executing further code associated with the second entity to communicate with a backend server

that determines a parameter and a request structure associated with the function requested by the

user as implemented by the selected third-party system, recited in the specific manner and

combinations recited within the claims. Upon an extensive search and review, none of the cited

prior art taught the specified limitation or provided language for the specified limitations.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

Application/Control Number: 18/936,749                                                          Page 8
Art Unit: 2439

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."


## Conclusion

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Randy A. Scott whose telephone number is (571) 272-3797. The

examiner can normally be reached on Monday-Thursday 7:30 am-5:00 pm, second Fridays 7:30

am-4pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Luu Pham can be reached on (571) 270-5002. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/RANDY A SCOTT/
Primary Examiner, Art Unit 2439
20250720