# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYCARD, INC. d/b/a KNOT, | |
| *Plaintiff*, | C.A. No. 26-290-CFC |
| v. | **JURY TRIAL DEMANDED** |
| ATOMIC FI, INC., | |
| *Defendant*. | |

## PLAINTIFF'S PARTIAL MOTION TO DISMISS
## DEFENDANT'S COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff and Counterclaim-Defendant MyCard, Inc. d/b/a Knot ("Knot"), by and through its undersigned counsel, hereby moves to dismiss Defendant and Counterclaim-Plaintiff Atomic FI, Inc.'s ("Atomic") Counterclaims 1, 2, 3, 5 and 7 for failure to state a claim upon which relief can be granted and because U.S. Patent Nos. 12,120,118 and 12,445,443 are directed to non-patentable subject matter and are invalid under 35 U.S.C. § 101. The grounds for this Motion are set forth in Knot's Opening Brief filed contemporaneously herewith.

Dated: June 30, 2026

<span style="font-variant:small-caps">Greenberg Traurig, LLP</span>

OF COUNSEL:

*/s/ Benjamin J. Schladweiler*

Justin K. Victor
Jacob R. Dean
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
678.553.2100
victorj@gtlaw.com
deanj@gtlaw.com

Benjamin J. Schladweiler (#4601)
Greenberg Traurig, LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801
302.661.7000
schladweilerb@gtlaw.com

*Attorneys for Plaintiff and Counterclaim-*
*Defendant MyCard, Inc. d/b/a/ Knot*

Gregory S. Bombard
Greenberg Traurig, LLP
One International Place
Suite 2000
Boston, MA  02110
617.310.6000
Gregory.Bombard@gtlaw.com

Justin A. MacLean
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY  10017
212.801.9200
Justin.MacLean@gtlaw.com