**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MYCARD, INC. d/b/a KNOT, | |
| *Plaintiff*, | C.A. No. 26-290-CFC |
| v. | |
| ATOMIC FI, INC., | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S PARTIAL MOTION TO DISMISS**
**DEFENDANT'S COUNTERCLAIMS**

The Court, upon consideration of the filings and arguments related to Plaintiff and Counterclaim-Defendant MyCard, Inc. d/b/a Knot's ("Knot") Partial Motion to Dismiss Defendant and Counterclaim-Plaintiff Atomic FI, Inc.'s ("Atomic") Counterclaims 1, 2, 3, 5 and 7 under Fed. R. Civ. P. 12(b)(6) ("Motion"), and having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED, this ____ day of _____, 2026, that Knot's Motion is GRANTED. U.S. Patent Nos. 12,120,118 and 12,445,443 are INVALID under 35 U.S.C. § 101 as directed to non-patentable subject matter. Counts 1, 2, 3, 5 and 7 of Atomic's Counterclaims (D.I. 50) are DISMISSED WITH PREJUDICE.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge
