**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MYCARD, INC. d/b/a KNOT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ATOMIC FI, INC., | ) | Civil Action No. 26-cv-00290-CFC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| ATOMIC FI, INC., | ) | |
| | ) | |
| *Counterclaim Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MYCARD, INC. d/b/a KNOT | ) | Civil Action No. 26-cv-00290-CFC |
| | ) | |
| | ) | |
| | ) | |
| *Counterclaim Defendant.* | ) | |
| | ) | |

**[PROPOSED] ORDER**

WHEREAS, the Court has considered Atomic FI, Inc.'s, ("Atomic") Motion requesting exemption of persons from the District of Delaware May 17, 2024 Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the July 9, 2026 hearing in the above-captioned action, the following individual is exempt from the Standing Order and shall be permitted to retain and use his electronic device:

     a. Geoffrey M. Godfrey (counsel for Atomic)

- 2 -

IT IS HEREBY FURTHER ORDERED that the individual listed above will present this

Order, along with a valid photographic I.D. to the United States Marshalls on entry to the J. Caleb

Boggs Federal Building and United States Courthouse.

IT IS HEREBY ORDERED this _____ day of _____, 2026.


_____
Colm F. Connolly
Chief United States District Judge

- 2 -

4910-0724-2171\1