**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MYCARD, INC. d/b/a KNOT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | C.A. No. 26-290-CFC |
| v. | ) | |
| | ) | |
| ATOMIC FI, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| ATOMIC FI, INC., | ) | |
| | ) | |
| *Counterclaim Plaintiff,* | ) | |
| | ) | C.A. No. 26-290-CFC |
| v. | ) | |
| | ) | |
| MYCARD, INC. d/b/a KNOT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Counterclaim Defendant.* | ) | |
| | ) | |

## DEFENDANT'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S PARTIAL MOTION TO DISMISS (D.I. 53)

The Court should deny as moot Plaintiff's partial motion to dismiss Defendant's original counterclaims (D.I. 53). On July 21, 2026, Defendant filed amended counterclaims in response to Plaintiff's partial motion to dismiss. *See* D.I. 80. Defendant's amended counterclaims were timely filed under Fed. R. Civ. P.

1

15(a)(1)(B), no later than 21 days after service of Plaintiff's motion to dismiss. Defendant's timely filing of amended counterclaims renders Plaintiff's motion to dismiss the original counterclaim moot. *Versus Tech. v. Radianse Inc.*, Civ. No. 04-1231-SLR, 2005 U.S. Dist. LEXIS 57098, at *3 (D. Del. Apr. 13, 2005).

Respectfully submitted,

July 28, 2026

DORSEY & WHITNEY (DELAWARE) LLP

 */s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Tel: (302) 425-7171
glorioso.alessandra@dorsey.com

OF COUNSEL:
Mark A. Miller (*pro hac vice*)
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
Tel: (801) 933-7360
miller.mark@dorsey.com

Geoffrey M. Godfrey (*pro hac vice*)
Erin Kolter (*pro hac vice*)
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel: (206) 903-8800
godfrey.geoff@dorsey.com
kolter.erin@dorsey.com

Benjamin Yaghoubian (*pro hac vice*)
DORSEY & WHITNEY LLP

600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Tel: (714) 800-1400
yaghoubian.benjamin@dorsey.com

*Attorneys for Defendant/Counterclaim-Plaintiff Atomic FI, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing.

 */s/ Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)