# EXHIBIT B

## Comparison of Independent Claims

| U.S. Patent 12,120,118 | | |
|---|---|---|
| **Claim 1** | **Claim 14** | **Claim 16** |
| **1.** A system, comprising:<br><br>a communication interface; and<br><br>a processor, coupled to the communication interface, configured to:<br><br>provide in an application context corresponding to an entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein providing the native login page corresponding to the selected third-party system via the webview associated with the third-party system removes the need to provide the user's login credentials to an intermediary service with which the application context is associated, wherein the user's login credentials are directly provided from an application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system; | **14.** A method, comprising:<br><br>providing in an application context corresponding to an entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein providing the native login page corresponding to the selected third-party system via the webview associated with the selected third-party system removes the need to provide the user's login credentials to an intermediary service with which the application context is associated, wherein the user's login credentials are directly provided from an application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system; | **16.** A computer program product embodied in a nontransitory computer readable medium and comprising computer instructions for:<br><br>providing in an application context corresponding to an entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein providing the native login page corresponding to the selected third-party system via the webview associated with the selected third-party system removes the need to provide the user's login credentials to an intermediary service with which the application context is associated, wherein the user's login credentials are directly provided from an application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system; |

1

| | | |
|---|---|---|
| determine that the user has been authenticated by the selected third-party system using data comprising a page displayed via the provided webview associated with the selected third-party system that is received via the communication interface at least in part by analyzing a response page displayed via the provided webview associated with the selected third-party system and determining that the response page includes one or more visual page elements indicative of the user being authenticated, wherein the response page is the page displayed via the provided webview associated with the selected third-party system; and | determining that a user has been authenticated by the selected third-party system using data comprising a page displayed via the provided webview associated with the selected third-party system at least in part by analyzing a response page displayed via the provided webview associated with the selected third-party system and determining that the response page includes one or more visual page elements indicative of the user being authenticated, wherein the response page is the page displayed via the provided webview associated with the selected third-party system; and | determining that the user has been authenticated by the selected third-party system using data comprising a page displayed via the provided webview associated with the selected third-party system at least in part by analyzing a response page displayed via the provided webview associated with the selected third-party system and determining that the response page includes one or more visual page elements indicative of the user being authenticated, wherein the response page is the page displayed via the provided webview associated with the selected third-party system; and |
| in response to the determination that the response page includes the one or more visual page elements indicative of the user being authenticated, automate one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity. | in response to a determination that the response page includes the one or more visual page elements indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity. | in response to a determination that the response page includes the one or more visual page elements indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity. |

2

| U.S. Patent 12,445,443 | | |
|---|---|---|
| **Claim 1** | **Claim 16** | **Claim 20** |
| **1.** A system, comprising:<br><br>a communication interface; and<br><br>a processor, coupled to the communication interface,<br>configured to:<br><br>provide, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein the user's login credentials are directly provided from the application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system;<br><br>determine by executing the code associated with the second entity that the user has been authenticated by the selected third-party system, using data comprising response page displayed via the provided webview associated with the selected | **16.** A method, comprising:<br><br>providing, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein the user's login credentials are directly provided from the application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party  system;<br><br>determining, by executing the code associated with the second entity, that the user has been authenticated by the selected third-party system, using data comprising a response page displayed via the provided webview  associated with the selected | **20.** A computer program product embodied in a nontransitory computer readable medium and comprising computer instructions for:<br><br>providing, by code associated with a second entity in an application context of an application corresponding to a first entity associated with a user, a webview associated with a third-party system selected from a plurality of third-party systems, wherein the webview associated with the selected third-party system displays a native login page corresponding to the selected third-party system, wherein the user's login credentials are directly provided from the application associated with the application context, via the webview associated with the selected third-party system, to the selected third-party system;<br><br>determining, by executing the code associated with the second entity, that the user has been authenticated by the selected third-party system, using data comprising a response page displayed via the provided webview associated with the selected |

3

| | | |
|---|---|---|
| third-party system by determining that the data comprising the response page includes data indicative of the user being authenticated, wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and<br><br>in response to the determination that the data comprising the response page includes data indicative of the user being authenticated, automate one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure. | third-party system by determining that the data comprising the response page includes data indicative of the user being authenticated, wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and<br><br>in response to determining that the data comprising the response page includes data indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure. | third-party system by determining that the data comprising the response page includes data indicative of the user being authenticated, wherein the code associated with the second entity is embedded in code of the application corresponding to the first entity associated with the user; and<br><br>in response to determining that the data comprising the response page includes data indicative of the user being authenticated, automating one or more tasks needed to perform a function, requested by the user, with the selected third-party system on behalf of the entity, including by executing further code associated with the second entity to communicate with a backend server that determines a parameter and a request structure associated with the function requested by the user as implemented by the selected third-party system and use the parameter and the request structure to generate and send to the selected third-party system an application programming interface request that includes the parameter and conforms to the request structure. |

4