## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MYCARD, INC. d/b/a KNOT,

     *Plaintiff*,

v.

ATOMIC FI, INC.,

     *Defendant*.

C.A. No. 26-290-CFC

**JURY TRIAL DEMANDED**

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

The undersigned counsel certifies that this filing complies with the type, font, and word limitations set forth in Judge Connolly's November 10, 2022 Standing Order. According to the word processing system used to prepare it, the foregoing document contains 4,999 words, excluding the case caption, address block and signature block. The text of this document, including footnotes, was prepared in Times New Roman, 14-point font.

Dated: August 4, 2026

GREENBERG TRAURIG, LLP

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
Greenberg Traurig, LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801
302.661.7000
schladweilerb@gtlaw.com

*Attorneys for Plaintiff and
Counterclaim-Defendant MyCard, Inc.
d/b/a/ Knot*