**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MYCARD, INC. d/b/a KNOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-290-CFC |
| v. | ) | |
| | ) | |
| ATOMIC FI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by MyCard, Inc. d/b/a Knot ("Knot") and Atomic FI, Inc. ("Atomic"), through their undersigned counsel and subject to the approval of the Court, that the following deadlines shall be extended to provide additional time while the parties continue their settlement discussions:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial disclosures pursuant to ¶ 3 of the Delaware Default Standard for Discovery | Aug. 22, 2026 | Sep. 5, 2026 |
| Atomic's objections/responses to Knot's 1st RFPs and 1st ROGs | Aug. 26, 2026 | Sep. 9, 2026 |
| Knot's objections/responses to Atomic's 1st RFPs | Aug. 27, 2026 | Sep. 10, 2026 |
| Knot's objections/responses to Atomic's 1st ROGs | Aug. 31, 2026 | Sep. 14, 2026 |
| Atomic's Answering Brief re Knot's Partial Motion to Dismiss Amended Counterclaims | Sep. 1, 2026 | Sep. 15, 2026 |
| Knot's objections/responses to Atomic's 1st RFAs, 2nd RFPs, and 2nd ROGs | Sep. 10, 2026 | Sep. 24, 2026 |

| | | |
|---|---|---|
| Atomic's Disclosure of Asserted Claims and Infringement Contentions | Sep. 14, 2026 | Sep. 28, 2026 |

The above-referenced extensions are requested by the parties to enable them to continue their ongoing settlement discussions for potential resolution of the action. For this reason, good cause exists for the requested relief.

**IT IS SO STIPULATED.**

| GREENBERG TRAURIG, LLP<br><br>By: */s/ Benjamin J. Schladweiler* | DORSEY & WHITNEY (DELAWARE) LLP<br><br>By: */s/ Alessandra Glorioso* |
|---|---|
| Benjamin J. Schladweiler (#4601)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Tel: (302) 661-7000<br>schladweilerb@gtlaw.com<br><br>OF COUNSEL:<br>Justin K. Victor<br>Jacob R. Dean<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE<br>Suite 2500<br>Atlanta, GA 30305<br>Tel: (678) 553-2100<br>victorj@gtlaw.com<br>deanj@gtlaw.com<br><br>Gregory S. Bombard<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Suite 2000<br>Boston, MA 02110<br>Tel: (617) 310-6000<br>Gregory.Bombard@gtlaw.com<br><br>Justin A. MacLean<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Tel: (212) 801-9200<br>Justin.MacLean@gtlaw.com<br><br>*Attorneys for Plaintiff MyCard, Inc. d/b/a Knot* | Alessandra Glorioso, Bar No. 5757<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Tel: (302) 425-7171<br>glorioso.alessandra@dorsey.com<br><br>OF COUNSEL:<br>Mark A. Miller<br>DORSEY & WHITNEY LLP<br>111 South Main Street, Suite 2100<br>Salt Lake City, UT 84111-2176<br>Tel: (801) 933-7360<br>miller.mark@dorsey.com<br><br>Geoffrey M. Godfrey<br>Erin Kolter<br>DORSEY & WHITNEY LLP<br>Columbia Center<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>Tel: (206) 903-8800<br>godfrey.geoff@dorsey.com<br>kolter.erin@dorsey.com<br><br>Benjamin Yaghoubian<br>DORSEY & WHITNEY LLP<br>Plaza Tower<br>600 Anton Boulevard, Suite 2000<br>Costa Mesa, CA 92626<br>Tel: (714) 800-1400<br>yaghoubian.benjamin@dorsey.com<br><br>*Attorneys for Defendant Atomic FI, Inc.* |

Dated: August 21, 2026

**IT IS SO ORDERED**, this _______ day of August, 2026.

______________________________
Colm F. Connolly
Chief United States District Judge